UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZIMMERI CONTRERAZ, individually,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF TACOMA, a municipal corporation; SOUTH SOUND 911, an interlocal agreement agency; and CHRISTOPHER BAIN, in his individual capacity,<br><br>                Defendants. | CASE NO. 3:22-cv-05106<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: Under Fed. R. Civ. P. 26(a)(2)(B), parties must disclose "to the other parties" witnesses who may present FRE 702, 703, or 705 evidence at trial. Expert reports and other Rule 26 disclosures, however, should not be filed with the Court. *See* LCR 5(d). Parties are also reminded to refrain from filing documents that include personal data identifiers under LCR 5.2(a). Defendant's Disclosure of Expert Witnesses, Dkt. No. 63, is STRICKEN.

Dated this 12th day of May 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/ Laura Hobbs

Deputy Clerk

MINUTE ORDER - 2