1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ZIMMERI CONTRERAZ, | CASE NO. 3:22-cv-5106 |
| Plaintiff, | ORDER |
| v. | |
| CITY OF TACOMA; SOUTH SOUND 911; CHRISTOPHER BAIN, | |
| Defendants. | |

On December 29, 2023, the Plaintiff Zimmeri Contreraz informed the Court that Contreraz and Defendant South Sound 911 had reached a settlement. Contreraz and South Sound 911 must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report within 30 days of entry of this order. Contreraz's motion for summary judgment, Dkt. No. 75, against South Sound 911 is DENIED as moot.

It is so ORDERED.

**ORDER** - 1

1

Dated this 3rd day of January, 2024.

2

3

Jamal N. Whitehead
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**ORDER** - 2