THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZIMMERI CONTRERAZ, individually,<br><br>                      Plaintiff,<br><br>    v.<br><br>CITY OF TACOMA; a municipal corporation; SOUTH SOUND 911; an Interlocal agreement agency; and CHRISTOPHER BAIN, in his individual capacity,<br><br>                      Defendants. | No. 3:22-CV-05106-BHS<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>**[CLERK'S ACTION REQUIRED]** |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ZIMMERI CONTRERAZ and Defendant SOUTH SOUND 911 that all of Plaintiff's claims against Defendant SOUTH SOUND 911 may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated:  February 1, 2024.      COCHRAN DOUGLAS, PLLC


*s/Loren Cochran (email authorization)*
Loren A. Cochran, WSBA # 32773
Nicholas B. Douglas, WSBA # 49786
Tiffany L. Wilke, WSBA No. 49874
Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL - 1
3:22-CV-05106-BHS

1169-00005/Contreraz v. City of Tacoma - Stipulated Dismissal

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dated:  February 1, 2024.          KEATING, BUCKLIN & McCORMACK, INC., P.S.


*s/Shannon Ragonesi*
Shannon M. Ragonesi, WSBA #31951
Attorney for Defendant, South Sound 911

**STIPULATION FOR AND ORDER OF DISMISSAL** - 2
3:22-CV-05106-BHS

1169-00005/Contreraz v. City of Tacoma - Stipulated Dismissal

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant SOUTH SOUND 911 are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 8th day of February, 2024.

_____
Jamal N. Whitehead
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 3
3:22-CV-05106-BHS
1169-00005/Contreraz v. City of Tacoma - Stipulated Dismissal

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423