1

2          THE HONORABLE JAMAL N. WHITEHEAD

3

4

5

6

7                    UNITED STATES DISTRICT COURT
8                   WESTERN DISTRICT OF WASHINGTON
                              AT TACOMA
9

10   ZIMMERI CONTRERAZ, individually,

11                        Plaintiff,                No. 3:22-cv-05106-JNW
            vs.
12                                                  DECLARATION OF LOREN A.
13   CITY OF TACOMA, a municipal                    COCHRAN IN SUPPORT OF
     corporation; SOUTH SOUND 911, an               PLAINTIFF'S MOTION FOR FEES
14   Interlocal agreement agency; and               AND COSTS
     CHRISTOPER BAIN, in his individual
15   capacity,

16                        Defendants.

17          I, Loren A. Cochran, declare and state as follows:

18          1.      I am an attorney in the State of Washington and an owner at the law firm

19   Cochran Douglas, PLLC (Cochran Douglas), in Tacoma, Washington.  I founded Cochran

20   Douglas with my law partner Nicholas "Cole" Douglas on March 13, 2020.   Previously, I was

21   partner at Pfau Cochran Vertetis Amala, PLLC (PCVA) in Seattle and Tacoma.  I am over 18

22   years of age, and I am competent to testify to the facts herein.

23          2.      I represent the Plaintiff in the above-entitled matter.   Plaintiff Zimmeri

24   Contreraz retained Cochran Douglas in 2020.  Mr. Douglas and I agreed to represent his

25   interests on a contingency fee basis.

26

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S MOTION FOR FEES
AND COSTS



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Cochran Douglas, PLLC's Reasonable Hourly Rates**

  3.  I graduated from the University of Washington in 1993 and Boston College Law School in 2002.  I have been a member in good standing of the Washington State Bar Association since my admission to the bar.  I was an associate and then senior associate at Gordon, Thomas, Honeywell (GTH) from 2002-2006.  From 2006-2008, I was the Director of the Freedom of Information Service Center for the Reporters Committee for Freedom of the Press in Arlington, Virginia.  From 2008-2011, I was General Counsel for STF Productions, the production entity for the Fox/Twentieth Century Television show "America's Most Wanted," hosted by John Walsh.  In 2011, I joined PCVA as a partner.  As a trial lawyer at PCVA, I was one of the counsel of record in the $60 million dollar settlement with the State of Washington and a timber company for wrongful death and injuries from the March 2014 Oso landslide; a $7.5 million dollar consumer protection action settlement with MultiCare Health System for fraudulent medical services liens; a $3.8 million settlement with the State of Washington for failure to investigate suspected child abuse and neglect; a $3.1 million dollar settlement for Department of Social and Health Services (DSHS) negligence; a $2.75 million dollar settlement with DSHS on a wrongful placement case; a $2.25 million settlement against the State of Washington for a failure to investigate child abuse and neglect;  a $1 million settlement against the Clover Park School District for its failure to protect a special needs' student from sexual abuse; a $1 million settlement for a wrongful death drowning case; and, a $750,000 jury verdict on a school sexual abuse case.

  4.  As an owner/partner with Cochran Douglas, I have been co-counsel and lead counsel in a $8 million settlement with the City of Tacoma for excessive use of force, a $5.25 million settlement against a nursing home for a wrongful death, and a $1.5 million settlement with the State of Washington for its failure to protect a dependent child at risk of abuse and neglect, and a $1.5 million final judgment following trial for a sex abuse victim with claims

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S MOTION FOR FEES
AND COSTS



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

against a school district. In addition, I have been selected by Washington Law & Politics Magazine as a Super Lawyer since 2014.

5.      My partner on this case, Cole Douglas, is a 2015 graduate of Seattle University School of Law in Seattle, Washington, where he graduated with honors. Mr. Douglas has been a member of the Washington State Bar since 2015, and he is admitted to practice in both state and federal courts, as well as the United States Court of Appeals for the 9th Circuit. From 2015 until 2020, Mr. Douglas was an associate at the law firm Pfau Cochran Vertetis Amala, PLLC, (PCVA) in Tacoma, Washington.

6.      Prior to law school, Mr. Douglas obtained both his undergraduate degree and his MBA from Willamette University in Salem, Oregon.

7.      Over the past 5 years, Mr. Douglas has won a significant number of multimillion dollar results for clients.  His legal philosophy is guided by the desire to assist those severely injured or damaged by well-funded defendants who have abused their power, acted recklessly in their disregard for others, or violated their civil rights.  A few examples of his casework include an eight-figure settlement against a confidential entity stemming from a premises liability action; a $5.9 million judgment entered against a Parkland, Washington bar stemming from a dram shop action; a $5.25 million settlement against a nursing home for a wrongful death; a $3.8 million settlement against the Washington DSHS for a sexual abuse victim; and a $1.5 million final judgment following trial for a sex abuse victim with claims against a school district. His practice areas include catastrophic injury or death, medical malpractice, sexual abuse, insurance bad faith, product liability, and general serious personal injury.

8.      In 2019, Mr. Douglas served on the Board of Trustees for the Tacoma Pierce County Bar Association as the President of the New & Young Lawyer Board. He has consistently been selected to Super Lawyer's list of Rising Stars in Washington State since 2018. He has also been selected as one of the Top 40 Under 40 civil plaintiff attorneys by the

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S MOTION FOR FEES
AND COSTS

**COCHRAN DOUGLAS**
Attorneys at Law
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

National Trial Lawyers. In 2022, Mr. Douglas was selected to the 40 Under 40 List by the South Sound Business Journal.

9.    Attorney Tiffany Wilke from Cochran Douglas also spent time working on this matter. She is a member in good standing of the Washington State Bar and one of the named attorneys of record. Ms. Wilke is admitted to practice in both state and federal courts.

10.    Prior to joining Cochran Douglas, Ms. Wilke worked as a defense attorney for two large insurance companies as staff counsel. In those roles, she resolved hundreds of personal injury cases on behalf of her clients.  As a trial lawyer at Cochran Douglas, Ms. Wilke has focused her practice on the trial and litigation of complex personal injury cases involving catastrophic injury or death, medical malpractice, sexual abuse, insurance bad faith, and product liability. In the past year, Ms. Wilke's casework included a $1.025 million settlement for a motor vehicle collision victim, as well as a $1 million settlement for a sex abuse victim who was targeted at an alcohol treatment center.

11.    She is a 2015 graduate of Seattle University School of Law, where she graduated with honors. Prior to law school, Ms. Wilke obtained her undergraduate degree with honors from Boise State University, where she also was a four-year letterman on the Varsity Women's Soccer team.

12.    Ms. Wilke was selected to Super Lawyer's list of Rising Stars in Washington this past year, and she currently is an active member of Washington Women Lawyers. She is also the President Elect of the Washington State Bar Association's Litigation Committee.

13.    This case was very complex and the evidence uncovered took great efforts. Countless documents were reviewed and numerous hours were spent researching statutes, regulations, policies and case law in order to prepare this case for dispositive motions. The respective dockets to this case detail how extensively the PRA claims have been litigated over the past two (2) years.

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S MOTION FOR FEES
AND COSTS



COCHRAN
DOUGLAS
Attorneys at Law
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

14.     In pursuing this matter, I made every effort to litigate this matter efficiently by coordinating the work of our attorneys and staff, minimizing duplication, and assigning tasks in a time and cost-efficient manner, based on the timekeeper's experience levels and talents.

