UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZIMMERI CONTRERAZ, | CASE NO. 3:22-cv-5106 |
| Plaintiff, | ORDER |
| v. | |
| CITY OF TACOMA; SOUTH SOUND 911; CHRISTOPHER BAIN, | |
| Defendants. | |

On April 1, 2024, the Court held the pretrial conference for this case. This case is scheduled to begin trial on April 26, 2024. As discussed during the conference, the parties are ORDERED to file with the Court (1) their neutral case statement by Wednesday, April 3, 2024; (2) their deposition designations with objections, if any, proposed verdict forms, and completed pretrial order by Friday, April 5, 2024. Further failure to comply with the Court's deadlines will prompt sanctions.

It is so ORDERED.

**ORDER** - 1

Dated this 1st day of April, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2