15.     Although Cochran Douglas is primarily a contingency fee firm, we regularly monitor and keep current on legal developments in the subject of attorneys' fees, as many of our federal cases allow attorney fees to be awarded. Together with Mr. Douglas, we periodically establish hourly rates for the billing personnel at our firm. We establish the rates based on prevailing market rates for attorneys and law firms in the Seattle/Tacoma area that have attorneys and staff of comparable skill, experience, and qualifications. We obtain information concerning market rates from other attorneys in the area that have similar work experience doing similar work, from information that occasionally appears in the local press and national bar publications, and in orders awarding attorney's fees.

16.     Based on our years of practice, experience, and success in litigating complex personal injury cases, the hourly rate we've calculated for me is $600 per hour, $500 per hour for Mr. Douglas, and $450 per hour for Ms. Wilke. In setting these hourly rates, my firm consulted with attorneys with national reputations, experience and practices like ours. We determined that the rates we charge are reasonable for attorneys of our experience, reputation and expertise and are consistent with the prevailing market rates for attorneys of comparable levels of expertise and reputation at Seattle area law firms that practice complex litigation. The following supporting documents validate our rates:

     a.    Attached as **Exhibit 1** is a true and correct copy of the National Law Journal's 2011 survey of nation-wide billing rates.

     b.    Attached as **Exhibit 2** is a true and correct copy of the National Law Journal's 2015 survey of nation-wide billing rates.

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S MOTION FOR FEES
AND COSTS



COCHRAN
DOUGLAS
Attorneys at Law
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

17.     Attached as **Exhibit 3** is a true and correct copy of our time sheet for litigating the PRA claims through entry of summary judgment in Plaintiff's favor.

18.     Attached as **Exhibit 4** is a true and correct copy of Federal Form AO 133, the Bill of Costs, and an accompanying declaration with a cost statement associated with the prosecution of the PRA claims at issue.

19.     In addition to the costs associated with pursuing the PRA violations in this case, I spent another 3.5 hours preparing this motion.  At the previously established rate of $600.00 per hour, I submit that an additional $2,100.00 is a reasonable amount for Defendant City to pay for the time spent drafting the motion.

I DECLARE UNDER PENALTY AND PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND OF THE UNITED STATES OF AMERICA, 28 U.S.C. 1746, THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 29th day of March, 2024.

By:    /s/ Loren A. Cochran
        Loren A. Cochran

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S MOTION FOR FEES
AND COSTS



COCHRAN
DOUGLAS
**Attorneys at Law**
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I, **Kim Snyder,** hereby declare under penalty of perjury under the laws of the State of Washington and the United States of America that I am an attorney at Cochran Douglas Law and that on today's date, I served the foregoing via **ECF a**nd **email**, by directing delivery to the following individuals:

        Kymm Cox
        Jennifer Taylor
        CITY OF TACOMA ATTORNEY
        747 Market Street, Room 1120
        Tacoma, WA 98402
        jtaylor@cityoftacoma.org
        gcastro@cityoftacoma.org
        bpittman@cityoftacoma.org
        kcox@cityoftacoma.org

        *Attorneys for Defendants City of Tacoma and Christopher Bain*

DATED this 29th day of March, 2024.

                  /s/ Kim Snyder_____
                  Kim Snyder, Legal Assistant

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S MOTION FOR FEES
AND COSTS



# EXHIBIT 1

2011
BILLING SURVEY
A SPECIAL REPORT

| Firm Name | Principal or Largest Office | Average full-time equivalent Attorneys* | Firmwide Average Billing Rate | Firmwide Median Billing Rate | Partner Billing Rate: High | Partner Billing Rate: Low | Partner Billing Rate: Average | Partner Billing Rate: Median | Associate Billing Rate: High | Associate Billing Rate: Low | Associate Billing Rate: Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 527 | $311 | $310 | $595 | $250 | $357 | $345 | $315 | $160 | $228 |
| Best Best & Krieger | Riverside, Calif. | 195 | $358 | $360 | $575 | $275 | $417 | $420 | $375 | $205 | $265 |
| Briggs and Morgan | Minneapolis | 185 | | | $625 | $325 | | | $305 | $230 | |
| Broad and Cassel | Orlando, Fla. | 160 | $377 | $350 | $575 | $295 | $435 | $395 | $350 | $180 | $265 |
| Bryan Cave | St. Louis | 908 | $475 | $460 | $795 | $375 | $565 | $553 | $540 | $200 | $356 |
| Butzel Long | Detroit | 176 | | | $700 | $325 | $440 | | $425 | $225 | $274 |
| Carlton Fields | Tampa, Fla. | 270 | $397 | $400 | $815 | $320 | $470 | $470 | $380 | $195 | $262 |

| Firm Name | Principal or Largest Office | Average full-time equivalent Attorneys[1] | Firmwide Average Billing Rate | Firmwide Median Billing Rate | Partner Billing Rate: High | Partner Billing Rate: Low | Partner Billing Rate: Average | Partner Billing Rate: Median | Associate Billing Rate: High | Associate Billing Rate: Low | Associate Billing Rate: Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaye Scholer | New York | 425 | $661 | $665 | $1080 | $685 | $831 | $835 | $705 | $310 | $519 |
| Kelley Drye & Warren | New York | 321 | $474 | $400 | $925 | $480 | $634 | $645 | $595 | $275 | $425 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 268 | $439 | $415 | $735 | $415 | $525 | $500 | $495 | $295 | $346 |
| Lane Powell | Seattle | 180 | $405 | $425 | $645 | $340 | $460 | $450 | $360 | $225 | $295 |
| Lathrop & Gage | Kansas City, Mo. | 281 | $337 | $340 | $735 | $275 | $390 | $390 | $410 | $205 | $246 |
| Lewis, Rice & Fingersh | St. Louis | 162 | $275 | | $470 | $270 | | | $320 | $150 | |
| Lowenstein Sandler | Roseland, N.J. | 249 | $478 | $480 | $895 | $435 | $613 | $595 | $660 | $250 | $400 |
| Manatt, Phelps & Phillips | Los Angeles | 322 | $602 | $620 | $850 | $540 | $676 | $670 | $550 | $215 | $464 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 272 | $245 | $275 | $575 | $295 | $350 | $375 | $325 | $185 | $250 |

| Firm Name | Principal or Largest Office | Average full-time equivalent Attorneys[1] | Firmwide Average Billing Rate | Firmwide Median Billing Rate | Partner Billing Rate: High | Partner Billing Rate: Low | Partner Billing Rate: Average | Partner Billing Rate: Median | Associate Billing Rate: High | Associate Billing Rate: Low | Associate Billing Rate: Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nexsen Pruet | Columbia, S.C. | 178 | | | $550 | $235 | | | $265 | $170 | |
| Patton Boggs | Washington | 512 | $546 | $540 | $990 | $410 | $659 | $645 | $570 | $240 | $410 |
| Pepper Hamilton | Philadelphia | 459 | | | $825 | $380 | $557 | | $460 | $235 | $344 |
| Perkins Coie | Seattle | 693 | $462 | | $875 | $285 | $550 | $545 | $590 | $215 | $368 |
| Phelps Dunbar | New Orleans | 280 | $236 | $225 | $465 | $190 | $281 | $275 | $245 | $150 | $189 |
| Polsinelli Shughart | Kansas City, Mo. | 466 | | | $630 | $275 | | | $335 | $205 | |
| Saul Ewing | Philadelphia | 220 | $431 | $450 | $750 | $350 | $502 | $490 | $495 | $245 | $326 |
| Schulte Roth & Zabel | New York | 406 | $615 | $630 | $935 | $770 | $846 | $840 | $675 | $285 | $608 |
| Seyfarth Shaw | Chicago | 702 | $437 | $425 | $790 | $355 | $528 | $525 | $505 | $225 | $341 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | | | $860 | $505 | | | $635 | $275 | |

# EXHIBIT 2



**2015 NLJ Billing Survey**

**Source: National Law Journal**
**Category: National Law Journal**

ALM Legal Intelligence, in association with The National Law Journal, collected 2015 hourly billing rates for partners, associates, of counsel and paralegals. The data sources include the published rates from the 20 largest federal bankruptcy jurisdictions and a survey of the nation's 350 largest firms conducted during October and November of 2015.  Individual firm rates are not identified.

**Hourly Billing Rates for 2015**

| | Partner | | | Associate | | |
|---|---|---|---|---|---|---|
| | High | Low | Median | High | Low | Median |
| **Overall Hourly Rates** | $1,295 | $90 | $395 | $950 | $50 | $350 |

**Rates by Firm Size**

| | High | Low | Median | High | Low | Median |
|---|---|---|---|---|---|---|
| 1 - 25 lawyers | $1,080 | $90 | $350 | $950 | $90 | $300 |
| 26 - 150 lawyers | $1,050 | $190 | $460 | $900 | $100 | $300 |
| 151 or more lawyers | $1,295 | $100 | $595 | $975 | $125 | $325 |

**Rates by State**

| | High | Low | Median | High | Low | Median |
|---|---|---|---|---|---|---|
| AL | $725 | $200 | $375 | $375 | $175 | $300 |
| AZ | $750 | $125 | $375 | $750 | $175 | $250 |
| CA | $1,080 | $200 | $495 | $950 | $300 | $350 |
| CO | $893 | $350 | $443 | $642 | $150 | $325 |
| CT | $1,200 | $295 | $350 | $625 | $175 | $350 |
| DC | $1,095 | $975 | $1,035 | $655 | $350 | $375 |
| DE | $1,050 | $295 | $650 | $850 | $260 | $388 |
| FL | $625 | $175 | $375 | $525 | $100 | $300 |
| GA | $500 | $250 | $358 | $450 | $110 | $275 |
| IL | $985 | $200 | $420 | $710 | $150 | $300 |
| IN | $400 | $250 | $305 | $400 | $200 | $275 |
| KY | $340 | $200 | $290 | $350 | $200 | $275 |
| LA | $575 | $150 | $333 | $500 | $100 | $250 |
| MA | $650 | $300 | $475 | $500 | $260 | $350 |
| MD | $560 | $250 | $363 | $580 | $150 | $325 |
| MI | $375 | $190 | $265 | $400 | $125 | $275 |
| NC | $675 | $250 | $425 | $435 | $150 | $275 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NJ | $880 | $250 | $400 | $400 | $150 | $298 |
| NM | n/a | n/a | n/a | $350 | $175 | $200 |
| NV | $450 | $295 | $375 | $500 | $200 | $325 |
| NY | $1,295 | $100 | $420 | $975 | $90 | $350 |
| OH | $545 | $250 | $313 | $330 | $155 | $250 |
| OR | $485 | $315 | $370 | $325 | $230 | $300 |
| PA | $875 | $200 | $350 | $565 | $86 | $257 |
| PR* | $300 | $100 | $200 | $350 | $100 | $200 |
| TN | $735 | $225 | $300 | $350 | $150 | $250 |
| TX | $925 | $90 | $395 | $650 | $150 | $298 |
| VA | $545 | $220 | $335 | $495 | $175 | $295 |
| WA | $965 | $275 | $460 | $375 | $150 | $350 |
| WI | $595 | $560 | $578 | n/a | n/a | n/a |

| | Of Counsel | | | Paralegal | | |
|---|---|---|---|---|---|---|
| | High | Low | Median | High | Low | Median |
| **Overall Hourly Rates** | $1,120 | $125 | $350 | $325 | $25 | $125 |

**Rates by Firm Size**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 - 25 lawyers | $645 | $125 | $350 | $325 | $25 | $115 |
| 26 - 150 lawyers | $620 | $225 | $393 | $305 | $75 | $173 |
| 151 or more lawyers | $1,120 | $270 | $610 | $325 | $35 | $220 |

**Rates by State**

| | | | | | | |
|---|---|---|---|---|---|---|
| AL | $495 | $290 | $393 | n/a | n/a | n/a |
| AZ | $750 | $250 | $300 | $250 | $75 | $125 |
| CA | $595 | $175 | $450 | $325 | $25 | $150 |
| CO | $400 | $325 | $363 | $285 | $75 | $158 |
| CT | $550 | $325 | $438 | $290 | $75 | $100 |
| DC | $775 | $275 | $750 | n/a | n/a | n/a |

| | | | | | | |
|---|---|---|---|---|---|---|
| DE | $525 | $260 | $275 | $305 | $125 | $235 |
| FL | n/a | n/a | n/a | $255 | $65 | $123 |
| GA | $250 | $240 | $245 | $160 | $50 | $120 |
| IL | $1,120 | $395 | $430 | $215 | $75 | $120 |
| IN | $300 | $225 | $295 | $220 | $90 | $100 |
| KY | n/a | n/a | n/a | $150 | $75 | $105 |
| LA | $425 | $200 | $350 | $285 | $45 | $83 |
| MA | n/a | n/a | n/a | n/a | n/a | n/a |
| MD | $350 | $250 | $275 | $280 | $75 | $125 |
| MI | n/a | n/a | n/a | $125 | $75 | $103 |
| NC | n/a | n/a | n/a | $180 | $75 | $110 |
| NJ | $565 | $225 | $325 | $195 | $65 | $120 |
| NM | n/a | n/a | n/a | n/a | n/a | n/a |
| NV | n/a | n/a | n/a | $240 | $75 | $152 |
| NY | $930 | $250 | $573 | $325 | $60 | $130 |
| OH | n/a | n/a | n/a | $135 | $85 | $100 |
| OR | $450 | $310 | $380 | $220 | $145 | $185 |
| PA | $440 | $300 | $325 | $325 | $75 | $105 |
| PR* | $250 | $125 | $188 | $150 | $45 | $75 |
| TN | $300 | $270 | $300 | $150 | $50 | $90 |
| TX | $740 | $225 | $320 | $290 | $35 | $100 |
| VA | $400 | $300 | $350 | $325 | $75 | $95 |
| WA | n/a | n/a | n/a | $215 | $125 | $143 |
| WI | n/a | n/a | n/a | n/a | n/a | n/a |

n/a: data not available
*Puerto Rico is a U.S. Territory

3

# EXHIBIT 3



# Billable Time Worked Report

***Contreraz v. City of Tacoma***
**No. 3:22-cv-05106-JNW**

**Report Generated: 3/28/2024**

| Date | Atty | Description | Time | Rate ($) | Value ($) |
|------|------|-------------|------|----------|-----------|
| 8/6/20 | LAC | TC and message w client | 0.2 | 600.00 | $120.00 |
| 8/13/20 | LAC | TC with client | 0.2 | 600.00 | $120.00 |
| 8/13/20 | LAC | TC with client | 0.2 | 600.00 | $120.00 |
| 8/24/20 | LAC | TC with client | 0.2 | 600.00 | $120.00 |
| 9/22/20 | LAC | Research into TPD's website | 1.0 | 600.00 | $600.00 |
| 10/29/20 | LAC | LOR to Crime Victims Compensation | 0.2 | 600.00 | $120.00 |
| 2/11/21 | LAC | TC with client w update | 0.5 | 600.00 | $300.00 |
| 2/24/21 | LAC | TC with client regarding tort claim form and filing suit | 0.5 | 600.00 | $300.00 |
| 3/19/21 | LAC | Working on tort claim form | 1.2 | 600.00 | $720.00 |
| 3/19/21 | LAC | TC w client about tort claim form | 0.2 | 600.00 | $120.00 |
| 4/14/21 | LAC | working on tort claim form | 1.0 | 600.00 | $600.00 |
| 4/15/21 | LAC | finalizing and filing tort claim form | 1.2 | 600.00 | $720.00 |
| 4/19/21 | LAC | Review of confirmation of tort claim form delivery | 0.2 | 600.00 | $120.00 |
| 4/24/21 | LAC | PRA requests for TPD records | 0.8 | 600.00 | $480.00 |
| 4/27/21 | LAC | Review of COT response letter on tort claim form | 0.2 | 600.00 | $120.00 |
| 5/3/21 | LAC | TC with client | 0.5 | 600.00 | $300.00 |
| 5/3/21 | LAC | Review of records response from City of Tacoma | 0.2 | 600.00 | $120.00 |
| 5/10/21 | LAC | Review and email regarding no records from COT | 0.2 | 600.00 | $120.00 |
| 5/12/21 | LAC | PRA requests to TPD and SS911 for CAD reports | 0.5 | 600.00 | $300.00 |
| 8/20/21 | LAC | Researching PRA and Section 1983 case law | 6.0 | 600.00 | $3,600.00 |
| 9/28/21 | LAC | Case law review | 4.5 | 600.00 | $2,700.00 |
| 1/31/22 | LAC | Drafting complaint for damages | 7.2 | 600.00 | $4,320.00 |
| 2/1/22 | LAC | Finishing complaint for damages, review with NBD | 1.5 | 600.00 | $900.00 |



# Billable Time Worked Report

***Contreraz v. City of Tacoma***
**No. 3:22-cv-05106-JNW**

**Report Generated: 3/28/2024**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/22 | LAC | Drafting summons and researching service of process | 3.0 | 600.00 | $1,800.00 |
| 2/15/22 | LAC | Meeting with NBD, reviewing declaration of service, discussion of SOP on Bain | 1.5 | 600.00 | $900.00 |
| 2/15/22 | LAC | TC with client; discussion of next steps | 0.5 | 600.00 | $300.00 |
| 2/15/22 | NBD | Case meeting w LAC | 1.5 | 500.00 | $750.00 |
| 2/16/22 | LAC | Review of notice of appearance, TC with client and ET | 1.0 | 600.00 | $600.00 |
| 2/16/22 | LAC | Meeting with NBD and ET regarding next steps; file review | 2.0 | 600.00 | $1,200.00 |
| 2/16/22 | NBD | Case meeting w LAC and ET | 2.0 | 500.00 | $1,000.00 |
| 2/18/22 | LAC | Reviewing notice of removal to federal court; reviewing FRCP regarding case conference and initial disclosures | 1.2 | 600.00 | $720.00 |
| 3/10/22 | LAC | Review of acceptance of service | 0.5 | 600.00 | $300.00 |
| 3/17/22 | LAC | Emails re PRA requests and review of file regarding previous PRA requests | 4.5 | 600.00 | $2,700.00 |
| 3/31/22 | LAC | TC regarding amended answer | 0.8 | 600.00 | $480.00 |
| 3/31/22 | LAC | Review of Stip to amend answer | 0.2 | 600.00 | $120.00 |
| 4/6/22 | LAC | Review of Ct's order on stip answer | 0.2 | 600.00 | $120.00 |
| 5/10/22 | LAC | Review of FRCP 26 and TC with counsel for conference | 2.0 | 600.00 | $1,200.00 |
| 5/15/22 | LAC | Meeting with NBD regarding initial disclosures | 1.5 | 600.00 | $900.00 |
| 5/15/22 | NBD | Meeting with LAC on initial disclosures | 1.5 | 500.00 | $750.00 |
| 5/16/22 | LAC | Reviewing initial disclosures | 2.0 | 600.00 | $1,200.00 |
| 5/17/22 | LAC | Serving Initial Disclosures | 0.5 | 600.00 | $300.00 |
| 5/17/22 | LAC | Review of City's Initial Disclosures | 1.0 | 600.00 | $600.00 |
| 5/18/22 | LAC | Draft jury demand and send for filing and service | 0.5 | 600.00 | $300.00 |
| 5/23/22 | LAC | Serving Plfs supplemental disclosures | 0.5 | 600.00 | $300.00 |



# COCHRAN DOUGLAS
**Attorneys at Law**

# Billable Time Worked Report

*Contreraz v. City of Tacoma*
**No. 3:22-cv-05106-JNW**

**Report Generated: 3/28/2024**

| | | | | | |
|---|---|---|---|---|---|
| 6/16/22 | LAC | Review COT's notice of unavailability | 0.2 | 600.00 | $120.00 |
| 8/3/22 | LAC | Review of new judicial assignment | 0.2 | 600.00 | $120.00 |
| 9/27/22 | LAC | Drafting stip on new case schedule dates | 0.5 | 600.00 | $300.00 |
| 9/27/22 | LAC | Review Cts Order on new case schedule | 0.2 | 600.00 | $120.00 |
| 10/26/22 | LAC | Dep prep for K. Jepson | 5.0 | 600.00 | $3,000.00 |
| 10/27/22 | LAC | Dep of K. Jepson | 3.5 | 600.00 | $2,100.00 |
| 11/17/22 | LAC | Review of COTs motion to compel | 0.5 | 600.00 | $300.00 |
| 3/14/23 | LAC | Review NOD on 30b6 complaint process | 0.2 | 600.00 | $120.00 |
| 3/16/23 | LAC | Review Subpoena for R. Franco | 0.2 | 600.00 | $120.00 |
| 3/16/23 | LAC | Review Subpoena for B. Scheetz | 0.2 | 600.00 | $120.00 |
| 4/16/23 | LAC | Dep prep for J. Douglas | 1.0 | 600.00 | $600.00 |
| 4/17/23 | LAC | Dep of J. Douglas | 2.6 | 600.00 | $1,560.00 |
| 4/24/23 | LAC | Review Defs Motion for protective order and accompanying declarations | 1.5 | 600.00 | $900.00 |
| 4/27/23 | LAC | Dep of G. Roberts | 1.6 | 600.00 | $960.00 |
| 5/1/23 | LAC | Review NOVD of C. Bain | 0.2 | 600.00 | $120.00 |
| 6/26/23 | LAC | Review Cts Order on disputed docs w NBD and TLW | 1.0 | 600.00 | $600.00 |
| 6/26/23 | NBD | Case meeting with LAC | 1.0 | 500.00 | $500.00 |
| 6/26/23 | TLW | Review Cts Order on disputed docs w NBD and LAC | 1.0 | 450.00 | $450.00 |
| 6/26/23 | NBD | Review Cts Order on disputed docs w LAC and TLW | 1.0 | 500.00 | $500.00 |
| 7/31/23 | LAC | Read and return emails on info re Guy Bollinger | 0.5 | 600.00 | $300.00 |



# Billable Time Worked Report

***Contreraz v. City of Tacoma***
**No. 3:22-cv-05106-JNW**

**Report Generated: 3/28/2024**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/19/23 | LAC | Email to OC regarding discovery extension and return email | 0.5 | 600.00 | $300.00 |
| 9/20/23 | LAC | Email re Bain crash and schedule | 0.2 | 600.00 | $120.00 |
| 9/25/23 | LAC | Email with COT re dep scheduling | 0.2 | 600.00 | $120.00 |
| 9/27/23 | LAC | Dep prep for R. Franco | 2.7 | 600.00 | $1,620.00 |
| 9/28/23 | LAC | Dep of R. Franco | 1.3 | 600.00 | $780.00 |
| 9/28/23 | LAC | Prep, travel and dep of B. Scheetz | 2.5 | 600.00 | $1,500.00 |
| 10/1/23 | LAC | Draft stipulation on discovery dates | 0.5 | 600.00 | $300.00 |
| 10/2/23 | LAC | Finalize and send out stip on discovery dates | 0.2 | 600.00 | $120.00 |
| 10/4/23 | LAC | File stipulated motion to move disc dates | 0.2 | 600.00 | $120.00 |
| 10/10/23 | LAC | Review Cts email on status conference and review dates with KS | 0.2 | 600.00 | $120.00 |
| 10/10/23 | LAC | Email to OC on Cts email | 0.2 | 600.00 | $120.00 |
| 10/16/23 | LAC | Prep and attend via Zoom Cts Status Conf | 0.5 | 600.00 | $300.00 |
| 11/12/23 | LAC | Dep prep for C Bain | 3.0 | 600.00 | $1,800.00 |
| 11/13/23 | LAC | Dep prep for C Bain | 3.0 | 600.00 | $1,800.00 |
| 11/14/23 | LAC | Dep of C. Bain | 3.7 | 600.00 | $2,220.00 |
| 11/17/23 | LAC | Email and follow up TC w client | 1.2 | 600.00 | $720.00 |
| 11/20/23 | LAC | Dep prep for E. Levitt | 4.5 | 600.00 | $2,700.00 |
| 11/21/23 | LAC | Dep of E. Levitt | 2.3 | 600.00 | $1,380.00 |
| 11/21/23 | LAC | Prep for E Levitt dep; email with exhibits to counsel | 1.5 | 600.00 | $900.00 |
| 11/21/23 | LAC | Email to court reporter with exhibits | 0.2 | 600.00 | $120.00 |
| 11/28/23 | LAC | Review of C Bain dep transcript | 0.5 | 600.00 | $300.00 |



# Billable Time Worked Report

***Contreraz v. City of Tacoma***
No. 3:22-cv-05106-JNW

Report Generated: 3/28/2024

| 11/30/23 | LAC | Meeting with KS on deps re FIRs | 0.5 | 600.00 | $300.00 |
|---|---|---|---|---|---|
| 12/3/23 | LAC | TC w client | 1.0 | 600.00 | $600.00 |
| 12/4/23 | LAC | Defended Client deposition | 7.0 | 600.00 | $4,200.00 |
| 12/10/23 | LAC | Defended Client deposition | 1.0 | 600.00 | $600.00 |
| 12/11/23 | LAC | Dep of J. Branham | 1.8 | 600.00 | $1,080.00 |
| 12/18/23 | NBD | NBD dep prep on COT rep deps of K Morris and G Roberts | 3.5 | 500.00 | $1,750.00 |
| 12/19/23 | NBD | Dep of Kipling Morris | 1.8 | 500.00 | $900.00 |
| 12/19/23 | NBD | NBD dep prep for G Roberts | 2.0 | 500.00 | $1,000.00 |
| 12/20/23 | NBD | Dep of G. Roberts | 2.5 | 500.00 | $1,250.00 |
| 12/26/23 | LAC | Email with court reporter on K. Morris and Gary Roberts dep transcripts | 0.2 | 600.00 | $120.00 |
| 12/26/23 | LAC | Email with EB re supplementing initial disclosure with Bain and Levitt FIRs | 0.2 | 600.00 | $120.00 |
| 12/26/23 | LAC | Email to OC on FIRs and TPD-FTOs | 0.2 | 600.00 | $120.00 |
| 12/26/23 | LAC | Reviewing file, research and writing MSJ on PRA against COT | 3.5 | 600.00 | $2,100.00 |
| 12/27/23 | LAC | File review and drafting MSG on PRA against COT | 2.0 | 600.00 | $1,200.00 |
| 12/28/23 | LAC | Drafting motion and prepping Decl. on PRA MSJ | 2.5 | 600.00 | $1,500.00 |
| 12/29/23 | LAC | TC with NBD and TLW regarding PRA MSJ | 0.5 | 600.00 | $300.00 |
| 12/29/23 | LAC | Finalizing motion; finalizing dec and filing and service of PRA MSJ against COT | 7.8 | 600.00 | $4,680.00 |
| 12/29/23 | NBD | TC w LAC and TLW | 0.5 | 500.00 | $250.00 |
| 12/29/23 | NBD | Review MSJ on PRA | 1.0 | 500.00 | $500.00 |
| 12/29/23 | TLW | Review MSJ on PRA | 1.0 | 450.00 | $450.00 |



# Billable Time Worked Report

***Contreraz v. City of Tacoma***
**No. 3:22-cv-05106-JNW**

**Report Generated: 3/28/2024**

| 1/17/24 | LAC | Emails with OC and Court on oral argument | 0.3 | 600.00 | $180.00 |
|---|---|---|---|---|---|
| 1/22/24 | LAC | TC meeting w Client | 0.5 | 600.00 | $300.00 |
| 1/22/24 | LAC | TC w client | 0.7 | 600.00 | $420.00 |
| 1/24/24 | LAC | Drafting reply ISO PRA MSJ; case research | 1.5 | 600.00 | $900.00 |
| 1/25/24 | LAC | Drafting reply ISO PRA MSJ; Prepping Decl | 2.5 | 600.00 | $1,500.00 |
| 1/26/24 | LAC | Finalizing reply and decl ISO PRA MSJ and filing and service | 2.0 | 600.00 | $1,200.00 |
| 1/26/24 | NBD | Reviewing reply to MSJ re PRA | 0.8 | 500.00 | $400.00 |
| 1/26/24 | TLW | Review reply on PRA | 1.0 | 450.00 | $450.00 |
| 2/7/24 | LAC | Oral argument prep on MSJs | 6.0 | 600.00 | $3,600.00 |
| 2/8/24 | LAC | Drive to Seattle courthouse; Oral argument; Return to Tacoma | 3.3 | 600.00 | $1,980.00 |

|  |  |  |
|---|---|---|
| **Total Hours:** 167.1 | **Total** | **$97,900.00** |
| **Total LAC Hours:** | 145 |  |
| **Total NBD Hours:** | 19.1 |  |
| **Total TLW Hours:** | 3 |  |

# EXHIBIT 4

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| Zimmeri Contreraz, Plaintiff | ) |
| | ) |
| v. | ) |
| City of Tacoma, et al., Defendants | ) |
| | ) |

Case No.: 3:22-cv-05106-JNW

## BILL OF COSTS

Judgment having been entered in the above entitled action on _03/15/2024_ against _The City of Tacoma_,
                                                                                      *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 5,236.96 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 137.00 |
| TOTAL | $ 5,373.96 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service             [ ]  First class mail, postage prepaid

[ ]  Other: _____

        s/ Attorney:    _s/Loren A. Cochran_____

        Name of Attorney:  _Loren A. Cochran_____

For: _____Plaintiff Zimmeri Contreraz_____     Date: _03/29/2024_
                    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
   *Clerk of Court*                        *Deputy Clerk*                        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | **TOTAL** | | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZIMMERI CONTRERAZ, individually,

                Plaintiff,

v.

CITY OF TACOMA, a municipal corporation;
SOUTH SOUND 911, an Interlocal agreement
agency; and CHRISTOPER BAIN, in his
individual capacity,

                Defendants.

NO. 3:22-cv-05106-JNW

**DECLARATION OF LOREN A.
COCHRAN IN SUPPORT OF
PLAINTIFF'S BILL OF COSTS**

I, LOREN A. COCHRAN, hereby declare under penalty of perjury under the laws of the
State of Washington and the United States of America that the following is true and correct:

1.     I am over the age of 18, competent to testify as to the matters stated herein and
make this declaration based on my personal knowledge.

2.     I am one of the attorneys for Plaintiff, Zimmeri Contreraz, in this case.

3.     Attached to my declaration as **Exhibit 1** are true and accurate copy of the receipts
and/or invoices corresponding with Plaintiff's Bill of Costs as follows.

      a.  Certified Mail to City of Tacoma:      $7.00

      b.  Service Fee for City of Tacoma and Check:      $130.00

      c.  Buell Invoice and Receipt for G. Roberts:      $1,049.16

      d.  Buell Invoice and Receipt for K. Morris:      $400.00

      e.  Buell Invoice and Receipt for C. Bain (video):      $810.00

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S BILL OF COSTS



COCHRAN
DOUGLAS
Attorneys at Law
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

     f.   Buell Invoice and Receipt for C. Bain:       $1,268.05

     g.   Buell Invoice and Receipt for E. Levitt:       $829.25

     h.   Buell Invoice and Receipt for K. Morris (II):    $634.70

     i.   Buell Invoice and Receipt for G. Roberts (II):   $678.00

     j.   Buell Invoice and Receipt for G. Roberts (III):  $297.80

    4.     The total amount of costs Plaintiff is requesting for pursuant of Plaintiff's Motion for Summary Judgment Regarding the City of Tacoma's Public Records Act Violations is $5,373.96 as reflected on Plaintiff's Cost Bill.

     I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND OF THE UNITED STATES OF AMERICA, 28 U.S.C. ¶ 1746, THAT THE FOREGOING IS TRUE AND CORRECT.

     DATED this 29th day of March, 2024.

                     /s/ Loren A. Cochran
                     LOREN A. COCHRAN



COCHRAN
DOUGLAS
Attorneys at Law
2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com

1

2

**CERTIFICATE OF SERVICE**

3

4
    I, **Kim Snyder**, hereby declare under penalty of perjury under the laws of the State of

5
Washington that that I am employed at Cochran Douglas, PLLC.

6
    I served the foregoing document via **ECF** and **Email** by directing delivery to the

7
following individuals:

8
                    Kymm Cox

9
                    Jennifer Taylor
CITY OF TACOMA ATTORNEY

10
747 Market Street, Room 1120
Tacoma, WA 98402

11
jtaylor@cityoftacoma.org
gcastro@cityoftacoma.org

12
bpittman@cityoftacoma.org
kcox@cityoftacoma.org

13

14
*Attorneys for Defendants City of Tacoma and Christopher Bain*

15
**SENT VIA EMAIL PER E-SERVICE AGREEMENT**

16

17
    DATED this 29th day of March, 2024.

18

19
                          /s/ Kim Snyder
                          Kim Snyder

20

21

22

23

24

25

26

DECLARATION OF LOREN A. COCHRAN IN
SUPPORT OF PLAINTIFF'S BILL OF COSTS



3 of 3 | 3:22-cv-05106-JNW

# EXHIBIT 1

**(a)**



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 0390 0003 4224 3435

OFFICIAL USE

Tacoma, WA 98402

| | |
|---|---|
| Postage | $0 |
| Certified Fee | $3.55 |
| | $3.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $0.55 |
| | $7.00 |

Postmark
Here

USPS

TACOMA WA 9840

04/19/2021

Sent To  *City of Tacoma, Office of the City Clerk*
Street, Apt. No.;
or PO Box No.  *747 Market Street, Room 220*
City, State, ZIP+4  *Tacoma, WA 98402*

PS Form 3800, June 2002          See Reverse for Instructions

Return Receipt                    $2.85
Tracking #:
    9590 9402 5930 0049 9252 46
Total                             $7.00

--------------------------------------

Grand Total:                      $7.00

--------------------------------------

Credit Card Remitted              $7.00
    Card Name: VISA
    Account #:
    Approval #: 090457
    Transaction #: 756
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required

**(b)**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

1183

**COCHRAN DOUGLAS, PLLC**
4826 TACOMA MALL BLVD SUITE C
TACOMA, WA 98409

**Heritage Bank**
Olympia, Washington
HeritageBankNW.com

03/08/2022

PAY TO THE
ORDER OF _____ Around Town Courier Service, Inc. _____ $ **130.00

One hundred thirty and 00/100*********************************************************************************************** DOLLARS

Around Town Courier Service, Inc.
PO Box 1166
Puyallup, WA  98371-0228

MEMO   Contreraz, Zim -- Invoice 59420

AUTHORIZED SIGNATURE

MP

Security features included. Details on back.



**AROUND TOWN COURIER SERVICE, INC.**
P.O. Box 1166 • Puyallup, WA  98371-0228
Phone: (253) 312-0738

**INVOICE**

N⁰   59420

☐   COURIER      ☐ PROCESS SERVICE

DATE: 2-15-22

ACCOUNT NO: _____

☐   REGULAR DELIVERY   ☐   SPECIAL DELIVERY

TIME: _____ AM / PM

City of TAcoma

Cochran, Douglas

743 MArket st

JAC MALL Blvd

South Sand 911

TAComa  WA

3580  PAcific Ave

REFERENCE: Contreraz

TOTAL: 130⁰⁰

RECEIVED BY: _____

TIME: _____ AM / PM

*Thank You!*
*Carey White*

*"Service you can count on."*

**(c)**



*Powered by Xpress-pay*

Your payment of $1,049.16 using Visa          has been accepted as Transaction ID(s) 3792496406 on 05/08/2023 at 12:12:15 PM. A receipt has been sent to Kim@cochrandouglas.com.

| Payment | Details | Amount |
|---|---|---|
| Invoice payment | **Bill Date:** 05/08/23 | **Amount:** $1,049.16 |
| | **Invoice #:** 88053 | |
| | **Client's name:** Cochran Douglas (Contreraz) | |
| | **Subtotal:** | **$1,049.16** |
| | **Payment total:** | **$1,049.16** |

Like what you saw? Learn more about how Xpress-pay can help your business:



Privacy Policy





© Systems East, Inc. 2023 owner/operator of Xpress-pay

# I N V O I C E

1 of 2



**1325 Fourth Avenue, Suite 1840**
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88053 | 5/1/2023 | 68886 |
| **Job Date** | **Case No.** | |
| 4/27/2023 | 3:22-cv-05106-BHS | |
| **Case Name** | | |
| Contreraz v. City of Tacoma, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

| | | | |
|---|---|---|---|
| Expedited Original Transcript of: | | | |
| 30(b)(6) Lieutenant Gary J. Roberts | 64.00 | Pages | 310.40 |
| Expedited Transcript Fee | | | 279.36 |
| Attendance Fee | 4.00 | Hours | 380.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 45.00 |
| Exhibit Production | 24.00 | | 14.40 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$1,049.16** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.   : 88053
Invoice Date  : 5/1/2023
**Total Due**    : **$1,049.16**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 68886
BU ID        : TACOMA
Case No.     : 3:22-cv-05106-BHS
Case Name    : Contreraz v. City of Tacoma, et al.

# INVOICE

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88053 | 5/1/2023 | 68886 |

| Job Date | Case No. |
|---|---|
| 4/27/2023 | 3:22-cv-05106-BHS |

| Case Name |
|---|
| Contreraz v. City of Tacoma, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.    : 88053
Invoice Date  : 5/1/2023
**Total Due**    : **$1,049.16**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.       : 68886
BU ID         : TACOMA
Case No.      : 3:22-cv-05106-BHS
Case Name  : Contreraz v. City of Tacoma, et al.

**(d)**



*Powered by Xpress-pay*

Your payment of $400.00 using Visa        has been accepted as
Transaction ID 4236982642 on 10/24/2023 at 11:55:04 AM.

| Payment | Details | Amount |
|---|---|---|
| Invoice payment | **Bill Date:** 10/24/23<br>**Invoice # :** 90665<br>**Client's name :** Cochran Douglas (Contreraz) | **Amount:** $400.00 |
| | **Subtotal:** | **$400.00** |
| | **Payment total:** | **$400.00** |

Like what you saw? Learn more about how Xpress-pay can help your business:



Terms & Conditions; Privacy Policy





© Systems East, Inc. 2023 owner/operator of Xpress-pay

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90665 | 8/8/2023 | 70712 |

| Job Date | Case No. |
|---|---|
| 8/1/2023 | 3:22-cv-05106-BHS |

| Case Name |
|---|
| Contreraz v. City of Tacoma, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

DEPOSITION OF:

Kipling T. Morris

Attendance Fee                                    4.00  Hours                    400.00

**TOTAL DUE  >>>                    $400.00**

Please note the transcript has not been ordered at this time.  If you would like
the proceeding transcribed, please call our office at (206) 287-9066.  Our standard
transcript turnaround time is 7-10 business days; however, with transcripts ordered
after the date of deposition, please allow 10-15 business days.

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.    : 90665
Invoice Date  : 8/8/2023
**Total Due**      : **$400.00**

Remit To:  **BUELL REALTIME REPORTING, LLC
1325 Fourth Avenue
Suite 1840
Seattle, WA 98101**

Job No.       : 70712
BU ID         : TACOMA
Case No.      : 3:22-cv-05106-BHS
Case Name   : Contreraz v. City of Tacoma, et al.

**(e)**



Your payment of $810.00 using Visa ⋯as been accepted as Transaction ID 4349825952 on 11/20/2023 at 12:21:54 PM.

Invoice payment
**Bill Date:** 11/20/23
**Invoice # :** 73728
**Client's name :** Contreraz
**Amount:** $810.00

| | |
|---|---|
| **Subtotal:** | $810.00 |
| **Payment total:** | $810.00 |

Like what you saw? Learn more about how Xpress-pay can help your business:

*Visit our site* ⓘ

Terms & Conditions; Privacy Policy





© Systems East, Inc. 2023 owner/operator of Xpress-pay

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93315 | 11/16/2023 | 73728 |

| Job Date | Case No. |
|---|---|
| 11/14/2023 | 3:22-cv-05106-BHS |

| Case Name |
|---|
| Contreraz v. City of Tacoma, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

VIDEOTAPED DEPOSITION OF
  Officer Christopher Bain

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 4.75 | Hours | 760.00 |
| Original Digital Stock | 2.00 | | 40.00 |
| Parking | 1.00 | | 10.00 |
| | **TOTAL DUE >>>** | | **$810.00** |

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.    : 93315
Invoice Date   : 11/16/2023
**Total Due**    : **$810.00**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 73728
BU ID        : VIDTACOMA
Case No.     : 3:22-cv-05106-BHS
Case Name    : Contreraz v. City of Tacoma, et al.





### *Powered* by **Xpress-pay**

Your payment of $1,268.05 using Visa •         been accepted as Transaction ID 4405523550 on 12/04/2023 at 12:20:50 PM.

Invoice payment
**Bill Date:** 12/04/23
**Invoice # :** 93607
**Client's name :** Cochran Douglas (Contreraz)
**Amount:** $1,268.05

| | |
|---|---|
| **Subtotal:** | **$1,268.05** |
| **Payment total:** | **$1,268.05** |

Like what you saw    earn more about how Xpress-pay can help your business:

**Visit our site** ⓘ

Terms & Conditions; Privacy Policy

SECURED BY
SECTIGO



# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93607 | 11/29/2023 | 73727 |

| Job Date | Case No. |
|---|---|
| 11/14/2023 | 3:22-cv-05106-BHS |

| Case Name |
|---|
| Contreraz v. City of Tacoma, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Officer Christopher Bain | 139.00 | Pages | 743.65 |
| Attendance Fee | 4.25 | Hours | 425.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 50.00 |
| Exhibit Production | 42.00 | | 29.40 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$1,268.05** |

## LOCALLY OWNED  l  CERTIFIED  l  PERSONAL SERVICE

We appreciate your business!

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript. Your transcript charges will be reduced by 0.40/per page, in addition to any associated delivery fee. If needed at a future date for filing with the court, the physical sealed original transcript may be requested for delivery.

**Please notify us prior to the transcript's completion if you would like to decline the physical sealed original transcript.**

Once the transcript has been completed, standard turnaround for the physical sealed original transcript is 3-5 business days. As always, expedited delivery will be available if needed sooner.

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

| | | |
|---|---|---|
| Invoice No. | : | 93607 |
| Invoice Date | : | 11/29/2023 |
| **Total Due** | : | **$1,268.05** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 73727 |
| BU ID | : | TACOMA |
| Case No. | : | 3:22-cv-05106-BHS |
| Case Name | : | Contreraz v. City of Tacoma, et al. |

**(g)**



*Powere* by *Xpress-pay*

Your payment of $829.25 using Visa •• ...een accepted as Transaction ID 4406622096 on 12/04/2023 at 4:36:57 PM.

Invoice payment
**Bill Date:** 12/04/23
**Invoice # :** 93641
**Client's name :** Cochran Douglas (Contreraz)
**Amount:** $829.25

| | |
|---|---|
| **Subtotal:** | **$829.25** |
| **Payment total:** | **$829.25** |

Like what you saw    earn more about how Xpress-pay can help your business:



Terms & Conditions; Privacy Policy

SECURED BY SECTIGO



© Systems East, Inc. 2023 owner/operator of Xpress-pay

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93641 | 11/29/2023 | 73738 |

| Job Date | Case No. |
|---|---|
| 11/21/2023 | 3:22-cv-05106-BHS |

| Case Name |
|---|
| Contreraz v. City of Tacoma, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Erik W. Levitt | 96.00 | Pages | 513.60 |
| Attendance Fee | 2.75 | Hours | 233.75 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 50.00 |
| Exhibit Processing (Including Production of Original Exhibits) | 11.00 | | 11.90 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$829.25** |

**LOCALLY OWNED Ι CERTIFIED Ι PERSONAL SERVICE**

We appreciate your business!

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript. Your transcript charges will be reduced by 0.40/per page, in addition to any associated delivery fee. If needed at a future date for filing with the court, the physical sealed original transcript may be requested for delivery.

**Please notify us prior to the transcript's completion if you would like to decline the physical sealed original transcript.**

Once the transcript has been completed, standard turnaround for the physical sealed original transcript is 3-5 business days. As always, expedited delivery will be available if needed sooner.

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Loren A. Cochran
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

| | |
|---|---|
| Invoice No. | : 93641 |
| Invoice Date | : 11/29/2023 |
| **Total Due** | : **$829.25** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 73738 |
| BU ID | : MAIN |
| Case No. | : 3:22-cv-05106-BHS |
| Case Name | : Contreraz v. City of Tacoma, et al. |

**(h)**



Your payment of $634.70 using Visa ·        has been accepted as Transaction ID 4524367906 on 01/02/2024 at 2:29:02 PM. A receipt has been sent to erin@cochrandouglas.com.

Invoice payment
**Bill Date:** 01/02/24
**Invoice # :** 94454
**Client's name :** Zimmeri Contreraz
**Amount:** $634.70

| | |
|---|---|
| **Subtotal:** | **$634.70** |
| **Payment total:** | **$634.70** |

Like what you saw? Learn more about how Xpress-pay can help your business:



Terms & Conditions; Privacy Policy





# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94454 | 12/28/2023 | 74620 |

| Job Date | Case No. |
|---|---|
| 12/19/2023 | 3:22-cv-05106-BHS |

| Case Name |
|---|
| Contreraz v. City of Tacoma, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| 30(b)(6) Kipling T. Morris | 57.00 | Pages | 304.95 |
| Attendance Fee | 2.25 | Hours | 191.25 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 50.00 |
| Exhibit Processing (Including Production of Original Exhibits) | 14.00 | | 68.50 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$634.70** |

**LOCALLY OWNED  I  CERTIFIED  I  PERSONAL SERVICE**

We appreciate your business!

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript. Your transcript charges will be reduced by 0.40/per page, in addition to any associated delivery fee. If needed at a future date for filing with the court, the physical sealed original transcript may be requested for delivery.

**Please notify us prior to the transcript's completion if you would like to decline the physical sealed original transcript.**

Once the transcript has been completed, standard turnaround for the physical sealed original transcript is 3-5 business days. As always, expedited delivery will be available if needed sooner.

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.   : 94454
Invoice Date : 12/28/2023
**Total Due**    : **$634.70**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.     : 74620
BU ID       : MAIN
Case No.    : 3:22-cv-05106-BHS
Case Name : Contreraz v. City of Tacoma, et al.

**(i)**



Your payment of $678.00 using Visa        has been accepted as Transaction ID 4524384446 on 01/02/2024 at 2:32:20 PM. A receipt has been sent to erin@cochrandouglas.com.

Invoice payment
**Bill Date:** 01/02/24
**Invoice # :** 94466
**Client's name :** Zimmeri Contreraz
**Amount:** $678.00

| | |
|---|---:|
| **Subtotal:** | **$678.00** |
| **Payment total:** | **$678.00** |

Like what you saw? Learn more about how Xpress-pay can help your business:



Terms & Conditions; Privacy Policy





© Systems East, Inc. 2024 owner/operator of Xpress-pay

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94466 | 12/28/2023 | 74577 |
| Job Date | Case No. | |
| 12/20/2023 | 3:22-cv-05106-BHS | |
| Case Name | | |
| Contreraz v. City of Tacoma, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Lieutenant Gary J. Roberts | 68.00 | Pages | 363.80 |
| Attendance Fee | 2.50 | Hours | 212.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 50.00 |
| Exhibit Processing (Including Production of Original Exhibits) | 23.00 | | 31.70 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$678.00** |

## LOCALLY OWNED  ∣  CERTIFIED  ∣  PERSONAL SERVICE

We appreciate your business!

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript. Your transcript charges will be reduced by 0.40/per page, in addition to any associated delivery fee. If needed at a future date for filing with the court, the physical sealed original transcript may be requested for delivery.

**Please notify us prior to the transcript's completion if you would like to decline the physical sealed original transcript.**

Once the transcript has been completed, standard turnaround for the physical sealed original transcript is 3-5 business days. As always, expedited delivery will be available if needed sooner.

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.    : 94466
Invoice Date  : 12/28/2023
**Total Due**    : **$678.00**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 74577
BU ID      : MAIN
Case No.   : 3:22-cv-05106-BHS
Case Name  : Contreraz v. City of Tacoma, et al.





Your payment of $297.80 using Visa          has been accepted as Transaction ID 4524397494 on 01/02/2024 at 2:34:58 PM. A receipt has been sent to erin@cochrandouglas.com.

**Invoice payment**
**Bill Date:** 01/02/24
**Invoice # :** 94468
**Client's name :** Zimmeri Contreraz
**Amount:** $297.80

| | |
|---|---|
| **Subtotal:** | **$297.80** |
| **Payment total:** | **$297.80** |

Like what you saw? Learn more about how Xpress-pay can help your business:



Terms & Conditions; Privacy Policy





© Systems East, Inc. 2024 owner/operator of Xpress-pay

1/1

# I N V O I C E
1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94468 | 12/28/2023 | 74577 |
| **Job Date** | **Case No.** | |
| 12/20/2023 | 3:22-cv-05106-BHS | |
| **Case Name** | | |
| Contreraz v. City of Tacoma, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

ORIGINAL TRANSCRIPT OF:

30(b)(6) Lieutenant Gary J. Roberts

| | | | |
|---|---|---|---:|
| Attendance Fee | 1.00 | Hours | 85.00 |
| Minimum Original Transcript Charge | 1.00 | | 135.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 50.00 |
| Exhibit Processing (Including Production of Original Exhibits) | 7.00 | | 7.80 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE   >>>** | | **$297.80** |

## LOCALLY OWNED I CERTIFIED I PERSONAL SERVICE

We appreciate your business!

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript. Your transcript charges will be reduced by 0.40/per page, in addition to any associated delivery fee. If needed at a future date for filing with the court, the physical sealed original transcript may be requested for delivery.

**Please notify us prior to the transcript's completion if you would like to decline the physical sealed original transcript.**

Once the transcript has been completed, standard turnaround for the physical sealed original transcript is 3-5 business days. As always, expedited delivery will be available if needed sooner.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.   : 94468
Invoice Date : 12/28/2023
**Total Due**    : **$297.80**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 74577
BU ID      : MAIN
Case No.   : 3:22-cv-05106-BHS
Case Name  : Contreraz v. City of Tacoma, et al.

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94468 | 12/28/2023 | 74577 |
| **Job Date** | **Case No.** | |
| 12/20/2023 | 3:22-cv-05106-BHS | |
| **Case Name** | | |
| Contreraz v. City of Tacoma, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Cole Douglas
Cochran Douglas, PLLC
2501 Fawcett Avenue
Tacoma, WA 98402-1317

Invoice No.    : 94468
Invoice Date  : 12/28/2023
**Total Due**      : **$297.80**

Remit To:  **BUELL REALTIME REPORTING, LLC**
           **1325 Fourth Avenue**
           **Suite 1840**
           **Seattle, WA 98101**

Job No.      : 74577
BU ID        : MAIN
Case No.     : 3:22-cv-05106-BHS
Case Name    : Contreraz v. City of Tacoma, et al.