1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZIMMERI CONTRERAZ, individually,

Plaintiff,

vs.

CITY OF TACOMA; a municipal
corporation; SOUTH SOUND 911; an
Interlocal agreement agency; and
CHRISTOPHER BAIN, in his
individual capacity,

Defendants.

No.  3:22-cv-5106-JNW

CITY OF TACOMA DEPOSITION
DESIGNATIONS – PLAINTIFF
ZIMMERI CONTRERAZ

Defendants CITY OF TACOMA and CHRISTOPHER BAIN ("City" or "Defendants"), by and through the undersigned, provide the following deposition designations re: Plaintiff Zimmeri Contreras.  Corresponding sections of Plaintiff's December 4, 2023, deposition transcript are indicated in yellow by the City; sections to which Plaintiff objects are indicated in orange. The marked deposition transcript is attached and incorporated herein as Exhibit 1.[1]

---

[1] Defendant City of Tacoma is filing the current pleading in compliance with the Court's previous order (Dkt. 147).  Opposing counsel is currently unavailable and City expects the parties to provide supplemental pleading the week of April 8, 2024.

| Page/Ln. No. | Objection | Response | Ruling |
|---|---|---|---|
| 13:22-25 | | | |
| 14:1-3, 12-13 | | | |
| 16:24-25 | | | |
| 17:1-3 | | | |
| 22:25 | | | |
| 23:1 | | | |
| 25:20-25 | | | |
| 26:1-21 | | | |
| 28:9-13 | | | |
| 29:25 | | | |
| 30:1-20, 25 | | | |
| 31:10-25 | | | |
| 32:1-15, 18-25 | | | |
| 33:1-15 | | | |
| 38:1-10, 18-24 | | | |
| 50:8-19 | | | |
| 57:14-22 | | | |
| 61:15-24 | | | |
| 62:5-17 | | | |
| 63:6-25 | | | |
| 64:1 - 25 | | | |
| 65:1-20 | | | |
| 66:2-25 | | | |
| 67:1-23 | | | |
| 68:1-9, 21-25 | | | |
| 69:1-8, 21-23 | | | |
| 70:5-7, 25 | | | |
| 71:1-2, 11-25 | | | |
| 72:1-25 | | | |
| 73:1-5, 20-25 | | | |
| 74:1-6 | | | |
| 75:3-16, 19-21 | | | |
| 76:17-25 | | | |
| 77:1-4, 7-25 | | | |
| 78:1-11, 15-25 | | | |
| 79:1-6, 12-25 | | | |
| 80:1-4, 12-15 | | | |
| 81:1-25 | | | |
| 82:1-6, 12-15 | | | |
| 83:7-25 | | | |
| 84:1-24 | | | |
| 85:3-9 | | | |
| 90:7-14 | | | |
| 91:2-25 | | | |

| Page/Ln. No. | Objection | Response | Ruling |
|---|---|---|---|
| 92:1-25 | | | |
| 93:9-24 | | | |
| 95:16-17, 20-25 | | | |
| 96:1-13, 21-25 | | | |
| 97:4-5, 8-10, 13-14, 17-19 | | | |
| 99:21-25 | | | |
| 100:14-17, 15-17 | | | |
| 101:6-11, 15-17, 24-25 | | | |
| 102:1-25 | | | |
| 103:18-21 | | | |
| 104:3-4, | | | |
| 114:5-15 | | | |
| 115:4-7, 10 | | | |
| 117:9-16 | | | |
| 118:13-25 | | | |
| 119:1-25 | | | |
| 120:1, 4-13, 16-18, 21-22, 25 | | | |
| 121:1-2, 5-8, 20-23, 25 | | | |
| 122:1-2, 3-7, 9-13, 19-25 | | | |
| 123:1-7 | | | |
| 124:25 | | | |
| 125: 12-25 | | | |
| 126:1-25 | | | |
| 127:1-25 | | | |
| 128:1-5 | | | |
| 129:7-12, 23-24 | | | |
| 130:1-2, 4 | | | |
| 134:6-8, 16-19, 22-25 | | | |
| 135:1-6, 11-14 | | | |
| 137:7-25 | | | |
| 138:1-6, 10-15, 18-23 | | | |
| 139:5-6, 9-11, 14-15, 19-25 | | | |
| 140:1-4, 9-10, 12 | | | |
| 141:13-15, 20-25 | | | |
| 142:1-4, 14-18 | | | |
| 144:5-6 | | | |

| Page/Ln. No. | Objection | Response | Ruling |
|---|---|---|---|
| 146:6-11 | | | |
| 147:7-15 | | | |
| 149:20-25 | | | |
| 150:1-10, 13-17, 19-25 | | | |
| 151:1-5, 8-18 | | | |
| 152:4-5, 7, 16-25 | | | |
| 153:1-15 | | | |
| 155:2-5 | | | |
| 156:19-22, 25 | | | |
| 157:10-22, 25 | | | |
| 158:1-21, 23-25 | | | |
| 159:1-2, 4-9, 11-12, 18-25 | | | |
| 160:1-7, 22-25 | | | |
| 161:1, 3-7, 18-19, 21 | | | |
| 162:15-21 | | | |
| 163:13-18, 21-25 | | | |
| 164:1-2, 4 | | | |
| 165:19-25 | | | |
| 166:2-6, 14-25 | | | |
| 167:1-13 | | | |
| 168:12-14, 17-25 | | | |
| 169:1-9, 22-25 | | | |
| 170:3-12, 23-25 | | | |
| 171:1-6, 23-25 | | | |
| 172:1-5, 11-19, | | | |
| 173:1-25 | | | |
| 174:1-25 | | | |
| 175:1-2, 8-25 | | | |
| 176:1-14, 17 | | | |
| 181:24-25 | | | |
| 182:1-11, 14-15 | | | |
| 183:16-25 | | | |
| 184:1-4, 6-21 | | | |
| 185:4-5, 18, 20-23, 25 | | | |
| 186:1, 3-7, 9-10, 12-25 | | | |
| 187:1-9, 12 | | | |
| 188: 3-4, 6-19 | | | |
| 190:1-25 | | | |
| 191:1-3 | | | |

| Page/Ln. No. | Objection | Response | Ruling |
|---|---|---|---|
| 193:3-4, 6-10, 22-25 | | | |
| 194:1-20, 23-25 | | | |
| 195:1-12 | | | |
| 196:17-25 | | | |
| 197:1-2, 8-25 | | | |
| 198:1-2 | | | |
| 200:9-25 | | | |
| 201:1, 6-18, 21-25 | | | |
| 202:1-8 | | | |
| 203:6-18 | | | |
| 204:17-25 | | | |
| 205:1-6 | | | |
| 207:25 | | | |
| 208:1-25 | | | |
| 209:4-6 | | | |
| 210:9-25 | | | |
| 211:1-25 | | | |
| 212:1-25 | | | |
| 213:1-5, 9-15, 19-21 | | | |
| 217:16-21, 24-25 | | | |
| 218:1-25 | | | |
| 219:1-8, 13-19, 22-25 | | | |
| 220:1-3 | | | |
| 223:22-25 | | | |
| 224:1-25 | | | |
| 225:1-25 | | | |
| 227:2-9, 11-17, 21-25 | | | |
| 228:1-8 | | | |
| 229:1-2, 16-17, 24-25 | | | |
| 230:1-5, 8-10. 14-17. 24-25 | | | |
| 231:1-3, 6-8 | | | |
| 234:2-10, 12-19 | | | |
| 235:3-16 | | | |
| 236:3-11, 13-25 | | | |
| 237:1-20 | | | |
| 240:2-25 | | | |
| 241:1-2, 6-22 | | | |

| Page/Ln. No. | Objection | Response | Ruling |
|---|---|---|---|
| 242:2-12, 17-25 | | | |
| 243:1-2 | | | |
| 244:3-23 | | | |
| 246:22-25 | | | |
| 247:1, 4-8, 12-17, 23-25 | | | |
| 248:1-16, 25 | | | |
| 249:1-3 | | | |
| 252:6-11, 24-25 | | | |
| 253:1-25 | | | |
| 254:7-9, 12, 15-22 | | | |
| 255:13-25 | | | |
| 256:1-25 | | | |
| 257:1-3, 6-10, 12-16, 19-25 | | | |
| 261:6-13, 22-25 | | | |
| 262:1-2, 4-6 | | | |
| 263:13-16 | | | |

CHRISTOPHER D. BACHA, City Attorney

By:     /s/ Kimberly J. Cox
        JENNIFER J. TAYLOR, WSBA #26607
        KIMBERLY J. COX, WSBA #19955
        Deputy City Attorneys
        Attorneys for Defendants City of Tacoma and
        Christopher Bain

**DECLARATION OF SERVICE**

I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will send a true and correct copy of this filing to the following:

Attorney for Plaintiff

Loren A. Cochran
Nicholas B. "Cole" Douglas
Cochran Douglas
Attorneys at Law
4826 Tacoma all Blvd. Suite C
Tacoma, WA  98409
loren@cochrandouglas.com
cole@cochrandouglas.com

DATED this 5th day of April, 2024, at Tacoma, Washington.

_____/s/Gisel Castro_____
Gisel Castro, Legal Assistant
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA  98402
(253) 591-5268
Fax: (253) 591-5755

**EXHIBIT 1**

     

2200 Sixth Avenue, Suite 425, Seattle, WA 98121 • 206.389.9321 • Toll Free: 855.329.0919    2208 North 30th Street, Suite 202, Tacoma, WA 98403 • 253.627.6401 • Toll Fee: 800.649.2034

# ONE-WEEK TRANSCRIPT TURNAROUND
**Digital Transcripts • Internet Realtime • HD Legal Video • Picture-in-Picture Depositions**
**Remote Depositions • Designation Editing • Nationwide Scheduling • HD Videoconferencing**

In the Matter of:

Contreraz

vs

City of Tacoma

—————————————————————

**ZIMMERI CONTRERAZ**

*December 04, 2023*

—————————————————————————————

Thank you for choosing BA Litigation Services for your court reporting, legal video, and deposition technology needs.  It is always our goal to provide you with exceptional service.  If there is anything we can do to assist you, please don't hesitate to let us know.

*Sarah Fitzgibbon, CCR*
Vice President



The Premier Advantage™
PDF transcript bundle contains:

• Full-size and condensed transcripts
• Printable word index
• Hyperlinked selectable word index
• Embedded printable exhibit scans
• Hyperlinked selectable exhibit viewing
• Common file formats: txt, lef, mdb
  accessed via *paperclip* icon

**STRATEGY   •   TECHNOLOGY   •   DESIGN   •   DEPOSITIONS**

Contreraz vs City of Tacoma
Contreraz, Zimmeri -  December 04, 2023

```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON

                         AT TACOMA


ZIMMERI CONTRERAZ, individually,      )
                                      )
                    Plaintiff,        )
                                      )
            vs.                       ) No. 3:22-cv-05106
                                      )
CITY OF TACOMA, a municipal           )
corporation; SOUTH SOUND 911, an      )
Interlocal agreement agency; and      )
CHRISTOPHER BAIN, in his              )
individual capacity,                  )
                                      )
                    Defendants.       )


              DEPOSITION OF ZIMMERI CONTRERAZ

                    December 4, 2023

                    Tacoma, Washington
```

Reporter:  Christy Sheppard, CCR, RPR



```
 1                      APPEARANCES

 2    For the Plaintiff:

 3              Loren A. Cochran
                Cochran Douglas
 4              2501 Fawcett Avenue
                Tacoma, WA 98402
 5              253-472-7777
                loren@cochrandouglas.com

 6

 7    For the Defendants:

 8               Kimberly J. Cox
                Deputy City Attorney
 9              747 Market Street
                Room 1120
10              Tacoma, WA 98402-3767
                253-591-5885
11              253-591-5755 Fax
                kcox@cityoftacoma.org

12

13              Jennifer J. Taylor
                Deputy City Attorney
14              747 Market Street
                Room 1120
15              Tacoma, WA 98402-3767
                253-591-5637
16              253-591-5755 Fax
                jtaylor@ci.tacoma.wa.us

17

18

19

20    Also present:  Dan Bassett,
                Videographer, B&A Litigation Services
21

22

23

24

25
```

```
 1                      EXAMINATION INDEX

 2     EXAMINATION BY:                           PAGE NO.

 3     MS. COX                                       6

 4

 5                        EXHIBIT INDEX

 6      EXHIBIT NO.      DESCRIPTION              PAGE NO.

 7    Exhibit No. 1      3-page Amended Notice of     8
                         Deposition
 8
      Exhibit No. 2      22-page City's first        107
 9                       interrogatories and request
                         for production
10
      Exhibit No. 3      12-page Plaintiff's         107
11                       supplemental responses

12    Exhibit No. 4      13-page City's second       107
                         interrogatories and request
13                       for production

14    Exhibit No. 5      11-page Complaint for Damages  112

15    Exhibit No. 6      1-page Email from Kevin      144
                         Durant, 8/27/20
16
      Exhibit No. 7      6-page. Indian Tribal Health  189
17                       authority chart note, 7/27/20

18    Exhibit No. 8      4-page Indian Tribal health   196
                         Authority chart note, 8/19/20
19
      Exhibit No. 9      2-page ATI Physical Therapy   199
20                       chart note, 1/29/21

21    Exhibit No. 10     6-page Indian Tribal Health   202
                         Authority chart note, 1/26/21
22
      Exhibit No. 11     2-page Greater Lakes Mental   207
23                       Healthcare chart note, 2/3/21

24    Exhibit No. 12     3-page Stipulated findings of 215
                         Fact and Conclusions of Law,
25                       8/4/21
```

```
 1                    EXHIBIT INDEX (Continued)

 2        EXHIBIT NO.        DESCRIPTION              PAGE NO.

 3    Exhibit No. 13    6-page Greater lakes Mental    223
                        Healthcare chart note, 2/4/21
 4
      Exhibit No. 14    9-page Letter from Crime        250
 5                      Victims Compensation Program,
                        8/19/20
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              BE IT REMEMBERED that on Monday,

2   December 4, 2023, at 2208 North 30th Street, Tacoma,

3   Washington, at 10:03 a.m., before Christy Sheppard,

4   Certified Court Reporter, CCR, RPR, appeared ZIMMERI

5   CONTRERAZ, the witness herein;

6              WHEREUPON, the following proceedings

7   were had, to wit:

8

9                    <<<<<< >>>>>>

10

11

12              THE VIDEOGRAPHER:  We're on record.

13   Time now is 10:02 a.m.  Today's date is December 4, 2023.

14   This is Volume 1 of the video recorded deposition of Zim

15   Contreraz taken in the matter of Contreraz versus the

16   City of Tacoma, et. al., filed in the United States

17   District Court for the Western District of Washington at

18   Tacoma.  Case number is 3:22-cv-05106.

19      This deposition is being held at 2208 North 30th

20   Street, Suite No. 202, in Tacoma, Washington.

21      My name is Dan Bassett.  I am the videographer.  The

22   court reporter is Christy Sheppard.  We are both here on

23   behalf of B&A Litigation Services.

24      Counsel, please identify yourselves for the record

25   and then the witness may be sworn in.

```
 1                         MR. COCHRAN:  For the Plaintiff, Loren

 2      Cochran.

 3                         MS. COX:  For the City of Tacoma,

 4      Kimberly Cox.

 5                         MS. TAYLOR:  Also for the City of

 6      Tacoma, Jennifer Taylor.

 7


 8


 9      ZIMMERI CONTRERAZ,      having been first duly sworn

10                              by the Certified Court Reporter,

11                              testified as follows:

12


13


14                         EXAMINATION

15      BY MS. COX:

16   Q   As we were saying some things we are out of practice in,

17      and I distracted you.

18           So, good morning, Mr. Contreraz.  My name is

19      Kimberly Cox.  Last name is spelled Cox.  I am a deputy

20      city attorney with the City of Tacoma, and I will be

21      asking you questions here today.

22           My colleague, also assigned to the case, to my left,

23      Jennifer Taylor, is here because we are both working on

24      the file but I will be doing the questioning, okay?

25   A   All right.
```

1   Q   Before we get really started, would you please state your

2       full name, including your middle name, and spell your

3       first, middle, and last name for the record.

4   A   **Zimmeri Claudius Contreraz, Z-I-M-M-E-R-I,**

5       **C-L-A-U-D-I-U-S, C-O-N-T-R-E-R-A-Z.**

6   Q   Thank you.  And, Mr. Contreraz, do you go by any

7       nicknames or short versions of your name?

8   A   **I just go by Zim, yeah.**

9   Q   Do your friends call you Zim?

10  A   **Everybody, yeah.**

11  Q   Does anyone refer to you by the letter Z?

12  A   **No.**

13  Q   Okay.  Have you in your lifetime been known by any other

14      names other than the nickname and the name you just put

15      on the record?

16  A   **Yes.**

17  Q   What other names?

18  A   **Zimmeri McNeal.**

19  Q   Can you spell that last name?

20  A   **M-C-N-E-A-L.**

21  Q   And have you been known by any other names?

22  A   **No.**

23  Q   And why were you known by the last name of McNeal versus

24      Contreraz?

25  A   **It was my name before I was adopted on my eighth**

1       birthday.

2   Q   So McNeal was your birth surname?

3   A   Correct.

4   Q   And you do not use that name?

5   A   No.

6   Q   This is your deposition scheduled to begin at 10:00 a.m.

7       today, Monday, December 4th, 2023 at 10:00 a.m. in the

8       case that you filed against the City of -- well, against

9       Officer Christopher Bain with the City of Tacoma, do you

10      understand that?

11  A   Yes.

12                          (Exhibit No. 1 marked

13                           for identification.)

14

15  Q   What I would like to show you is an exhibit.  It's a

16      document that I am marking as Exhibit 1.  I am going to

17      hand it to your counsel first and he will hand it to you.

18                  MS. COX:  I forgot before we got on

19      the record we are not expecting South Sound 911 counsel?

20      All right.  Should they show up, we will catch them up.

21  Q   (By Ms. Cox)  So I can see that your counsel's handed you

22      what I have marked as Exhibit 1 to your deposition, Mr.

23      Contreraz.  Have you had a chance to look at all I think

24      it's three pages?

25  A   Yeah.  I have seen all three pages.

1  Q   Sorry?

2  **A   I have seen all three pages.**

3  Q   All right.  It's titled on the first page, "Amended

4      Notice of Video Deposition Upon Oral Examination of

5      Zimmeri Contreraz," correct?

6  **A   Correct.**

7  Q   Basically, it's your notice of deposition today, right?

8  **A   Correct.**

9  Q   Have you seen this document before?

10 **A   Not until now.**

11 Q   You were aware, though, that your deposition was

12     occurring today?

13 **A   Uh-huh.  Yes.**

14 Q   How long have you known about your deposition today?

15                 MR. COCHRAN:  Object to form just in

16     any way that it relates to attorney/client privileged

17     communications, but the actual fact you can go ahead and

18     answer to.  So go ahead and answer if you can.

19 Q   (By Ms. Cox)  Without -- let me dovetail on that, without

20     talking about or describing conversations or

21     communications you had with your attorney or anyone at

22     his office.  How long have you known about this

23     deposition?

24 **A   Recently.  Just recently.**

25 Q   Would that be days, weeks, or months?

```
 1   A    Days.

 2   Q    Did you have enough time to prepare for today?

 3                      MR. COCHRAN:  Objection to form, but

 4        go ahead if you can.

 5                      THE WITNESS:  No.  I just showed up

 6        basically.

 7   Q    (By Ms. Cox)  Mr. Contreraz, have you ever had your

 8        deposition taken before?

 9   A    No.

10   Q    Have you ever testified in court before?

11   A    I might be have.

12   Q    So you have testified in court before?

13   A    For like speeding tickets, stuff like that.

14   Q    You understand that our court reporter has placed you

15        under oath today?

16   A    (Witness nods head.)

17   Q    Is that a yes?

18   A    Yes.

19   Q    You understand that carries the same obligation to tell

20        the truth as if you were in court under oath?

21   A    Yes.

22   Q    So let me talk a little bit about what I call ground

23        rules, but they are basically to create an understanding

24        between us so we know how the dep or deposition should

25        proceed.
```

1          And the first one is, can we agree that if I ask you

2      a question that doesn't make sense to you you will let me

3      know so I can rephrase it until you understand?

4   A   Yes.

5   Q   Okay.  If you cannot hear the question, would you please

6      let me know?

7   A   Yes.

8   Q   If you answer the question, I will assume both that you

9      understood it and that you heard it, correct?

10  A   Correct.

11  Q   We will take breaks every hour just because that appears

12     to work the best, but if along the way you need a break

13     for any reason, as long as you have answered whatever

14     question is pending we can take a break, okay?

15  A   All right.

16  Q   I should have started with this, but in this context it's

17     not like a natural conversation.  We need verbal

18     responses to my questions.  And unlike normal

19     conversations, nodding your head, shaking your head,

20     saying uh-huh or huh-uh, making sounds that we understand

21     in conversation won't work.  I will prompt you for a

22     verbal response, but I wanted to let you know that I'm

23     not trying to be rude.  I'm trying to make sure your

24     answer is captured by our court reporter.  Does that make

25     sense to you?

1  A   Yes.

2  Q   All right.  This reminder is more for me than for you,

3      but especially if we get really into something, we both

4      need to remember to wait for the other person to finish

5      talking because our court reporter cannot capture more

6      than one person talking at a time.  Does that make sense?

7  A   Yes.

8  Q   Okay.  And our court reporter will let us know, hopefully

9      we won't get there, but she will let us know if we are

10     basically talking over each other, all right?

11 A   All right.

12 Q   Mr. Contreraz, without talking -- or telling me anything

13     you discussed with counsel or anyone at his office, what

14     did you do to prepare for your deposition today?

15                  MR. COCHRAN:  Objection to form.

16     Again, I will reinforce if it is conversations or any

17     sort of communication with my office, do not answer.  If

18     there are documents that you reviewed, go ahead and

19     answer.

20                  THE WITNESS:  What I did to prepare?

21     I showed up basically.

22 Q   (By Ms. Cox)  Did you review anything in the last week or

23     two getting ready for today?

24 A   Nope.

25 Q   Did you talk to anyone other than your attorney?

1   A   **No.**

2   Q   All right.  Mr. Contreraz, what is your current address?

3   A   **5601 North 37th Street.**

4   Q   That's here in Tacoma?

5   A   **Yeah.**

6   Q   Is there a unit number?

7   A   **No.**

8   Q   How long have you lived there?

9   A   **A few months.**

10  Q   Since when?

11  A   **September or October.  I keep forgetting it's December**

12      **already.**

13  Q   Me too.  So September or October 2023 you moved into that

14      address?

15  A   **Correct.**

16  Q   Where did you live before that?

17  A   **906 North Pearl Street.**

18  Q   Here in Tacoma?

19  A   **Correct.**

20  Q   How long did you live there?

21  A   **Two years, one month.**

22  Q   Where did you live at the time of this incident, which we

23      both know but I will put on the record is July 12th,

24      2020, correct?

25  A   **Correct.**

1  Q   Where did you live at that time?

2  A   I don't remember the name of it, but it's like a block

3      from Wright Park on Tacoma Avenue.

4  Q   Was it in an apartment building?

5  A   Yeah.

6  Q   Do you know the name of the building?

7  A   I can't remember.  Yeah, I can't remember.

8  Q   Is it the general area where like the Hub used to be?

9  A   I don't know what that is.

10 Q   Okay.  So maybe not?

11 A   I don't know.

12 Q   So how long did you live at that location?

13 A   I was there May 2020 to October 2020.

14 Q   So you moved in a few months before this incident in July

15     of 2020?

16 A   Correct.

17 Q   Correct me if I'm wrong, of course, but did you say that

18     the apartment was on South Tacoma Avenue?

19 A   Close to it.  I can't think of the cross street.

20 Q   Did the front door front on South Tacoma?

21 A   It was like -- like Ys off kind of.  I don't know what

22     this street is, but I know this one is Tacoma Avenue.

23 Q   So you are near to the Stadium District than say to the

24     courthouse?

25 A   Correct.

1  Q  All right.  Do you live with anyone right now?

2  A  **No.**

3  Q  On the date of this incident in July of 2020, did you

4     live with anyone?

5  A  **Nope.**

6  Q  Have you lived with anyone in the interval between the

7     date of the incident and today?

8  A  **No.**

9  Q  How old are you today?

10 A  **38.**

11 Q  And your birthday?

12 A  **9/19/85.**

13 Q  Would you please tell me your education, starting with

14    high school and proceeding through college and beyond,

15    but let's start with high school.

16 A  **All right.  So I went to Billings West High School in**

17    **Billings, Montana.  Then went to school at Montana State**

18    **University Billings for three years.  And then quit**

19    **college for like a year, and then went back to college**

20    **and then quit again.**

21 Q  When you went back, where did you go?

22 A  **Same college.**

23 Q  Okay.  And that second attempt at college, how long did

24    you stay?

25 A  **One semester, six months, or half a semester.**

1  Q   You said you went to Billings something, something and I

2      didn't catch it.  What was the name of the high school?

3  A   **Billings West High School.**

4  Q   Okay.  And you got a diploma from there?

5  A   **No.**

6  Q   You had a GED?

7  A   **Yes.**

8  Q   Why did you not get a diploma?

9  A   **I was half a credit short.**

10 Q   When you were in high school and even middle school or

11     the grades before high school, were you in any special

12     education programs?

13 A   **Yes.**

14 Q   Can you tell me about that, please?

15 A   **Pretty much from elementary to high school.**

16 Q   Why were you in a special education program?

17              MR. COCHRAN:  Objection to form, but

18     answer if you know.

19              THE WITNESS:  **Slow learner.**

20 Q   (By Ms. Cox)  What is your understanding of why you were

21     allegedly a slow learner?

22 A   **I guess I never really had guidance with education**

23     **besides the teachers in public schools.**

24 Q   Did you have any diagnosed learning disabilities, such as

25     dyslexia, things like that?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 17

```
 1   A    ADHD.

 2   Q    Anything else?

 3   A    No.

 4   Q    How did -- is it ADHD?

 5   A    Uh-huh.

 6   Q    Sorry.  How did that impact your ability to perform at

 7        school, or at least up through high school?

 8                    MR. COCHRAN:  Objection to form, but

 9        go ahead if you can.

10                    THE WITNESS:  Can you ask that again?

11   Q    (By Ms. Cox)  Sure.  How did -- strike that.

12        How do you think ADHD impacted your ability to

13        perform in high school?

14   A    It made me just become a slow learner.  All my classmates

15        were in these advanced classes, and I'm in these lower

16        classes still trying to figure out English, math,

17        science, basically just all the classes that they already

18        understood in middle school.

19   Q    So I read -- and I am going to ask you to correct me if

20        this is wrong.  I read that you were in the special

21        education program or programs up through eleventh grade

22        and then they mainstreamed you, meaning you left special

23        education for twelfth grade; is that correct?

24   A    Correct.

25   Q    Why did that happen?
```

1  A    I had really good grades.  Finally started to pick it up,

2       education, math, science, English, American literature,

3       and -- yeah.

4  Q    So by eleventh grade you were catching up to your peers?

5  A    Correct.

6  Q    All right.  What caused you to quit college?

7  A    Student loans.

8  Q    Tell me about that, please.

9  A    They pile up quick.

10 Q    And you didn't have the means to get a loan or pay them

11      back; is that correct?

12 A    Correct.

13 Q    What was your GPA when you graduated high school?

14 A    I would like to say 3.2.

15 Q    3.2?

16 A    Yes.

17 Q    Are you guessing?

18 A    It was like 3.19 something, but close to 2.

19 Q    So you are pretty sure in the range of 3.1 or 3.2?

20 A    Correct.

21 Q    How about college, what was your GPA when you left

22      college the second time?

23 A    2.8.

24 Q    What were you studying in college?

25 A    General studies, health and human performance.

1    Q    I'm sorry, what was that?

2    A    **Health and human performance.**

3    Q    What were your thoughts -- I know we are all young when

4        we are in college, but what were your thoughts about what

5        you were going to do with that kind of education as you

6        moved forward and out of college?

7                  MR. COCHRAN: Objection to form, but

8        go ahead if you can.

9                  **THE WITNESS: Start a career.**

10    Q    (By Ms. Cox) Doing what?

11    A    **PE, physical education teacher.**

12    Q    Have you ever worked in that capacity?

13    A    **In a sense. Summer courses in college offered like after**

14        **school programs, but they were during business hours**

15        **Monday through Friday, so that's where I decided I wanted**

16        **to go into health and human performance.**

17    Q    Did you ever work as a PE teacher?

18    A    **No.**

19    Q    Mr. Contreraz, have you ever been married?

20    A    **No.**

21    Q    Do you have any children?

22    A    **No.**

23    Q    Do you have currently a significant other?

24    A    **No.**

25    Q    When was the last time you had a significant other?

1   A    Two years ago.

2   Q    Okay.  What was their name?

3   A    Becca.

4   Q    Okay.  Was Becca -- what was Becca's last name?

5   A    Johnson.

6   Q    And how long were you guys together?

7   A    A year.  One year.

8   Q    Were you girlfriend and boyfriend or did you have a

9        different status?

10  A    Yeah, girlfriend/boyfriend.

11  Q    Do you have any family members that live in Washington

12       state?

13  A    Yes.

14  Q    Okay.  What family members live in Washington state?

15  A    My biological mother and three brothers, a bunch of

16       nieces and nephews.

17  Q    You said biological mother, what's her name?

18  A    Sybil.

19  Q    And her last name?

20  A    Grant.

21  Q    Common spelling?

22  A    Yes.

23  Q    All right.  And where does your mom live?

24  A    Capitol Hill in Seattle.

25  Q    Okay.  And three brothers, are these biological brothers?

1   A   Correct.

2   Q   And where are they living?

3   A   Seattle.

4   Q   And are you close with those brothers?

5   A   Off and on we talk.

6   Q   Is that -- talking may not be close, so I am going to ask

7       the question again.  Do you believe you are close with

8       these three brothers?

9                       MR. COCHRAN:  Objection to form, but

10      go ahead if you can.

11                      THE WITNESS:  Not at the moment.

12  Q   (By Ms. Cox)  I understand that from what you just said

13      about your surname McNeal, and the fact that you were

14      adopted, plus I've obviously read some of your records,

15      that you were in the foster care system for a number of

16      years when you were a child, correct?

17  A   Correct.

18  Q   From what age to what age?

19  A   Since after I was born until about eight when I got

20      adopted.

21  Q   Was the family surname of the family that adopted you

22      Contreraz?

23  A   Contreraz, correct.

24  Q   Were you in the foster care system in this state or

25      another state?

```
 1   A   Billings, Montana.

 2   Q   And why did you enter the foster care system as a baby?

 3                       MR. COCHRAN:  Objection to form, but

 4       you can answer if you know.

 5                       THE WITNESS:  I have no idea.

 6   Q   (By Ms. Cox)  You have no idea?

 7   A   No.

 8   Q   You are in contact --

 9   A   I was too young to remember.

10   Q   Isn't it true that you went into foster care as a baby

11       because of parents or parent drug use?

12                       MR. COCHRAN:  Objection to form, but

13       you can answer if you know.

14                       THE WITNESS:  I'm guessing so, yes.

15   Q   (By Ms. Cox)  You are still in contact with your

16       biological mom Sybil Grant, correct?

17   A   Yes.

18   Q   Have you ever asked her about it?

19   A   Yes.

20   Q   What did you learn from that?

21   A   People make mistakes.

22   Q   Were those mistakes related to drug use when you were a

23       baby?

24   A   Correct.

25   Q   Were you diagnosed with fetal alcohol syndrome when born?
```

1   A   **Yes.**

2             MR. COCHRAN:  I will just object to

3   form, but go ahead.

4             **THE WITNESS:  Yes, I was diagnosed**

5   **with fetal alcohol syndrome.**

6   Q   (By Ms. Cox)  Was your biological father, did he play a

7   role whatsoever in your life?

8   A   **No.**

9   Q   So the Contreraz family adopted you when you were eight,

10   correct?

11   A   **Correct.**

12   Q   And they raised you until you were an adult?

13   A   **Correct.**

14   Q   Are you on good terms with the Contreraz family?

15   A   **Yes, I am.**

16   Q   Where do they live?

17   A   **Billings, Montana.**

18   Q   And are your parents, your adoptive parents still alive?

19   A   **Deceased.**

20   Q   And how long has your father, your adoptive father, been

21   deceased?

22   A   **The year 2000 when I was 15.**

23   Q   And how about your adoptive mother?

24   A   **2004.**

25   Q   So that made you 19?

1   A   **18.**

2   Q   Were you out of high school?

3   A   **I just graduated, or I just got done with high school.**

4   Q   That's pretty young.  Sorry about that.

5       Do you have any siblings in the Contreraz family?

6   Let me rephrase that.

7       Do you have any adoptive siblings?

8   A   **In the Contreraz family?**

9   Q   Yes.  Well, it's your family so it's an awkward ask.

10  A   **One.**

11  Q   Is that a sister or brother?

12  A   **Brother.**

13  Q   And do you have a relationship with him now?

14  A   **We haven't spoken.**

15  Q   In how long?

16  A   **In 20 years.**

17  Q   Why is that?

18  A   **Lost contact information for him.**

19  Q   What was his name?

20  A   **Richard.**

21  Q   Rich Contreraz?

22  A   **Correct.**

23  Q   Are any of the Contreraz family members that you grew up

24      with still alive and living in Billings, Montana?

25  A   **Yes, all of them.**

1   Q   When you say "all of them," who would that be other than

2       Richard?

3   A   **All of my adoptive parents' children.**

4   Q   Okay.  So they had other children in the house other than

5       Richard?

6   A   **Not in the house, just in the family, correct.**

7   Q   Were you the youngest?

8   A   **Yes, I was.**

9   Q   Tell me what about you recall about your time in foster

10      care.

11  A   **It was -- I don't know.  It was just homes I went to and**

12      **then that was it.**

13  Q   Okay.  How many different homes do you recall being in

14      before you landed with the Contrerazes?

15  A   **A lot.**

16  Q   What is a lot?

17  A   **Too young to even remember how many exactly, just a lot.**

18  Q   More than two or three foster homes?

19  A   **Correct.**

20  Q   Are you, Mr. Contreraz, currently employed?

21  A   **Yes.**

22  Q   Where are you employed?

23  A   **With People Ready.**

24  Q   What type of business or enterprise is that?

25  A   **It is a temp service in Tacoma.**

1   Q    How long have you been employed there?

2   A    Since September.

3   Q    September 2023?

4   A    Correct.

5   Q    What is your position?

6   A    Labor.

7   Q    So are you a temporary employee that People Ready hires

8        out to employers?

9   A    Correct.

10  Q    And is it on an on-call basis?

11  A    Not at the moment.  At the moment full time.

12  Q    How does it work?

13  A    They call you up and ask you -- they tell you about the

14       job and ask you your availability and you can accept it

15       or not accept it.  That's basically it.

16  Q    And you do mostly labor?

17  A    Yes.

18  Q    Okay.  What kind of labor?

19  A    Maintenance, repair for apartment complexes.

20  Q    So like handyman repair stuff?

21  A    Correct.

22  Q    They know you have three years of college?

23  A    Yes.

24  Q    Where did you work before you were doing temporary work

25       through People Ready?

1   A   Smart Talent.

2   Q   Smart Talent?

3   A   Correct.

4   Q   From when to when did you work with Smart Talent?

5   A   Off and on 2022, 2023.

6   Q   Did you work for anyone else during that same period?

7   A   No.

8   Q   Before Smart Talent, where did you work?

9   A   Goodfella's Motor Company.

10  Q   Sorry.  What was that?

11  A   Goodfella's Motor Company.

12  Q   Where are they located?

13  A   Tacoma.

14  Q   And so from when to when did you work there?

15  A   March 2021 to July 2021.

16  Q   So that was during the period of time when you weren't

17      working for Smart Talent?

18  A   Correct.

19  Q   So when you would leave Smart Talent you would work

20      elsewhere?

21  A   Correct.

22  Q   Okay.  So from 2020 to 2023 when you were working

23      intermittently for Smart Talent you worked for

24      Goodfella's Motor Company?

25  A   In 2021.  Or last year, 2022.

```
 1  Q   Is when you worked for Goodfella's?

 2  A   Correct.

 3  Q   What was your position with Smart Talent?

 4  A   Labor.

 5  Q   Smart Talent is also a staffing agency?

 6  A   Correct.

 7  Q   So did it work similar or the same as People Ready does?

 8  A   Yeah.  Exactly like how they do.

 9  Q   What kind of work would you pick up through Smart Talent?

10  A   Forklift jobs, forklift driver.

11  Q   Do you have to have like a license or a certification to

12      be a forklift driver?

13  A   Yes.

14  Q   And you had that?

15  A   Yes.

16  Q   For how long have you had that?

17  A   Each company does their own training for everyone hired

18      on as forklift drivers, so you do their classes, their

19      paperwork, their training, watch their videos, and then

20      you get certified through their company on their

21      property.

22  Q   What was your position with Goodfella's Motor Company?

23  A   Salesman.

24  Q   Am I correct to assume salesman for cars?

25  A   Car salesman, correct.
```

1  Q   What kind of cars?

2  **A   Various different cars.**

3  Q   Were these used cars?

4  **A   Correct.**

5  Q   Did you work anywhere else from 2020 to 2023 while you

6      were working also for Smart Talent?

7  **A   No.**

8  Q   So do I have it right that the two jobs you had from 2020

9      to 2023 were intermittently with Smart Talent and then

10     for it looks like about four months for Goodfella's Motor

11     Company?

12 **A   I worked -- yeah.  I worked one day at LA Fitness or two**

13     **days, membership sales this year.  I want to say in July**

14     **2023.**

15 Q   Why such a short stay at LA Fitness?

16 **A   It was just not what I was expecting.**

17 Q   How so?

18 **A   A lot of cold calling trying to get customers to buy**

19     **memberships.**

20 Q   Did you not enjoy that?

21 **A   No.**

22 Q   Why not?

23 **A   I'm more of like a face to face type of person in the**

24     **sales industry.**

25 Q   Where did you work at the time of this incident in July

```
 1        of 2020?
 2    A   Tacoma Dodge.
 3    Q   Okay.  Here in Tacoma, obviously?
 4    A   Correct.
 5    Q   And what kind of business is that?
 6    A   It is a car dealership.
 7    Q   Okay.  And from when to when did you work at Tacoma
 8        Dodge?
 9    A   February 2020 until September 2020.
10    Q   What was your position there?
11    A   Car salesman.
12    Q   Were you salaried or commission?
13    A   Salary.
14    Q   No commission?
15    A   The commission is a salary so basically paid once a
16        month.
17    Q   Was it dependent on your sales?
18    A   Correct.
19    Q   So that sounds more like a commission not to salary to
20        me, would you agree?
21                    MR. COCHRAN:  Objection to form, but
22        go ahead if you can.
23                    THE WITNESS:  Commission job?
24    Q   (By Ms. Cox)  Yes.
25    A   Yes.
```

Contrerez vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 31

1   Q    Okay.  Because you weren't guaranteed you were going to

2        get paid every month if you didn't sell anything,

3        correct?

4   A    We had a $500 draw on the 15th and on the 25th of every

5        month that we were able to take out before we got our

6        main paycheck on the 5th of every month.

7   Q    Okay.  Could you draw if you hadn't sold anything that

8        month?

9   A    Yes.

10  Q    Okay.  Why did you leave Tacoma Dodge?

11  A    I wasn't in a mental capacity to be selling cars.

12  Q    Why not?

13  A    For the events that happened prior to me quitting on July

14       12th, 2020.

15  Q    Are you saying that the incident on July 12th, 2020 led

16       you to leave Tacoma Dodge?

17  A    Correct.

18  Q    What were the terms of your departure from Tacoma Dodge?

19  A    My head wasn't in the right space to be selling vehicles.

20       It's basically the conversation I had with the general

21       manager and that was it.

22  Q    Did you quit or were you fired?

23  A    It was more of a separation where they called me in the

24       office and we went over some paperwork and separated.

25  Q    Who was your direct supervisor when you worked at Tacoma

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023

Page 32

1      Dodge?

2    A    A guy named Troy.

3    Q    Troy what?

4    A    I don't know his last name.  I can't remember, but they

5         just called him Casper, though.

6    Q    Casper?

7    A    Yes.

8    Q    Why?

9    A    That was his nickname at the dealership and that's what

10        everybody called him, and that's what we called him.

11   Q    Have you had any contact with him since you left

12        employment there?

13   A    No.

14   Q    Okay.  What was your average -- what were your average

15        sales prior to July 12th, 2020 at Tacoma Dodge?

16                  MR. COCHRAN:  Objection to form, but

17        go ahead.

18                  THE WITNESS:  What was my average

19        sales?  It was shut down because of Covid.

20   Q    (By Ms. Cox)  Okay.

21   A    For a hundred days I believe it was.

22   Q    So in July of 2020 the Tacoma Dodge was shut down?

23   A    Prior to that in March is when I believe they had the

24        shutdown for all the dealerships in the state.

25   Q    For how long was the dealership closed due to Covid?

1  A  I would say a hundred days.  Definitely over three

2     months.

3  Q  So March, April, May of 2020?

4  A  Correct.

5  Q  Okay.  So they were not closed and you were employed

6     there in June of 2020?

7  A  Say that again, please.

8  Q  You said they were closed for a hundred days, about three

9     months.  So if they closed in March of 2020 due to Covid,

10    about three months later is March, April, May, and then

11    June you would be back in business, correct?

12 A  Correct.

13 Q  So you believe you were back there working in June of

14    2020?

15 A  Correct.

16 Q  And you were still working there as of the morning of

17    July 12th, 2020?

18 A  Correct.

19 Q  Okay.  And what were your sales in June of 2020 at Tacoma

20    Dodge?

21              MR. COCHRAN:  Objection to form, but

22    go ahead if you can.

23              THE WITNESS:  I do not recall.

24 Q  (By Ms. Cox)  How many hours a week were you working the

25    week before this incident?

1   A   **Fifty.**

2   Q   Five zero?

3   A   **Five zero.**

4   Q   And you, I assume, got a W2 for your work at Tacoma Dodge

5       in 2020, correct?

6   A   **Correct.**

7   Q   Mr. Contreraz, where did you work the five years before

8       this incident?  And when I say "this incident," I want to

9       be clear we are always talking about July 12th, 2020,

10      okay?

11  A   **All right.**

12  Q   So the five years before that, where else did you work?

13  A   **Cascade Millwork & Supply and McFarland Cascade.**

14  Q   Can you spell -- did you say McForeman?

15  A   **McFarland Cascade.**

16  Q   What kind of business is Cascade Millwork & Supply?

17  A   **Millwork, doors, trim for houses, interior trim.**

18  Q   What was your position?

19  A   **Driver.**

20  Q   Driver?

21  A   **Driver.**

22  Q   What were you driving?

23  A   **A 30-foot box truck.**

24  Q   A 30-foot box truck?

25  A   **Correct.**

1   Q   And were you delivering supplies?

2   A   **Yes.**

3   Q   And from when to when did you work with Cascade Millwork?

4   A   **September 2019 to January 2020.**

5   Q   Is Cascade Millwork here in Tacoma?

6   A   **Correct.**

7   Q   Why did you leave Cascade Millwork?

8   A   **Seeking better employment.**

9   Q   What better employment?

10  A   **Just higher hourly pay.**

11  Q   When did you work at McFarland Cascade?  Is it McFarland

12      what, Cascade?

13  A   **Cascade.**

14  Q   Okay.  Couldn't read my own handwriting.

15          So when did you work at McFarland?

16  A   **Oh, hmm, March 2015 to November 2018.**

17  Q   What was your position there?

18  A   **Operating engineer.**

19  Q   Can you give me a couple sentences or less on what your

20      duties and responsibilities were as an operating

21      engineer?

22  A   **Driving a forklift.**

23  Q   Anything else?

24  A   **Operating machines.**

25  Q   What kind of machines?

1   A   Machines that sorted lumber.

2   Q   Okay.   Is McFarland here in Tacoma?

3   A   Yes.

4   Q   Okay.   Why did you leave McFarland?

5   A   Burned out.

6   Q   Okay.   Did you quit or were you fired?

7   A   Quit.

8   Q   Okay.   I guess I should have asked you the same about

9       Cascade Millwork, did you quit or were you fired?

10  A   Quit.

11  Q   Did you work anywhere else in the five years before this

12      incident, so from July 2000 -- tricky math -- July 2015

13      to July 2020, did you work anywhere else other than

14      Cascade Millwork and McFarland Cascade?

15  A   Mountain Construction.

16  Q   Where are they located?

17  A   Tacoma.

18  Q   And from when to when did you work there?

19  A   I want to say like the beginning part of 2019.  I don't

20      remember the exact dates.

21  Q   For how long did you work there?

22  A   Around six months, I would like to say.

23  Q   What was your position there?

24  A   Carpenter.

25  Q   What did you work on as a carpenter?

1   A   **Buildings.**

2   Q   Like residents?

3   A   **Commercial.**

4   Q   Oh, commercial.

5   A   **Commercial buildings.**

6   Q   Okay.  Why did you leave that job?

7   A   **Disagreement with the company.**

8   Q   What was the disagreement about?

9   A   **Driving.**

10  Q   Tell me more about that.

11  A   **They are based in Tacoma.  They will reimburse you for**

12      **gas after 30 miles outside of Tacoma city limits.  And**

13      **some of their jobs were two or three hours away, so**

14      **commuting five to six hours round trip was not what I was**

15      **fond of.**

16  Q   Okay.  So you quit because the commute took too much

17      time?

18  A   **Correct.**

19  Q   Any other reasons?

20  A   **No.**

21  Q   Are you doing -- have we talked about every employer you

22      had between July 2015 and July 2020?

23  A   **Yes.**

24  Q   So you had periods of unemployment in there as well?

25  A   **Correct.**

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 38

1  Q    Okay.   Did you have a moving business?

2  A    No.

3  Q    Okay.   Do you do any kind of moving work now?

4  A    Did.

5  Q    When was the last time you did any kind of moving work?

6  A    Summer.

7  Q    Summer of 2023?

8  A    Correct.

9  Q    And what kind of moving do you typically do?

10 A    Load up you U-Haul trucks, unload U-Haul trucks.

11 Q    And how do you get your jobs?

12 A    Craigslist.

13 Q    For how long have you been doing moving, either on a

14      regular basis or an intermittent basis?

15 A    Off and on.

16 Q    For how many years?

17 A    Three.

18 Q    You said the last time you worked as a mover is summer of

19      2023.   What kind of job was that?

20 A    Loading up a U-Haul truck.

21 Q    At someone's house or someone's business?

22 A    Yeah, someone's house, residential.

23 Q    So you would be moving like furniture and stuff?

24 A    Yes.

25 Q    Mr. Contreraz, have you ever applied for disability or

```
 1        disability benefits?
 2   A    No.
 3   Q    Do you have any military service?
 4   A    No.
 5   Q    Do you regularly volunteer anywhere?
 6   A    No.
 7   Q    Have you ever regularly volunteered in the last five
 8        years anywhere?
 9   A    No.
10   Q    Have you ever been an employee of the City of Tacoma or
11        Pierce County?
12   A    No.
13   Q    Do you have ownership in any companies?
14   A    No.
15   Q    Have you ever had ownership of any kind in any company?
16   A    No.
17   Q    Any business enterprise?
18   A    Nope.
19   Q    Do you have any criminal -- I ask everybody this,
20        criminal arrests or convictions since the age of 18?
21   A    Yes.
22   Q    How many?
23   A    I don't know.
24   Q    How many arrests?
25   A    I do not know.
```

1  Q   More than two?

2  A   Yeah.

3              MR. COCHRAN:  Objection to form.  Go

4     ahead.

5  Q   (By Ms. Cox)  So more than two arrests?

6  A   Yes.

7  Q   More than ten?

8              MR. COCHRAN:  Objection to form, but

9     go ahead if you can.

10             THE WITNESS:  No.

11 Q   (By Ms. Cox)  What state did those arrests occur in?

12 A   Montana and Washington.

13 Q   Okay.  And have you been convicted of any crime, whether

14    a misdemeanor or a felony since you turned 18?

15 A   Yes.

16 Q   How many convictions do you have?

17 A   Do not know.

18 Q   More than two?

19 A   Yes.

20 Q   More than ten?

21 A   No.

22 Q   And what states do you have those convictions?

23 A   Montana and Washington.

24 Q   Regarding the arrests in Montana, what were you arrested

25    for?

1  A   Drinking and driving.

2  Q   So driving under the influence?

3  A   Correct.

4  Q   How old were you?

5  A   21.

6  Q   In what city or county did that arrest occur?

7  A   Billings.  Yellowstone County.

8  Q   And any other arrests in Montana that you can recall

9      since age of 18?

10 A   Yes.

11 Q   What were you arrested for?

12 A   Disorderly conduct.

13 Q   How old were you?

14 A   22.

15 Q   And where were you arrested as far as city or county?

16 A   Bozeman, Montana.

17 Q   Any other arrests in Montana since the age of 18?

18 A   Billings for disorderly.

19 Q   How old were you?

20 A   22.

21 Q   Any other arrests in Montana?

22 A   Not that I can recall.

23 Q   Okay.  How old were you when you moved from Montana to

24     Washington?

25 A   How old was I?

1  Q   Yes.

2  A   29.

3  Q   Do you more easily remember the year you moved?

4  A   Yes.

5  Q   What year did you move?

6  A   2014.

7  Q   And you moved straight from Montana to Washington state?

8  A   Correct.

9  Q   Have you lived in any other state other than Montana and

10     Washington?

11 A   I have lived in California.

12 Q   Okay.  Where in California?

13 A   San Diego.

14 Q   And from when to when did you live in San Diego?

15 A   When I was 22 to 22.

16 Q   So you were 22 years olds when you lived in San Diego?

17 A   Correct.

18 Q   Okay.  Tell me about what led to you getting arrested for

19     disorderly contact in Bozeman when you were 22 years old.

20                 MR. COCHRAN:  Objection to form, but

21     go ahead if you can.

22                 THE WITNESS:  Drinking.

23 Q   (By Ms. Cox)  Just drinking or what else happened?

24 A   Drinking, that was it.

25 Q   So the disorderly conduct arrest was based purely on the

```
 1        fact that you were drinking at the age of 22?
 2   A    Yeah, basically drinking outside of a bar.
 3   Q    So that's your understanding of what disorderly conduct
 4        entails, it was drinking outside of an established
 5        facility?
 6                         MR. COCHRAN:   Objection to form, but
 7        go ahead if you can.
 8                         THE WITNESS:  Yeah.  Basically, yeah.
 9   Q    (By Ms. Cox)  And what drew law enforcement's attention
10        to you?
11                         MR. COCHRAN:  Objection to form.
12        Answer if you can.
13                         THE WITNESS:  Just walking down the
14        street and standing outside with some people and a cop
15        came in and that's what led to it.
16   Q    (By Ms. Cox)  Were you holding a beverage or something
17        obviously alcoholic?
18   A    No.  They didn't allow outside.
19   Q    I'm sorry.  What?
20   A    They didn't allow outside drinks at any bars.
21   Q    So you were just -- you had just -- you had consumed
22        alcohol and you were outside and you got arrested for
23        disorderly conduct?
24   A    That asked to see my ID.
25   Q    And what happened?
```

1   A   I refused.

2   Q   Okay.  And then what happened?

3   A   **They put me in handcuffs.**

4   Q   Did you do anything else between refusing and being put

5       in handcuffs?

6   A   **No.**

7                        MR. COCHRAN:  Objection to form.  Go

8       ahead.

9   Q   (By Ms. Cox)  What happened to -- after that arrest?

10  A   **I had to do a day of community service.  County work they**

11      **called it.**

12  Q   No one got assaulted, right?

13  A   **No.**

14  Q   Okay.  No other charges, just disorderly conduct?

15  A   **Yes.**

16  Q   Okay.  So tell me what led to your arrest with disorderly

17      conduct the same year it looks like, and you were also

18      22, but in Billings, Montana.

19                        MR. COCHRAN:  Objection to form, but

20      go ahead if you can.

21                        **THE WITNESS:  Not going to court, or**

22      **not doing these two hours of classes for mandatory DUIs.**

23      **And once again an officer saw me and I refused ID.**

24  Q   (By Ms. Cox)  I'm not sure I understand how the refusing

25      ID is related to not going to classes related to DUIs,

 1          can you tell me?

 2     A    **They put a warrant out for my arrest for not going to**

 3          **these mandatory classes and I never even knew about these**

 4          **classes.  I was supposed to be at them.**

 5     Q    So the DUI you got when you were 21 in Billings led to

 6          some requirements, some of which were classes that you

 7          didn't know about and didn't go to?

 8     A    **Correct.**

 9                         MR. COCHRAN:  Objection to form, but

10          go ahead.

11     Q    (By Ms. Cox)  And so your understanding is a warrant was

12          issued for your arrest?

13     A    **Correct.**

14     Q    Okay.  And then the officers contacted you in Billings

15          when you were 22 and asked for your ID, correct?

16     A    **Correct.**

17     Q    You refused?

18     A    **Yes.**

19     Q    And they arrested you for disorderly conduct?

20     A    **Yes.**

21     Q    Did anything else happen during that contact with the

22          officers?

23     A    **That's when they informed me that after they got my ID**

24          **out of my pocket that I had a warrant out for not going**

25          **to these classes.**

1  Q   Did anything else happen during that encounter with the

2      officers?

3                      MR. COCHRAN:  Objection to form, but

4      go ahead if you can.

5                      **THE WITNESS:  Nope.**

6  Q   (By Ms. Cox)  Okay.  Nobody got assaulted?

7  A   **Huh-uh.**

8  Q   Is that a no.

9  A   **No.  Sorry.  My bad, no.**

10 Q   That happens.

11                     MR. COCHRAN:  Can we take our break?

12                     MS. COX:  Can I finish this section

13     with one or two questions and then we can definitely?

14                     MR. COCHRAN:  Sure.

15 Q   (By Ms. Cox)  Do you have recollection of any other

16     arrests since you were 18 in the state of Montana that we

17     haven't talked about?

18 A   **That was a long time ago, no.**

19 Q   Okay.

20 A   **Not that I can recall.**

21                     MS. COX:  All right.  Let's take a

22     break.  How much time do you think people need, ten

23     minutes?

24                     MR. COCHRAN:  Five is fine.  I just

25     want to go to the bathroom.

1                              MS. COX:  So 11:03'ish?

2                              MR. COCHRAN:  Sure.

3                              THE VIDEOGRAPHER:  Going off record.

4       Time now is 10:57 a.m.

5                                     (Recess 10:57 a.m. to

6                                      11:13 a.m.)

7

8                              THE VIDEOGRAPHER:  Back on record.

9       Time now is 11:12 a.m.

10   Q   (By Ms. Cox)  Before we took the break, Mr. Contreraz, we

11       were talking about your arrest in Montana and you believe

12       you had described all the ones you could recall.

13          Are there any others in Montana that you can recall

14       now that we have taken a break?

15   A   Not that I can recall.

16   Q   Okay.  So let's look at the arrests that you recall

17       occurring in Washington state.  Tell me what you were

18       arrested for in Washington state.

19   A   Drinking and driving.

20   Q   Any other arrests?

21   A   Not that I can recall.

22   Q   How many times were you arrested in Washington state for

23       drink and driving?

24   A   Two times.

25   Q   And that would actually be DUI, or driving under the

1          influence?

2   A    Correct.

3   Q    And what years were you arrested for DUI in the state of

4          Washington?

5   A    2019 and 2020.

6   Q    Okay.  2020 was April of 2020 in Tacoma, correct?

7   A    Correct.

8   Q    And 2019, was that in Puyallup?

9   A    Correct.

10  Q    Okay.  I understand you were charged with initially

11         vehicular assault in the 2020 or the 2019 -- I'm sorry.

12         I got the wrong date.  The 2020 DUI in Tacoma, correct?

13  A    Correct.

14  Q    We will talk more about that later.

15             The 2019 DUI out of Puyallup, what were you charged

16         with?

17  A    Reckless driving.

18  Q    So you were arrested for driving under the influence and

19         it was reduced to reckless driving upon conviction?

20  A    If I met certain court meetings.

21  Q    So court obligations?

22  A    Correct.

23  Q    If you met those it would be reduced from DUI to reckless

24         driving?

25  A    Correct.

1    Q   And you did as you were told or asked to by the court and

2        it was reduced to reckless driving?

3    A   **Yes.**

4    Q   What year did that happen?

5    A   **This year.**

6    Q   So the Puyallup matter finally resolved this year in

7        2023?

8    A   **Correct.**

9    Q   Any other arrests or convictions in the state of

10       Washington that we haven't already talked about?

11   A   **Arrested for not going to court for the Tacoma incident.**

12   Q   You were arrested on a warrant, correct?

13   A   **Correct.**

14   Q   And the warrant was issued because you failed to comply

15       with the conditions of release in the 2020 DUI out of

16       Tacoma?

17   A   **No.**

18   Q   What's wrong about that statement?

19                   MR. COCHRAN:  Objection to form, but

20       go ahead if you can.

21                   **THE WITNESS:  I was arrested for**

22       **failing to appear by video for a DUI in Puyallup.**

23   Q   (By Ms. Cox)  Oh, so there was a warrant for your arrest

24       because you failed to appear in court?

25   A   **Yes.**

1  Q   And it was for the Puyallup, the 2019 Puyallup DUI?

2  A   **No, it was for the 2020 DUI in Tacoma.**

3  Q   Okay.  How many times have you been arrested on a warrant

4      in the state of Washington?

5                      MR. COCHRAN:  Objection to form, but

6      go ahead if you can.

7                      **THE WITNESS:  Maybe twice.**

8  Q   (By Ms. Cox)  And what years were you arrested on a

9      warrant?

10  A   **2020.**

11  Q   So you were arrested twice in 2020 on the warrant?

12  A   **Correct.**

13  Q   And both those warrants related to your Tacoma DUI?

14  A   **To both of them, the Puyallup and Tacoma.**

15  Q   Okay.  So two warrants, you were arrested twice pursuant

16      too warrants in 2020?

17  A   **Correct.**

18  Q   What agencies arrested you on those warrants?

19  A   **The Lakewood and Bellevue Police Departments.**

20  Q   All right.  So any other arrests or convictions in any

21      state that we haven't already talked about?

22  A   **Nope.**

23  Q   Have you ever filed an insurance claim either against

24      your insurance or someone else's insurance?

25                      MR. COCHRAN:  Objection to form, but

1    go ahead if you can.

2                    THE WITNESS:  What type of insurance?

3    Car insurance?  Health insurance?

4    Q  (By Ms. Cox)  Any type.  Car, house, any kind of

5       insurance.

6    A  No.

7    Q  Have you been involved in any other lawsuits other than

8       the present lawsuit, either as a party or a witness?

9    A  No.

10   Q  Okay.  This would include lawsuits involving restraining

11      orders or protection orders, does that change your

12      answer?

13                   MR. COCHRAN:  Objection to form, but

14      go ahead.

15                   THE WITNESS:  What was that?  Sorry.

16   Q  (By Ms. Cox)  So the question was, have you ever been

17      involved as a party or a witness in any other lawsuits

18      other than the present one and you said no.  So I

19      clarified and said that also includes suits or

20      litigation, I should say, involving protection orders and

21      restraining orders, does that change your answer?

22                   MR. COCHRAN:  Objection to form, but

23      go ahead if you can.

24                   THE WITNESS:  Yeah, one lawsuit.

25   Q  (By Ms. Cox)  What year?

1    A    This year.

2    Q    This year?

3    A    This year.

4    Q    I'm sorry, I can't hear.

5    A    This year.

6    Q    Okay.  What was that about?

7    A    My apartment complex I was living at at the time.

8    Q    What about your apartment complex?

9    A    They said they were going to file a lawsuit against me.

10   Q    For what?

11   A    Parking my vehicle on the property and not following

12        rental guidelines.

13   Q    Okay.  Is that the place where you live right now?

14   A    That was my last place.

15   Q    The one just before the current place?

16   A    Correct.

17   Q    All right.  Has that resolved?

18   A    Yes.

19   Q    And how did it resolve?

20   A    Myself and the property management came up with the

21        solution that if I moved out before September 1st they

22        would drop it, and that's how it was resolved.

23   Q    How about any petitions for restraining orders or

24        protection orders made by you, have you been involved in

25        any of those kind of matters?

1  A    Yes.

2  Q    How many?

3  A    Maybe two.

4  Q    Okay.  Tell me about the first one.

5  A    It was in Billings, Montana, and I was seeing this woman

6       and I did not know she was married until like eight

7       months later, and she lived with her husband and he

8       convinced her to get a restraining order.

9  Q    So the husband sought the restraining order against you?

10 A    The husband convinced the wife and -- or it was his idea

11      and I think he got one too.

12 Q    Okay.  What year was that?

13 A    Oh, I don't know.  I don't remember.  2011 maybe.

14 Q    Okay.  Did they ultimately get a restraining order?

15 A    Yes.

16 Q    Did you have any further issues with them?

17 A    No.

18 Q    Okay.  Any other matters where you were either the

19      subject, the person against whom they wanted a

20      restraining or protection order, or where you sought a

21      restraining order or protection order, are there any

22      other matters?

23 A    Yes.

24 Q    Where?

25 A    Tacoma.

1    Q    When?

2    A    2020.

3    Q    When in 2020?

4    A    Summertime.  I want to say maybe June.

5    Q    So before this incident?

6    A    Correct.

7    Q    Okay.  Tell me about that one.

8    A    Dated a girl and her -- she had a kid and the ex-husband

9         and I didn't get along so basically he didn't want his

10        kid or her around me, so convinced her to get a

11        restraining order or he would get -- take her to court

12        for full custody.

13   Q    How did that matter eventually turn out?

14   A    Just went nowhere basically.  We just stopped talking and

15        that was it.

16   Q    Did anyone actually get a restraining or protection

17        order?

18   A    Yes.

19   Q    Who got the order?

20   A    The girl.

21   Q    What is her name?

22   A    Kelley.

23   Q    How do you spell Kelley?

24   A    K-E-L-L-E-Y.

25   Q    And her last name?

1  A    Duggan, D-U-G-G-A-N.

2  Q    Are you still in contact with Ms. Duggan?

3  A    No.

4  Q    When was the last time you had contact with her?

5  A    Probably last year.

6  Q    Last year like 2022?

7  A    Yes, 2022.

8  Q    Okay.  Any other matters where you have been involved as

9       either a party or a witness, including retraining orders

10      or protection orders, we haven't already talked about?

11 A    No.

12 Q    How tall are you, Mr. Contreraz?

13 A    Six-one.

14 Q    And your weight?

15 A    Probably 245.

16 Q    And I'm assuming your height was the same in July of

17      2020?

18 A    Correct.

19 Q    And was your weight the same in 2020 -- in July of 2020?

20 A    I was probably like 20 pounds lighter.

21 Q    You think your medical records would reflect that?

22 A    Maybe.

23 Q    Are you sure you were 20 pounds lighter?

24 A    Maybe ten.

25 Q    How would you describe your build?

 1              MR. COCHRAN:  Objection to form, but

 2      go ahead if you can.

 3              **THE WITNESS:  My build, as in body**

 4      **build?**

 5  Q   (By Ms. Cox)  Yes.

 6  A   **Average.**

 7  Q   Okay.  How about July of 2020?

 8  A   **The same.**

 9  Q   Was your build markedly or noticeably different in July

10      of 2020 than it is today?

11  A   **I was a little skinnier.**

12  Q   In July of 2020?

13  A   **Yes.**

14  Q   And how do you know that?

15  A   **Because my shirts fit a lot better.**

16  Q   In July of 2020?

17  A   **Yes.**

18  Q   Okay.  So directing your attention to the reason why we

19      are here, the main reason anyway, July 12th, 2020 you

20      agree that's the date of the incident that forms the

21      basis of your lawsuit, right?

22  A   **Yes.**

23  Q   Tell me about your day before you went to Wright Park.

24      Just in general, tell me about your day.

25  A   **It was good.  I showed up to the Dodge dealership at**

1   eleven o'clock.  Clocked in at 11:45, and I think I sold

2   a car that day so I was relatively good.

3  Q  So you showed up around eleven o'clock at your place of

4   employment?

5  A  Correct.

6  Q  And when did you leave?

7  A  Seven p.m.

8  Q  Is that your expected departure time from work?

9  A  We are scheduled for anywhere from eight hours to nine

10   hours, but if it is a slow day they -- the sales managers

11   will let us leave at seven p.m.

12  Q  And that's what happened on July 12th?

13  A  Correct.

14  Q  And so had a good day at work.  What did you do when you

15   were released at seven p.m.?

16  A  I called a Lyft ride because I was not driving at the

17   moment and went back to my apartment, changed in gym

18   clothes and went to the park.

19  Q  And what were your plans as far as the evening before you

20   ever saw any officers from Tacoma Police Department?

21  A  Just play on my phone and listen to music.

22  Q  In Wright Park?

23  A  Yes.

24  Q  Okay.  Who was the last person who knows you that saw you

25   before you were contacted by the police officers?

1   A   I have no idea.

2   Q   Did you see any friends that day?

3   A   No.

4   Q   And who at work was the last to see you before you left

5       work that day?

6   A   Co-workers, sales managers, everyone on shift.

7   Q   Give me a name or two.

8   A   Oh, Danny Pena, and the other sales manager that were in

9       the office by the computer we clock out, and I cannot

10      remember his name.

11  Q   How do you spell Mr. Pena's last name?

12  A   P-E-N-A, Danny Pena.

13  Q   What was his position at Dodge?

14  A   Sales manager.

15  Q   Who is the first person who knows you that either saw you

16      or talked to you after this incident with the officers?

17              MR. COCHRAN:  Objection to form, but

18      go ahead if you can.

19              THE WITNESS:  These people that were

20      watching the incident happen.

21  Q   (By Ms. Cox)  Did they know you?

22  A   I spoke briefly with the woman a week prior about her

23      dog.

24  Q   Other than those two people, which we will talk about

25      later, who is the last person who knew you or first

1      person -- let me strike that.

2          Other than those two people, who is the first person

3      who knew you that you spoke to or saw after this

4      incident?

5   A  **Steve Crosetti, the general manager at Tacoma Dodge the**

6      **next morning when I got to work.**

7   Q  How do you spell Crosetti?

8   A  **Oh, man I don't know.**

9   Q  You saw him, he's the first person who knew you that you

10     saw or spoke to after this incident?

11  A  **Correct.**

12  Q  So the next morning July 13th?

13  A  **Yes.**

14  Q  What time?

15  A  **Eleven I want to say.**

16  Q  Okay.

17  A  **Maybe ten.  I don't know.  It was in the morning.**

18  Q  In the 24 hours prior to the officers contacting you at

19     Wright Park on July 12th, had you used any drugs, whether

20     legal or illegal, prescribed or not prescribed?

21  A  **No.**

22  Q  In the 24 hours prior to the officers contacting you on

23     July 12th, had you consumed any alcohol in any quantity?

24  A  **No.**

25  Q  Other than the officers and Mr. Smith and Ms. Wade, the

| | | |
|---|---|---|
| 1 | | two people I will represent to you who contacted you |
| 2 | | after the incident, did you talk with anyone else in the |
| 3 | | park that day? |
| 4 | A | No. |
| 5 | Q | Did you see anyone you knew in the park that day? |
| 6 | A | No. |
| 7 | Q | And you mentioned the female, the male and female who |
| 8 | | contacted you after the incident and you said you had |
| 9 | | seen her a week before somewhere? |
| 10 | A | She was at the park walking a dog. |
| 11 | Q | And my understanding is her name is Chrissy or Christina |
| 12 | | Wade, W-A-D-E, do you know her name? |
| 13 | A | I was not aware of her name. |
| 14 | Q | And you had only seen her that one time before this |
| 15 | | incident? |
| 16 | A | Briefly, 45 seconds maybe, asked her about her dog. |
| 17 | Q | And that encounter occurred also in Wright Park? |
| 18 | A | Yes. |
| 19 | Q | So tell me, Mr. Contreraz, what happened starting with |
| 20 | | the first time you realized the officers were approaching |
| 21 | | you.  Tell me what happened. |
| 22 | | MR. COCHRAN:  Objection to form, but |
| 23 | | go ahead if you can. |
| 24 | | THE WITNESS:  Approaching me like |
| 25 | | walking or driving their vehicles? |

```
 1   Q    (By Ms. Cox)  Doesn't matter, but let me rephrase it for

 2        you.  Tell me what happened this day.

 3                      MR. COCHRAN:  Objection to form, but

 4        go ahead if you can.

 5                      THE WITNESS:  Sitting on a park bench

 6        I always sit up and cop cars pulled up in the grass in

 7        front of me.

 8   Q    (By Ms. Cox)  How many cop cars?

 9   A    Two.

10   Q    Okay.

11   A    SUV and a sedan, four-door sedan cop car pulled up about

12        ten feet in front of me and just sat and then left.  And

13        I had no idea what was going on.

14   Q    What happened after that?

15   A    It was a brief moment, three to four minutes nothing

16        happened.  They just drove off, and then I hear "Put your

17        hands behind your back."

18   Q    Did you see who said that?

19   A    Oh, I didn't know who they were talking to.  And I stand

20        up and there's eight to nine cops spread out and two had

21        their guns drawn on me.

22   Q    So you were sitting on the bench, two patrol vehicles

23        approached you from the front?

24   A    Correct.

25   Q    Paused and then left?
```

1   A   Correct.

2   Q   Three or four minutes passed and the next thing you know

3       you hear someone say "Put your hands behind your back"?

4   A   Correct.

5   Q   Did you see any officers before you heard the words "Put

6       your hands behind your back"?

7   A   Just the two officers that were parked -- park bench, I'm

8       facing west, they parked there cars there.  I'm sitting

9       there facing west and the cops came from behind so I

10      wasn't staring behind me.

11  Q   Who said "Put your hands behind your back"?

12  A   Don't know.

13  Q   It was just one officer?

14  A   One officer.

15  Q   And they were in a vehicle or on foot?

16  A   All of them were on foot, all eight to nine officers were

17      on foot.

18  Q   So did you see those two vehicles that first approached

19      you ever again?

20  A   Yeah, once I was in handcuffs there was probably ten

21      vehicles out there, all Tacoma Police Department.

22  Q   Ten vehicles?

23  A   At least.

24  Q   Near you?

25  A   Yes.

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 63

1   Q   Or in the park generally?

2   A   On the street, right where the -- the street -- I don't

3       know what street it is, but the park bench maybe 50 feet

4       from the street, and the cops parked their vehicles on

5       the street.

6   Q   Okay.  And your testimony today is you didn't see any of

7       these officers after the two patrol cars came and left,

8       you didn't see any officers before somebody said "Put

9       your hands behind your back"?

10  A   Correct.  The park bench where the street is, there's

11      vehicles that go up and down all day and all night.  I'm

12      not sitting there looking behind me at every vehicle I

13      hear drive behind me.

14  Q   So you don't see any officers approach you from behind?

15  A   Not until they said something.

16  Q   And they all approached from behind?

17  A   Correct.

18  Q   On foot?

19  A   Op foot.

20  Q   Eight or nine of them?

21  A   Correct.

22  Q   So they said "Put your hands behind your back," and what

23      happened after that?

24  A   I heard it, but I did not stand up because I didn't know

25      they were talking to me.  And then it got -- they said it

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 64

```
 1      again even louder, and so this time I stood up and turned
 2      around and had my cell phone, and they have their guns
 3      drawn at me and I have no idea what's going on.
 4           I tried to put my cell phone in my pocket and that's
 5      when one of the officers ran up and put a gun in my face
 6      and said, "If you put your hands in your pocket again, I
 7      am going to blow your fucking head off," or "If you put
 8      your fucking hands in your pocket again, I am going to
 9      blow your head off."
10           Those were the exact words after they said "Put your
11      hands behind your back," 30 seconds prior to that.  That
12      is how I was approached.
13  Q   You said there was eight or nine officers behind you?
14  A   Correct.
15  Q   Did they at some point move in front of you?
16  A   The park bench is right here, and they came in like a
17      formation, like circled me, so they -- these ones still
18      have their guns drawn and these guys circled me, and I
19      put my hands behind my back and they put me in handcuffs.
20  Q   Which officer said -- approached you and put a gun in
21      your face?
22  A   Bain.  Those were his exact words from the start.  He
23      exited his vehicle with his gun drawn, and the cops on
24      the sides did not have guns.  Two of the cops in the
25      middle had their guns out already drawn on me.
```

1  Q   You saw Officer Bain exit his vehicle?

2  A   Yes.  I did not know who he was at the time, but there

3      was only one white guy that was bald and later come to

4      find out his name was Officer Bain so, yes.

5  Q   So when Officer Bain got out of his vehicle, where was

6      his vehicle parked?

7  A   No clue.  There was a lot of cop cars out there.

8  Q   But you saw him get out of it, so where was it?

9  A   I didn't see him get out of it, but he had his gun in his

10     hand when I turned around.

11 Q   Okay.  So you did not see him get out of his vehicle with

12     a gun in his hand?

13 A   No.

14 Q   The first time you see Officer Bain, though, you are

15     saying he has a gun in his hand?

16 A   Correct.  When I turned around.

17 Q   You turned around to face the officers who came up behind

18     you?

19 A   When they said it a second time, "Put your hands behind

20     your back," that's when I stood up and turned around.

21 Q   And all eight or nine officers were -- at that point you

22     turned around in front of you?

23 A   Turned around and faced east towards the street, and

24     that's where I saw all the cop cars.

25 Q   Okay.

1  A   And that's where they came from.

2  Q   And then you said Officer Bain put his firearm in your

3      face?

4  A   Yes, about a foot from it.

5  Q   A foot from your face?

6  A   Correct.

7  Q   All right.  And he said what?

8  A   "If you put your fucking hands in your pocket again, I am

9      going to blow your head off."  Those were the first words

10     they said to me.

11 Q   They said?

12 A   He said.

13 Q   Okay.  I'm making sure there wasn't --

14 A   Yes, him.

15 Q   Just one officer said it?

16 A   Yes.

17 Q   And you are saying that was Officer Bain?

18 A   Correct.

19 Q   Okay.  You said two other officers had their firearms

20     drawn?

21 A   One other one had their gun out, yes.

22 Q   And where were they?

23 A   Next to Bain when they were walking up.  They were in the

24     middle, and the other cops were on the outside.  None of

25     them had guns drawn.  Bain and the guy next to him had

1        guns out.

2    Q   So you are saying Officer Bain had his firearm pointed at

3        your face?

4    A   Correct.

5    Q   A foot away?

6    A   Correct.

7    Q   What was the other -- what was the position of the other

8        officer's firearm?

9    A   I do not remember because all I could focus on was this

10       guy in front of me with a gun on me.

11   Q   You saw another officer with a firearm in their hand,

12       correct?

13   A   Correct.  When they were walking up and I finally turned

14       around was when I saw him.

15   Q   You saw the firearm in their hand, what position was the

16       firearm?

17   A   At me.  Pointed at me.

18   Q   What part of you?

19   A   Don't know.  They were about 20 feet away walking towards

20       me, and it was just pointed at me.

21   Q   So your testimony is that Officer Bain had his firearm

22       out and pointed at your face basically from the first

23       instance that you saw him?

24           MR. COCHRAN:  Objection to form, but

25       go ahead if you can.

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 68

1                    THE WITNESS:  Pointed at me and

2        pointed towards my face when he got close enough.

3   Q   (By Ms. Cox)  And he said basically don't put your hands

4        in your pocket again?

5   A   Correct.

6   Q   At that point you weren't in handcuffs, correct?

7   A   No, my hands were up in the air like this.

8   Q   Where was your cell phone?

9   A   In my hand still.

10  Q   How are you listening to music before this all happened?

11                   MR. COCHRAN:  Objection to form, but

12        go ahead if you can.

13                   THE WITNESS:  I press play on Pandora

14        and it plays music.

15  Q   (By Ms. Cox)  Did it Bluetooth into your ear or were you

16        just listening on the speaker on your phone?

17  A   Speaker on my phone.

18  Q   Did you have anything in your ears that would have made

19        it difficult to hear the officers?

20  A   No.

21  Q   Do you have any hearing deficits?

22  A   Yes.

23  Q   Tell me about that.

24  A   I am losing hearing in this ear.

25  Q   Your left ear?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 69

1   A    **Correct.**

2   Q    Okay.  How long has that been going on?

3   A    **I want to say seven years now, eight years.**

4   Q    Have you had any healthcare providers treat you for that?

5   A    **No.**

6   Q    Have you had any healthcare providers examine your

7        hearing?

8   A    **Yes.**

9   Q    When was the last time you had any kind of hearing

10       examination?

11  A    **McFarland Cascade.  It was mandatory that we got our**

12       **hearing checked, and that's where they noticed that I**

13       **hear better in my right rear than my left year, and that**

14       **was yearly we did that.**

15  Q    Has anyone said that you are losing your hearing in your

16       left hear, or that you have less hearing and it's been

17       static all along?

18  A    **Left ear is losing hearing.  So example when I work, I**

19       **always carry ear plugs with me because just dropping**

20       **stuff on the ground will make my ear ring.**

21  Q    Do you have any problems hearing people with your left

22       ear?

23  A    **Yes.**

24  Q    How do you know that?

25  A    **Because I have to say "what" every time somebody talks.**

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 70

```
 1   Q   Have you ever had a healthcare provider of your own check
 2       out your hearing since you got the information or the
 3       hearing checks at McFarland?
 4   A   No.
 5   Q   Is it your testimony that you were standing up when you
 6       first saw Officer Bain?
 7   A   Correct.
 8   Q   Okay.
 9   A   Standing.
10   Q   Okay.  What happened after Officer Bain made those
11       comments to you and your hands were in the air?  Tell me
12       what happened after that.
13   A   The other officers approached me and put me in handcuffs.
14   Q   The other officers?
15   A   Correct.
16   Q   Which officers?
17   A   Don't know their names.
18   Q   You got badge numbers and names afterwards, didn't you?
19   A   Correct.
20   Q   Did you get the names and badge number of whoever put you
21       in handcuffs?
22   A   No, because it was a lot of cops.
23   Q   How many officers applied the handcuffs?
24   A   I have no idea.  It happened so quick.  Two to three.
25   Q   Okay.  My understanding is they had to use two sets of
```

```
 1        handcuffs?
 2   A    Yes.
 3   Q    Okay.  And do you understand why they did that?
 4   A    Nope.
 5   Q    Do you understand they were doing that to make you more
 6        comfortable?
 7                       MR. COCHRAN:  Objection to form,
 8        answer if you can.
 9                       THE WITNESS:  I have no idea why they
10        were doing it.
11   Q    (By Ms. Cox)  And were you injured when they applied
12        handcuffs?
13   A    No, they just grabbed my arms, multiple cops on each arm,
14        two put the handcuffs on so I couldn't resist.
15   Q    And then after the handcuffs were applied, what happened?
16   A    They had me stand on the end of the table with my butt on
17        the top of the table and my feet on the ground, and they
18        all crowded around me and started talking at the same
19        time, talking over each other.
20   Q    To you or to each other?
21   A    To me.
22   Q    All right.  And when you say "crowded," how close were
23        they?
24   A    Face to face.  I couldn't move.  Shoulder couldn't move
25        shoulders.  They were that close.  All around me, around
```

1     the end of the picnic table.

2  Q  What were they saying to you?

3  A  Don't know because they were all talking at once, all of

4     them.

5  Q  Did you tell them that you couldn't hear them all at the

6     same time?

7  A  Yes.  There was a redheaded cop in front of me and I kept

8     asking him what's going on?  What's going on?  Another

9     cop talking in my face.  Another cop talking in my face

10     and other cops behind them trying to talk also, so I

11     couldn't really pick up one conversation directly with

12     one officer because of how many were trying to talk to me

13     at the same time.

14  Q  Did you hear anything that any one of them said during

15     this period of time where they were crowding in on you?

16  A  No.

17  Q  Okay.  You described your position after being handcuffed

18     as standing, but you were in a -- leaning on the edge of

19     the picnic table, correct?

20  A  Correct.  My butt was on the top of the picnic table and

21     my feet were on the ground.

22  Q  Okay.  And your arms were handcuffed behind you?

23  A  Behind my back, correct.

24  Q  Did there appear to be one officer who was the primary

25     officer with this contact?

1   A   **Yes.**

2   Q   Who was that?

3   A   **He had red hair.  And he was -- had a hat on and he was**

4       **directly in my face, probably five to six inches from my**

5       **face.**

6   Q   Did you guys ever have a conversation?

7   A   Yes, we had a conversation, quite a few conversations.

8   Q   What did you talk about with the red haired officer?

9   A   Nothing prior to what happened to me, but after what

10      happened to me he started telling me that they got called

11      because I fit the description of a black man in the park

12      with a gun and a knife assaulting people.  And this

13      probably took almost ten minutes for him to get to that

14      point because of all the other ones in my face trying to

15      talk to me.

16  Q   They were trying to talk to you why?

17                  MR. COCHRAN:  Objection to form,

18      answer if you can.

19                  THE WITNESS:  No idea.  This guy was

20      trying to talk to me.  **They were all talking and there**

21      **was one that was just really aggressive in my face.**

22  Q   (By Ms. Cox)  Describe for me what was aggressive.

23  A   **Just his face was red.  He was sweating.  He was probably**

24      **three inches from my face the entire time when this red**

25      **headed cop was trying to talk to me.  These guys weren't**

```
 1        in my face, but close to my body, shoulder to shoulder

 2        type, but they weren't leaning in.  This one was leaning

 3        in, like directly into my ear trying to -- I don't know

 4        what he was yelling or what he was trying to talk about,

 5        but I was trying to focus on the guy that's standing in

 6        front of me that was aggressive.

 7   Q    Anything else that he was doing that you would describe

 8        as aggressive at that point?

 9   A    This guy was looking for a reaction from me to do

10        something.  I don't know what he was trying to

11        accomplish, but he was just in my face.  And I know he

12        was doing a lot of cussing, and that is why I wasn't

13        paying attention to him.  And I said something along the

14        lines of, Get the fuck out of my face.  You got little

15        man syndrome, and that's what set him off.

16   Q    But he was already being aggressive is what you said?

17   A    Correct.

18   Q    And it set him off when you called him a little man?

19   A    I said you have little man syndrome, get the fuck out of

20        my face is what sent him off.

21   Q    You can hear out of your right ear, right?

22   A    Correct.  He was pretty much talking within, I want to

23        say, three or four inches from my ear.  And I could just

24        see his face out of the corner of my eyes because he was

25        diagonally right here.
```

1   Q   What was he saying?

2   A   He was really loud, really, really loud.  Just loud.

3   Q   But what was he saying?

4   A   I don't know what he was saying because these ones were

5       talking to.

6   Q   So is it your testimony today that there's an officer

7       really loud in your right ear?

8   A   Correct.

9   Q   And there is the red haired officer right directly in

10      front of you?

11  A   Correct.

12  Q   And then there's some other officers close by?

13  A   Yes.

14  Q   And they are all talking to you?

15  A   Correct.

16  Q   And you didn't hear anything they said?

17                  MR. COCHRAN:  Objection to form, but

18      go ahead if you can.

19                  THE WITNESS:  They were all talking

20      over each other.  I couldn't pick up directly and focus

21      on one of them because it was so many, and I was having a

22      panic attack.  I had never been in that situation.  I

23      didn't know who to focus on to talk to.

24  Q   (By Ms. Cox)  Okay.  You believe you were having a panic

25      attack?

1  A   Yes.

2  Q   Did you tell the officers that?

3  A   I couldn't tell them that because they were all talking.

4      I couldn't say anything.  And then the red head kept

5      telling this guy seven or eight times, "Bain, you can't

6      argue with an idiot.  Bain, you can't argue with an

7      idiot," every time the red head would try to talk to me,

8      and then this guy is in my face.  I don't know what he's

9      trying to say, but I'm saying something back to him.  And

10     this guy just keeps saying, "Bain, you can't argue with

11     an idiot."  He keeps saying it over and over, and that is

12     what the aggressive part is.

13         I don't remember what he was trying to argue with me

14     about because this guy was trying to talk to me.  These

15     other ones were saying something.  I don't remember

16     exactly, it was just so many people talking at once.

17 Q   Are you saying the guy that was talking closely in your

18     right ear is Officer Bain?

19 A   Correct.  Same one I saw that had the gun pointed at me

20     and he was the first one that ran up and approached me.

21 Q   Did Officer Bain ever touch you?

22 A   What part?

23 Q   You tell me.  I'm asking you a general question

24     initially.

25 A   Yeah, he did.

```
 1   Q   Okay.  So when -- where did he touch you?
 2   A   When he was right here, his shoulder or his chest was
 3       like pressed up against my shoulder, and his face was
 4       right here, and he was just -- he was trying to like
 5       muscle up on me type of thing, like when two guys are
 6       getting in a fight they always bump chests or whatever,
 7       you know, like in the UFC they do.  That's what he was
 8       doing was he was just pressed up against me with his
 9       chest the whole time, just in my face is when he first
10       touched me.
11   Q   Did he touch you any other occasion?
12   A   Yes.
13   Q   Tell me about that.
14   A   When I called him the little man is when he went around
15       the picnic table and pulled me down and tried to grab me
16       and that is the second time he touched me.
17   Q   What do you mean he went around the picnic table?
18   A   When I called him little man he got off from pressed up
19       against me and walked around the picnic table and grabbed
20       the middle of my handcuffs and yanked me down backwards.
21   Q   Where was he when he yanked you backwards?
22   A   He was -- so this is a picnic table, okay.  I am right
23       here standing.
24   Q   On the end.
25   A   He goes around from west to north and he's about right
```

```
 1        here and I am right here, and he reached across to get
 2        the back of my handcuffs and pull me down.
 3   Q    So he walked around the other end of the picnic
 4        table before --
 5   A    Yes.
 6   Q    Let me finish -- before he grabbed you and pulled you
 7        backwards?
 8   A    Correct.
 9   Q    Okay.  And you are sitting on the short end of the picnic
10        table.  He walked all the way the long end to the other
11        short end and pulled you from there?
12                    MR. COCHRAN:  Objection to form, but
13        go ahead if you can.
14                    THE WITNESS:  Say that again.
15   Q    (By Ms. Cox)  You said you were sitting your butt on the
16        edge of the picnic table, it would be the shorter end of
17        the picnic table, correct?
18   A    Yes.  Because you know picnic tables are long, so if it's
19        sitting like this, okay, I am right here and he -- Bain
20        was right here on my right shoulder and he walked this
21        way, and this is where he stopped.  And I know where he
22        was standing because when I hit the picnic table I looked
23        over and I saw where he was standing right here.  He
24        wasn't up here.  He wasn't in the middle.  He was almost
25        diagonally across from me, which means he had to reach,
```

1      **bend over to reach to access my handcuffs from that**

2      **position.**

3  Q  And where -- what did he grab you with?

4  A  **His hands.**

5  Q  Which hand?

6  A  **His right hand.**

7  Q  How do you know that?

8  A  Because I saw his body turn like this.  His body was

9      still turned from where you pull, so he was -- the way --

10     right when I hit, that's when I saw him standing sideways

11     and his arm coming back to his body.

12 Q  So you believe it was the right hand because you looked

13     backwards, or you could see when you went backwards that

14     his body was twisted in a manner that showed you he was

15     pulling with his right?

16 A  **Yes.**

17 Q  Okay.  And what part of his -- what part of you was his

18     hand on?

19 A  **His left hand came over on me around my shirt collar**

20     **area, collar area, and that is how I knew he used his**

21     **right hand because he had -- he turned in a turning**

22     **motion after pulling to have his left hand on me.**

23 Q  When was the left hand on you?

24 A  **After I hit the picnic table backwards.**

25 Q  Okay.  So my question was: What part of you did his right

1     hand touch when he was pulling you backwards?

2  A   The middle of the handcuffs.

3  Q   So the chain?

4  A   The chain, yeah.

5  Q   Okay.  So your testimony is not that he took you by the

6      arm and sat you down?

7  A   No.

8  Q   Okay.  Your testimony is he, with his right hand, grabbed

9      the middle of the handcuff, which I will represent to you

10     are the chains, and pulled you backwards?

11 A   Correct.

12 Q   And then when did his left arm or hand touch you?

13 A   When I was still hit and I couldn't get up is when his

14     left hand came on me.  The second I hit, his left hand

15     was on me like that, and I'm in handcuffs like that.

16 Q   Is he still --

17                 THE VIDEOGRAPHER:  Counsel, sorry to

18     interrupt.  Can you just --

19                 THE WITNESS:  Oh, my bad.  Sorry.

20                 THE VIDEOGRAPHER:  It just got twisted

21     there.

22                 THE WITNESS:  Is that better?

23                 THE VIDEOGRAPHER:  Yes.

24                 THE WITNESS:  Sorry about that.

25                 THE VIDEOGRAPHER:  No worries.

1   Q   (By Ms. Cox)  When his left hand and arm came around to

2       your upper chest, where was he?

3   A   Standing right next to my head.

4   Q   Okay.  Still on the other side of the picnic table?

5   A   Correct.  He was -- he pulled -- like I said, I'm here.

6       He's here.  Pulled me down and still standing here, and

7       I'm laying backwards with my head and back on the picnic

8       table, and that's when his left hand comes over on top of

9       me, so I didn't get up.  I was still laying flat.

10  Q   So I'm finding this really helpful.  Could you hold

11      Exhibit 1 up again and point where you were so the camera

12      can see as you are explaining?

13  A   So I was standing here.  My feet on the ground.  My butt

14      on the table right here.  He comes from over here where I

15      was standing and comes pretty much directly from where

16      I'm sitting, and that is where he grabbed the middle of

17      the handcuffs and pulled me down backwards towards him.

18  Q   And then he's still standing where when --

19  A   So.

20  Q   Let me finish -- when his left arm comes around to your

21      chest?

22  A   He's still standing here.  I'm laying flat.  He's still

23      standing here, and his left hand comes around my collar

24      area of my T-shirt I was wearing at the time.

25  Q   And then -- and then what happens after he puts his hand

Contreraz vs City of Tacoma
Contreraz, Zimmeri -  December 04, 2023                                    Page 82

1        or arm on your chest?

2    A    I would say three of the other officers pulled him away

3        from me.  And then the red head came to the side, and I

4        want to say a Mexican looking officer grabbed each side

5        of me and stood me back up.  And they had to grab Bain

6        about -- and take him about ten feet away from me.

7    Q    So two officers helped you up.  One was the red headed

8        officer one was a Hispanic appearing officer?

9    A    Correct.

10   Q    Do you know their names?

11   A    No.

12   Q    And can you describe the officers who led Officer Bain

13       away?

14   A    White guys just pulled him back away from me, and the

15       other one stood me up.  And that is when I got the clear

16       reason why these officers put me in handcuffs is the red

17       head officer that was in my face said, "You fit the

18       description of a black man in the park with a gun and a

19       knife assaulting people."

20   Q    You are saying that's the first time you understood why

21       you were being contacted?

22   A    Correct.  And that was about ten minutes into when they

23       first told me to put my hands behind my back.

24   Q    How do you know it was ten minutes?

25   A    Because it felt like a million years, but my guess is it

```
 1        was ten minutes.  It was not five minutes.  It wasn't a
 2        few minutes.  It was ten minimum.
 3   Q    Other than what you have already described, did that
 4        officer, who you believe to be Officer Bain, touch you on
 5        any other occasion?
 6   A    Prior to this incident?
 7   Q    No.  No, this incident.  You described two touches
 8        basically, right?  Him -- well, three actually.  Him on
 9        your right shoulder in your ear, correct?
10   A    Correct.
11   Q    His body is touching your shoulder?
12   A    Correct.
13   Q    The second is you said with his right hand he pulled you
14        back by the handcuffs?
15   A    Correct.
16   Q    And the third being his left arm came around and hand
17        came around your chest while you were still prone on the
18        picnic table, correct?
19   A    Correct.
20   Q    Did Officer Bain touch you on any other occasion during
21        this incident?
22   A    Yes.
23   Q    Tell me about that.
24   A    After they released me from handcuffs, and I'm still
25        standing basically in the same spot where they had me
```

1    standing the entire time, and they realized I'm not the

2    suspect and they all walked away.  And Bain came back and

3    got his two fingers and put them in my forehead and said,

4    Mother fucker we are going to have to -- I'm going to see

5    you again and we are going to have a talk, and I had to

6    get his hand out of my face, so it was literally like

7    that on my forehead.

8  Q  Describe it for the record.  You said he put his first

9    and second fingers -- let me finish -- directly above

10    your nose between your eyebrows when he made those

11    comments?

12  A  Correct.

13  Q  And he actually touched you?

14  A  Yes.

15  Q  And where were you when this happened?

16  A  Still standing in the same exact spot where I stood

17    handcuffed.

18  Q  At the time he touched you on the forehead you were not

19    handcuffed?

20  A  No.

21  Q  And who else was there when this happened?

22  A  The two people that intervened.

23  Q  You mean the two citizens?

24  A  Yes.

25  Q  I will represent to you I believe their names are Chrissy

1      Wood and Seth Smith, does that ring a bell?

2    A   Yes.

3    Q   You think they saw this.

4    A   Yes.

5    Q   How do you know they saw this?

6    A   Because they were standing about two feet from me, three

7        feet from me.

8    Q   Did they tell you they saw it?

9    A   No.

10   Q   Your testimony today is they were two or three feet from

11       you when Officer Bain came up and poked you in the head

12       with two fingers?

13   A   Yes.

14                   MR. COCHRAN:  Objection to the form of

15       the question.

16   Q   (By Ms. Cox)  So did Officer Bain touch you on any other

17       occasion during this incident?

18   A   No.

19   Q   Did any other officers touch you during this incident?

20   A   Just the ones that placed me in handcuffs and the ones

21       that pulled me back up off the picnic table.

22   Q   How about the officers who took your handcuffs off?

23   A   Yes.  I would say they touched me to get the handcuffs

24       off.

25   Q   And you are -- you are not objecting to those other

1    touches with the cuffs going on and the cuffs coming off

2    and the officers who leaned you back up?

3                    MR. COCHRAN:  Objection to form, but

4    go ahead if you can.

5                    THE WITNESS:  Say that again.  Sorry.

6    Q    (By Ms. Cox)  Are you -- are you -- do you think the

7    officers who put the cuffs on did anything wrong?

8                    MR. COCHRAN:  Objection to form, but

9    go ahead if you can.

10                    THE WITNESS:  No.  They just grabbed

11    my arms really tight.  That was about it to get the

12    handcuffs on.

13    Q    (By Ms. Cox)  Did the officers who leaned you back up off

14    the picnic table, did they do anything wrong?

15                    MR. COCHRAN:  Objection to form, but

16    go ahead if you can.

17                    THE WITNESS:  Pulled me back up.  They

18    didn't help me back up, pulled me back up.

19    Q    (By Ms. Cox)  Okay.  Did they do anything wrong?

20                    MR. COCHRAN:  Objection to form.  Go

21    ahead.

22                    THE WITNESS:  The officer that was

23    calling me an idiot is the one that helped me up.

24    Q    (By Ms. Cox)  Okay.  Did those two officers do anything

25    wrong, in your opinion?

1          MR. COCHRAN:  Objection to form, but

2    go ahead.

3          THE WITNESS:  Yes.

4  Q   (By Ms. Cox)  What?

5  A   When I asked for their names and badge numbers because

6    after Bain put his fingers in my face the officers had to

7    come back, and the red headed one looked like he was in

8    charge of all these guys.  And he was the one that helped

9    push Bain away from me again.  And he said that comment

10   again, "Bain, I told you you can't argue with an idiot."

11   And that's when I said I need your sergeant here, your

12   badge numbers, and your names.

13       So he radios for his sergeant.  And as he's pulling

14   out his little note pad and pen he said, "What you do

15   need our names and badge numbers for?  Are you going to

16   file a lawsuit?"

17       And he started laughing and two of the other

18   officers that pulled Bain away that were still standing

19   there were laughing at me.  I don't know why that

20   comment, he needed to make that comment when I asked for

21   his name and badge number, but they thought it was funny.

22       And, personally, that doesn't sound professional for

23   a public worker, city worker.

24  Q   Mr. Contreraz, I'm directing your attention back to the

25   two officers who helped you back up after you were laying

 1    out on the picnic table, in your opinion, did they do

 2    anything wrong by helping you back up?

 3                        MR. COCHRAN:  Objection to form.  Go

 4    ahead if you can.

 5                        THE WITNESS:  Yes.  They could have

 6    helped me back up instead of just pulling me.

 7  Q  (By Ms. Cox)  Did they hurt you?

 8  A  No, they just did it aggressively.  It wasn't here, let

 9    me help you back up.  It was just grab me and pulled me

10    back up basically.

11  Q  Is there anything else aggressive about how they helped

12    you?

13                        MR. COCHRAN:  Objection to form, but

14    go ahead if you can.

15                        THE WITNESS:  Besides the fact they

16    aggressively pulled me up.  It wasn't so much as a here,

17    let me lend a hand to help you back up, it was just

18    pulling back up type of thing.

19  Q  (By Ms. Cox)  What else was aggressive about it, if

20    anything?

21  A  Just the manner of how they did it.

22  Q  I'm trying to get that from you.  What manner?

23  A  Example, if somebody slips on ice, here let me help you

24    back up.  It wasn't -- it wasn't (sic) here let me grab

25    you and pull you back up, it was -- that is how it was.

1    It wasn't gently pull me back up.  It was just grab my

2    arms and yank me back up basically, back to my feet.

3  Q  And that's what you think they did wrong?

4                    MR. COCHRAN:  Objection to form, but

5    go ahead.

6                    THE WITNESS:  It was very aggressive.

7  Q  (By Ms. Cox)  Do you believe that was wrong?

8  A  Yes.

9  Q  Do you have any other reason you haven't already talked

10   about to support your belief that what they did in

11   helping you up was wrong?

12                   MR. COCHRAN:  Objection to form.

13                   THE WITNESS:  Say that again.

14 Q  (By Ms. Cox)  Is there anything else you believe they did

15   wrong when they lifted you back up?

16                   MR. COCHRAN:  Objection to form.  Go

17   ahead.

18                   THE WITNESS:  No, not -- just

19   basically what I said.

20 Q  (By Ms. Cox)  Okay.  The officers that took the handcuffs

21   off, did they do anything you believe is wrong?

22 A  I don't remember --

23                   MR. COCHRAN:  Objection to form.

24                   THE WITNESS:  -- who they were.

25 Q  (By Ms. Cox)  When the handcuffs came off, were you

1     injured?

2  A   No.

3  Q   Did anything happen in the process of taking the cuffs

4     off that you think was done wrong?

5                     MR. COCHRAN:  Objection to form.  Go

6     ahead.

7                     THE WITNESS:  It was a lot nicer the

8     way they took them off than put them on.  I will say

9     that.

10 Q   (By Ms. Cox)  Do you think they were less urgent by the

11    time they took them off --

12 A   Correct.

13 Q   -- than when they put them on?

14 A   Yes.  They were more relaxed I could say.  Gentle.

15 Q   Did anyone else, any other officer touch you during this

16    encounter that we haven't already touched on?

17 A   No.

18 Q   You said your position was at the edge of the picnic

19    table.  Your bottom or your butt was on the edge of the

20    picnic table itself, correct?

21 A   Correct.

22 Q   Your feet were on the ground?

23 A   Correct.

24 Q   At some point, did you stand up off the table while you

25    were still in handcuffs?

1   A   No.

2   Q   Okay.  So if Officer Bain said he saw you stand up and

3       take a step in the direction of another officer, you

4       would say that's not true?

5   A   Not true at all.

6   Q   You never stood up?

7   A   So I will go back to what I said earlier.  They were

8       literally shoulder to shoulder with me.  I couldn't move.

9       The red head officer, his legs were pretty much leg to

10      leg with mine so where I couldn't stand up.  So his legs

11      were touching my legs.  I basically -- I couldn't even

12      turn if I wanted to.

13          And where he was standing, he was in front of me.

14      His legs were pressed up against my legs.

15  Q   The red headed officer's legs?

16  A   Yes.  So he was standing like -- my legs are sitting.

17      He's standing, and he was like this, and he was leaning

18      in to talk to me.

19  Q   So his legs were touching your legs?

20  A   Correct.

21  Q   The whole time he was talking to you?

22  A   The whole time they were -- surrounded me.  Crowded me.

23      Around me.  Bain was leaning in right here.  This other

24      officer was right here.  A Mexican officer I want to say

25      and a couple other white officers, so basically they were

1        all within inches from me to touching me.

2    Q   How much of the redheaded officer's legs were touching

3        your legs?

4    A   Now I want to say how I'm sitting, I'm not completely

5        standing up and I'm not completely -- or I'm sitting, but

6        I would say his -- his half of -- I don't know how to

7        explain it.

8            So I was on the picnic table and sitting like that

9        and his legs were up against me and he was leaning in, so

10       I would say his legs covered whatever legs I had on the

11       ground.

12   Q   Were his knees touching you?

13   A   Yes.

14   Q   Were his thighs touching you?

15   A   His thighs were right above my knees.

16   Q   But not touching you?

17   A   Not touching me.

18   Q   Were his calves or shin bones touching you?

19   A   Yes.  He was standing in a position where I could not get

20       up because his legs would have prevented me from getting

21       up and that's why he was standing like that in front of

22       me is my guess.

23   Q   Was he still in that position when Officer Bain pulled

24       you backwards?

25   A   Yes.

1  Q   And did you strike Officer Cheney when that happened?

2  A   **Most likely.**

3  Q   Do you remember doing that?

4  A   **My legs came up and I probably -- they probably hit him.**

5  Q   Do you know that they hit him?

6  A   **It happened so quick.  I'm guessing that the way he was**

7     **standing in front of me I accidentally hit him with just**

8     **my -- the way my body went up, or went backwards.**

9  Q   You said your legs went up, are you saying both legs?

10 A   **Yes.**

11 Q   How far up did they go?

12 A   **His body stopped it because they went up and hit him as I**

13    **hit the picnic table.**

14 Q   So how far did your legs go up?

15 A   **As far as the knees will let the bottom of your leg**

16    **extend.**

17 Q   So how many feet off the ground?

18 A   **Completely parallel with the table.  With the top of the**

19    **table.**

20 Q   Okay.  So your legs came up far enough to be parallel or

21    even with the top of the picnic table?

22 A   **Yes.**

23 Q   Okay.

24 A   **Probably above the picnic table they went up.**

25 Q   You indicated in one of your interrogatory answers, and

1       we will talk more about it in a bit, that the officers

2       had physically seated me on top of a metal picnic table

3       with my feet still on the ground.

4            Do you still agree with that statement?

5    A  I don't know what that means.  The what?

6    Q  It says the officers then physically seated me on top of

7       a metal picnic table with my feet still on the ground.

8       And we will visit this in detail in a few, but I'm

9       wondering that phrase, "physically seated me," is that a

10      phrase that you use?

11   A  Absolutely, yes.

12   Q  Okay.  What do you mean by it in this context?

13   A  They picked me back up and sat me back down.

14   Q  After you were --

15   A  After Bain pulled me on the picnic table and I was laying

16      there and I couldn't -- I couldn't, out of my own free

17      will, get back to the position of standing and sitting on

18      the picnic table so they had to pick me up and physically

19      put me back in the same spot.

20   Q  When you were first -- when you first sat against the

21      picnic table, how did you get there?

22   A  They put me there.

23   Q  Okay.  So the officers put you there?

24   A  They put me in handcuffs and grabbed me by each arm and

25      led me to the very front of the picnic table and that's

```
 1        where they sat me.

 2   Q    Okay.  How far away from the table were you when you were

 3        handcuffed?

 4   A    I was right next to the table.  A foot away from the

 5        table because I was sitting on the picnic table, my butt

 6        was on the top and my feet were where you sit down on

 7        that part, and that is how I was sitting.  And I had my

 8        phone in my hand like that, so when they said put your

 9        hands behind your back -- or stand up and put your hands

10        behind your back, I had to get off the picnic table and

11        stand on the ground to put my hands up.

12   Q    Where did your phone go?

13   A    I tried to put it in my pocket.  That didn't work out for

14        me.  They wanted -- one of the officers grabbed it and

15        put it on the table.

16   Q    Okay.  Tell me what Officer Bain said to you when he

17        poked your forehead with this two fingers?

18                     MR. COCHRAN:  Objection to form.  Go

19        ahead.

20                     THE WITNESS:  He said, "Mother fucker,

21        I'm going to see you again and we are going to have a

22        talk."  Those were the exact words.

23   Q    (By Ms. Cox)  Did he say anything else at that point?

24   A    Yes.  I said, "I will be back here tomorrow night at the

25        same exact time," and he said "Well, I will see you
```

1          then."

2     Q    And did you on July 13th see each other?

3     A    He never showed up.

4     Q    Oh, did you go there?

5     A    I go there every night.

6     Q    And, again, who was there when Officer Bain said this to

7          you?

8     A    The two citizens.

9     Q    Anybody else?

10    A    The cops that had to come back and get him out of my

11         face.

12    Q    How many officers was that again?

13    A    Two to three officers.

14    Q    Can you describe them for me, please?

15    A    All of the white guys.  I think it was one of the Mexican

16         guys too.  I don't know.  I just know it was two to three

17         officers had to come and get him out of my face.  Like

18         they physically had to grab him by his vest.  I saw one

19         of them grab him by his vest, and the another one gabbed

20         him by the arms to lead him away.

21    Q    Are you saying these other officers heard him say these

22         words to you?

23    A    No.

24                      MR. COCHRAN:  Objection to form.  Go

25         ahead.

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 97

```
 1                    THE WITNESS:  No, because they already
 2      walked away.  They were going back to their patrol cars,
 3      and he by himself came back and did that.
 4   Q  (By Ms. Cox)  So the only people who heard him say that
 5      you are saying are the two citizens?
 6                    MR. COCHRAN:  Objection to form.  Go
 7      ahead.
 8                    THE WITNESS:  Yes, because the two
 9      citizens said we will be back here tomorrow night too at
10      the same time.
11   Q  (By Ms. Cox)  So I asked you who else might have heard
12      this and you had mentioned these other officers, but I
13      want to clarify.  These other officers didn't hear Bain
14      make these comment to you, did they?
15                    MR. COCHRAN:  Objection to form, but
16      go ahead if you can.
17                    THE WITNESS:  I would say not because
18      they were probably 20 feet away when they had to come
19      back and grab Officer Bain.
20   Q  (By Ms. Cox)  So you said there were two or three
21      officers, they were all white except maybe one was
22      Mexican?
23   A  Yes, I remember that.
24   Q  How tall were they?
25   A  I couldn't give you an honest answer because I was seated
```

1    so I couldn't see if they were my height, taller than me,

2    or shorter than me.  I was seated so I know Bain was

3    shorter than me because when he came back to put his

4    fingers in my face he was about this tall to me, but when

5    I was seated it was a perfect height for him to be in my

6    face.

7  Q  I'm talking about the officers who came back, you said --

8  A  Oh, how tall are they?

9  Q  Hold on.  They came back to retrieve or move Bain away

10    from you.  And you said they were white guys except one

11    maybe Mexican guy, and I asked you how tall they were.  I

12    don't care about Bain at this point.

13                    MR. COCHRAN:  Objection to form, but

14    you can answer if you can.

15                    THE WITNESS:  I don't know, maybe my

16    height.

17  Q  (By Ms. Cox)  All of them?

18  A  Maybe, yes.  I don't know exactly.  I wasn't checking

19    their heights out.

20  Q  And how about their ages?

21  A  Oh, I'm guessing 30s or 40s maybe, 30s.

22  Q  All of them?

23  A  None looked older than 40.

24  Q  How about younger than 30?

25  A  Maybe one or two looked younger.

1  Q   What color hair did these officers have?

2  A   No idea.  I just saw the redheaded guy's hair because he

3      had a short hat on and I could see his side burns and the

4      back of his hair was red.

5  Q   Was the red headed officer one of the officers who came

6      back to get Cheney after he poked your forward?

7  A   Get Cheney?  That was Bain that poked my forehead.

8  Q   Sorry.  Was the red headed guy one of the officers

9      who came back to get Cheney after -- to get Bain -- I

10     apologize -- to get Officer Bain after he poked you in

11     the forehead?

12 A   Yep.

13 Q   Okay.  So of the two to three officers who returned, one

14     of them was the red headed officer?

15 A   Yeah.  What is his name?  Red headed officer just sounds

16     rude saying red head.

17 Q   Well, I'm not sure so I'm not at a position to answer

18     that?

19 A   Or for me it's my -- it sounds rude just calling him a

20     red head, whatever his name was.

21 Q   When you were pulled backward by Officer Bain, what part

22     of your body touched the table?

23 A   My back and the back of my head.

24 Q   Which part of your back?

25 A   My entire back was on the table.

```
 1                      MR. COCHRAN:  We are at 12:16, so when
 2      you find a breaking spot can we go ahead and take our
 3      break?
 4                      MS. COX:  Give me just a couple more
 5      questions and then we will break.
 6                      MR. COCHRAN:  Okay.
 7   Q  (By Ms. Cox)  What part of your head?
 8   A  The back of my head touched the metal picnic table.
 9   Q  And, again, you were handcuffed when this happened,
10      right?
11   A  Correct.
12   Q  And you were handcuffed behind your back?
13   A  Yes.
14   Q  Okay.  Did your body, any part of your body hit anything
15      else other than the picnic table top?
16   A  My legs just hit the officer, the red head Officer
17      Cheney.
18                      MS. COX:  Okay.  We can take a break
19      now.
20                      THE VIDEOGRAPHER:  Going off record.
21      Time now is 12:17 p.m.
22                      (Recess 12:17 p.m. to
23                       12:56 p.m.)
24
25                      THE VIDEOGRAPHER:  Back on record.
```

1    Time now is 12:56 p.m.

2  Q    (By Ms. Cox)  So before the lunch break, Mr. Contreraz,

3       we were just kind of doing an overview on what happened

4       and I wanted to backtrack and ask you about your comment

5       about the next day.

6       I believe you said that you told Officer

7       Contreraz -- sorry, Officer Bain that you would meet him

8       back in the park the next day on July 13th, 2020.  Did I

9       hear you right?

10 A    I never said I would meet him.  I said I would be back

11      here.  I come here every night.

12 Q    And why did you say that to Officer Bain?

13              MR. COCHRAN:  Objection to form, but

14      go ahead if you can.

15              THE WITNESS:  Because he basically

16      asked me the question of, I am going to see you again and

17      we are going to talk.

18 Q    (By Ms. Cox)  And your response was, I will be here

19      tomorrow basically if you want to meet up, if you want to

20      see me?

21              MR. COCHRAN:  Objection to form, but

22      go ahead.

23              THE WITNESS:  Yes.

24 Q    (By Ms. Cox)  So you told Officer Bain where you were

25      going to be the next day and what time?

1   A   I told him I come to this park every night.

2   Q   Okay.  And you went back to the park on July 13th?

3   A   We went back to the park.

4   Q   Who is we?

5   A   Me and the other people that said they would be back.

6   Q   And who is that?

7   A   The two citizens.

8   Q   You mean Ms. Wade and Mr. Smith?

9   A   Yeah.

10  Q   So you met up at the park on July 13th?

11  A   We went back to the park.

12  Q   And you did this by agreement with them?

13  A   No, I just went back because I go there every night after

14      work.

15  Q   And you saw them?

16  A   I think they were there.

17  Q   You said "we went back to the park," on July 13th, 2020

18      and now you are saying you think they were there, which

19      is --

20  A   They were there.

21  Q   They were there?

22  A   They showed up.

23  Q   And did you talk to them?

24  A   Yeah.  We sat and talked about stuff.  They asked me

25      about how to sell cars.

1  Q   So did you meet up on July 13th, 2020 in Wright Park with

2      Mr. Smith and Ms. Wade by agreement?

3                      MR. COCHRAN:  Sorry.  Objection to

4      form.  Go ahead if you can.

5                      THE WITNESS:  No.  There wasn't any

6      agreement ever made.

7  Q   (By Ms. Cox)  So you just happened to all three show up

8      the next day?

9  A   It was --

10                     MR. COCHRAN:  Objection to form.  Go

11     ahead.

12                     THE WITNESS:  It was when I said I'm

13     coming back they said they are coming back.  I never

14     asked them to come back.  I never meant -- we didn't

15     exchange numbers about hey, let's meet up at the park,

16     they just came back also.  I never asked them or told

17     them to.

18  Q   (By Ms. Cox)  All right.  But you showed up the next day

19     and there they were?

20  A   Yes.

21  Q   And how long did you spend together on July 13th?

22  A   I do not recall.

23  Q   Was it an hour?

24  A   An hour, I guess, yes, until the sun went down maybe.

25  Q   When did you get there?

```
 1   A    Same time I got there the night before, around 7:30.  I
 2        got off work at 7:00.
 3   Q    Did Officer Bain show up on July 13th, 2020?
 4   A    No.  No police showed up.
 5   Q    Did any of the other officers say anything you consider,
 6        to you on the 12th, say anything to you that you consider
 7        unprofessional?
 8   A    Yes.
 9   Q    What?  What was said?
10   A    Officer Cheney repeatedly calling me an idiot over and
11        over.  Very unprofessional.
12   Q    Any other unprofessional comments?
13   A    Yeah.  One of the officers said, "Well, look on the" --
14        after they got me out of the handcuffs, one of the
15        officers, I don't recall which one exactly or what he
16        looked like, I just remember his comment about "Well,
17        look on the bright side of the situation, you fit the
18        description of a big buff black guy.  It looks like you
19        lift weights.  You ought to be happy about that," and
20        then kind of chuckled and walked off.  That was not
21        professional.  There was nothing funny about that
22        conversation about that situation.
23   Q    Who made that comment?
24   A    Do not know.  One of the white officers.  All I know is
25        he was white.
```

1   Q   You can't describe him better than his race?

2                       MR. COCHRAN:  Objection to form.

3       Answer if you can.

4                       **THE WITNESS:  Brown hair, shorter than**

5       **me.  I remember him saying that because he stood next to**

6       **me.**

7   Q   (By Ms. Cox)  Well, how old was he?

8                       MR. COCHRAN:  Objection to form.  Go

9       ahead if you can.

10                      **THE WITNESS:  Probably 30s.  In his**

11      **30s, if I had to guess.**

12  Q   (By Ms. Cox)  So how do you know it was Officer Cheney

13      who called you an idiot more than once?

14  A   **Because I heard you say when I kept saying the redhead,**

15      **you kept referring to him as Officer Cheney so I just**

16      **picked up on calling him Officer Cheney.**

17  Q   Let's be clear.  I might have been mistaken, so I would

18      not ask that you under oath count on anything I might

19      have misstated.

20          You are saying the officer with red hair repeatedly

21      called you an idiot?

22  A   **Correct.**

23  Q   Do you know for a fact that the officer with red hair is

24      Officer Cheney?

25                      MR. COCHRAN:  Objection to form.

1    Asked and answered.  Go ahead if you can.

2                        **THE WITNESS:  Yes, I picked up on you**

3    **calling him Officer Cheney, so I just figured his name**

4    **was Officer Cheney.**

5  Q  (By Ms. Cox)  Independent of my comments during your

6    deposition, do you have any information that the red hair

7    officer is Officer Cheney?

8  A  **Nope.  Never met the guy.  Never heard of the guy before**

9    **until that day.**

10 Q  Did you say anything to any of the officers that was

11    aggressive or antagonistic?

12                        MR. COCHRAN:  Objection to form.  Go

13    ahead.

14                        **THE WITNESS:  I repeatedly asked why**

15    **I'm in handcuffs and why this guy yanked me down on the**

16    **table, and why this guy was in my face.  Basically --**

17    **that was basically it.**

18 Q  (By Ms. Cox)  How would you describe your demeanor upon

19    initial contact by the officers?

20 A  **Surprised.  Very surprised.**

21 Q  Did your demeanor change after that?

22 A  **Yes.**

23 Q  How would you describe your demeanor after surprised?

24 A  **Confused.**

25 Q  Okay.  And did you have any other demeanor other than

1    surprised and confused?

2  A  **No, not really.  Just more confused as to why I was in**

3     **handcuffs.**

4  Q  Did any officer ask you at any point whether you were

5     okay?

6  A  **No, not a single one.**

7  Q  No one did?

8  A  **None.**

9                              (Exhibit Nos. 2 through 4

10                                marked for identification.)

11

12  Q  So I am going to have you review exhibits I have marked

13     for your deposition.  Exhibit 2, I will represent to you,

14     is your responses to the City of Tacoma's first

15     interrogatories and request for production.

16        Exhibit 3 will be your responses -- your

17     supplemental responses to the City's first

18     interrogatories and request for production.

19        And Exhibit 4 will be your responses to the City of

20     Tacoma's second interrogatories and request for

21     production.

22        So this is how we are going to do it.  I am going to

23     hand these exhibits to your attorney.  He's going to take

24     a look at them to the degree he wishes, and then I will

25     hand them to you.  We will be off the record, not

1     talking, until you are done looking at them.  Once you

2     are done looking at them look up and let us know that you

3     are ready for me to ask you some questions about them.

4          Any questions about the instructions?

5  A  **I don't even know what interrogatory means.**

6  Q  Written discovery.

7  A  **Oh.**

8  Q  Where you answered questions.

9  A  **Yes.  Sure.**

10 Q  Any other questions?

11 A  **No.**

12                    MS. COX:  Okay.  We will be off the

13    record.

14                    THE VIDEOGRAPHER:  Going off record.

15    The time now is 1:04 p.m.

16                         (Recess from 1:04 p.m.

17                          to 1:34 p.m.)

18

19                    THE VIDEOGRAPHER:  Back on record.

20    Time now is 1:34 p.m.

21 Q  (By Ms. Cox)  Mr. Contreraz, we were on a break off the

22    record while you were reviewing discovery responses, the

23    three exhibits.  Did you have sufficient time to read

24    them?

25 A  **Yes.**

1   Q   Okay.  And I want to ask a couple of questions regarding

2       Exhibit 2.  Do you have that in front of you?

3   A   Yes.

4   Q   Okay.  It's actually titled, "Defendant City of Tacoma's

5       first interrogatories and requests for production of

6       Plaintiff with answers and responses thereto"; is that

7       correct?

8   A   Yes.

9   Q   Okay.  It looks like it was signed by your attorney on

10      September 6th, 2022.  I will direct you to the second to

11      last page.

12  A   All right.

13  Q   Do you see your attorney Mr. Cochran's digital signature?

14  A   Yes.

15  Q   And the date is September 6th, 2022?

16  A   Yes.

17  Q   It looks like you did not sign these interrogatories; is

18      that correct?

19  A   Correct.

20  Q   Okay.  You reviewed them today.  Are your responses as

21      contained in Exhibit 2 accurate?

22  A   Yes.

23  Q   Is there anything that you would change today?

24  A   (Witness shakes head.)

25                MR. COCHRAN:  Objection to form, but

1    go ahead if you can.

2                    THE WITNESS:  No.

3    Q    (By Ms. Cox)  So basically the same questions for Exhibit

4         3, which is titled, "Defendant City of Tacoma's first

5         interrogatories and request for production to Plaintiff,

6         with supplemental answers and responses thereto."

7             Do you have that Exhibit 3 in front of you, Mr.

8         Contreraz?

9    A    Yes.

10   Q    Same as last time, I will direct your attention to the

11        second to last page, where it appears your attorney Mr.

12        Cochran has signed or placed a digital signature and date

13        of November 30th, 2022, do you see that?

14   A    Yes.

15   Q    Okay.  I don't see anywhere on that page or the next page

16        that you have signed these responses; is that correct?

17   A    Yes.

18   Q    So you have not signed these?

19   A    I have no idea.

20   Q    Okay.  You don't see your signature anywhere?

21   A    No.

22   Q    All right.  So you have reviewed Exhibit 3, your

23        responses as contained in Exhibit 3, are they accurate?

24   A    Yes.

25   Q    Okay.  So same thing for Exhibit 4, which, for the

1       record, are Defendant City of Tacoma's second

2       interrogatories and request for production to Plaintiff

3       and responses thereto"; is that correct?

4    A   Yes.

5    Q   All right.  And I see that you signed these -- if you

6       go -- I apologize they are not page numbered, but if you

7       go back about eight or nine pages.  Actually, Page 6 of

8       7, and the page number is in the lower left corner.  It

9       took me a minute to find it.

10   A   Okay.  Six or seven?

11   Q   Six out of seven.

12   A   Oh, yeah I see it.

13   Q   Does it look like you signed these responses on April 13,

14      2023?

15   A   Yep.  Yes.

16   Q   And that is your signature there?

17   A   Yes, it is.

18   Q   Okay.  You reviewed your responses to these

19      interrogatories, which is Exhibit 4, are there any -- are

20      your responses accurate?

21   A   Yes.

22   Q   Okay.  So I will be attaching Exhibits 2, 3, and 4, now

23      that you have affirmed they are accurate, to your

24      deposition.  If we could fold those up, and also the

25      complaint and put them in one place so we don't lose

1      them.  They go with the court reporter.

2  A   What do you need these in?

3  Q   Here's what I would recommend.  Put them in a stack

4      together and keep them near where you can reach them in

5      case we have a question that refers to them, all right?

6  A   All right.  What about this?

7  Q   That goes there.  Thank you very much.

8          All right.  So now I want to ask you about your

9      complaint, Mr. Contreraz.

10                              (Exhibit No. 5 marked

11                                 for identification.)

12

13 Q   And to do that I am going to show your attorney what's

14     been marked as Exhibit 5, which I will represent to you

15     is a copy of the complaint you filed initiating this

16     lawsuit.  I will represent to it's 11 pages.

17         Your attorney is handing you what I have marked as

18     Exhibit 5.  Do you want to take a moment to look at the

19     complaint, your complaint, Mr. Contreraz?

20 A   Yes.

21 Q   Okay.  So we are not going to handle it the same way as

22     the interrogatories or the discovery.  I am going to ask

23     you specific questions as we walk through your complaint,

24     all right?

25 A   All right.

```
 1  Q   First I wanted to ask you legally, how do you identify as
 2      far as race?
 3  A   Black.
 4  Q   Okay.  Have you ever identified as anything other than a
 5      black male?
 6  A   Native American.
 7  Q   Okay.  What tribe?
 8  A   Fort Belknap.
 9  Q   Okay.  And what does your driver's license say as far as
10      your race?  I can't remember, does your driver's license
11      indicate a race?
12  A   Shall I look at it?
13  Q   Sure.
14  A   Sorry.  I don't look at it every day.
15  Q   I don't either, actually.
16  A   Yeah, I don't know anybody that does.
17  Q   In fact, mine might expire any time now.
18  A   It doesn't say it on there.
19  Q   Okay.  When you have -- thank you for looking.  You can
20      put it back.
21  A   All right.
22  Q   When you have been in court for any of your criminal
23      matters, did you identify as a black male or Native
24      American male or something else?
25  A   Black male.
```

1  Q    Okay.  Now I would like to direct your attention to

2       Exhibit 5.  It's going to be your Paragraph 4.1, which is

3       on Page 2.

4  A    All right.

5  Q    So Paragraph 4.1 states, "On or about the early evening

6       of July 12th, 2020, the Tacoma Police Department, TPD,

7       allegedly received an emergency call reporting that a

8       white man and a black man were traveling together and

9       threatening other people with a weapon someone near

10       Wright Park in Tacoma."

11            Did I read Paragraph 4.1 accurately?

12  A    You did, yes.

13  Q    Do you have any doubt that Tacoma Police Department

14       received an emergency call about a felony harassment or

15       people with weapons in the park?

16                  MR. COCHRAN:  Objection to form.  Go

17       ahead if you can.

18                  THE WITNESS:  I don't think they

19       received a call.

20  Q    (By Ms. Cox)  You don't think Tacoma Police Department

21       received a call about a white man and black man

22       threatening other people with a weapon in the park?

23  A    No.

24  Q    Why do you think they didn't get that call?

25  A    I think it was just they saw a black man, and it was same

 1    time George Floyd stuff was going on, and I happened to

 2    be the black man that was the recipient of what they did

 3    to me.

 4 Q  You don't think the Tacoma police officers received

 5    information that a reporting party said he had been

 6    threatened by a person, a black male and a white male

 7    with weapons in Wright Park?

 8              MR. COCHRAN:  Objection to form.

 9    Asked and answered.  Go ahead if you can.

10              THE WITNESS:  No.

11 Q  (By Ms. Cox)  And you have just testified that the reason

12    why you don't there was even a call, you know, there was

13    a call to TPD is because of what was going on in the

14    country regarding or similar to George Floyd?

15 A  Correct.

16              MR. COCHRAN:  Objection to form.  Go

17    ahead.

18 Q  (By Ms. Cox)  Any other reason why you believe this was a

19    fabricated call?

20              MR. COCHRAN:  Objection to form.  Go

21    ahead if you can.

22              THE WITNESS:  Because the cops told me

23    that there was a person that reported it, and they were

24    driving around in the car at the park and they needed to

25    drive by and identify me as the person who assaulted

1      them.

2   Q   (By Ms. Cox)  Do you think there wasn't a reporting party

3      or a victim?

4   A   **I think there was a reporting party because I felt there**

5      **was no call.  It was just somebody that waved them down,**

6      **is what I vaguely remember the officer saying is somebody**

7      **waved them down at Wright Park.**

8   Q   Okay.  So let me change how I phrase the question then.

9      So this Paragraph 4.1 says the Tacoma Police Department

10     allegedly received an emergency call.

11        Do you have any reason to doubt the Tacoma Police

12     Department or Tacoma police officers got information from

13     a reporting party or a victim that he had been threatened

14     in the park by a white male and a black male with

15     weapons?

16                  MR. COCHRAN:  Objection to form.  Go

17     ahead.

18                  **THE WITNESS:  The way you put it right**

19     **there, yes, I believe they got waved down there.**

20  Q   (By Ms. Cox)  Do you have any reason to doubt that when

21     the officers were waved down or contacted by the

22     reporting party that the reporting party mentioned there

23     was two suspects, one white male and one black male?

24  A   **I was never told there was two suspects until Sergeant**

25     **Jepson came.**

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 117

1   Q   Do you have any reason to doubt, as you sit there now,

2       that the officers did not have information from a

3       reporting party that he had been threatened in the park

4       by a white male and black male?

5                    MR. COCHRAN:  Objection to form, but

6       go ahead.

7                    **THE WITNESS:  I believe they did have**

8       **whatever you just said, yes.**

9   Q   (By Ms. Cox)  You believe the officers did have

10      information about a black male and a white male

11      threatening the reporting party in the park?

12  A   **Yes.**

13  Q   And that there was weapons involved?

14  A   **Correct.**

15  Q   One of the weapons was a knife and one was a gun?

16  A   **Correct.**

17  Q   I will direct your attention now to Paragraph 4.4 on the

18      next page, Page 3 of the complaint.  It states, "The TPD

19      officers explained to Plaintiff that they were allegedly

20      looking for a white male and a black male who were

21      reportedly seen threatening others with a weapon

22      somewhere near Wright Park."

23          Did I read Paragraph 4.4 correctly?

24  A   **No.**

25  Q   What did I read incorrectly?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 118

1   A   I was never informed about multiple people, a white male

2       and black male.  I was just informed black male.

3   Q   I didn't ask you that.  I asked you if I read the

4       paragraph correctly.

5                       MR. COCHRAN:  Objection to form, but

6       go ahead if you can.

7                       THE WITNESS:  Yes.

8   Q   (By Ms. Cox)  So I read the paragraph correctly, right?

9   A   Yes.

10  Q   All right.  So now to the question about this paragraph.

11      When was the first time officers explained to you that

12      they were looking for a white male and a black male?

13  A   When Officer Jepson showed up, Sergeant Officer Jepson

14      showed up and informed me it was a white male also.

15  Q   When were you first advised that they were looking for a

16      black male suspect in the park?

17  A   Minimum ten minutes into interaction with the police

18      officers and after I was detained.

19  Q   At the time that you were informed that a black male

20      suspect was seen in Wright Park, had you already been

21      handcuffed?

22  A   Yes.

23  Q   And had Officer Bain already pulled you down on the

24      picnic table?

25  A   Yes.

1  Q   Who told you that the officers were looking for a black

2      male suspect?

3  A   The red headed officer.

4  Q   Directing your attention to Paragraph 4.5 on the same

5      page, it says, "While Plaintiff Contreraz was speaking

6      with other officers at the picnic table, white TPD

7      Officer Christopher Bain, badge number 273 approached

8      silently from behind Plaintiff, placed his hands on

9      Plaintiff without letting his presence be known, and

10      violently slammed Plaintiff down onto the picnic table."

11          Did I read Paragraph 4.5 directly?

12  A   Yes.

13  Q   So it's your testimony today that Officer Bain approached

14      silently?

15  A   Yes.

16  Q   That means you did not hear him?

17  A   No.

18  Q   It also says in Paragraph 4.5 that "Officer Bain placed

19      his hands on Plaintiff without letting his presence be

20      known."

21          Did I read that right?

22  A   Yes.

23  Q   You earlier testified that Officer Bain was in your ear

24      yelling or talking to you, his body up against your right

25      shoulder before he placed his hands on you.  Which

```
 1        version is true?
 2                          MR. COCHRAN:  Objection to form, but
 3        go ahead if you can.
 4                          THE WITNESS:  What was that?
 5    Q   (By Ms. Cox)  So this paragraph says, "Officer Bain
 6        placed his hands on Plaintiff without letting his
 7        presence be known," correct?
 8    A   Yes.
 9    Q   Earlier you testified that Officer Bain, before he
10        grabbed your handcuffs and put his left arm on your
11        chest, he was up against your right shoulder, chipping or
12        yelling or talking in your right ear.
13    A   Yes.
14                          MR. COCHRAN:  There's no question yet.
15                          THE WITNESS:  Oh, okay.
16    Q   (By Ms. Cox)  So did he talk to you before he put his
17        hands on you or not?
18    A   Yelled.
19    Q   Okay.
20    A   Yes.
21    Q   Okay.  So his presence was known to you before he pulled
22        you back on the picnic table, correct?
23                          MR. COCHRAN:  Objection to form, but
24        go ahead if you can.
25                          THE WITNESS:  Yes.
```

```
 1   Q    (By Ms. Cox)  So why does Paragraph 4.5 say he placed his
 2        hands on you without letting his presence be known?
 3                       MR. COCHRAN:  Objection to form.  You
 4        can answer if you can.
 5                       THE WITNESS:  Because he walked behind
 6        me and pulled me down.
 7   Q    (By Ms. Cox)  But his presence was known to you at that
 8        point, right?
 9                       MR. COCHRAN:  Objection to form.
10        Argumentative.  Go ahead if you can.
11                       MS. COX:  No speaking objections,
12        please.
13                       MR. COCHRAN:  I can give you a basis
14        so that you can take the opportunity to correct the
15        imperfection of the question.
16                       MS. COX:  If I ask you for
17        clarification.  No speaking objections, please.
18                       MR. COCHRAN:  And I don't consider
19        that a speaking objection, but noted.
20   Q    (By Ms. Cox)  So, Mr. Contreraz, when Officer Bain
21        grabbed you from behind and pulled you back down on the
22        picnic table his presence was known to you already,
23        correct?
24                       MR. COCHRAN:  Objection to form.
25                       THE WITNESS:  In my vision he was
```

1    known, correct.

2    Q   (By Ms. Cox)  Yeah, you knew he was there, right?

3                      MR. COCHRAN:  Objection to the form.

4                      THE WITNESS:  When he was standing in

5        front of me, yes.

6    Q   (By Ms. Cox)  And so at the time he pulled you down you

7        already knew he was there?

8                      MR. COCHRAN:  Objection to form.

9                      THE WITNESS:  No.

10   Q   (By Ms. Cox)  Why do you say that?

11   A   Because I did not see him behind me.  I saw him in front

12       of me.  I saw him touching me.  He was in my face.  He

13       was in my vision.  I could see him correctly.

14   Q   Directing your attention to Paragraph 4.6 on the same

15       page, Mr. Contreraz.  It says -- are you there already?

16   A   I am still on the same page.  Three of ten, correct?

17   Q   4.6.

18   A   Oh, yeah, I see it.

19   Q   It says, "As a direct and proximate result of force of

20       the unprovoked and unlawful attack by TPD Officer Bain,

21       Plaintiff's neck was injured and required medical care."

22       Did I read that correctly?

23   A   Yes, you did.

24   Q   What injury did you sustain to your neck?

25   A   From the incident?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 123

1   Q   Yes.

2   A   Swelling of the muscles around the previous area where I

3       had two fractures.

4   Q   Anything other than swelling?

5   A   Concussion.

6   Q   That would be your head, not your neck, correct?

7   A   Oh, my neck, yeah.  My head.  Got a concussion.

8   Q   Okay.  Any other injury to your neck?

9   A   Reaggravated the prior nerve damage around my fractured

10      bones in my neck.

11  Q   Which vertebras or bones were fractured?

12  A   C-1 and C-3.

13  Q   And what healthcare provider has told you that you have

14      aggravated nerve damage in your neck?

15  A   Tacoma General Hospital?

16  Q   I'm asking you.

17  A   Oh, yeah.  I'm not familiar with all the hospitals here,

18      so Tacoma General.

19  Q   Okay.  Has any other healthcare provider told you that

20      you aggravated a previous nerve -- previous nerve damage

21      in your neck during this incident?

22  A   The neurosurgeon I saw, Dr. Chacko?

23  Q   How do you spell it?

24  A   It's on one of these pages, so I don't know the exact

25      spelling.

```
 1   Q    If you go to Exhibit 3, please, Page 4 of 12, your
 2        supplemental answers to Interrogatory No. 18, and
 3        actually Page 5 of 12.
 4   A    On 3?
 5   Q    Yeah, Exhibit 3.  It will be your supplemental answers,
 6        and then go to Page 5 of 12.
 7   A    Okay.
 8   Q    Do you see the Jebin Chacko, MD, at MultiCare neurology
 9        in the middle of the page?
10   A    Yeah.
11   Q    It's spelled J-E-B-I-N?
12   A    Yes.
13   Q    C-H-A-C-K-O?
14   A    Yes.
15   Q    All right.  That's the doctor you just referred to?
16   A    Yes.
17   Q    And that doctor told you you had aggravated --
18        reaggravated nerve damage in your neck during this
19        incident?
20   A    The doctor that gave me the referral to Dr. Chacko.
21   Q    And who is that doctor?
22   A    I don't know their names at the time when I saw them in
23        the Tacoma General emergency room, but the doctors that
24        filled the paperwork out for me, and -- or filled out the
25        reason why my visit.  I do not know their names.
```

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                      Page 125

```
1   Q   What kind of treatment have you received for the nerve
2       damage in your neck?
3   A   Medication, physical therapy.
4   Q   When did you last treat for it?
5   A   2021.
6   Q   And who would you say is your primary healthcare provider
7       for any nerve damage in your neck?
8   A   Puyallup Tribal Health Authority.
9   Q   How long did it take for the swelling in your neck to go
10      down?
11  A   Three weeks at least.
12  Q   Are you still treating for any injury to your neck from
13      this incident?
14  A   Self-care.
15  Q   Okay.  That's it?
16  A   Yeah.
17  Q   Okay.  What kind of self-care?
18  A   A lot of heating pads, Icy Hot rub, Advil, doing neck
19      workouts that the physical therapy people showed me how
20      to do when I was there getting physical therapy done.
21  Q   Are you doing physical therapy for your neck right now?
22  A   No.
23  Q   When was the last time you did any physical therapy for
24      your neck?
25  A   2021.
```

1   Q   You said it reaggravated a previous fracture at C1-C3?

2   A   Correct.

3   Q   What year was that?

4   A   2010.

5   Q   How did you fracture your neck?

6   A   I got hit in the back of the head with a 22-ounce beer

7       mug.

8   Q   Was that a bar fight?

9   A   It wasn't even a fight.  It was just somebody walked up

10      and hit me in the back of the head with this beer mug.

11  Q   Did it fracture your skull?

12  A   It did.

13  Q   Were you in a hospital inpatient in a hospital?

14  A   Yes.  I was in the ICU at the Billings Clinic.

15  Q   Any permanent injury as a result of that attack in 2010?

16  A   Constant neck pain daily.

17  Q   Is that how you fractured your neck?

18  A   Getting hit with the beer mug is how it broke -- the

19      impact broke the bones in my neck from the beer mug.

20  Q   Have you fractured your neck on any other occasion?

21  A   No.

22  Q   What about the ATV accident in 2012?

23  A   No.

24  Q   You didn't fracture your neck?

25  A   Not fractured, aggravated.

1   Q   Okay.  You didn't refracture your neck in 2012?

2   A   No.

3   Q   Your medical records reflect you were operating an ATV

4       while intoxicated and had a collision, is that not

5       correct?

6   A   Not correct.

7   Q   What's not correct about it?

8   A   I wasn't operating the ATV intoxicated, and I had no

9       collision.

10  Q   Did you ever injure your neck during an ATV accident?

11  A   Not that I can recall.

12  Q   Were you paralyzed at any point in time because of the

13      neck accident or neck injury?

14  A   Yes.

15  Q   Okay.  What year was that?

16  A   2010 the initial impact paralyzed me.

17  Q   You were not paralyzed because of a neck injury in 2012?

18  A   No.

19  Q   Did you ever injure your neck in any ATV accident in your

20      life?

21  A   Yes.

22  Q   What year was that?

23  A   2012.

24  Q   Okay.  So you did injure your neck in 2012, you are just

25      saying it was an aggravation of the fracture from 2010?

1   A   **Yes.**

2   Q   Did you refracture your neck in 2012?

3   A   **No.**

4   Q   Did you fracture your neck in this incident?

5   A   **No.**

6   Q   If I understood you correctly as we were talking about

7       Paragraph 4.6 of your Complaint, you had swelling at your

8       neck and you aggravated -- you had aggravation of your

9       nerve injury from the previous fracture of the neck from

10      2010?

11  A   Yes.

12  Q   Okay.  Any other injuries to your neck that we haven't

13      talked about?

14  A   Never.  None.  No.

15  Q   I will direct your attention to Paragraph 4.7, please,

16      and are --

17  A   On 3?

18  Q   I'm sorry.  Of the complaint, Exhibit 5.  Go ahead and

19      put that other one to your left if you don't mind.

20  A   You said 4.7?

21  Q   Correct.  On Page 3 of your complaint.

22  A   All right.

23  Q   Do you see that?

24  A   Yes.

25  Q   It reads, "After speaking with Plaintiff Contreraz and

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 129

```
 1        independent witnesses, TPD officers acknowledge that

 2        Plaintiff Contreraz was not involved in any way with the

 3        alleged emergency call.  Plaintiff was eventually

 4        uncuffed but offered no medical care."

 5             Did I read Paragraph 4.7 accurately?

 6   A    Correct.

 7   Q    Question for you.  Did ever advise officers at the scene

 8        that you were in pain?

 9   A    No.

10   Q    Did you ever advise any of the officers at the scene,

11        including Sergeant Jepson, that you were injured?

12   A    No.

13   Q    Do you believe that the officers should have offered

14        medical care at the scene?

15   A    Yes.

16   Q    Even though you didn't tell them you had been injured?

17   A    Yes.

18   Q    Are you saying they should have offered medical care to

19        anyone they have ever handcuff?

20                    MR. COCHRAN:  Objection to form.

21                    THE WITNESS:  Anyone they have ever

22        slammed on a metal picnic table, yes.

23   Q    (By Ms. Cox)  Okay.  So you didn't tell them you were

24        injured, right?

25                    MR. COCHRAN:  Objection to form.
```

1        THE WITNESS:  No.

2    Q   (By Ms. Cox)  You didn't tell them you were in pain?

3                     MR. COCHRAN:  Objection to form.

4        THE WITNESS:  No.

5    Q   (By Ms. Cox)  What medical care do you think the officers

6        should have offered you?

7    A   Emergency routine.

8    Q   Sorry?

9    A   Emergency routine.

10   Q   What is that?

11   A   Call and say medical evaluating by first responders, I

12       guess.

13   Q   They should have called aid to the scene?

14   A   Yeah.

15   Q   Okay.  Did you go and seek health care the same day?

16   A   No.

17   Q   When was the first time you went and sought health care

18       for these injuries?

19   A   The next morning.

20   Q   Before you went to work?

21   A   When I got to work and was there like three minutes

22       maybe.

23   Q   And then you left work to go to --

24   A   Tacoma General.

25   Q   To Tacoma General?  Why did you go to work and then leave

1      early to go to Tacoma General?

2  A   I tried to type on the computer and my hands were cold,

3      sweating, tingly.  I knew that exact feeling from when I

4      first broke my neck and I was paralyzed.  I had the same

5      feeling in my arms and hands July 13th, the morning of.

6  Q   You started work that day at eleven a.m., correct?

7  A   I believe that day was nine or ten a.m., I believe.  It

8      was earlier than eleven because I was one of the first

9      ones there, and there was only a few different co-workers

10     in there.  The schedule nine, ten, eleven is when people

11     clock in.

12 Q   Okay.

13 A   They have multiple different shifts for people that work

14     later and people that get off earlier.

15 Q   So if we talk to Tacoma Dodge they would be able to

16     confirm you started your shift earlier than normal on

17     July?

18                     MR. COCHRAN:  Objection to form.

19                     THE WITNESS:  Correct.

20 Q   (By Ms. Cox)  Okay.  And they would be able to confirm

21     that you started at nine or ten but not eleven that day?

22                     MR. COCHRAN:  Objection to form.

23                     THE WITNESS:  They will have records

24     of my time card, correct.

25 Q   (By Ms. Cox)  Why didn't you go straight to the ER when

1      you had problems getting up on the 13th?

2   A  I was not typing on any computers or using my hands and

3      arms for any sort of motion besides to put my clothing

4      on.

5   Q  So you didn't notice any of those symptoms until you got

6      to work and started your job?

7   A  Correct.

8   Q  Let's look at Paragraph 4.9 on the same page.  It says,

9      "Rather than address Plaintiff's injury, which occurred

10     as a result of the illegal actions of Defendant Bain,

11     Bain and other officers stood nearby Plaintiff Contreraz,

12     and other witnesses to the attack and stared menacingly

13     at the Plaintiff."

14         Did I read that paragraph correctly?

15  A  Correct.

16  Q  What does stared menacingly mean?

17  A  Stared menacingly?

18  Q  Yes.  What does that mean?

19  A  It means after he put his fingers to my forehead and they

20     pulled them away he walked about maybe ten feet and then

21     turned around and put his right hand on his gun and left

22     hand on his upper vest and head sideways, and just stared

23     me down.

24         They once again came back, and the other officers

25     came back and physically had to turn him around and push

```
 1        him towards the street where he got another 15 feet
 2        maybe, and he did the same exact thing.
 3   Q   So menacingly means standing how many feet from you?
 4   A   About ten feet with a hand on his gun.
 5   Q   Hand on the gun, which was in a holster, right?
 6   A   Correct.
 7   Q   The other hand was hooked into his bullet proof vest?
 8   A   Vest, stop of his vest on his left side.
 9   Q   His bullet proof vest?
10   A   Correct.
11   Q   Okay.  His head was cocked to one direction?
12   A   To the side, and fixed on me.
13   Q   Okay.  You are sure he was looking at you?
14   A   Yes.
15   Q   Okay.  And that's what you mean by menacingly?
16   A   Correct.
17   Q   And you said you saw other officers have to physically
18        push Officer Bain away from you towards the street?
19   A   Correct.
20   Q   You saw them do this twice?
21   A   Twice.
22   Q   When did you start filming with your cell phone?
23   A   The second time he -- they pulled him back or pushed him
24        away, or got him closer to the street.
25   Q   So you have on your cell phone video one of the two I
```

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 134

```
 1    have seen you believe there's footage of the second time
 2    officers were pushing Officer Bain away from you and
 3    towards the street?
 4                    MR. COCHRAN:  Object to the form, but
 5    go ahead if you can.
 6                    THE WITNESS:  When he got to the
 7    street after they pushed him away is when I started
 8    recording.
 9  Q  (By Ms. Cox)  Oh, so you did not start recording when he
10    was being directed to or pushed towards the street the
11    second time by officers?
12  A  Yes.  Because I had not -- because like I said earlier,
13    they took the cell phone out of my hand and put it on the
14    table, so at this point of the interaction I was able to
15    receive (sic) my cell phone from the picnic table.
16  Q  Okay.  So you did not film either of these two
17    occurrences of Officer, Officer Bain allegedly staring at
18    you and having to be pushed away from you by other
19    officers?
20                    MR. COCHRAN:  Objection to form, go
21    ahead if you can.
22                    THE WITNESS:  No.
23  Q  (By Ms. Cox)  You dont' have any video of that?
24  A  No.
25  Q  You don't have any video of your interactions with the
```

1       red headed officer, correct?

2   A   No.

3   Q   You have no video of your interaction with Officer Bain?

4   A   No.

5   Q   Okay.  Did the other officers stare menacingly at you?

6   A   No.

7   Q   As they were staring at you, did they -- anyone speak or

8       touch you any further?

9   A   No.  They were just yelling and stuff from the circle

10      they made around Bain when I started to record him.

11  Q   Oh, so you had video of them yelling stuff?

12  A   They were yelling stuff prior to me recording.

13  Q   So you don't have video of the officers yelling stuff?

14  A   No.

15  Q   Directing your attention to Paragraph 4.10 it says,

16      "Eventually a uniformed individual, who identified

17      himself as a TPD sergeant, spoke with Plaintiff Contreraz

18      and two unaffiliated individuals, also in the park at the

19      same time as Plaintiff, and who witnessed the assault by

20      Defendant Bain.  The sergeant heard directly from the two

21      eyewitnesses regarding Bain's unprovoked attack on

22      Plaintiff.  The sergeant assured Plaintiff and witnesses

23      on video that he would address the matter with Officer

24      Bain."

25          Did I read Paragraph 4.10 accurately?

1   A   Yes.

2   Q   In here it says -- at the top of the paragraph it says,

3       "A uniformed individual who identified himself as a TPD

4       sergeant," right?

5   A   Yes.

6   Q   That was Sergeant Kevin Jepson, J-E-P-S-O-N, correct?

7   A   Yes.

8   Q   And, in fact, Sergeant Jepson is on video telling you who

9       he is, correct?

10  A   Yes.

11  Q   So he's not an unidentified uniformed individual, he's a

12      TPD sergeant and he gave you his name, right?

13                  MR. COCHRAN:  Objection to form, but

14      go ahead if you can.

15                  THE WITNESS:  Yes.

16  Q   (By Ms. Cox)  Okay.  And he had his name tag on his

17      uniform that said Jepson?

18                  MR. COCHRAN:  Objection to form.

19                  THE WITNESS:  I didn't see it.  I just

20      heard him say I am Officer -- or Sergeant Jepson with the

21      Tacoma Police Department.

22  Q   (By Ms. Cox)  How many separate videos do you have that

23      you took on the date of the incident?

24  A   I have two.

25  Q   Okay.  And I think I have seen both of them.  You can see

1      on Sergeant Jepson's uniform his name tag, correct?

2   A   Uh, I wasn't looking for his name tag.

3   Q   Have you ever looked at the videos?

4   A   Yes, I have watched the videos.

5   Q   Did you watch them before you filed this complaint?

6   A   Yes.

7   Q   When Sergeant Jepson arrived at the scene he came to talk

8      to you, right?

9   A   Correct.

10  Q   He talked to you then he also offered to take a

11     complaint, correct?

12  A   Correct.

13  Q   Okay.  He took out his note pad, correct?

14  A   Yes, he did.

15  Q   He took out a pen, correct?

16  A   Correct.

17  Q   And then he asked you for your name, correct?

18  A   Nope.

19  Q   He did not ask you for your name?

20  A   No.  He just said, I can take your guys' information, or

21     I can take your information he said.

22  Q   And then what happened?

23  A   I declined.

24  Q   Declined what?

25  A   Him taking my information.

1    Q    Okay.  So he didn't get your name, did he?

2    A    No.

3    Q    Why is that?

4    A    Because I never gave it to him and he never asked for my

5         name.

6    Q    Why did you not give him your name?

7                        MR. COCHRAN:  Objection to form.

8                        THE WITNESS:  Because he never asked

9         for my name.

10   Q    (By Ms. Cox)  What do you think he took the note pad and

11        pen out for?

12   A    Information, contact information.

13   Q    Did you give him your contact information?

14   A    Nothing.

15   Q    Why?

16                       MR. COCHRAN:  Objection to form.  Go

17        ahead if you can.

18                       THE WITNESS:  Because I said I didn't

19        trust him.

20   Q    (By Ms. Cox)  Why did you not trust Sergeant Jepson?

21   A    Because of what his officers just did to me.

22   Q    What do you think Sergeant Jepson could do without your

23        contact info?

24                       MR. COCHRAN:  Objection to form.

25                       THE WITNESS:  I made it clear as -- on

1    the video it states that I would file it online, so that

2    is what discouraged him from pursuing to get my contact

3    information.

4  Q   (By Ms. Cox)  And that's not the question I asked you.

5    So what could Sergeant Jepson do for you if he didn't

6    have your contact info?

7                    MR. COCHRAN:  Objection to form, but

8    answer if you can.

9                    THE WITNESS:  Nothing.

10 Q   (By Ms. Cox)  And you told Sergeant Jepson son that you

11   would file a complaint the next day, July 13th, correct?

12                   MR. COCHRAN:  Objection to form,

13   misstates.  Go ahead.

14                   THE WITNESS:  I never said the next

15   day.

16 Q   (By Ms. Cox)  What did you say?

17 A   I will file it online, or if I have to go down to an

18   office and file it to whoever I can file it with.

19 Q   Did you make a statement that you would file a complaint

20   or make a complaint every week?

21 A   No, I did not.

22 Q   Did you say something like that that's on video?

23 A   I said I will pursue this matter until it gets resolved

24   is my words.

25 Q   Did you say you would do it every week?

1   A   **Every week if I have to, yes.**

2   Q   Okay.  Did you pursue it every week like you said you

3       would?

4   A   **I pursued it one time.**

5   Q   Was there anything else you believe Sergeant Jepson could

6       have done for you on July 12th?

7                       MR. COCHRAN:  Objection to form.

8                       **THE WITNESS:  No.**

9   Q   (By Ms. Cox)  You have a prior history of refusing to

10      give your name or identification to officers, correct?

11                      MR. COCHRAN:  Object to the form.

12                      **THE WITNESS:  Absolutely.**

13  Q   (By Ms. Cox)  Okay.  What's that -- why?

14                      MR. COCHRAN:  Objection to form.

15  Q   (By Ms. Cox)  In your own words, why?

16                      MR. COCHRAN:  Object to form.

17                      **THE WITNESS:  Just no reason.  If I**

18      **haven't done anything, why ID yourself.**

19  Q   (By Ms. Cox)  Do you have any other reasons for that?

20  A   **That's basically it.**

21  Q   So this same Paragraph 4.10 refers to two unaffiliated

22      individuals.  Is that Seth Smith and Chrissy Wade, the

23      male and female who stood with you when you talked to

24      Sergeant Jepson?

25  A   **Correct.**

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 141

1   Q   Okay.  What is your understanding of what they saw of the
2       incident?
3   A   **They watched the entire thing unfold from when the cops**
4       **approached me and initially put me in handcuffs to**
5       **officers slamming me to the sergeant coming and sergeant**
6       **leaving.**
7   Q   So your understanding is that both Ms. Wade and Mr. Smith
8       saw the whole event from the initial approach of the
9       officers?
10                      MR. COCHRAN:  Objection to form.  Go
11      ahead if you can.
12                      **THE WITNESS:  Correct.**
13  Q   (By Ms. Cox)  Okay.  How far away were they from you when
14      the officers first approached you?
15  A   **Thirty yards maybe.**
16                      MR. COCHRAN:  When you get a point to
17      break, can we go ahead and break?  We are at 2:15 now.
18                      MS. COX:  Another two or three
19      questions then sure.  Thank you.
20  Q   (By Ms. Cox)  When did you first realize Smith and Wade
21      were in the park that day?
22  A   **When I walked to the park or when I got to the picnic**
23      **table?**
24  Q   No.  When did you first realize they were in the park?
25  A   **Oh, when I walked to the picnic table.**

1  Q   So you saw them before the officers ever approached you?

2  A   I didn't know it was them.  I just saw two people in

3      hammocks off to the side.  I didn't know it was them

4      exactly.

5  Q   But you knew Ms. Wade, though, right?

6  A   No.  I just asked her about the dog.  I didn't know her

7      name or nothing.

8  Q   Were there any other people around when the officers

9      contacted you other than Ms. Wade and Mr. Smith?

10 A   I cannot recall.

11 Q   There were other people in the park, correct?

12              MR. COCHRAN:  Objection to form.

13              THE WITNESS:  Probably, yes.

14 Q   (By Ms. Cox)  Okay.  Were there other people on your side

15     of the park?

16 A   No.

17 Q   It was pretty empty?

18 A   Yes.

19              MS. COX:  We can take a break now.

20     How long would you like, ten?

21              MR. COCHRAN:  Five minutes.

22              MS. COX:  Well, five barley gets you

23     to the restroom and back.

24              THE WITNESS:  That's where I'm going

25     right now, the water.

```
 1                    MS. COX:  Okay.  Let's do ten.

 2                    THE VIDEOGRAPHER:  Going off record.

 3      Time now is 2:16 p.m.

 4                          (Recess 2:16 p.m. to

 5                           2:23 p.m.)

 6

 7                    THE VIDEOGRAPHER:  Back on record.

 8      Time now is 2:23 p.m.

 9  Q   (By Ms. Cox)  Thank you.  We are still on Exhibit 5, Mr.

10      Contreraz.  And I would like to please direct your

11      attention to Paragraph 4.11, also on Page 3.  It's at the

12      bottom.

13  A   All right.

14  Q   Do you see that?

15  A   Yes.

16  Q   Okay.  So Paragraph 4.11 states, "On August 27, 2020

17      Plaintiff sent an email message to the Tacoma Police

18      Department's Internal Affairs, IA Division, to formally

19      report the matter.  Plaintiff still to this day has never

20      received an email, message, or telephone call regarding

21      the incident, or even an acknowledgment that his

22      complaint was received by IA."

23          Did I read Paragraph 4.11 correctly?

24  A   You did, yes.

25  Q   Okay.  Is it your testimony today that you sent an email
```

1     to the Tacoma Police Department Internal Affairs or TPD

2     IA to report your complaint related to the police contact

3     on July 12th, 2020?

4  A  Yes.  Correct.

5  Q  And you just sent that one email on August 27, 2020?

6  A  Yes, I did.  Correct.

7  Q  Why did you send an email on August 27, 2020?

8                      MR. COCHRAN:  Object to the form, but

9     go ahead if you can.

10                     THE WITNESS:  Because I wanted to get

11     the issue resolved.

12  Q  (By Ms. Cox)  Why did you not send something before?

13  A  Mainly because I was dealing with the injuries and

14     doctors.  It's what consumed up most of my time.

15                          (Exhibit No. 6 marked

16                            for identification.)

17

18  Q  I'm showing your attorney what's been marked as Exhibit

19     6.  It's a one-page exhibit that is, I believe, a copy of

20     your email dated August 27, 2020.

21       Do you have that in front of you?

22  A  Yes, I do.

23                      MR. COCHRAN:  Do you have one more

24     copy?

25                      MS. COX:  Yes.

1                 MR. COCHRAN:  Thank you.

2  Q  (By Ms. Cox)  Is that the email that you are stating in

3      your complaint that you sent to Tacoma Police Department

4      Internal Affairs on August 27th, 2020?

5  A  Yes.

6  Q  In looking at Exhibit 6, the email, it looks like it's a

7      forward message from Kevin Durant, six player03@gmail.com

8      sent on Thursday, August 27, 2020 at 10:30 a.m.; is that

9      right?

10  A  Yes.

11  Q  It looks like the to is tpd-ia@ci.tacoma.wa.us, correct?

12  A  Correct.

13  Q  A question about what's above the line, above all that

14      information I just read into the record, there's another

15      from/to subject/date section and it says from Kevin

16      Durant to Loren Cochran, your attorney.  Subject, forward

17      officer complaint: from Mr. Zimmeri Contreraz, date

18      Thursday, August 27, 2020 at 10:33 a.m. and one second.

19       Is that information I just read above the line on

20      your email correct?

21  A  Correct.

22  Q  It looks like by the time passed that you may have sent

23      an email to TPD IA at 10:30 a.m. on August 27th, and then

24      three minutes later turned around and sent a copy to Mr.

25      Cochran?

```
 1                    MR. COCHRAN:  And I'm instructing you
 2        not to reveal any conversations that you and I have had.
 3        As far as what's specifically written here you are
 4        allowed to answer.
 5                         THE WITNESS:  What was that?
 6   Q    (By Ms. Cox)  So you sent an email or you reportedly sent
 7        an email to TPD Internal Affairs and then three minutes
 8        later sent a copy to your attorney; is that correct?
 9   A    Correct.
10   Q    Okay.  How do you know you hit send to TPD IA?
11   A    Because I pressed the send button.
12   Q    Do you have a copy of the sent email?
13   A    It's on my cell phone, yes, or on my email, yes.
14   Q    The email sixplayer03@gmail.com?
15   A    Correct.
16   Q    Do you believe you provided that to us pursuant to our
17        request, our second interrogatories and request for
18        production?  Do you think that you provided that email?
19   A    Yes.
20   Q    Did you -- why did you use the name Kevin Durant?
21   A    As I stated earlier, I do a lot of Craigslist jobs on
22        there.  There's a lot of weirdos so I don't like giving
23        out personal information so I just use that when I replay
24        to moving jobs and stuff.
25   Q    And why did you use that when sending your email to the
```

1       Tacoma Police Department Internal Affairs?

2   A   Because it just came from my email, which it has Kevin

3       Durant.

4   Q   Is this the only email identity you have, Kevin Durant,

5       sixplayer03@gmail.com?

6   A   Yeah, it's the only email I have.

7   Q   Who wrote this email?

8   A   I put it together.

9   Q   Did you write it?

10  A   Yes.

11  Q   Did you write all of it?

12  A   My -- this is what happened and I put it into writing, or

13      I put it in a draft as an email.

14  Q   You wrote this entire email?

15  A   Yes.

16              MR. COCHRAN:  Objection to form.

17  Q   (By Ms. Cox)  I'm sorry.  You have to let me finish the

18      question.

19  A   Oh, my bad.

20  Q   You wrote this entire email?

21              MR. COCHRAN:  Objection to form.  Go

22      ahead if you can.

23              THE WITNESS:  Yes.

24  Q   (By Ms. Cox)  Okay.  Did you share a draft of this email

25      with anyone before you finalized it?

1           MR. COCHRAN:  Again, I instruct you

2    not to answer anything that may implicate communications

3    between you and me or my office.

4           **THE WITNESS:  What was that?**

5  Q   (By Ms. Cox)  Other drafts, did you do drafts of this

6    email before the final one you -- that is Exhibit 6?

7           MR. COCHRAN:  Again, if it involves

8    attorney/client communications do not answer.

9           **THE WITNESS:  My draft in my email is**

10   **what I put together.**

11 Q   (By Ms. Cox)  So the draft and the final are all the

12   same?

13 **A   Yes.**

14           MR. COCHRAN:  Objection to form.  Go

15   ahead.

16           **THE WITNESS:  Yes.**

17 Q   (By Ms. Cox)  So let's take a look at Exhibit 6, all

18   right.

19      I will give you a moment if you would like to read

20   it from start to finish and we can go off the record and

21   just look up when you are done?

22           **THE WITNESS:  Okay.**

23           MS. COX:  Let's go off the record.

24           THE VIDEOGRAPHER:  Going off record.

25   The time now is 2:30 p.m.

```
 1                         (Recess 2:30 p.m. to

 2                          2:31 p.m.)

 3

 4                THE VIDEOGRAPHER:  Back on record.

 5      Time now is 2:31 p.m.

 6   Q  (By Ms. Cox)  Mr. Contreraz, while we were off the record

 7      you took the opportunity to review Exhibit 6, which is

 8      the email dated August 27, 2020, correct?

 9   A  Correct.

10   Q  Is this email still accurate?

11   A  Correct.

12   Q  Anything you want to change?

13   A  Nope.  No.

14   Q  Okay.  So let me direct your attention to six lines up

15      from the bottom.  The sentence that starts in the middle

16      of the page, six lines up, it starts as "Bain was

17      directed away from me."

18         Do you see that?

19   A  Yes.

20   Q  That sentence reads, "Bain was directed away from me and

21      the witnesses, but he stood close by with other officers

22      and stared menacingly at you for several minutes."

23         Did I read that sentence correctly?

24   A  Yes.

25   Q  Okay.  Skip the next sentence and go to the next sentence
```

1      after that that starts with, "I was eventually uncuffed."

2          Do you see that?

3  A   Yes.

4  Q   That sentence reads, "I was eventually uncuffed and a TPD

5      sergeant later came by and said he would speak with

6      Officer Bain about his attack on you."

7          Did I read that sentence correctly?

8  A   Correct.

9  Q   So it appears that these two sentences were written by

10     someone else about you; is that a fair statement?

11                 MR. COCHRAN:  Do not answer if it

12     involves attorney/client communications.

13                 THE WITNESS:  No.

14  Q   (By Ms. Cox)  So you said you wrote these sentences?

15  A   Correct.

16  Q   And so why do refer to yourself in, I guess, the third

17     person?

18                 MR. COCHRAN:  Objection to form.

19                 THE WITNESS:  I don't proofread.  I

20     have auto -- when I put something together on my phone,

21     even text example, it already brings up words.  I don't

22     know auto -- it's not auto correct but auto words and it

23     just goes.  So I write something long like this and it

24     just -- basically, I should have -- I should proofread.

25          I do this with emails, everything, texts, long

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                      Page 151

 1        texts.  I don't proofread until after it's already sent
 2        and then I got to go back and auto correct everything and
 3        just say this or that basically.
 4    Q   (By Ms. Cox)  So you are saying your auto correct changed
 5        "me" to "you" in these two sentences?
 6                     MR. COCHRAN:  Objection to form, but
 7        go ahead if you can.
 8                     THE WITNESS:  Correct.
 9    Q   (By Ms. Cox)  Is this the only attempt you made to
10        contact TPD about the incident on July 12th?
11    A   Correct.
12    Q   Why did you not call TPD?
13    A   I didn't know how to get ahold of them besides the 911.
14        I have never had to call cops before.
15    Q   Never had to call cops before?
16    A   Call law enforcement.
17    Q   Before August 27, 2020?
18    A   Yeah.
19    Q   Do you know how to look up phone numbers?
20                     MR. COCHRAN:  Objection to form.
21                     THE WITNESS:  Google search.
22    Q   (By Ms. Cox)  So you know how to look up phone numbers?
23                     MR. COCHRAN:  Objection to form.
24    Q   (By Ms. Cox)  Correct?
25    A   I was not aware that you could contact officers directly,

1    or departments so I hit like Google search.  I have the

2    saying, "When in doubt, just Google it," and basically

3    find anything you want on there.

4  Q  Are you telling me you didn't know how to find a phone

5    number for the City of Tacoma Police Department?

6                        MR. COCHRAN:  Objecting to form.

7                        THE WITNESS:  Not until I Googled it.

8  Q  (By Ms. Cox)  Oh, so when did you Google it?

9  A  Same day I found out the City website and all the

10   different links and offices on there.

11 Q  So when did you do that?

12 A  Probably multiple times after the incident up until this

13   email.

14 Q  Okay.

15 A  Basically just collecting information.

16 Q  But, in that time frame from July 12, 2020 until August

17   27, 2020, you didn't call anyone at Tacoma Police

18   Department, correct?

19 A  Correct.

20 Q  And you didn't send any other emails, correct?

21 A  No.

22 Q  Did you use the 311 system that's also online to register

23   a complaint, comment, or a request for a phone call?

24 A  No.

25 Q  Do you know what I'm talking about 311?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 153

1   A    **Nope.**

2   Q    You said you collected information on City of Tacoma.

3        Did you not see on their web page the 311 link?

4   A    **No, I do not recall seeing 311.**

5   Q    What other efforts did you make to contact the City of

6        Tacoma or the police department regarding the incident on

7        July 12th, 2020?

8   A    **None, just my email.**

9   Q    Did you ever try to call the Tacoma Police Department

10       nonemergency number?

11  A    **No.**

12  Q    Did you get a response to your August 27, 2020 email?

13  A    **No.**

14  Q    Did you resend it or follow up in any way?

15  A    **No.**

16  Q    Why not?

17  A    Because I figured it was in their system if I sent it.

18       They would have record of it and they would get ahold of

19       me.  It's a big city.  They probably have a lot of them.

20  Q    On what device did you draft this email?

21  A    Android phone.

22  Q    Okay.

23  A    I use talk to text when I'm writing really long emails,

24       long messages, text messages, so I'm -- and like I said,

25       after I send it I have to go back and correct it.  And

```
 1     some people don't even know what I'm talking about so I
 2     got to -- because it automatically puts the words in for
 3     me.
 4   Q  Did you go back and correct this email?
 5                     MR. COCHRAN:  Objection to form.
 6                     THE WITNESS:  A little.
 7   Q  (By Ms. Cox)  So there's another email that is somewhat
 8     corrected?
 9                     MR. COCHRAN:  Objection to form.
10                     THE WITNESS:  No.  This was -- like I
11     said, I did the draft and then I just went back vaguely.
12   Q  (By Ms. Cox)  Vaguely?
13   A  Vaguely.
14   Q  What do you mean by vaguely?
15   A  Trying to -- where I used the talk to text to write long
16     sentences where I meant this -- I meant to say this word
17     but the phone put this word and so then I corrected some
18     of the words.
19   Q  So exhibit -- the email in Exhibit 6 is your corrected
20     final draft, correct?
21   A  Not a hundred percent corrected, but most of it is
22     corrected.
23   Q  But your standard procedure is to review what you have
24     done in talk to text and make sure it's correct?
25                     MR. COCHRAN:  Objection to form.
```

1              THE WITNESS:  To a point.

2  Q  (By Ms. Cox)  Do you believe you did talk to text with

3     this email?

4  A  I remember absolutely I did talk to text because it was

5     so long.

6  Q  From what device did you send this email to Tacoma?

7  A  From my cell phone.

8  Q  Did you keep a hard copy?

9  A  Like print it off?

10 Q  Yes.

11 A  No.

12 Q  Okay.  If you will put that aside, Mr. Contreraz.  I want

13    to move on.  I want to direct your attention to Exhibit

14    5, the Complaint again, Paragraph 5.4.  And I think that

15    is on -- it starts on Page 5 of 10 at the bottom of the

16    page.

17 A  Which one was it?

18 Q  Paragraph 5.4.

19 A  All right.

20 Q  Do you see that?

21 A  Yes.

22 Q  Reading it, it says, "Officer Bain violated the Fourth

23    Amendment's clearly established prohibitions against

24    excessive force when he violently slammed Plaintiff down

25    onto the picnic table without any legal justification.

1      Plaintiff Zimmeri Contreraz was engaged in a conversation

2      with other TPD officers and offering no resistance when

3      he was attacked by Officer Bain without provocation."

4          Did I read that Paragraph 5.4  correctly?

5  A   Correct.

6  Q   It says you were engaged in conversation with other TPD

7      officers, correct?

8  A   Yes.

9  Q   What conversation were you engaged in?

10 A   With the red head cop in front of me asking me where I

11     was prior to them contacting me, and I was trying to

12     explain to him what I was doing at this park and where I

13     was in this time frame.

14 Q   Is that what you meant by conversation in Paragraph 5.4?

15 A   Yes, conversation.

16 Q   Did you have any other -- were you engaged in any other

17     conversation with any other officers?

18 A   No, I was not.

19 Q   Okay.  So when it says "Plaintiff Zimmeri Contreraz was

20     engaged in a conversation with other TPD officers," not

21     entirely accurate.  It was one officer you were engaged

22     in conversation with, correct?

23               MR. COCHRAN:  Objection to form.  Go

24     ahead if you can.

25               THE WITNESS:  Correct.

1  Q   (By Ms. Cox)  And that was just the red headed officer?

2  A   Yes.

3  Q   All right.  And you believe that back and forth, verbal

4      back and forth was a conversation?

5  A   **Trying to figure out what I'm doing here in handcuffs.**

6      **It was -- if you could call it a conversation.**

7  Q   I'm not calling it a conversation.  Your complaint says

8      it's a conversation in Paragraph 5.4.

9  A   Yeah.

10 Q   So you believe you were having a conversation with the

11     red headed officer?

12 A   **Uh-huh.**

13 Q   Is that a yes?

14 A   **Yes.  Sorry.  My bad.**

15 Q   That's okay.  And you were not having any other

16     conversations with any other officers at that time?

17 A   **No.**

18 Q   In fact, you testified earlier that they were all talking

19     to you at the same time and you couldn't her them, right?

20 A   **Yes.**

21 Q   So you are now saying you could hear the red headed

22     officer?

23             MR. COCHRAN:  Objection to form.  Go

24     ahead if you can.

25             THE WITNESS:  **He started talking to me**

1      after the incident with Bain.  That is when some of the

2      officers cleared away, and now I have a one-on-one

3      conversation going.

4  Q   (By Ms. Cox)  And you are saying that happened after

5      Officer Bain pulled you back?

6  A   Correct.

7  Q   But Paragraph 5.4 says you were engaged with other

8      officers when you were attacked by Officer Bain?

9  A   Not officers.  They were all talking to me at once.  The

10     red head officer didn't start explaining it to me until

11     these other officers got Bain away from me, and three of

12     them, so that eliminated four of the officers that were

13     in my face.  And then the red headed officer started

14     explaining to me why I'm in handcuffs and why they

15     detained me.

16 Q   This paragraph says you were engaged in a conversation

17     with officers or officer, when you were attacked by

18     Officer Bain; is that correct or not correct?

19 A   Correct.

20 Q   So you were having a conversation with multiple officers

21     when Officer Bain attacked you?

22              MR. COCHRAN:  Objection to form.

23              THE WITNESS:  It was all talking to me

24     and I'm trying to answer questions.

25 Q   (By Ms. Cox)  Earlier you said you couldn't hear what

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 159

```
 1        they were saying and they were all talking at the same
 2        time.  That's not accurate, is it?
 3                      MR. COCHRAN:  Objection to form.
 4                      THE WITNESS:  They were all talking at
 5        the same time.  I couldn't pick out one conversation from
 6        the next.  I don't have an attention span like that.
 7   Q    (By Ms. Cox)  Were you or were you not engaged in a
 8        conversation with any officer at the time you were
 9        attacked by Officer Bain?
10                      MR. COCHRAN:  Objection to form.
11                      THE WITNESS:  Not conversations, just
12        verbal back and forth with all of them.
13   Q    (By Ms. Cox)  Isn't it true you were arguing with the
14        officers?
15                      MR. COCHRAN:  Objection to form.
16                      THE WITNESS:  That is false.  No, I
17        was not arguing.
18   Q    (By Ms. Cox)  It says in Paragraph 5.4 that you were
19        offering no resistance, correct?
20   A    Correct.
21   Q    What do you mean by that?
22   A    Not trying to pull away.  Not trying to run.  Not trying
23        to -- not getting in anyone's face.  Basically, just sat
24        there.  They instructed me to sit and not move and that's
25        exactly what I did.
```

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 160

1  Q   And so your testimony today is you didn't even stand up
2      to take a step?
3  A   I couldn't stand up.  As I said earlier, the red head was
4      basically standing in between my lege, with legs to legs
5      and officer chest to my arm.  I can't move this way.  And
6      another offer to my left, I couldn't even bring my arm up
7      if I wanted because he was standing close to me also.
8  Q   Did the officers tell you why they were standing so close
9      to you?
10 A   No.  I got no explanation.
11 Q   Paragraph 5.7 on the same page says, "Defendant
12     Christopher Bain intentionally slammed Plaintiff Zimmeri
13     Contreraz into a picnic table while Plaintiff was
14     handcuffed without provocation, license, or
15     justification."
16         Did I read Paragraph 5.7 correctly?
17 A   You did.  Correct.
18 Q   Okay.  So it says that Christopher Bain, you know,
19     Officer Bain slammed you into a picnic table.  Do you see
20     that?
21 A   Uh-huh.
22 Q   Did he slam you into a picnic table?
23 A   Yes.
24 Q   Describe that for me.  Which part of this was slamming?
25 A   Slammed me backwards onto the picnic table.

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 161

1  Q    I thought you said he pulled you backwards?

2                    MR. COCHRAN:  Objection to form.

3                    THE WITNESS:  Pulling caused the

4       slamming.

5  Q    (By Ms. Cox)  What exactly is the slamming then?

6  A    Making contact with the picnic table with the back of my

7       head and my back.

8  Q    So Paragraph 5.7 should read, Defendant Christopher Bain

9       intentionally pulled you causing you to be slammed into

10      the picnic table, right?

11                   MR. COCHRAN:  Objection to form.

12                   THE WITNESS:  Incorrect.

13 Q    (By Ms. Cox)  It should say he slammed you into the

14      picnic table?

15 A    Correct.

16                   MR. COCHRAN:  Objection to form.  Give

17      me just a minute, please.

18 Q    (By Ms. Cox)  Is it your testimony that you were slammed

19      into the picnic table by Officer Bain?

20                   MR. COCHRAN:  Objection to form.

21                   THE WITNESS:  Yes.

22 Q    (By Ms. Cox)  In this paragraph -- actually, Paragraph

23      5.8 right below it.  It says, "The acts of Defendant Bain

24      were done with intent to cause harmful or offensive

25      contact or an apprehension by Plaintiff of such contact."

1           Did I read Paragraph 5.8 correctly?

2    A    Yes.

3    Q    Why do you believe the actions you described by -- the

4         actions of Officer Bain as you have described were done

5         with the intent to cause harmful or offensive contact?

6                        MR. COCHRAN:  Objection to form.

7                        THE WITNESS:  With the force I was

8         slammed down on the picnic table with.

9    Q    (By Ms. Cox)  So you think the degree of force is

10        evidence of his intent to cause harmful or offensive

11        contact?

12                       MR. COCHRAN:  Objection to form.

13                       THE WITNESS:  That the amount of

14        strength he used to pull me back, yes.

15   Q    (By Ms. Cox)  What else do you believe shows Officer

16        Bain's intent to cause harmful or offensive contact?

17   A    Just pulling me.

18   Q    Anything else?

19   A    How mad he was.  I wasn't acknowledging him when he was

20        in my face is what caused him to go behind and do that to

21        me.  So it wasn't -- I think it was very malicious.  He

22        knew his intent was to cause harm to me for not

23        acknowledging him.

24   Q    What do you mean by not acknowledging him?

25   A    When he was pressed up against me and in my ear and I

1    wasn't even paying attention to him, that's what caused

2    it.

3  Q   You think that made him mad?

4  A   Absolutely.

5  Q   What makes you believe he was mad?

6  A   His face was red.  He was sweating.  He was yelling.

7    Cussing at me.  And every -- I don't know, every 20

8    seconds I would turn and say something that he was saying

9    to me, and then I finally called him a little man and

10   turned my head away from him.  And I felt he was not

11   getting the respect he wanted from me and that is what

12   caused him to pull me down on the picnic table like that.

13 Q   Do you have any understanding of why Officer Bain would

14   have started yelling in your ear and swearing at you when

15   he was standing off to your right shoulder?

16 A   No idea.  Never had a run-in with Officer Bain or any

17   police department.

18 Q   He just started the contact with that behavior?

19              MR. COCHRAN:  Objection to form.  Go

20   ahead if you can.

21              THE WITNESS:  From the contact, from

22   the initial contact, the start of it is how -- it is how

23   he presented himself to me and it just continued and

24   escalated from there.

25 Q   (By Ms. Cox)  Yelling and swearing from the get-go?

```
 1   A    Correct.

 2   Q    And you did nothing of the like back to him?

 3                    MR. COCHRAN:  Objection to form.

 4                    THE WITNESS:  Not to my knowledge, no.

 5   Q    (By Ms. Cox)  You didn't swear at him?

 6                    MR. COCHRAN:  Objection to form.

 7                    THE WITNESS:  No.

 8   Q    (By Ms. Cox)  Didn't make accusations at him?

 9                    MR. COCHRAN:  Objection to form.

10                    THE WITNESS:  I called -- I said you

11        have little man syndrome.  Get out of my face.

12   Q    (By Ms. Cox)  And that's the only thing you said to him?

13   A    I believe so, yes.

14   Q    That's the only thing you said to Officer Bain?

15                    MR. COCHRAN:  Objection to form.

16                    THE WITNESS:  Is this before or after?

17   Q    (By Ms. Cox)  At any time.

18                    MR. COCHRAN:  Objection to form.

19                    THE WITNESS:  I repeatedly said you

20        just doing this because I'm black?  And you are just a

21        man on a power trip.  And I said to him maybe two times

22        that he has little man syndrome and -- because he just

23        kept getting in my face.

24   Q    (By Ms. Cox)  Do you have a clear recollection of what

25        you said during the entire encounter to any of the
```

```
 1        officers?

 2   A    Yes.  I kept repeatedly saying to the red head, I was not

 3        across this park over there, or across the park where

 4        they said, well we -- somebody says you were right over

 5        here assaulting people.  And I said I have been here, and

 6        you kept repeating it to -- I was trying to repeat it to

 7        the red headed cop over and over that I have just been

 8        sitting on this table.  I have not done anything to

 9        anybody at this park.

10   Q    Directing your attention to Paragraph 5.10 in Exhibit 5,

11        do you see that?

12   A    Yes.

13   Q    It says, "As a result of Defendant Bain's conduct,

14        Plaintiff sustained physical injury, pain, suffering, and

15        mental anguish.  Plaintiff has also incurred expenses for

16        necessary medical treatment as a result of his injuries."

17            Did I read Paragraph 5.10 accurately?

18   A    Correct.

19   Q    Other than the swelling in your neck, the reaggravation

20        of nerve damage in your neck, and a possible concussion,

21        what other physical injuries did you sustain in this

22        incident?

23   A    Limited my ability to lift heavy objects.

24   Q    So I will ask you the effects.  What I'm asking you for

25        now is what injuries.
```

```
 1                    MR. COCHRAN:  Objection to form.
 2   Q   (By Ms. Cox)  So I asked you what injuries you have
 3       sustained that we haven't already talked about.  We will
 4       talk about the effects of those injuries in subsequent
 5       questions.
 6   A   No, that was it.
 7                    MR. COCHRAN:  Objection to form.  Go
 8       ahead.
 9   Q   (By Ms. Cox)  Did you just say that it -- we talked about
10       the possible concussion, the swelling in your neck, and
11       aggravation of possible nerve damage in your neck as the
12       injuries you sustained in this incident?
13   A   Yes.  It affected my spine.
14   Q   Any other physical injuries that you believe you
15       sustained in this incident?
16   A   No.
17   Q   Okay.  Paragraph 5.10 also says that you suffered --
18       suffering and mental anguish, correct?
19   A   Yes.
20   Q   Tell me what suffering and/or mental anguish you
21       experienced as a result of this incident, please?
22   A   Where to start.  When I hear sirens.  When I see a police
23       vehicle.  When I see cops.  When it's nighttime.  It
24       doesn't matter any time of the night, when I hear a car
25       door slam I automatically think it's cops.  I think every
```

1   bald, short, white dude is Christopher Bain.  I couldn't

2   even drive for a while because I had a fear of if I get

3   pulled over for speeding or running a red light these

4   cops are going to do the same exact thing to me that they

5   did at the park or even worse.  It's really messed up my

6   mental state.

7   Q   There were no sirens used in this incident on July 12th,

8       correct?

9   A   Correct.

10  Q   No car doors slamming?

11  A   No.

12  Q   You didn't even get in a patrol car, correct?

13  A   No.

14  Q   You said you are concerned about driving because of the

15      fear of being stopped, correct?

16  A   Correct.

17  Q   In July of 2020, were you allowed to drive?

18  A   Yes.

19  Q   Were you not suspended from the April 2020 vehicular

20      assault?

21  A   Nope.  Was not suspended.

22  Q   Your license was unaffected?

23  A   My license was still valid.

24  Q   So why were you taking a Lyft to work?

25  A   I did not have a vehicle.

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 168

1   Q   Do you have a vehicle now?

2   A   **Yes.**

3   Q   For how long did you not have a vehicle in 2020?

4   A   **From the DUI crash up until July 2020, beginning of July**

5       **2020 before this incident -- or after this incident.**

6   Q   So after this incident you got a new car or a different

7       car?

8   A   **Correct.**

9   Q   Because you totaled your car in the DUI accident in

10      April, correct?

11  A   **Correct.**

12  Q   Okay.  Your comments as far as the mental anguish and

13      suffering seems focused on fear of law enforcement; is

14      that a fair restatement of what you are saying?

15              MR. COCHRAN:  Objection to form, but

16      go ahead if you can.

17              THE WITNESS:  **Now, yes, because of**

18      **that incident.**

19  Q   (By Ms. Cox)  So did you have a fear of law enforcement

20      immediately after this incident?

21  A   **Absolutely, yes.**

22  Q   Okay.  And does that fear manifest in avoidance?

23  A   **I don't know what that means.**

24  Q   Because you are fearful, what does it cause you to do

25      other than not want to drive?  What does it cause you to

```
 1       do?

 2  A    Causes me to be more aware of my surroundings on a daily

 3       basis.  That's basically it.  I got to walk out of a

 4       grocery store and I got to stop and scan the parking lot

 5       and make sure there's no cop cars, there's no short,

 6       white dudes with bald heads.  Everywhere I go, this is

 7       what it's like 356 days a year.  Not being aware of my

 8       surroundings could have cost me my life at that part, so

 9       now I'm just --

10  Q    It could have cost you your life?

11                      MR. COCHRAN:  Objection to --

12                      MS. COX:  I couldn't hear him.

13                      MR. COCHRAN:  Can you please let him

14       finish?

15  Q    (By Ms. Cox)  I couldn't hear you.  Sorry.  What did you

16       say?

17  A    It could have caused me my life.  It is just basically

18       being aware of my surroundings now anywhere I go,

19       anything I do.  I don't go anywhere alone if there's not

20       people there.  Can't even go to a park without -- if

21       there's no people there.  Yeah.

22  Q    So you are scanning to make sure you avoid law

23       enforcement officers?

24  A    Absolutely.

25  Q    Okay.  Do you socialize with any law enforcement
```

```
 1        officers?
 2   A    Nope.
 3   Q    Have you spoken to any since July of 2020?
 4   A    Yes.
 5   Q    When?
 6   A    When they came to my apartment.
 7   Q    When did they come to your apartment?
 8   A    2021.
 9   Q    What month?
10   A    August.
11   Q    Why did they come to your apartment?
12   A    Me and my ex were arguing really loud.
13   Q    Who is your ex?
14   A    Kelley Duggan.
15   Q    Okay.  And where was your apartment?
16   A    906 North Pearl Street.
17   Q    Were you still dating Ms. Duggan at the time?
18   A    We were just seeing each other, but not dating.
19   Q    So was it a verbal domestic?
20   A    It was more just trying to buy her a Lyft ride to her
21        house basically, and we got loud so that was basically
22        it, and officers were called.
23   Q    Who called them?
24   A    We both did.
25   Q    How did you call them?
```

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 171

 1  A   On my cell phone.

 2  Q   Okay.  You called 911?

 3  A   Yes.  The same officer that arrested me for my DUI was

 4      the one that showed up.

 5  Q   What's his name?

 6  A   No clue.  All I know is he's a black guy.

 7  Q   So you remembered him from your April 2020 vehicular

 8      assault, correct?

 9  A   Correct.  He identified himself.

10  Q   And you told him you recognized him, correct?

11  A   Yeah.  I said you are the guy that arrested me and he

12      said yep.

13  Q   And you guys had a chat about it, correct?

14  A   No, not exactly a chat about that.  A chat about other

15      stuff, but not that incident where my vehicle got

16      totaled.

17  Q   What did you chat about?

18  A   My job, trying to make sure she gets home safely, and the

19      officer said how?  And I said well, I will call her a

20      Lyft ride, which I had been trying to do, and they

21      allowed me to do that and they stayed there until a Lyft

22      came and picked up her and her daughter.

23  Q   Did you have any issues communicating with the officers

24      during that encounter?

25  A   No.  I felt comfortable with that officer because of his

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 172

1          interaction with me when I got arrested.  He was not

2          violent, not aggressive.  He never yelled at me.  He was

3          professional to the utmost.

4     Q    So some police officers are professional, correct?

5     A    Absolutely.

6                    MR. COCHRAN:  Objection to form.

7     Q    (By Ms. Cox)  Okay.  So that was August 2020 where you

8          called and Ms. Duggan called 911 and officers from Tacoma

9          responded to your residence?

10    A    Correct.

11    Q    All right.  Any other encounters with law enforcement

12         since July of 2020?

13    A    Just the officer that arrested me on those warrants from

14         Bellevue to the Puyallup Police Department and then the

15         Lakewood Police Department to the Pierce County Detention

16         Center was the only officers I have had contact with.

17    Q    When did Lakewood officers arrest you on the warrant?

18    A    I want to say the fall of 2020.  I don't know the exact

19         dates.

20    Q    How did they locate you?

21    A    My vehicle.

22    Q    What do you mean?

23    A    They just -- they located me in Lakewood and said that I

24         had a felony warrant out for my arrest, and I was unaware

25         of a felony warrant out for my arrest.

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023

Page 173

1  Q   How did they come to contact you in Lakewood?

2  A   I think we were having a party at a motel and the cops

3      got dispatched.  And I happened to be there and that is

4      how I found out, and so they arrested me and I went to

5      jail.

6  Q   Isn't it true you called the cops?

7  A   I got the cops called on me -- or no, I called the cops,

8      yeah.

9  Q   Yeah.  Isn't it true you were at Western Inn in Lakewood?

10 A   Yeah.

11 Q   And you called the cops because you thought people had

12     stolen your keys or your car?

13 A   Correct.

14 Q   Lakewood PD responded?

15 A   They did.

16 Q   Checked you, found out you had a warrant?

17 A   They did.

18 Q   And you were arrested on the warrant?

19 A   Correct.

20 Q   This is November 7th, 2020, correct?

21 A   Don't know the exact dates, but, like I said, the Fall so

22     if you have the exact dates it's probably true, yes.

23 Q   Sounds about right is what you are telling me, right?

24 A   Correct.

25 Q   So in November of 2020 you called the cops to your

1         location, correct?

2    A    Correct.

3    Q    All right.  How did you come to get arrested by Bellevue

4         PD?

5    A    I was doing a Craigslist job for a remodel at a store up

6         there.  And I happened to be just sitting at a

7         cop light -- or a stoplight and Bellevue Police pulled up

8         behind me and ran my plates.  So as I was turning they

9         turned their lights on and pulled me over.

10   Q    Okay.  Was that a warrant out of Puyallup?

11   A    Correct.

12   Q    And was that also in November, November 18th, 2020?

13   A    That sounds about right.

14   Q    Did you have any problem with the transporting officers

15        from Bellevue to Puyallup?

16   A    No.  They were very respectful to me.

17   Q    All right.  And you were able to remain calm throughout

18        the entire transport?

19   A    Absolutely.

20   Q    In fact, Bellevue transported you to a location where

21        Puyallup picked you up, correct?

22   A    They transported me -- what is that, the Super Mall out

23        there in Auburn, and they had the -- a squad car from the

24        Puyallup Police Department waiting for me.

25   Q    So both sets of officers, both from Bellevue and Puyallup

1       you had no reaction to?

2   A   Not one problem with them.

3   Q   Did you have any other contacts with law enforcement

4       after July of 2020 that we haven't already talked about?

5   A   No.   Just cop cars that have driven by and honked at me

6       and shined their spotlight into my car at nighttime.

7       That's about it.

8   Q   How about April 22nd, 2021 where you called South Sound

9       911 to the Tacoma Police Department to respond to help

10      you with your roommate, Norman Braxton, Jr.?

11  A   Yeah.  I was informed by my landlord at the time to call

12      the police.

13  Q   Okay.  And, in fact, you called the police and Tacoma

14      police officers responded, correct?

15  A   Yes, they did.

16  Q   Officer Diaz and Officer Taber, T-A-B-E-R?

17  A   I don't remember the names, but, yes, there was two of

18      them.

19  Q   And you were waiting outside your residence for them to

20      arrive?

21  A   Correct.  On the phone with my landlord who instructed me

22      to call 911.

23  Q   And when they arrived you explained the problem and then

24      you also asked them to standby while you collected your

25      belongings, correct?

1    A    **Correct.  Collected my belongings and left.**

2    Q    So you were there 20 minutes, give or take, with the

3         officers?

4    A    **Yes.**

5    Q    Did you have any issues with those officer?

6    A    **No.  They were very professional.**

7    Q    You didn't have any reaction to them?

8    A    **No.**

9    Q    So if they were to testify they didn't see any fear or

10        anxiety on your part, that would be accurate?

11   A    **I had my friends there and I was on the phone with my**

12        **landlord, so I was not paying attention to the cops.**

13   Q    Okay.  So if they testified they saw no sign of fear or

14        anxiety, that would be accurate?

15                    MR. COCHRAN:  Objection to form, but

16        go ahead if you can.

17                    THE WITNESS:  **Sure.  Yes.**

18   Q    (By Ms. Cox)  All right.  Who was the friend who was

19        there?

20   A    **Kim.**

21   Q    And Kim's last name?

22   A    **O'Fhlannery.**

23   Q    How do you spell it?

24   A    **O-F-H-L-A-N-N-E-R-Y.**

25   Q    Who is O'Fhlannery to you?

1  A   She was a friend I was seeing.  A woman I was seeing for

2      a while.

3  Q   Dating seeing, or friend friends?

4  A   Just seeing on -- not dating, but just seeing each other,

5      hanging out together.

6  Q   Okay.  Platonic or otherwise?

7  A   Platonic.

8                  MR. COCHRAN:  Objection to form, but

9      go ahead.

10 Q   (By Ms. Cox)  How would we get ahold of Ms. O'fhlannery?

11 A   Probably call her.

12 Q   Okay.  What's her number?

13 A   It's in my cell phone.

14 Q   Okay.  Would you provide it, please.

15                 MR. COCHRAN:  Objection to form.  We

16     can talk about this after, but, no, you don't have to

17     pull it up right now.  That's not what the deposition is

18     for.

19                 MS. COX:  The deposition is to collect

20     information on witnesses, and you are wrong to instruct

21     him not to respond.  No court will support you on that.

22                 MR. COCHRAN:  Go ahead, and you can

23     ask him questions and we can deal with this after the

24     deposition.

25                 MS. COX:  I will note for the record

```
1     this is an improper objection.  You have improperly

2     instructed your client not to answer, which is not

3     condoned or supported by court rules or law.

4                     MR. COCHRAN:  That's fine.

5                     MS. COX:  So we will deal with it

6     afterwards, but I will be asking also in written

7     discovery for her phone number, and we will be taking

8     this up with the judge.

9         She's a witness to a subsequent contact with law

10    enforcement after your client has said clearly that he

11    has a fear and avoidance of law enforcement.  It's

12    directly relevant.

13                    MR. COCHRAN:  Are you done?

14                    MS. COX:  That part is done.

15                    MR. COCHRAN:  Okay.  Proceed.

16  Q  (By Ms. Cox)  Who was your landlord at the time?

17  A  I don't remember a name.

18  Q  Well, what was -- the landlord for the residence at that

19     the location?

20  A  Yes.  She owns the house.

21  Q  What's her first or last name?

22  A  Do not remember.

23  Q  Are you sure?

24  A  A hundred percent.

25  Q  Do you still have her name or phone number in your phone?
```

1   A   No, I do not.

2   Q   Do you have a way of locating her name or contact

3       information of any kind?

4   A   **How I became a housemate there was through Comprehensive**

5       **Life Resources and they have landlords throughout the**

6       **county where they have a program that gets you into these**

7       **houses in a comprehensive case for these rooms to rent**

8       **from these landlords, so they would have her information.**

9   Q   How long were you at that location?

10  A   **Probably two months.**

11  Q   Back to Exhibit 5, please, Mr. Contreraz, Paragraph 5.15

12      on Page 7.  Do you see that?

13  A   **Just a minute.  Yeah.**

14  Q   Paragraph 5.15 reads, "Further, Defendant City of Tacoma

15      knew or should have known that Defendant Christopher Bain

16      was prone to using excessive force because of other

17      instances in which Bain's on-duty use of force could be

18      viewed as constitutionally violative."

19          Did I read that right?

20  A   **Yeah.**

21  Q   Why do you allege that the City of Tacoma knew or should

22      have known that Defendant Christopher Bain was prone to

23      using excessive force?

24                  MR. COCHRAN:  Objection to form.  Go

25      ahead if you can.

```
 1                        THE WITNESS:  Because I Googled his

 2      name and found out he was involved in a shooting a year

 3      prior to having contact with me.

 4   Q  (By Ms. Cox)  So you found a news story about a prior

 5      shooting?

 6   A  Yes.

 7   Q  And that was the Emmett matter?

 8   A  Correct.

 9   Q  Did you find anything else?

10   A  At the time that was pretty much all I could find on

11      Google search.

12   Q  And Emmett is spelled E-M-M-E-T-T.

13          So is it your understanding that because there's an

14      incident where Officer Bain was required to shoot another

15      citizen that means the City should have known he was

16      prone to using excessive force?

17                        MR. COCHRAN:  Objection to form.  You

18      may answer if you can.

19                        THE WITNESS:  Absolutely.

20   Q  (By Ms. Cox)  What does prone mean to you?

21                        MR. COCHRAN:  Objection to form, but

22      go ahead if you can.

23                        THE WITNESS:  History.  He has a

24      history, prone.  He -- like people prone to violence

25      basically.
```

1   Q   (By Ms. Cox)  Do you think that sometimes there are

2       legally justifiable reasons for an officer to use force,

3       up to and including deadly force?

4                       MR. COCHRAN:  Objection to form.

5                       **THE WITNESS:  In certain situations,**

6       **yes.**

7   Q   (By Ms. Cox)  Were you at the scene of the Emmett

8       shooting?

9   A   **No, I was not.**

10                      **THE WITNESS:  Oh, man, may I stop you**

11      **for a minute?**

12                      MS. COX:  Do you need a break?

13                      **THE WITNESS:  Yeah.  I'm going to go**

14      **hit the restroom real quick.**

15                      MS. COX:  Let's do ten minutes.

16                      **THE WITNESS:  Too much water.**

17                      THE VIDEOGRAPHER:  Going off record.

18      Time now is 3:11 p.m.

19                              (Recess 3:11 p.m. to

20                               3:17 p.m.)

21

22                      THE VIDEOGRAPHER:  Back on record.

23      Time now is 3:17 p.m.

24   Q   (By Ms. Cox)  Mr. Contreraz, directing your attention to

25       Exhibit 5 again, Paragraph 5.18 on Page 7, do you see

 1       that?

 2   A   Yes.

 3   Q   So 5.18 reads, "At all times relevant hereto, Plaintiff

 4       Zimmeri Contreraz was a member of a protected class based

 5       upon his race."

 6           Did I read that paragraph correctly?

 7   A   Yes.

 8   Q   Okay.  What protected -- you were a member of a protected

 9       class based on your race; is that right?

10   A   Yes.

11   Q   What do you understand that to mean?

12                   MR. COCHRAN:  Objection to form, but

13       go ahead if I can.

14                   THE WITNESS:  That I am an enrolled

15       tribal member of a protected class.

16   Q   (By Ms. Cox)  Does it mean anything else to you?

17                   MR. COCHRAN:  Objection to form.

18                   THE WITNESS:  What do you mean?

19   Q   (By Ms. Cox)  Just exactly what I said.

20           Does that phrase or that sentence "At all times

21       relevant hereto, Plaintiff Zimmeri Contreraz was a member

22       of a protected class based upon his race"?

23                   MR. COCHRAN:  Objection to form.

24                   THE WITNESS:  It means what I just

25       answered.

1    Q    (By Ms. Cox)  Your protected class based on race is due

2         to your enrollment in the -- I forgot the name of the

3         tribe.

4    A    **Fort Belknap.**

5    Q    Fort Belknap Tribe.

6    A    **Indian reservation, yeah.**

7    Q    Okay.  Can you belong to more -- can you be enrolled in

8         more than one tribe at a time?

9    A    **Not to my knowledge.**

10   Q    And how much for the Fort Belknap Tribe, how much

11        percentage of Native American do you have to be to be

12        enrolled in that tribe?

13   A    **At least 50 percent.**

14   Q    Okay.

15   A    **To my knowledge.**

16   Q    You have touched on it, but I want to ask you just

17        generically, what information do you have that leads you

18        to believe that Officer Bain acted the way he did because

19        of your race, whether Native American or black?  What

20        information do you have?

21   A    **What information?**

22   Q    Yeah.

23   A    **Just experience with law enforcement in Montana just**

24        **coming up to me for no reason aggressively and trying to**

25        **provoke me.  No other way to describe it.  Provoke me**

1      based on the color of my skin.

2    Q  So why do you believe it was based on the color of your

3       skin as opposed to just wanting to provoke you regardless

4       of color?

5                    MR. COCHRAN:  Objection to form.

6                    THE WITNESS:  They wouldn't be there

7       if it wasn't about race.

8    Q  (By Ms. Cox)  How do you know that?

9    A  Because there was white people in the park and they had a

10      description of a black male and a white male.  I didn't

11      see them messing with any white people there.  I was the

12      only one getting mistreatment from the law enforcement

13      officers.

14   Q  Do you know what the description was of the white male

15      they were looking for?

16   A  Nope.  Just a white guy, and there was a lot of white

17      people at the park.  I didn't see no one else getting

18      messed with or no one else get arrested.

19   Q  You weren't aware of the description of the white male

20      they were looking for, were you?

21   A  Nope.

22   Q  So it's possible there was no one matching the further

23      description of the white male in the park; is that true?

24                   MR. COCHRAN:  Objection to form.  Go

25      ahead.

```
 1                    THE WITNESS:  I don't know what the

 2      description was, so I couldn't answer that for you.  Just

 3      a white male.

 4  Q   (By Ms. Cox) You didn't have the full description of the

 5      white male, did you?

 6  A   No.

 7  Q   What is your understanding of the description of the

 8      black male they were looking for?

 9  A   Black shorts, black tank top.

10  Q   Okay.  Anything else?

11  A   He was big and muscular built.

12  Q   Anything else?

13  A   He had a doo-rag on.

14  Q   Okay.  Anything else?

15  A   He was assaulting people.

16  Q   Okay.  Fair enough.  Anything else?

17  A   That was it.

18  Q   Would you agree you appear to be a black male?

19                    MR. COCHRAN:  Objection to form.

20                    THE WITNESS:  I believe I'm a black

21      male, yeah.

22  Q   (By Ms. Cox)  Okay.  And you would appear that way to

23      others?

24                    MR. COCHRAN:  Objection to form.

25                    THE WITNESS:  Yeah.
```

```
 1   Q    (By Ms. Cox)   Okay.   And you are muscular in appearance?
 2                        MR. COCHRAN:  Objection to form.
 3                        THE WITNESS:   I would like to think
 4        so.
 5   Q    (By Ms. Cox)   So you would agree you are muscular in
 6        appearance?
 7   A    I hope so, yes.
 8                        MR. COCHRAN:  Objection to form.
 9   Q    (By Ms. Cox)   Would you agree you were muscular in
10        appearance on July 12th, 2020?
11                        MR. COCHRAN:  Objection to form.
12                        THE WITNESS:   Yes, to a point.
13   Q    (By Ms. Cox)   Okay.   Would you agree that the time the
14        officers contacted you you had something on your head?
15   A    A hat, yes.
16   Q    On your head?
17   A    Yes.
18   Q    What was it?
19   A    A baseball hat.
20   Q    How were you wearing it?
21   A    I was wearing it backwards.
22   Q    Would you agree at the time the officers contacted you
23        you were wearing a tank top?
24   A    Yes.
25   Q    At the time that officers contacted you you were wearing
```

1      shorts?

2   A   Yes.

3   Q   At the time the officers contacted you you were located

4       within Wright Park in Tacoma?

5   A   Yes.

6   Q   At the time the officers contacted you is the same

7       evening as when they received a reported from the guy who

8       said he was threatened by a black male and a white male,

9       correct?

10                      MR. COCHRAN:  Objection to form.  Go

11      ahead if you can.

12                      THE WITNESS:  Yes.

13  Q   (By Ms. Cox)  Do you have any other reason to believe the

14      officers singled you out because of your race --

15                      MR. COCHRAN:  Objection --

16  Q   (By Ms. Cox)  -- that you haven't already mentioned?

17                      MR. COCHRAN:  Apologies.  Objection to

18      form.

19                      THE WITNESS:  Absolutely.  Like I

20      said, experience with being targeted because I'm black,

21      yes.  That's it.  The only reason why.

22  Q   (By Ms. Cox)  That's a conclusion.  I'm asking, what do

23      you have that leads you to that conclusion?

24                      MR. COCHRAN:  Objection to form.

25                      THE WITNESS:  Experienced it before is

1    how I came to that conclusion to this is the only reason

2    why these guys are here.

3  Q  (By Ms. Cox)  Did you not match the description of the

4    black male suspect in any way other than race?

5                    MR. COCHRAN:  Objection to form.

6                    THE WITNESS:  No.

7  Q  (By Ms. Cox)  You had something on your head, right?  You

8    were wearing a baseball cap?

9  A  Yeah, not even close to doo-rag.

10 Q  You were wearing a tank top?

11 A  Yeah.

12 Q  You were wearing shorts?

13 A  Uh-huh.

14 Q  Is that a yes?

15 A  Yes.

16 Q  And you were in Wright Park?

17 A  Yes.

18 Q  The same night as the incident allegedly happened?

19 A  Uh-huh.  Yes.

20 Q  Okay.  I want to talk to you about -- you can put Exhibit

21    5 to the side now.

22      After this incident you received healthcare at the

23    Puyallup Tribal Health Authority, correct?

24 A  Yes.

25 Q  Where is that located?

1  A   Like street?

2  Q   No, just generally.

3  A   Oh, here in Tacoma.

4  Q   Okay.  Did you receive healthcare at that -- at Puyallup

5      Tribal Health Authority before July 12th, 2020?

6  A   Yes.

7  Q   Okay.  Would you say they were your primary healthcare

8      provider at the time of this incident?

9  A   Yes.

10                          (Exhibit No. 7 marked

11                            for identification.)

12

13 Q   I will show you what I have marked as Exhibit 7 to your

14     deposition.  I will represent to you that it is six pages

15     consisting of a Puyallup Tribal Health Authority chart

16     note dated July 27th, 2020.  I am going to hand it to

17     your attorney first.  I have a copy if you want one,

18     Loren.

19                      MR. COCHRAN:  Yes, please.  Is this

20     Exhibit 6?

21                      MS. COX:  Exhibit 7.

22                      MR. COCHRAN:  Seven, sorry.

23                      MS. COX:  Exhibit 6 is the email from

24     Kevin Durant.

25                      MR. COCHRAN:  Yes.  My mistake.

1   Q   (By Ms. Cox)   I can see you have Exhibit 7 in front of
2       you, Mr. Contreraz; is that accurate?
3   A   Yes.
4   Q   Exhibit 7 should consist of six pages.  I will represent
5       to you that the front page indicates it's a medical chart
6       note from Puyallup Tribal Health Authority for you, and
7       it's dated July 27th, 2020.
8           Do you see that on the front page?
9   A   Yes, I do.
10  Q   And it looks like on this occasion you saw Dr. Ashley,
11      A-S-H-L-E-Y, Olson, O-L-S-O-N, a DO.  And I can tell that
12      from the last page where they say electronically signed.
13  A   On the last page?
14  Q   Yes.
15  A   Yes, Ashley Olson.
16  Q   So on this occasion you went and saw Dr. Olson at the
17      Puyallup Tribal Health Authority, correct?
18  A   Correct.
19  Q   And you talked to her about what's going on, correct?
20  A   Yes.
21  Q   Is there any reason why you weren't honest with your
22      doctor?
23  A   About what?
24  Q   Everything.
25                      MR. COCHRAN:  Objection to form.

1    Q    (By Ms. Cox)  When you talk to your doctor, did you relay
2         things to her accurately?
3    A    I did.
4    Q    I want to direct your attention, please, to the first
5         page under "Assessment and Plan," do you see that?
6    A    Uh-huh.
7    Q    Is that a yes?
8    A    Yes.
9    Q    Then go down and there's a number one assessment, and
10        it's below that.  It says "Provider plan," do you see
11        that?
12   A    Number one or number two?
13   Q    Number one.
14   A    Number one, yeah.
15   Q    To the right of provider plan there on Page 1 it says,
16        "Thrown to ground while handcuffed by police, give or
17        take two weeks ago."
18            Did I read that correctly?
19   A    Yes.
20   Q    So you told the healthcare provider you were thrown to
21        the ground while handcuffed by police, correct?
22                      MR. COCHRAN:  Objection to form, but
23        go ahead if you can.
24                      THE WITNESS:  Nope.
25   Q    (By Ms. Cox)  You are saying this is not what you told --

1   A   Not accurate.

2   Q   This the not what you told Dr. Olson?

3   A   **No.  I never told anybody ever about being thrown on the**

4       **ground.**

5   Q   Where do you think Dr. Olson got this from?

6                   MR. COCHRAN:  Objection to form.

7                   **THE WITNESS:  Pretty much just the**

8       **context of my story, encounter with police, slammed on a**

9       **picnic table.**

10  Q   (By Ms. Cox)  Okay.  So your testimony today is you did

11      not tell Dr. Olson you are thrown to the ground while

12      handcuffed by the police two weeks ago?

13  A   **No, I said nothing about ground.**

14  Q   You didn't tell her you were thrown to the ground?

15  A   **No. I did not.**

16                  MR. COCHRAN:  Objection to form.

17  Q   (By Ms. Cox)  Also it says in the same little paragraph

18      three lines down, "Evaluated twice at outside locations

19      since injury."

20          Do you see that?

21  A   **Yes.**

22  Q   Where were you evaluated?

23  A   **MultiCare Health System.**

24  Q   Okay.  Below that it says, "MRI completed at MultiCare.

25      Report reviewed.  Normal findings."

1           Do you see that?

2    A    Yes.

3    Q    So MRI you got at the ER on July 13th showed no new

4         fractures or issues, correct?

5                       MR. COCHRAN:  Objection to form.

6                       THE WITNESS:  No new fractures, but

7         the existing fractures.

8    Q    (By Ms. Cox)  The MRI showed no -- it showed normal

9         findings regarding your neck, correct?

10   A    Yes.

11                      MR. COCHRAN:  Objection to form.

12                      THE WITNESS:  With the bones.

13   Q    (By Ms. Cox)  What was -- what did you say about the

14        bones?

15   A    Just the bones.  Just the prior -- it just showed prior

16        pictures of it being fractured.  It doesn't look like a

17        normal vertebrae that has two cracks in it that have came

18        together, came back together.

19   Q    (By Ms. Cox)  Can you drop below on the same page under

20        two where it says "Provider plan" again?

21   A    Yeah.

22   Q    It says "HX," which I will represent to you is history,

23        "of multiple concussions in the past -- childhood sports

24        and cage fighter."

25              Did I read that right?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                     Page 194

1   A   **Yes.**

2   Q   So how many concussions have you had in the past before

3       July 12th, 2020?

4   A   **Probably maybe two.**

5   Q   And how did you get those concussions?

6   A   **Football.**

7   Q   Did you get any concussions as a cage fighter?

8   A   **One, that was it.**

9   Q   Okay.  So --

10  A   **I didn't lose consciousness or nothing.**

11  Q   So the total is three concussions before July 2020?

12  A   **No, just two.  One in high school and one when I was like**

13      **20.**

14  Q   So one in high school football and one as a cage fighter

15      when you were 20?

16  A   **Yes.**

17  Q   Okay.  What's a cage fighter?

18  A   **What you see in the UFC.**

19  Q   I have only glanced, so I'm asking you.  What is a cage

20      fighter?

21                  MR. COCHRAN:  Objection to form, but

22      go ahead.

23                  THE WITNESS:  **People that go in a cage**

24      **and fight.**

25  Q   (By Ms. Cox)  What kind of fighting?

1   A   **Mixed martial arts.**

2   Q   So hand to hand?

3   A   **Yes.**

4   Q   Foot to foot.  Foot to body?  Hand to body?

5   A   **That would be correct.**

6   Q   Okay.  Padding?  No padding?

7   A   **No padding.**

8   Q   Helmet?  No helmet?

9   A   **No helmet.**

10  Q   For how long did you do cage fighting?

11  A   **Probably three years, I want to say.  I don't recall**

12      **exactly how long, but roughly three years.**

13  Q   Did you do it -- did you make money at it?

14  A   **No.**

15  Q   Do cage fighters have, for lack of a better word, stage

16      names?

17  A   **Yes.**

18  Q   What was yours?

19  A   **Just Zim.  I thought cage names were dumb so they just**

20      **called me Zim.**

21  Q   But what did you say it was?  I didn't catch it.

22  A   **Oh, no, I said they just called me Zim.**

23  Q   Okay.

24  A   **They just announced me as Zim Contreraz.**

25  Q   Because you thought the names -- the mock -- the make up

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                      Page 196

1       names were silly?

2   A   Yeah.  I thought they were silly.

3   Q   Okay.  Where did you go the cage fighting?

4   A   Montana.  Billings, Montana.

5                           (Exhibit No. 8 marked

6                              for identification.)

7

8   Q   Okay.  I will show what I have marked as Exhibit 8 to

9       your deposition.  I'm handing it to your attorney.  I

10      will represent to you that Exhibit 8 is a Puyallup Tribal

11      Health Authority chart note dated August 19th, 2020 and

12      it's four pages long.

13                      MR. COCHRAN:  Do you have another

14      copy?

15                      MS. COX:  Here you go.

16                      MR. COCHRAN:  Okay.

17  Q   (By Ms. Cox)  I see you have Exhibit 8 in front of you,

18      Mr. Contreraz.  I will represent to you it looks like a

19      Puyallup Tribal Health Authority chart note for you dated

20      August 19th, 2020.

21          Do you see that information in the first page of

22      Exhibit 8?

23  A   Yeah.  Yes.

24  Q   It looks like on the bottom of the page where it

25      describes history of present illness that you came in for

```
 1        shortness of breath; is that right?
 2   A    Yes.
 3   Q    Okay.  Directing your attention to Page 2 of the chart
 4        note at the top.
 5   A    Next page?
 6   Q    Yes.
 7   A    All right.
 8   Q    It says, "Did get tested today.  Was negative.  Reports a
 9        history of partial collapsed lung in the past.  History
10        of cage fighting, assault by police, last was six weeks
11        ago," and then it goes on from there.
12            Did I read that portion correctly?
13   A    Yes.
14   Q    Okay.  So it says assaults, plural, by police, with the
15        last being six weeks ago.
16            How many times have you been assaulted by police
17        officers?
18   A    That was the second time.
19   Q    What was the first time?
20   A    Montana, handcuffed and resisted and slammed me up
21        against a wall.  Put me back in the patrol car.
22   Q    Sorry.  What was that the last part?
23   A    Put me in the back of a patrol car.
24   Q    Where in Montana did this happen?
25   A    Bozeman, Montana.
```

 1  Q   And how old were you?

 2  A   21, 22 roughly.

 3  Q   Were you charged with any crime?

 4  A   Disorderly and resisting.

 5  Q   Was this one of the disorderlies you talked about earlier

 6      in your deposition?

 7  A   Correct.

 8  Q   Did you mention resisting earlier?

 9  A   I do not recall.

10  Q   What happened to those charges?

11  A   I had to spend three days in jail and do a day of county

12      work cleaning the courthouse and that was it.  Didn't

13      have to pay a fine.  No long repercussions from it.

14  Q   What police agency were the officers from?

15  A   Bozeman Police Department.

16  Q   The city police department?

17  A   Yes.

18  Q   And what exactly was the assault on you?

19  A   Getting me in handcuffs and slamming me up against the

20      wall instead of just taking me to their patrol car.

21  Q   What were you doing just before they slammed you up

22      against the wall?

23  A   Standing there talking with people, some of my friends

24      outside.

25  Q   Anything else?

1   A   No. I wasn't doing anything malicious.  No criminal

2       activity.  None of that.

3   Q   So you weren't doing anything illegal?

4   A   No.

5   Q   Did you do anything that threatened or caused concern to

6       the officers for their safety or safety of others?

7                       MR. COCHRAN:  Objection to form, but

8       go ahead if you can.

9                       THE WITNESS:  No.

10  Q   (By Ms. Cox)  So they slammed you up against a wall in

11      handcuffs for no reason?

12  A   I think I was loud.  Just left the bar drinking and then

13      I'm in handcuffs so just trying to figure it out.

14  Q   So you believe you have been assaulted by police officers

15      twice in your lifetime, and the first in Bozeman, Montana

16      when you were 21, and the second one here in Tacoma in

17      July of 2020?

18  A   Correct.

19  Q   Have there been any other occasions where you believed

20      you were assaulted by police officers?

21                      MR. COCHRAN:  Objection to form, but

22      go ahead if you can.

23                      THE WITNESS:  No.

24                          (Exhibit No. 9 marked

25                              for identification.)

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 200

```
 1
 2  Q   (By Ms. Cox)  I would like to show you what I have marked
 3      for your deposition as Exhibit 9.  I will represent to
 4      you that it's the ATI Physical Therapy Medicaid initial
 5      evaluation plan of care dated January 29th, 2021.  I am
 6      going to hand it to your attorney to give to you.
 7                     MR. COCHRAN:  Do you have another
 8      copy?  Thank you.
 9  Q   (By Ms. Cox)  So you have Exhibit 9 in front of you, Mr.
10      Contreraz.  And I will represent to you, like I said,
11      it's the ATO Physical Therapy chart note for your care
12      from January 29th, 2021.  It consists of two pages.  It
13      appears to be signed by a physical therapist by the name
14      of Katelyn Eschbach.  K-A-T-E-L-Y-N, and last name
15      E-S-C-H-B-A-C-H.
16          Did you, Mr. Contreraz, get care for your injuries
17      from this incident at ATI Physical Therapy?
18  A   I did, yes.
19  Q   And do you remember physical therapist Katelyn Eschbach
20      at all?
21  A   Katelyn, yes, I remember.
22  Q   Do you have any reason to doubt that you were seen at ATI
23      on January 29th, 2021?
24  A   Do I have any reason to doubt I was there?
25  Q   Correct.
```

1    A    I have no reason to doubt I was there.

2    Q    Okay.  So I am going to direct your attention to the

3         front page, the first page, the second block says

4         "Assessment," do you see that?

5    A    Yeah.

6    Q    And I will direct you to the right side of that box where

7         it says in really tiny print "Nature of injury," do you

8         see that?

9    A    Yes.

10   Q    It says, "Patient reports summer 2020 was approached by

11        multiple police officers and put in handcuffs.  One of

12        the officers pushed him backwards into a bench."

13            Did I read that note correctly?

14   A    Yeah.

15   Q    So it looks like to me you told the physical therapist on

16        January 29th, 2021, that one of the officers pushed you

17        backwards into a bench.  Any reason to doubt this is what

18        you told the physical therapist?

19                    MR. COCHRAN:  Objection to form.  Go

20        ahead if you can.

21                    THE WITNESS:  Yes, I doubt that.

22   Q    (By Ms. Cox)  You don't believe you told the physical

23        therapist this?

24   A    I never said pushed.

25   Q    You never said pushed into a bench?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                                    Page 202

```
 1   A    Never said pushed into a bench.
 2   Q    What did you tell this physical therapist about the
 3        mechanism of injury?
 4   A    Pulled down from behind onto a picnic table, and my head
 5        got whiplash off the picnic table and that's why I'm here
 6        today with prior neck injuries before this.
 7   Q    It doesn't that in Exhibit 9, does it?
 8   A    No.
 9   Q    Okay.
10                              (Exhibit No. 10 marked
11                               for identification.)
12
13   Q    I am going to show you what I have marked as Exhibit 10.
14        And I will hand it to your attorney first.  This is
15        Exhibit 10 to your deposition.  I will reflect to you
16        that this is another Puyallup Tribal Health Authority
17        chart note dated January 26th, 2021, and it is six pages.
18                        MR. COCHRAN:  Do you have another copy
19        for me?
20                        MS. COX:  You think I would get it
21        down by now.
22                        MR. COCHRAN:  Thank you.
23                        THE WITNESS:  What do I say if I'm
24        objecting to this one?
25                        MS. COX:  I couldn't hear.
```

1          MR. COCHRAN:  He say if he's objecting

2     to that and I said nothing.  It's your deposition.

3          **THE WITNESS:  Yeah, that's --**

4          MR. COCHRAN:  That's okay if she

5     doesn't ask a question.

6   Q   (By Ms. Cox)  So Exhibit 10, you have had a chance to

7        look at it.  And, again, it's a Puyallup Tribal Health

8        Authority chart mote for your visit with -- you can look

9        at the last page, with Dr. Winnie Tsai, D.O.  Winnie,

10       W-I-N-N-I-E.  Tsai, and I may be mispronouncing it,

11       T-S-A-I.

12          Do you see down on the last page, Mr. Contreraz?

13  A   **Yeah.**

14  Q   Okay.  Directing your attention to Page 2 of this chart

15       note, first of all, do you have any reason to doubt you

16       went to Puyallup Tribal Health Authority to seek

17       healthcare on January 26th, 2021?

18  A   **I was there.**

19  Q   Okay.  So let's turn to Page 2 under History of Present

20       Illness.

21  A   **That one?**

22  Q   Yes.

23  A   **These aren't numbered.**

24  Q   Just the second page.

25  A   **Oh.**

1   Q    Do you see under History of Present Illness, it says

2        One, neck pain"?

3   A    Yeah.

4   Q    Okay.  Then drop down to the next paragraph that kind of

5        pushes out further to the margin.  It starts with

6        "Zimmeri is a 35-year-old male," do you see that?

7   A    Yes.

8   Q    In fact that sentence says, "Zimmeri is a 35-year-old

9        male with PMH C1-C3 fracture in 2012 in an ATV accident

10       while intoxicated."

11            Did I read that sentence correctly?

12  A    Yeah.

13  Q    It says, "He was paralyzed temporarily, had an ICU stay

14       and recovered."

15            Did I read that correctly?

16  A    Yes.

17  Q    Next sentence, "On July 12th, 2020, 7:33 p.m., PT,"

18       patient, "was on a park bench in Wright Park when he was

19       confronted by police and placed in handcuffs."

20            Did I read that correctly?

21  A    Yes.

22  Q    His head was slammed on a metal table and he suffered

23       whiplash as his head bounced off and hit the ground."

24            Did I read that sentence correctly?

25  A    Yes.

1  Q   So it looks like on January 26th, 2021 you told the

2      doctor your head was slammed on a metal table, and you

3      had whiplash as your head bounced off and hit the ground.

4          Your head did not hit the ground during this

5      encounter, correct?

6  A   Correct.

7  Q   If you turn to the next page under "Education,

8      Employment, and Occupation," I have a quick question for

9      you there under "Marital status, family, and social

10     support," do you see that section?

11         Do you see that section, that part?

12 A   Top right?

13 Q   Yes.  Go down a little further where it says under

14     Employment it says, "Driver Cascade Millworks, sales

15     Tacoma Dodge," and then it has in capital letters

16     "Marital status, family, social support," do you see

17     that?

18 A   Yeah.

19 Q   Drop down five or six lines and it says, "The patient

20     lives with others: cousin," do you see that?

21 A   Yes.

22 Q   And underneath that it says in parentheses, One of my

23     female friends, unquote, correct?

24 A   Correct.

25                 MR. COCHRAN:  Objection to form.

1   Q   (By Ms. Cox)  So it looks like as of January 26th, 2021

2       you were living with a relative?

3   A   I was homeless.

4   Q   So why did you say you lived with other, cousin?

5   A   Because it's embarrassing to tell people you are

6       homeless.

7   Q   Okay.  So you told the healthcare provider your living

8       situation was something that it wasn't?

9   A   Yes.

10                      MR. COCHRAN:  Objection to form.  Go

11      ahead.

12                      THE WITNESS:  Yes.  It was

13      embarrassing to say I'm homeless?

14  Q   (By Ms. Cox)  And when did you become homeless?

15  A   October 2021.

16  Q   And for how long --

17  A   Or 2020.

18  Q   I'm sorry.  October 2020?

19  A   Correct.

20  Q   And for how long did you remain homeless?

21  A   I remained homeless until I started going to Greater

22      Lakes and Comprehensive Life Resources got ahold of me

23      and got me in a hotel, and then that's how I ended up on

24      the east side at that apartment, or the house where the

25      cops were called.

1   Q   With Braxton?

2   A   **With Braxton, correct.**

3   Q   So you were homeless for less than a year, correct?

4   A   **No.  Homeless prior to that, but starting at Tacoma Dodge**

5       **is where I got the money to live at that place, which is**

6       **like by Tacoma Avenue.  It's just like one of those you**

7       **pay $350 a week.  It's like a hotel type of thing.**

8   Q   Okay.

9   A   **And I stopped working at Tacoma Dodge and ran out of**

10      **money to be able to live there so I was sleeping in my**

11      **car.**

12  Q   You predicted my next question.  I was going to ask you

13      what type of homeless.  So you were living in your car?

14  A   **Correct.**

15  Q   Were you living at -- spending the night or using the

16      shower at anyone's house on a regular basis?

17  A   **I was using -- it was during Covid.  The gyms were still**

18      **closed.  I was taking showers at the Rescue Mission on my**

19      **bunch breaks or -- yeah, taking showers.**

20  Q   At the mission?

21  A   **Yes.**

22                          (Exhibit No. 11 marked

23                              for identification.)

24

25  Q   I want to show you what I have now also marked as Exhibit

1    11 to your exhibit -- I mean, your deposition.  I am

2    going to show your counsel.

3        I will represent to you this is an external document

4    in the Greater Lakes Mental Healthcare records for you

5    scanned into the Greater Lakes Mental Healthcare.  It's

6    actually the Behavioral Health Administration Outpatient

7    Competency Program Transition Plan.  The larger agency is

8    DSHS.

9        I see you have that in front of you.  I will

10   represent to you this is two pages.  Well, it's two

11   pages, but for some reason there's a lot of blanks in it,

12   so a total of four but two blank pages.  Do you have

13   that, Mr. Contreraz?

14  A   Yes.

15  Q   This is a -- it looks to be a report drafted by a

16      forensic navigator by the name of Michael Donovan, you

17      can see on the front page?

18  A   Yes.

19  Q   It appears that the intake date above that is February

20      4th, 2021, correct?

21  A   Yes.

22  Q   Okay.  Do you know Michael Donovan?

23  A   I do know Michael Donovan.

24  Q   How do you know him?

25  A   Because he was -- when the -- I think it's called the

1    superior court in Tacoma where they were processing the

2    DUI thing, they are the ones that sent me to Greater

3    Lakes and then this guy was assigned to me.

4  Q  Like your facilitator?

5  A  Like forensic navigator.  I don't even know what that

6     means still.

7  Q  Let me ask you a question.  What did he do for you?

8  A  He escorted me to court, and was in contact with

9     attorneys to make sure I don't miss court dates and end

10     up in jail again or with a warrant out for my arrest.

11  Q  So let me make sure I understand what happened with the

12     vehicular assault that occurred in April of 2020.  You

13     were charged with vehicular assault initially, correct?

14  A  Yes.

15  Q  That's a felony?

16  A  Correct.

17  Q  And it was -- the cause of that, or the facts supporting

18     that was you caused an accident that injured another

19     driver seriously, and your blood alcohol was .19,

20     correct?

21               MR. COCHRAN:  Objection to form.

22     Answer if you can.

23               THE WITNESS:  Correct.

24  Q  (By Ms. Cox)  All right.  And when you went to court you

25     indicated you were not able to assist in your criminal

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023

Page 210

```
 1       defense, correct?
 2   A   What does that mean?
 3   Q   Did you have to get a competency evaluation?
 4   A   Yes.
 5   Q   Okay.  You had to get two of them, right?
 6   A   I don't remember.  I think one was with -- I don't
 7       remember two.  I remember one was with my attorney and
 8       Zoom with some lady.
 9   Q   You were evaluated to see if you were competent to assist
10       your attorney in defending yourself in the criminal
11       action, correct?
12   A   Yes.
13   Q   And the initial evaluation in January of 2021 concluded
14       you were not able to assist in your defense at that time,
15       correct?
16   A   Correct.
17   Q   And the court, superior -- Pierce County Superior Court
18       ordered that you participate in a program to restore your
19       competency, correct?
20   A   Correct.
21   Q   And that's what you started doing in February of 2021; is
22       that right?
23   A   Yeah.
24   Q   And part of that restoration program required you to
25       attend services at Greater Lakes Mental Health, correct?
```

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 211

```
 1  A   Yes.

 2  Q   Had you gone or attended any services or partaken of any

 3      services at Greater Lakes Mental Healthcare before the

 4      vehicular assault?

 5  A   No.  I never heard of them.

 6  Q   Okay.  So in this report it appears on Page 2 that Mr.

 7      Donovan, under other information states, "Mr. Contreraz

 8      goes by Zim."

 9          Do you see that?

10  A   Yes.

11  Q   "He had severe PTSD from an assault by multiple Tacoma

12      police officers."

13          Did I read that right?

14  A   Yes.

15  Q   Okay.  "He at first declined housing," and I'm reading in

16      this first paragraph.  "He declined housing at Tacoma

17      through F-HARPS.  However, it became apparent he was

18      concerned that because I would be making the referral to

19      F-HARPS, and since work in the courts and since the

20      courts are connected to the police, he was afraid police

21      officers would be alerted as to where he lives and would

22      rather -- would either checking up on him, spying on him,

23      or planning to hurt him.  When I realized this was his

24      fear, I was able to assure him I would not be sending

25      police officers to his house and he agreed to work the
```

1     F-HARPS."

2          Did I read that paragraph correctly?

3  A   Yes.

4  Q   Okay.  So the second paragraph Mr. Donovan explains

5     escorting you somewhere, I believe.  He says, "When we

6     left court he was so hypervigilant you could feel his

7     anxiety and fear.  I asked if I could walk with him to

8     his car.  At first he declined, but I offered again and

9     convinced him to let me.  There was an emergency right on

10    our way, and police were standing right in our path.  We

11    walked between officers and he had a very clear fear

12    reaction that he said can sometimes make him sick.  He

13    also very aware of the fact that police in general do not

14    attend well to their own biases, and he was able to

15    articulate his frustration with being racially profiled.

16    I told him that although I would most likely would not be

17    able to change the culture as a whole in the police

18    system, he would at least have some relief from the more

19    severe symptoms of PTSD, such flashbacks and

20    hypervigilance he's currently experiencing.  He may also

21    benefit from some kind of anti-anxiety medication, or at

22    least a PRN.  Overall he is very independent, but we may

23    find out he also overextends himself."

24         Did I read that paragraph correctly?

25 A   Yeah, you missed a sentence, but, yes.

 1   Q   Which sentence did I miss?

 2   A   No, you are right.  I misread.

 3   Q   Okay.  So you told Mr. Donovan that you had PTSD, severe

 4       PTSD by from an assault by multiple police officers,

 5       correct?

 6                       MR. COCHRAN:  Objection to form.  Go

 7       ahead.

 8                       THE WITNESS:  Yes.

 9   Q   (By Ms. Cox)  Were you assaulted by multiple police

10       officers?

11   A   Two different times, yes.

12   Q   I'm sorry.  What did you say?

13   A   Two different times, yes.

14   Q   What two different times?

15   A   Bozeman, Montana and Wright Park.

16   Q   It says here you were assaulted by multiple Tacoma police

17       officers.  My question for you -- I guess I should be

18       more specific with you.

19           Were you assaulted by multiple Tacoma police

20       officers or just one?

21   A   One.

22   Q   So after you worked with Mr. Donovan and Greater Lakes

23       Mental Healthcare, did you eventually -- were you

24       eventually able to get your vehicular assault charges

25       reduced?

1  A   No.

2  Q   No?

3  A   No.  I had three or four different attorneys during

4      Covid.  My first attorney got pregnant and didn't hear

5      from her for eight months.  And then it was another guy

6      and then another one, so they didn't really work my case,

7      and they just had me sign papers and got convicted.

8  Q   What were you convicted of?

9  A   Felony vehicular assault.

10 Q   Okay.  And how were you sentenced?

11 A   In a court.

12 Q   Did you get --

13 A   Yeah, I was in a court.

14 Q   Did you get a standard range sentence, or did you get an

15     exceptional sentence?

16 A   I don't know what those mean.

17 Q   What kind of sentence did you get for your conviction?

18                  MR. COCHRAN:  Objection to form.

19                  THE WITNESS:  I got a felony on my

20     record.

21 Q   What kind of symptoms did you get?

22                  MR. COCHRAN:  Objection to form.

23                  THE WITNESS:  Twelve months of

24     community supervision.

25 Q   (By Ms. Cox)  Did you get any jail or prison?

1   A    I was in jail for a week on the felony warrant when the

2        Lakewood police arrested me, and then when I got

3        sentenced, the judge gave me 12 months of community

4        probation, which a week later when I showed up to sign up

5        for the probation they said the judge dismissed it.

6                            (Exhibit No. 12 marked

7                                for identification.)

8

9   Q    I'm showing your counsel what has been marked as Exhibit

10       12 to your deposition.  I will represent to you it's the

11       Pierce County Superior Court criminal cause number

12       20-1-02604-4, Stipulated Findings of Fact and Conclusions

13       of Law for Exceptional Sentence Below the Standard Range.

14                       MR. COCHRAN:  Can you give me a copy?

15       Thank you.

16  Q    (By Ms. Cox)  I see you have that in front of you, Mr.

17       Contreraz?

18                       MR. COCHRAN:  This is Exhibit 12?

19                       MS. COX:  Yes, I believe so.

20  Q    (By Ms. Cox)  I will represent to you that it's three

21       pages.  Take a look at it, Mr. Contreraz, and I have some

22       questions for you.

23  A    All right.

24  Q    Have you had a chance to look at the Stipulated Findings

25       of Fact and Conclusions of Law for Exceptional Sentence,

1      Mr. Contreraz?

2   A   Yeah.

3   Q   I'm sorry?

4   A   Yes.

5   Q   All right.  So this is a Stipulated Findings of Fact and

6       Conclusions of Law for Exceptional Sentence Below the

7       Standard Range.  It relates to your criminal case arising

8       out of the vehicular assault in April 2020.  Does that

9       make sense to you?

10                       MR. COCHRAN:  Objection to form.  Go

11      ahead if you can.

12                       THE WITNESS:  Yes.

13  Q   (By Ms. Cox)  Look at Page 1, the bottom paragraph

14      titled, "Findings of Fact."  Do you see that title?

15  A   Yep.

16  Q   Okay.  So right below it it says, "The defendant pled

17      guilty the an amended information charging him with

18      felony driving under the influence-priors, on August 4th,

19      2021."

20          Did I read that sentence correctly?

21  A   Yes.

22  Q   Okay.  Turning to Page 2 at the top it says, "The

23      standard range for a felony driving under the

24      influence-priors is three to nine months incarceration."

25          Did I read that correctly?

 1  A    Yes, you did.

 2  Q    So you were originally charged with vehicular assault,

 3       correct?

 4  A    Yes.

 5  Q    The prosecutors filed -- after your competency process,

 6       filed an amended information charging you instead with

 7       felony driving under the influence-priors, correct?

 8  A    Yes.

 9  Q    So a different charge, right?

10  A    Yeah.  I don't know what amended means.

11  Q    Just updated.

12  A    Oh, yes.

13  Q    So in the end you pled guilty to felony driving under the

14       influence with priors, correct?

15  A    Yes.

16  Q    You did not plead guilty to vehicular assault?

17  A    That's what I thought I pled guilty to.

18  Q    So the standard range for sentencing for prison for a

19       felony driving under the influence, according to this

20       stipulation, appears to be three to nine months

21       incarceration, correct?

22                    MR. COCHRAN:  Objection to form.

23       Answer if you can.

24                    THE WITNESS:  Yes, I see it right here

25       at the top.

1   Q    (By Ms. Cox)  Did you do three to nine months in jail or

2        prison?

3   A    No, I did not.

4   Q    And, in fact, if you go down the same page, Roman numeral

5        two, it says, "The parties agree and stipulate under RCW

6        9.94A.535 that considering the purposes of the Sentencing

7        Reform Act, there is substantial and compelling reasons

8        justifying an exceptional sentence."

9             Did I read that sentence right?

10  A    Yes.

11  Q    The next sentence reads, "The Defendant has mental health

12       issues and underwent a competency evaluation in January

13       2021.  The Defendant was found not competent to proceed

14       with the case, and in February 2021 the Defendant was

15       ordered to undergo competency restoration."

16            Did I read it right so far?

17  A    Yes, you did.

18  Q    It goes on to say, "That process was completed in May

19       2021.  Through the competency restoration process the

20       Defendant gained insight and understanding into his

21       mental health and how best to cope with issues in the

22       future.  An exceptional sentence will be consistent with

23       and in furtherance of the interest of justice and the

24       purposes of the Sentencing Reform Act."

25            Did I read that correctly?

1   A   **Yeah.  Yes.**

2   Q   Okay.  So did you ever go get treatment at Greater Lakes

3       Mental Healthcare after May 2021?

4   A   **No.**

5   Q   Did you ever seek mental healthcare anywhere, even other

6       than Greater Lakes Mental Healthcare after May of 2021?

7   A   **Puyallup Tribal Authority.**

8   Q   Okay.

9                       MR. COCHRAN:  When you get a chance,

10      can we take a quick two-minute break, bathroom break?

11                      MS. COX:  Yes, give me a few here.

12                      MR. COCHRAN:  Okay.

13  Q   (By Ms. Cox)  So reading this Stipulated Findings of Fact

14      and Conclusions of Law in Exhibit 12, it appears that

15      one, the charge which you were originally charged with

16      was reduced or changed to felony driving under the

17      influence-priors.  That standard range jail prison term

18      was reduced because you went to Greater Lakes Mental

19      Healthcare and did their program, correct?

20                      MR. COCHRAN:  Objection to form.  Go

21      ahead if you can.

22                      THE WITNESS:  I don't remember ever

23      being told that but, yes.

24  Q   (By Ms. Cox)  Okay.  When you went to Greater Lakes

25      Mental Healthcare you told the treatment providers there

1    that your main issue was PTSD from the assault on

2    January -- or July 12th, 2020, correct?

3  A    Yes.

4                    MR. COCHRAN:  Objection to form.

5  Q    (By Ms. Cox)  Paragraph -- Roman numeral three on the

6    same page says, "Because of the presence of the above

7    factors, the parties' agreement, and considering the

8    purposes of the Sentencing Reform Act, an exceptional

9    sentence below the standard range, as set by the

10    Sentencing Reform Act, is appropriate."

11    Did I read that correctly?

12  A    Yes.

13  Q    (By Ms. Cox)  Okay.  So by saying that you had PTSD from

14    this assault in Wright Park on July 12th, 2020, you were

15    able to get -- tell a court that was handling your

16    vehicular assault that you were not competent to assist

17    in your defense because of the PTSD, then you went and

18    got treatment at Greater Lakes Mental Healthcare for that

19    PTSD with the result that the court reduced your charges,

20    correct.

21  A    Incorrect.

22                    MR. COCHRAN:  Objection to form.

23  Q    (By Ms. Cox)  Did you say correct?

24  A    Incorrect.

25  Q    What's incorrect about that?

```
 1                        MR. COCHRAN:  Objection to form.
 2                        THE WITNESS:  I ended up there because
 3       I did not know any court terms.  I didn't know what to do
 4       basically in a court lingo, language, present myself, all
 5       that stuff.  I never asked to go there.  I was sent
 6       there.
 7   Q   (By Ms. Cox)  You were sent there to restore your
 8       competency so you could face your criminal charges,
 9       correct?
10   A   Yes.
11   Q   And once you did that your criminal charges were changed
12       and your sentence reduced, correct?
13                        MR. COCHRAN:  Objection to form.  Go
14       ahead if you can.
15                        THE WITNESS:  Like I said, I was not
16       aware that I was going to get a lower sentence than a
17       higher sentence if I went to this place.  I was just
18       instructed because I already had warrants out and
19       arrested before for not going to court, so if the court
20       said to do it, I do it.  So I went there, yes.
21   Q   (By Ms. Cox)  You went there, and you did get a reduced
22       sentence, didn't you?
23                        MR. COCHRAN:  Objection to form, but
24       go ahead.
25                        THE WITNESS:  I don't know a felony
```

1   was a reduced sentence, but, yes, I ended up with a

2   felony.

3   Q   (By Ms. Cox)   The reduced sentence refers to the fact you

4   didn't do any jail or prison time other than when you

5   were arrested on the warrants, correct?

6                     MR. COCHRAN:  Objection to form.

7                     THE WITNESS:  Yes.

8   Q   (By Ms. Cox)   Okay.  And, in fact, the last couple

9   question, Exhibit 12, on the last page you signed this

10   stipulation?

11  A   Yeah.

12  Q   Okay.  So you were in court when this was done, and you

13   signed this stipulation?

14  A   Yeah.  My attorney told me to sign this.  He doesn't want

15   to see me -- what did he say?  He didn't want to see

16   me -- I can't think of the proper term, appeal this

17   decision in the next 30 days or 45 days or however long

18   it was.  He said to sign this so I signed it.

19  Q   You just did it because he told you?

20  A   Absolutely.  He was my attorney.  That's what he gets

21   paid for.

22  Q   You treat attorneys different than law enforcement

23   officers, correct?

24                     MR. COCHRAN:  Objection to form.

25  Q   (By Ms. Cox)   You can answer.

```
 1                    MR. COCHRAN:  You can answer if you

 2      can.

 3                    THE WITNESS:  I don't talk to many

 4      attorneys, so -- or many officers.  Treat everyone how

 5      they treat me.

 6                    MS. COX:  Okay.  We can take a break.

 7      How long would you like?

 8                    MR. COCHRAN:  Two minutes.

 9                    THE VIDEOGRAPHER:  Going off record.

10      Time now is 4:08 p.m.

11                         (Recess 4:08 p.m. to

12                          4:14 p.m.)

13

14                    THE VIDEOGRAPHER:  Back on record.

15      Time now is 4:14 p.m.

16   Q  (By Ms. Cox)  Mr. Contreraz, if you don't mind put that

17      exhibit we were just looking at to the side.

18   A  Okay.

19                         (Exhibit No. 13 marked

20                          for identification.)

21

22   Q  I would like to show you what I'm marking as Exhibit 13.

23      I will represent to, as I hand it to your counsel, that

24      it's another chart note from Greater Lakes Mental

25      Healthcare dated February 4th, 2021, and it's six pages
```

1          total.  I see you have that in front of you, Mr.

2          Contreraz, correct?

3    A    Correct.

4    Q    And you did get healthcare, mental healthcare at Greater

5          Lakes like we talked about, correct?

6    A    For the competency hearing stuff, yes.

7    Q    Okay.  And do you have any reason to believe you did not

8          see mental healthcare counselor Juliane Stephens, first

9          name spelled J-U-L-I-A-N-E, last name Stephens,

10         S-T-E-P-H-E-N-S, on the date of this chart note, February

11         4th, 2021?

12   A    I do not remember names but, yes, I was there.

13   Q    Okay.  So I will direct your attention to the bottom

14         third of the page where in bold it says "current" -- on

15         the first page it says "current"?

16   A    Yeah.

17   Q    And in bold it says, "What are your current mental health

18         concerns slash symptoms?  How long have these been

19         occurring."  Correct?

20   A    Yes.

21   Q    Let's jump down -- well, actually, I will read the whole

22         thing.  It says, "In 2012, I was in a four-wheel accident

23         and broke two bones in my neck.  I was doing gold until

24         last July."

25              Did I read it correctly so far?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 225

1   A   Yes.

2   Q   Then it says, "I'm sitting at Wright Park after work just

3       enjoying the sunset.  It is beautiful there.  Then I

4       noticed like a police car in the grass.  It was weird,

5       though, because they would have had to drive through the

6       grass.  Then suddenly I was surrounded, at first by two,

7       then by like nine.  They handcuffed me and pushed me to

8       the ground.  I got whiplash and hit my head on the

9       concrete."

10          Did I read that correctly so far?

11  A   Yes.

12  Q   Okay.  Then it says, "Now I'm in physical therapy twice a

13      week.  I had a concussion too.  I start OT next week.  I

14      am constantly worried about seeing police cars or short,

15      bald white men.  I wake up because I hear sirens.  I get

16      like five hours of sleep.  He said he would kill me.

17      They called my stupid.  When I hear car doors I jump.

18      When I was in court last I almost threw up.  I can't be

19      confined without having an exit, my heart racing.  I

20      start breathing hard, sweaty hands."

21          Did I read all of that correctly?

22  A   Correct.

23  Q   And you can see most of this is in quotation marks,

24      correct?

25  A   Yeah.

1  Q   And that signifies the -- Ms. Stephens is writing down

2      your exact quotes, correct?

3                      MR. COCHRAN:  Objection to form.

4                      THE WITNESS:  I do not believe she was

5      writing my exact words down.

6  Q   (By Ms. Cox)  Why not?

7  A   Because a lot of these are not my exact words.  The dates

8      are one day, and then the time is different on the next

9      day, so no one is actually sitting there like physically

10      next to me writing stuff down as I'm saying it at that

11      moment.

12  Q   Do you remember you said you didn't remember actually

13      meeting Ms. Stephens, correct?

14  A   They had a lot of counselors.  I met a lot of counselors

15      there, correct.

16  Q   Do you remember Ms. Stephens?

17  A   If I saw her face, I would, yes.

18  Q   Do you remember her as you sit there now?

19  A   No.  I remember a bunch of black ladies, white ladies,

20      and those were the counselors there.

21  Q   But I did read her note correctly, right?

22  A   Yeah.  I don't remember some of this.  I don't even say

23      the words like -- yeah, some of these are not true.

24  Q   What's not true?

25  A   I don't talk like I get like five hours of sleep a night.

1       I don't talk like that.  I just said I get five hours of

2       sleep a night.  **I never said anything about somebody**

3       **killing me, but they did call me stupid.**  Everything else

4       is pretty much correct on here.

5  Q    Even where you tell Ms. Stephens I hit my head on the

6       concrete?

7  A    **No.  I never said concrete.**

8  Q    It's written there, though, isn't it?

9  A    **Yes.**

10                    MR. COCHRAN:  Objection to form.

11                    **THE WITNESS:  I never said concrete**

12       **anyway to anybody.**

13  Q    (By Ms. Cox)  And then it says they handcuffed me and

14       pushed me to the ground, do you see that?

15  A    **Yep.**

16  Q    Did you say that?

17  A    **Nope.  Did not say that.**

18  Q    You think Ms. Stephens will testify otherwise?

19                    MR. COCHRAN:  Objection to form.

20                    **THE WITNESS:  I have no idea.**

21  Q    (By Ms. Cox)  So the next section says in bold, "How are

22       they impacting your life?"

23           And it says in quotations repeatedly, "I'm scared.

24       I can't do things I used to like take walks at Point

25       Ruston.  If I see a cop I freak out.  I feel like I'm in

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 228

1      fear every time I see a police car.  I was at the gym and

2      the police came.  I stayed at the gym until they left,

3      and then called the gym like four times to see why they

4      were there.  I thought they were there for me."

5           Did I read that section accurately?

6   A  Correct.

7   Q  So is that true, if you saw a cop you would freak out?

8   A  Yes.

9   Q  This is you talking to Ms. Stephens on February 4th,

10     2021, correct?

11                    MR. COCHRAN:  Objection to form.  Go

12     ahead if you can.

13                    THE WITNESS:  Yes.  I don't remember

14     talking or having an exact conversation with Ms.

15     Stephens.  It was years ago.  What is it?  It looks like

16     almost four years ago, so I don't know exact words I was

17     saying.

18  Q  (By Ms. Cox)  Today, as you sit here, you are denying

19     that you told Ms. Stephens you were pushed to the ground

20     and hit your head on concrete?

21  A  Yes.

22  Q  You didn't say that at all?

23  A  No, I did not say that at all.

24  Q  Are you sure?

25  A  Hundred percent sure.

1                    MR. COCHRAN:  Objection to form.

2    Q   (By Ms. Cox)  Mr. Contreraz, when was the last time you

3        or anyone on your behalf communicated with Seth Smith?

4    A   Years ago.

5    Q   Okay.  Do you know where he lives?

6    A   No idea.

7    Q   Do you know where he works?

8    A   Nope.

9    Q   How about Ms. Wade, when was the last time you

10       communicated with her in any fashion?

11   A   Years ago.

12   Q   Do you know where she lives?

13   A   No.

14   Q   Do you know where she works?

15   A   Nope.

16   Q   Are you Facebook friends with Mr. Smith?

17   A   I am.

18   Q   And what do you know about him from Facebook?

19   A   Not much.

20   Q   What do you know?

21   A   That he's a tattoo artist.  When people post stuff it

22       shows up in your timeline so that's all I know is tattoos

23       and stuff he's posted like that.

24   Q   Have you ever communicated with him through social media?

25   A   One time.

1  Q   So when was that?

2  A   I don't know.  A month after that happened.

3  Q   What was that communication about?

4  A   I asked him if it's normal that I'm paranoid 24/7 of

5      cops, or of cops getting me, something along those lines.

6  Q   Were you ever paranoid of cops before July 12th, 2020?

7  A   No.

8  Q   Were you Facebook friends -- did you become Facebook

9      friends with Mr. Smith before or after July 12th, 2020?

10 A   After.

11 Q   How about Ms. Wade, are you Facebook friends with her?

12 A   No.

13 Q   Have you ever been?

14 A   I have not spoken or contacted her since the night of the

15     incident.

16 Q   Well, I thought you saw them the next day?

17 A   Or that was it, yeah, but Facebook friends, no.  Don't

18     got cell phone numbers, that's it, just Seth Smith on my

19     Facebook.

20 Q   Other than Mr. Smith and the statements of the private

21     investigator guy, do you have any recorded or written

22     statements of any kind from either Mr. Smith or Ms. Wade?

23 A   No, I do not personally have anything.

24 Q   You had described your injuries as concussion, a swelling

25     of your neck, which resolved in about three weeks, and

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                                Page 231

1      you said it aggravated some original nerve damage from

2      breaking your neck.  The swelling you said resolved.

3      When did the concussion resolve?

4                      MR. COCHRAN:  Objection to form.  Go

5      ahead.

6                      THE WITNESS:  The medication they gave

7      me for vomiting and muscle relaxers for my neck, and I

8      want to say a couple weeks at least, roughly.

9   Q   (By Ms. Cox)  How about the nerve issue that you

10      mentioned.

11  A   It's still ongoing.  It took me eight years to heal from

12      my last one.

13  Q   What are the current symptoms?

14  A   Neck pain, just always having to sort of pop my neck.

15  Q   Anything else?

16  A   Just sleeping on it.  365 days a year I wake up with neck

17      pain.

18  Q   Okay.  Other than neck pain, do you have any other

19      symptoms related to what you believe was an aggravation

20      of the nerve injury?

21  A   Migraines.  I get those every couple months.

22  Q   Did you ever get migraines before July 12th?

23  A   No. I had no history of it.

24  Q   And who is treating you for migraines?

25  A   I take migraine, Excedrin migraine.  I take a couple of

1    those and just sit at home for a couple days.  That's how

2    I resolve it with self-care.

3  Q  So Excedrin over the counter, right?

4  A  **Now, yes.  At first the doctors were prescribing me**

5    **medication.**

6  Q  For how long have you been taking over-the-counter

7    medication for migraines?

8  A  **Since July 2020 or since the incident.  I would say**

9    **probably 2021 I started.**

10 Q  Sorry.  Go ahead?

11 A  **I started taking Excedrin migraine.**

12 Q  Did you have any headache complaints before July 12th,

13   2020?

14 A  **No.**

15 Q  Isn't it true you had headache complaints after your

16   vehicular assault accident in April of 2020?

17 A  **Just had a left arm injury.**

18 Q  You didn't complain about headaches?

19 A  **No.**

20 Q  Your testimony is you had no complaint about headaches or

21   migraines before July 12th, 2020?

22              MR. COCHRAN:  Objection to form.  Go

23   ahead.

24              **THE WITNESS:  Just when I got**

25   **concussions in my younger days.  That was it.  Up until**

1        that point 15 years, no.

2    Q   (By Ms. Cox)   Okay.

3    **A   No major headaches.**

4    Q   I didn't say major, I said headaches.  Let's make it

5        clear, headaches for which you sought healthcare.  So

6        before July 12th, 2020, did you ever seek healthcare for

7        headaches or migraines?

8    **A   No.**

9    Q   Never?

10   **A   No.**

11   Q   Except when you were in high school with football?

12   **A   Yes.**

13   Q   And you are saying not even associated -- no headaches,

14       no migraines associated with the car accident from April

15       of 2020 where you destroyed your vehicle?

16                      MR. COCHRAN:  Objection to form.  Go

17       ahead.

18                      **THE WITNESS:  I think I had a headache**

19       **from that night from slamming my head on the steering**

20       **wheel, and that took a couple weeks to go away.**

21   Q   The tingling in your arms and hands that you noticed the

22       day after when you went to work was it bilateral or was

23       it one sided?

24   **A   It was -- I don't even know what that means, bilateral.**

25   Q   Both sides.

1    A    Oh, yeah, it was both sides up and down.

2    Q    Isn't it true before July 12th, 2020 you complained to

3         healthcare providers about at least left-sided neck pain

4         and left-sided tingling and numbness in your upper

5         extremity or in your arm?

6    A    From the car accident.

7    Q    So you did complain about that before July 12th, 2020,

8         correct?

9    A    Just my left arm, yes.

10   Q    Okay.  How about your left neck?

11                     MR. COCHRAN:  Objection to form.

12                     THE WITNESS:  The night of the

13        incident or the car crash, yes, I did complain just about

14        the air bags hitting me and that was it.

15   Q    (By Ms. Cox) So you only treated -- you are saying you

16        only treated for your left-sided neck pain once the day

17        of the car crash in April of 2020?

18   A    They evaluated my neck.  It was more my left arm that was

19        more -- that they were more focused on diagnosing.

20   Q    Who was your primary healthcare provider for the injuries

21        from July 12th, 2020?

22   A    The Puyallup Tribal Clinic.  The thing is there they

23        don't assign you a resident doctor.  They have a lot of

24        different doctors you see every other time you go there.

25   Q    But the Puyallup Tribal Health Authority is your primary

1       healthcare provider for the injuries in July 2020?

2    A  Yes.

3    Q  When was the last time you sought any treatment from a

4       healthcare provider for the symptoms or injuries from

5       this incident?

6    A  I do not remember.

7    Q  So I think you testified earlier that you were just doing

8       self-care; is that correct?

9    A  Yeah, self-care.  That's just me now with just Excedrin

10      migraine and the neck exercises.

11   Q  And for how long have you been doing self-care alone or

12      by itself, I should say?

13   A  I don't remember.  I want to say this year and last year

14      for sure.

15   Q  So for about a year at least?

16   A  Yes, a year at least.

17   Q  Do you believe or expect you are going to need treatment

18      in the future from injuries -- for the injuries from July

19      2020?

20                  MR. COCHRAN:  Objection to form.  Go

21      ahead and answer if you can.

22                  THE WITNESS:  Depends.

23   Q  (By Ms. Cox)  Depends on what?

24   A  If the neck pain still continues on a daily basis for the

25      next couple years then I'm probably going to see if the

1    fusion neck surgery is something I can look at to help

2    resolve my neck pain.

3  Q  Has any healthcare provider told you you are going to

4    need treatment in the future for these injuries?

5  A  If -- they have said if it continues in the future.

6  Q  And that future healthcare, have they told you the need?

7  A  Just basically come back if the problems continue to

8    exist.

9  Q  Has any healthcare provider said that you need

10    specifically future healthcare because of the injuries

11    you sustained in July of 2020 at Wright Park?

12                    MR. COCHRAN:  Objection to form.

13                    THE WITNESS:  I do not remember.  It

14    was years ago.

15  Q   (By Ms. Cox)  Have you had any surgeries in your

16    lifetime?

17  A  Yes.

18  Q  How many?

19  A  Two.

20  Q  What were they?

21  A  Surgery on my jaw for a broken jaw.

22  Q  And what was the other surgery?

23  A  Another part of my jaw that was broken.

24  Q  How old were you when those -- you had those surgeries?

25  A  It was the same night that -- it was the same night I got

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                         Page 237

 1        hit with the beer mug from the back and hit with the beer

 2        bottle in the face, so the same week I had surgery in

 3        2010.

 4   Q    Okay.  So the same incident where you were assaulted and

 5        struck in the head you sustained a broken jaw?

 6   A    This was later.  I got hit with a beer bottle.  Yeah, I

 7        want to say maybe 2012 I had surgeries on my jaw from a

 8        beer bottle.

 9   Q    So was the strike at the back of your head in the bar a

10        different assault than when you were struck in the front

11        of the face?

12   A    Correct.

13   Q    Two different assaults?

14   A    Yes.

15   Q    And how old were you for both of those assaults?

16   A    I don't remember.  They were both over ten years ago,

17        between 10 and 15 years ago, 10 and 13 years ago.

18   Q    So two surgeries, on both occasions they were related to

19        a broken jaw?

20   A    Correct.  I had to have my jaw wired shut.

21   Q    Did you break your jaw twice?

22   A    It broke in two spots, right here, and right there.

23   Q    Any other surgeries you haven't already testified about?

24   A    No.

25   Q    How often do you get migraines?

1   A   **Every three or four months.**

2   Q   How long do they last?

3   A   **Half a week.**

4   Q   Do they keep you from doing anything you normally do?

5   A   **Everything.  Work, everything.  Daily activities, normal**

6       **daily activities, go to work and whatever else.**

7   Q   Why do they keep you from going to work?

8   A   **Because just your brain pulsating and really everything**

9       **is really bright on your eyes and you got to sit there**

10      **like that, and just makes me want puke a lot -- vomit a**

11      **lot, sorry, so that's basically it.  It's like a pounding**

12      **headache sensation.**

13  Q   When was the last time you saw a healthcare provider for

14      migraines?

15  A   **The year that happened, 2020.**

16  Q   Okay.  Is the frequency what you are getting migraine

17      increasing or decreasing?

18  A   **It's about -- I think it's -- it feels like I get them a**

19      **lot more.**

20  Q   More often?

21  A   **Yeah.  I had one a month, month and a half ago and didn't**

22      **work for a couple days.**

23  Q   How do the injuries that you are still experiencing or

24      the symptoms from those injuries that you are still

25      experiencing keep you, if at all, from doing your

1      activities of daily living or daily life?

2  A   My ability to physically function is cut way short.  The

3      vomiting, dizziness, puking, it's hard to get up and go

4      to work, go to the gym, do anything.

5  Q   How often does it alter your typical activities of daily

6      living?

7  A   At least half a week.

8  Q   Half a week every week?

9  A   No.  When I get the migraines it's just that week when

10     I'm basically just miserable.  And it goes away and then

11     I just got the neck pain.  Neck pain will make my

12     esophagus swell, hard to swallow.  I haven't had that in

13     probably two weeks, three weeks.  That lasts maybe a week

14     and then goes away.  It's just if I turn my head and neck

15     wrong that's when -- that's when I get the swelling in my

16     esophagus, so that just makes it hard to swallow water,

17     swallow food, so I usually don't eat for a couple days.

18     Even drinking water is hard.  It hurts.

19 Q   Did your esophagus swell before July 12th, 2020?

20 A   No.  It never swelled shut before when I was -- when I

21     first broke it.  It almost swelled shut when I was in the

22     ICU.  I believe they had to put a tube down my throat to

23     help me breathe and I was on a respirator.

24 Q   So it only swelled shut the first time you broke your

25     neck?

1   A    Yeah.

2   Q    You are still going to the gym, right?

3   A    I try to.

4   Q    You are still playing basketball?

5   A    Try to.

6   Q    Sorry?

7   A    Try.

8   Q    You try?

9   A    Yeah, I try.  The days I don't have neck pain, days I

10       don't have a headache I try to go out and be healthy and

11       stuff, yes.

12  Q    You are still playing football?

13  A    No.

14  Q    I just saw in your medical records in the last year you

15       were in there saying you were playing football and might

16       have injured your knee?

17  A    Yeah, I don't play anymore.  That was it after that.  I

18       didn't play anymore.

19  Q    Because of your knee injury?

20  A    Yeah.  I had a knee injury since high school.

21  Q    Okay.  I may have asked you so I apologize.  Were you

22       getting any kind of mental health treatment or counseling

23       before January 12th, 2020?

24  A    Yeah, I was getting counseling.  Yes.

25  Q    And where were you getting counseling?

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                        Page 241

1    A    Puyallup Tribal Clinic and Northwest Indian Treatment
2         Center.
3    Q    Is Northwest Indian Treatment Center the one in Elma,
4         Washington?
5    A    Correct.
6    Q    And were you getting mental health treatment at Puyallup
7         Tribal Health Authority or Northwest Indian Treatment
8         Center before your April 2020 vehicular assault incident?
9    A    Yes.
10   Q    What were you -- why were you getting mental health care
11        before April 2020?
12   A    All related to the Cascade Millwork driving in Washington
13        traffic and just really stupid drivers out there that
14        just make me angry, so it was just -- I didn't want to
15        show up to work every day, just not looking forward to
16        making money and working, being mad about what stupid guy
17        is going to decide to cut me off in this big 30-foot
18        truck today, so I went and tried to get anger management
19        classes.
20   Q    So you got mental health counseling before April 2020
21        because it -- primarily for anger management?
22   A    Yes.
23   Q    How about between April 2020 and this incident on July
24        12th, 2020 were you still getting counseling at Puyallup
25        Tribal Health and Northwest Indian Treatment Center?

1  A    I was up until Covid, and that is when they stopped the

2       counseling because of Covid.  And then during Covid is

3       when I went to the Indian Treatment Center, Northwest

4       Indian Treatment Center.

5  Q    Was Northwest Indian Treatment Center inpatient?

6  A    Yes.

7  Q    And that was for alcohol --

8  A    Yes.

9  Q    -- use, correct?

10 A    Correct.

11 Q    Have you had lifelong challenges with alcohol?

12 A    Yes.

13 Q    How many inpatient stays have you had for alcohol?

14 A    That was the first and only.

15 Q    Okay.  And that was after the vehicular assault in April

16      of 2020, correct?

17 A    Correct, within the first 30 days of that.

18 Q    Have you had any inpatient or outpatient alcohol

19      treatment since Northwest Indian Treatment Center?

20 A    Outpatient with the Puyallup Tribal Authority.

21 Q    Okay.  Had you ever sought healthcare -- had you ever

22      believed you needed any kind of intervention for anger

23      management before 2020?

24 A    Did I personally think?

25 Q    Yes.

 1  A   I personally thought I did before 2020, that's why I
 2      enrolled in anger management classes.
 3  Q   Mr. Contreraz, do you have any chronic health conditions
 4      we haven't already touched on, and usually these are the
 5      things that you are dealing with chronically, like
 6      diabetes, GERD, or heartburn, that kind of stuff.
 7          Do you have any chronic health conditions we haven't
 8      touched on?
 9  A   Heartburn.
10  Q   Do you take medication for that?
11  A   On a daily basis.
12  Q   Any other health conditions or chronic health conditions?
13  A   Just the breathing problems with my lung from being
14      collapsed.
15  Q   It's not collapsed now?
16  A   No.
17  Q   Okay.  When did it collapse?
18  A   Maybe 2011, I want to say.
19  Q   Was there an actual cause or did it just spontaneously
20      collapse?
21  A   My friend kneed me in the ribs playing flag football, my
22      teammate.  I dove for someone's flag and I was rolling
23      around on the ground and he tried to jump over me coming
24      the same direction, and he's like a six-two, 320-pound
25      guy, so he didn't get very high off the ground and his

1    knee went into my ribs and that's how I got those

2    fractured ribs and collapsed lung.

3  Q  Okay.  I may have it backwards, did you injure your knee

4    playing basketball in the last year or two?

5  A  No, I was playing football.  I tried to play football.  I

6    signed up for a league, ten game league, and I made it

7    maybe two games.  I already had injuries.

8  Q  I have a note that you injured your calf playing

9    football, does that ring a bell?

10 A  Yeah, my calf and my knee.  I thought I tore muscles in

11   it, and had knee problems since football in high school.

12   Yeah.

13 Q  Do you recall when you suffered both injuries, when you

14   suffered the knee injury?

15 A  I want to say one of those two games.

16 Q  Which is what year?

17 A  Last game?

18 Q  Yes.

19 A  Yeah, it was last June.

20 Q  Last June you said?

21 A  Or last June, 2022.

22 Q  Okay.  How about the injured calf?

23 A  Same one maybe.

24 Q  Are you claiming you lost wages as a result of this

25   incident in Wright Park?

1   A   Yeah.

2   Q   How much?

3   A   I don't recall.

4   Q   Describe for me what you think you lost?

5   A   I lost out -- that's just it.  You have different cars

6       that are different commission prices when you sell them.

7       They are not all the same commission prices.  So you can

8       sell a Jeep and a truck.  Those can be two different

9       commission prices, so it's hard to say an exact number.

10  Q   How would you explain what your wage loss is because

11      that's what you are going to have to do?  How would you

12      explain what it is?

13                      MR. COCHRAN:  Objection to form.  Go

14      ahead if you can.

15                      THE WITNESS:  I wasn't able to sell

16      cars.  That was it.

17  Q   (By Ms. Cox)  And what did that amount to?

18                      MR. COCHRAN:  Objection to form, but

19      go ahead if you can.

20                      THE WITNESS:  The cars I didn't sell

21      because I wasn't able to work.

22  Q   (By Ms. Cox)  Did you lose $5,000 due to injuries from

23      Wright Park as far as wages go?

24  A   Yeah.  I lost -- yes.  I lost wages from not being able

25      to work, yes.

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 246

1   Q   How are you going to show how much you lost?

2                       MR. COCHRAN:  Objection to form.

3                       THE WITNESS:  From what I was making

4       prior to this incident.

5   Q   (By Ms. Cox)  So if we look at your Tacoma Dodge pay

6       records, as well as your federal tax records for the year

7       before and/or the month before, we should be able to

8       figure out generally what you might have been able to

9       make in July of 2020?

10                      MR. COCHRAN:  Objection to form.  Go

11      ahead if you can.

12                      THE WITNESS:  Back to my original

13      statement, all the vehicles are priced differently, so I

14      cannot say what I was going to sell and make and not

15      make.  I have never got that opportunity.

16  Q   (By Ms. Cox)  What did you make the month before at

17      Tacoma Dodge?  What did you make in the month of June

18      2020?

19  A   Eleven thousand dollars.

20  Q   And how would you show that?

21  A   It's all there in their records.

22  Q   How much did you make the month before?

23  A   I was in treatment.  Car dealerships were all shut down

24      in May.

25  Q   So you have no records as to what you might have made in

1       the three months before June because of Covid?

2                       MR. COCHRAN:  Objection to form.  Go

3       ahead if you can.

4                       THE WITNESS:  Personally, I don't have

5       pay stubs and W2s on me from years prior, but they have

6       it on record.  I think I'm -- I think I may have -- no, I

7       don't know if I have the actual pay stubs and W2s for tax

8       returns.

9    Q  (By Ms. Cox)  Well, how long were you unable to work as a

10      result of the events in Wright Park?

11   A  Oh, around 65, 70 days.

12   Q  When were you able to return to work?

13   A  September 2020.

14   Q  And remind me where you went back to work?

15   A  I don't know the exact day.

16   Q  No.  I'm sorry.  Where did you go back to work?

17   A  Oh, Tacoma Dodge.

18   Q  How much lodger did you last there?

19                      MR. COCHRAN:  Objection to form, but

20      go ahead if you can.

21                      THE WITNESS:  A week maybe.  I don't

22      know.  It was years ago.  I don't recall.

23   Q  (By Ms. Cox)  And you are saying you were not fired or

24      terminated, it was an agreed agreement between the two of

25      you, the employer and you?

1   A   It was more, sign these papers.  You haven't sold a car

2       in 70 days is what I remember the GM saying, and he was

3       Danny Pena, the manager I was talking about earlier is

4       the one that brought me into Steve Crosetti's office and

5       that's what I was told, so I signed papers and that was

6       it.

7   Q   Had you ever sold cars before you worked at Tacoma Dodge?

8   A   No.

9   Q   So that was your first car sales position?

10  A   Correct.

11  Q   Where were you working in July of 2021?

12  A   Mountain Construction.

13  Q   You were working in construction?

14  A   Yeah.

15  Q   For who?

16  A   Mountain Construction.

17  Q   Oh, sorry.

18  A   Yeah.

19  Q   Did you lose any employment opportunities independent of

20      your wage loss because of the injuries from this

21      incident?

22  A   Absolutely.  I would still be at Tacoma Dodge if it

23      wasn't for that incident.

24  Q   Any other employment opportunities that you lost?

25  A   Every job I have had up until now I can't focus.

1  Q   You can't focus, why?

2  A   Constantly thinking about cops 24/7.  When I'm working at

3      the gym, doing anything, always thinking about cops.

4  Q   Did you ever apply to be a law enforcement officer at any

5      time in your life?

6  A   No.

7  Q   Did you get arrested for obstruction or obstructing a

8      fight in Washington in March of 2016?

9  A   Yeah, I think so.

10 Q   Tell me about that, please.

11 A   What exactly happened?  I think there was an altercation

12     and the cops came.

13 Q   What kind of altercation?

14 A   I think my brother and some people got in an argument and

15     I was defending my brother and cops came and I got

16     arrested.  That was it.

17 Q   Were you drinking?

18 A   I was.

19 Q   Okay.  And is this one of your three brothers that lives

20     in Seattle?

21 A   Yes.

22 Q   How did the cops treat you during that encounter?

23 A   They were cool and arrested me and drove me around

24     Puyallup and Fife while I smoked cigarettes, talked, and

25     then took me to jail.

1  Q   Why did they drive around and let you smoke cigarettes?

2  A   **They smoked cigarettes because they are tribal cops,**

3     **that's what they do.  They drove around for a minute.  I**

4     **was handcuffed the whole time just watching them smoke**

5     **cigarettes and drove around and then they took me to**

6     **jail, but they were nice about it.  They didn't assault**

7     **me or get rough with me or nothing.**

8  Q   Which tribe?

9  A   **Puyallup.  So it wasn't actually the Fife cops that**

10    **arrested me.  It was the tribal cops because it was on**

11    **the casino property, BJ's Casino.**

12 Q   Okay.

13                          (Exhibit No. 14 marked

14                              for identification.)

15

16 Q   I'm showing your counsel, and then he will give it to

17    you, what I have marked as Exhibit 14.  I will represent

18    to you is a packet of documents.  I think it's nine pages

19    from the Crime Victims Compensation Program with the

20    state of Washington.  This was also Exhibit 5 to a

21    30(b)(6) deposition of Lieutenant G. J. Roberts of the

22    Tacoma Police Department.

23        I see you have Exhibit 14 in front of you, Mr.

24    Contreraz.  I will give you a moment to look at i, all

25    right?

```
 1                       MS. COX:  We will be off the record
 2        until he's had a chance to look at it.
 3                              (Recess 4:54 p.m. to
 4                              4:55 p.m.)
 5
 6   Q    (By Ms. Cox)  So you had a chance to look at Exhibit 14,
 7        the Crime Victims Compensation Program documents related
 8        to your claim, have you not?
 9   A    Yeah.
10   Q    Okay.  So it looks like from looking at Page 1 of Exhibit
11        14, that on or about August 19th, 2020 you applied for
12        crime victims compensation; is that right?
13   A    I did.
14   Q    What did you ask for?
15   A    I didn't ask for anything.  The doctor is the one that
16        had me fill it out.  I never knew about the program until
17        I got to the emergency room and the doctor is the one
18        that brought me this paperwork to fill out.
19   Q    Okay.  So the emergency room on July 13th, 2020, those
20        healthcare providers gave you the forms to fill out for
21        the Crime Victims Compensation Program?
22   A    Correct.
23   Q    What was your understanding of what you were applying
24        for?
25   A    They said I was going to miss work for it.  And they
```

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023                                    Page 252

1      asked me what I did and I said I sell cars and I wasn't

2      able to type on the computer and stuff this morning, and

3      they are the ones that brought me the crime victims thing

4      because they said I was going to be missing work for a

5      while.

6    Q  Was there any other reason why you agreed to make an

7      application or a claim with the Crime Victims

8      Compensation Program?

9    A  Just got out of Covid.  Didn't make a single penny

10     because the car dealerships were shut down, unemployment

11     was ending, yeah.

12   Q  How did you make the application?

13   A  How did I make the application?  I didn't make anything.

14     They already had it and handed it to me and explained

15     what it was.

16   Q  So they gave you the paper and you filled it out?

17   A  Yes.

18   Q  And then what did you do with it?

19   A  The doctor took it.

20   Q  You learned you could do this from the healthcare

21     providers from the emergency room on July 13th?

22   A  Yes.  They are the ones that presented me with that.  I

23     never seen or heard of the victims crime thing.

24   Q  Okay.  So it looks like on August 20th the personnel from

25     the Crime Victims Compensation Program sent you a letter

1        saying they needed more information; is that correct?

2    A   I don't remember.

3    Q   Okay.

4    A   I don't think I even had a -- I think I didn't have a

5        mailing address so I don't think I saw it.

6    Q   Okay.  I am going to direct your attention to the second

7        to last page, the bottom right-hand corner has your name,

8        Contreraz, and a Bates number 00057.  And the mailing

9        date up in the upper right corner is October 15th, 2020,

10       do you see that?

11   A   Yeah.  That's my address right there.  I had a mailbox at

12       the time.

13   Q   So it says 216 Puyallup Avenue, No. 104 in Tacoma,

14       correct?

15   A   Correct.

16   Q   That was your address then?

17   A   That was my mailing address, correct.

18   Q   Okay.  So you got mail there?

19   A   Yes.

20   Q   And this letter is addressed to you from Mary Peters, the

21       claims manager, says that your claim was denied because

22       they were not able to confirm that crime was reported to

23       law enforcement.  If it was reported, please provide me a

24       copy of the report, do you see that the middle paragraph?

25   A   Yes.

1  Q   And the first paragraph says, "The law requires a crime

2      victim to file a report with law enforcement within 12

3      months of the crime, or within 12 months of when the

4      crime could reasonably be reported."

5          Did I read that correctly?

6  A   Yes.

7  Q   So after you got this letter -- well, let me ask you

8      this.  It was mailed to you, did you get it?

9  A   Now that you say that, I think I got it.

10 Q   Okay.

11 A   I want to say.  It was a while ago.

12 Q   Okay.  Did you file a report?

13             MR. COCHRAN:  Objection to form, but

14     go ahead if you can.

15             THE WITNESS:  I filed the complaint.

16     I wasn't aware that I was supposed to file a report.

17 Q   (By Ms. Cox)  Okay.  After you got this letter from the

18     Crime Victims Compensation Program, did you follow up on

19     your August 27, 2020 email to TPD-IA?

20 A   No because I thought they were supposed to contact me

21     about my complaint.  I didn't know I was supposed to call

22     them or anything.  I wasn't aware of how it worked.

23 Q   Okay.  So I will direct your attention to two pages in

24     front of that, which is Bates stamped in bottom

25     right-hand corner with your name, 00055.  And it says

```
 1         "Activity log."  I will hold until you get there.
 2    A    The last page?
 3    Q    No, it's three or four pages from the last.  It's in the
 4         middle of the packet.  Look on the bottom right-hand
 5         corner for Contreraz with the number 00055.
 6    A    Oh, yeah, I found it.
 7    Q    Okay.  On the top it says "Activity log"?
 8    A    Yeah.
 9    Q    Okay.  And the create date on this note at the bottom
10         says September 1st, 2020, right?
11    A    Where are you seeing that?  Oh, right there.  Yeah.
12         Sorry.  My bad.
13    Q    So it looks like September 1st, 2020 this activity log
14         was created, correct?
15    A    Yeah.
16    Q    Okay.  And it looks like under contact name it says CV, I
17         will represent that's probably you, but we can talk about
18         that, CV calls hotline in response to crime info letter.
19         CV alleges being a victim of an assault.  Named Tacoma PD
20         Officer Christopher Bain as the offender."
21            Did I read that right?
22    A    Yeah.
23    Q    "Says he suffered a head injury, concussion, and missed
24         six weeks of work."
25            Did I read that right?
```

1   A   Yeah.

2   Q   Crime date, July 12th, 2020, 7:30 p.m. at Wright Park,

3       501 South I Street, Tacoma, Washington 98405, did I read

4       that right?

5   A   Yes.

6   Q   It says, "Further, according to CV an unnamed Tacoma PD

7       sergeant was also on scene and said he would write a

8       report of the incident but CV was not provided a report

9       number."

10      Did I read that right?

11  A   Yes, you did.

12  Q   "CV also says he sent an email to Tacoma PD Internal

13      Affairs last Tuesday, August 25th, 2020 at the direction

14      of his attorney."

15      Did I read that right?

16  A   Yes.

17  Q   Okay.  So first question, based on this phone

18      conversation that you apparently had with personnel at

19      the Crime Victims Compensation Program on September 1st,

20      2020, you said you suffered a head injury and a

21      concussion, correct?

22  A   Yeah.

23  Q   You mentioned nothing about your back, correct?

24  A   Yeah, my back was fine.

25  Q   Okay.  You also told them that it was an unnamed Tacoma

1       Police Department sergeant who was on scene, correct?

2    A   Yeah.

3    Q   You knew the police sergeant's name was Jepson, correct?

4                MR. COCHRAN:  Objection to form.  Go

5        ahead if you can.

6                THE WITNESS:  Only from a video.  I

7        didn't remember his name after the conversation at the

8        park.

9    Q   (By Ms. Cox)  You saw the video, though, at least once

10       before September 1st, 2020, didn't you?

11               MR. COCHRAN:  Objection to form.

12               THE WITNESS:  Yeah, but I wasn't

13       paying attention to his name.

14   Q   (By Ms. Cox)  So you told the Crime Victim folks that it

15       was an unnamed sergeant, but you did know his name at one

16       point?

17               MR. COCHRAN:  Objection to form.  Go

18       ahead.

19               THE WITNESS:  I know his name from the

20       video, yes.

21   Q   (By Ms. Cox)  And you are in possession of the video of

22       September 1st, 2020, correct?

23   A   Yes.

24   Q   And you took the video, right?

25   A   Yeah.

1  Q   Okay.  And you said you told the Crime Victims

2      Computation Program person on September 1st, that that

3      sergeant, Sergeant Jepson said he would write a report of

4      the incident but you were not provided a report number;

5      is that correct?

6  A   **I never said that, correct.**

7  Q   You never said this to the Crime Victim Compensation --

8  A   **No.  I never said he was going to write a report.**

9  Q   Well, where do you think this call receiver got it from?

10                     MR. COCHRAN:  Objection to form.

11                     **THE WITNESS:  Asking questions and I**

12     **was answering.  I never said any report was filed.**

13 Q   (By Ms. Cox)  Okay.  Did you say that Sergeant Jepson or

14     this unnamed sergeant would write a report?

15 A   **Nope.**

16 Q   Did you say you weren't provided a report number?

17 A   **Nope.  I never -- I said I got nothing from them and all**

18     **I did was file a complaint and send it to them and I got**

19     **no response.**

20 Q   You also apparently told the same person that you sent an

21     email to Tacoma PD Internal Affairs last Tuesday, August

22     25th, 2020 at the direction of his attorney.

23         Are you admitting or denying you made that statement

24     to Crime Victims Compensation Program personnel who took

25     your call?

1              MR. COCHRAN:  Objection to form.  And

2     if it relates to a conversation that you and I had, I

3     instruct you not to answer.

4          But with regard to the question that counsel just

5     asked, if you recall saying that go ahead and answer.

6   Q  (By Ms. Cox)  For the record, I'm not asking for your

7     conversations with counsel.  I think I was pretty clear,

8     did you tell the Crime Victims Compensation Program call

9     receiver who took this note that you sent an email to

10    Tacoma PD Internal Affairs last Tuesday, August 25th,

11    2020, at the direction of your attorney?

12  A  **I do not remember the conversation.  It was years ago.**

13  Q  Okay.  So you don't remember whether you said this or

14    not?

15  A  **I don't remember --**

16              MR. COCHRAN:  Objection to form.

17              **THE WITNESS:  -- our conversation we**

18    **had on the phone.  I can't even tell you the guy's name.**

19    **I didn't even know it was Daniel Gonzalez until I'm**

20    **looking at it right now.**

21  Q  (By Ms. Cox)  So if Daniel Gonzalez took these notes

22    based on a phone conversation with you on September 1st,

23    2020, and his notes say you told him that you sent an

24    email to Tacoma Police Department Internal Affairs last

25    Tuesday, August 25th, 2020 at the direction of your

1   attorney, you don't remember this so you can't challenge

2   Mr. Gonzalez, correct?

3                       MR. COCHRAN:  Objection to form.  Go

4   ahead if you can.

5                       THE WITNESS:  I told him I sent -- I

6   never -- I don't remember if I told him that -- I

7   remember telling him I sent something to Internal

8   Affairs.  I said I sent it in an email.  I have attorneys

9   representing me now, and I don't remember if I said that

10  the sergeant said he was going to write a police report.

11  Q   (By Ms. Cox)  Okay.

12  A   Because he asked me if I had a police report number, and

13  I said I never got anything yet.  I haven't had a call

14  back or anything.

15  Q   So now you remember that part of the conversation,

16  correct?

17                      MR. COCHRAN:  Objection to form.

18                      THE WITNESS:  Now that we are talking

19  about it, I don't remember word for word.  It was years

20  ago.

21                      MR. COCHRAN:  Counsel, do you have an

22  estimation of when you will be done?

23                      MS. COX:  Let me finish this line of

24  questioning and I can give you an estimate.

25  Q   (By Ms. Cox)  So, Mr. Contreraz --

```
 1                    MR. COCHRAN:  Well, hold on a second.
 2      I'm just asking for an estimate.  It's past --
 3                    MS. COX:  Let me finish, please.  I'm
 4      right in the middle.
 5                    MR. COCHRAN:  Okay.
 6   Q  (By Ms. Cox)  Mr. Contreraz, it looks like on September
 7      1st, 2020, based on this activity log drafted by
 8      apparently Daniel Gonzalez at the Crime Victims
 9      Compensation Fund, you told them you sent an email to
10      Tacoma PD Internal Affairs last Tuesday, August 25th,
11      2020, correct?
12   A  I remember telling him I sent something to Internal
13      Affairs.
14   Q  Okay.
15   A  And I did say I have a law firm representing me.
16   Q  Okay.
17   A  I didn't say my law firm told me to send it.  I just said
18      I have a law firm representing me.
19   Q  You remember that specifically?
20   A  He asked if I was represented by any attorneys, and I
21      said I have a law firm representing me.
22   Q  So back to the email that I'm asking you about, it looks
23      like you told Crime Victims Compensation Fund that you
24      emailed Tacoma PD Internal Affairs on Tuesday, August
25      25th, 2020, but your email, which is Exhibit 6 to your
```

1    deposition, is dated August 27, 2020.  Can you explain

2    the discrepancy?

3                        MR. COCHRAN:  Objection to form.

4                        THE WITNESS:  Probably still dealing

5    with all the head trauma, not being in a clear state to

6    think properly.

7  Q  (By Ms. Cox)  As you are making statements to people

8    about a claim for benefits, correct?

9                        MR. COCHRAN:  Objection to form.

10                       THE WITNESS:  That happened to me,

11   yes.  It physically impacted my ability to think

12   properly.  I was thinking to the best of my knowledge.

13                       MR. COCHRAN:  Okay.  Now can we go to

14   time out?

15                       MS. COX:  Yes.  I have one more

16   question on this line and we can take a break and make

17   sure there's nothing left.  Hopefully, there won't be

18   much.

19       Do you have a time constraint other than we have

20   been here for a while?

21                       MR. COCHRAN:  Seven hours under the

22   federal rule does not include breaks.  I'm estimating we

23   are at about half an hour in total breaks.

24                       MS. COX:  Maybe more than we have been

25   off the record while he's reviewing materials.

```
 1                    MR. COCHRAN:  Well, that's not a break
 2        if he's reviewing the materials.
 3                    MS. COX:  But arguably we get some of
 4        that time back.
 5                    MR. COCHRAN:  I think 5:30 would a
 6        fair estimate.
 7                    MS. COX:  I'm trying.  I'm trying.
 8   Q    (By Ms. Cox)  So, Mr. Contreraz, I think the last letter
 9        that the Crime Victims Compensation Program sent you we
10        talked about it looks like it's dated October 15th, 2020.
11        It's the second to the last page, Bates stamp Contreraz
12        00057.
13           After they denied your claim in the letter, did you
14        ever reach out to the Crime Victims Compensation Program
15        again?
16   A    I do not remember.
17                    MS. COX:  Okay.  So can we take a
18        ten-minute break and see where we are at?  I'm hoping we
19        are close to done, if not done.
20                    MR. COCHRAN:  Sure.
21                    THE VIDEOGRAPHER:  Going off record.
22        Time now is 5:09 p.m.
23                         (Recess 5:09 p.m. to
24                          5:17 p.m.)
25
```

1                        MS. COX:  We have no further

2      questions.

3                        MR. COCHRAN:  No questions.

4

5

6                             (Signature reserved.)

7                             (Deposition concluded

8                              at 5:18 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       A F F I D A V I T

2

3

4

5        I, ZIMMERI CONTRERAZ, hereby declare under penalty of

6   perjury that I have read the foregoing deposition and that

7   the testimony contained herein is a true and correct

8   transcript of my testimony, noting the attached corrections.

9

10

11

12                          _____

13                          ZIMMERI CONTRERAZ

14

15

16

17

18   Date:  _____

19

20

21

22

23

24

25

```
 1    STATE OF WASHINGTON )     I, Christy Sheppard, CCR, RPR,
                          ) ss a certified court reporter
 2    County of Pierce    )     in the State of Washington, do
                                hereby certify:
 3

 4
          That the foregoing deposition of ZIMMERI CONTRERAZ was
 5    taken before me and completed on December 4, 2023, and
      thereafter was transcribed under my direction; that the
 6    deposition is a full, true and complete transcript of the
      testimony of said witness, including all questions, answers,
 7    objections, motions and exceptions;
 8        That the witness, before examination, was by me duly
      sworn to testify the truth, the whole truth, and nothing but
 9    the truth, and that the witness reserved the right of
      signature;
10
          That I am not a relative, employee, attorney or counsel
11    of any party to this action or relative or employee of any
      such attorney or counsel and that I am not financially
12    interested in the said action or the outcome thereof;

13        That I am herewith securely sealing the said deposition
      and promptly delivering the same to Kimberly J. Cox.
14
          IN WITNESS WHEREOF, I have hereunto set my signature on
15    December 10, 2023.

16

17

18

19                              _____
                                /s/Christy Sheppard, CCR, RPR
20                              Certified Court Reporter No. 1932
                                (Certification expires 05/06/24.)
21

22

23

24

25
```

```
                     B&A Litigation Services
                  2208 North 30th Street, Suite 202
                        Tacoma, WA 98403
                          253.627.6401




Date:   December 10, 2023

To:     Loren A. Cochran
        Cochran Douglas
        2501 Fawcett Avenue, Tacoma, WA 98402

Case:   CONTRERAZ v.  CITY OF TACOMA
Cause No.:  3:22-cv-05106
Deposition of:  ZIMMERI CONTRERAZ
Date Taken: December 4, 2023

The above transcript must be read and the Correction Sheet signed within
30 days of this notice or before the trial date.  If the Correction Sheet
is not signed within that time period, signature will be deemed waived
for all purposes.

Please contact the witness and arrange a convenient time and place for
reading and signing.

After the Correction Sheet is signed, please mail the signed original
Correction Sheet to:
                        Kimberly J. Cox
                      Deputy City Attorney
                   747 Market Street, Room 1120
                      Tacoma, WA 98402-3767




Reporter: Christy Sheppard, CCR, RPR
License No.: 1932

cc: kcox@cityoftacoma.org, jtaylor@ci.tacoma.wa.us
```

```
                    B&A Litigation Services
              2208 North 30th Street, Suite 202
                    Tacoma, WA 98403
                      253.627.6401
_____

                    CORRECTION SHEET
_____


Instructions: Please carefully read your deposition and on this correction
sheet make any changes or corrections in form or substance that you feel
should be made.  You may add additional sheets, if necessary.  After completing
this form, please sign your name in the space provided.
Please do not mark the transcript.  Thank you.

PAGE #    LINE #    CORRECTION                    REASON FOR CORRECTION

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____


SIGNATURE OF WITNESS:_____
```

Contreraz vs City of Tacoma
Contreraz, Zimmeri - December 04, 2023

Page 269Index: $350..2020

**Exhibits**

**Contreraz Exhibit 1** 3:7 8:12,16, 22 81:11

**Contreraz Exhibit 2** 3:8 107:13 109:2,21

**Contreraz Exhibit 3** 3:10 107:16 110:3,4,7,22,23 124:1,5

**Contreraz Exhibit 4** 3:12 107:19 110:25 111:19

**Contreraz Exhibit 5** 3:14 112:10, 14,18 114:2 128:18 143:9 155:13,14 165:10 179:11 181:25 188:20,21 250:20

**Contreraz Exhibit 6** 3:15 144:15, 18,19 145:6 148:6,17 149:7 154:19 189:20,23 261:25

**Contreraz Exhibit 7** 3:16 189:10, 13,21 190:1,4

**Contreraz Exhibit 8** 3:18 196:5,8, 10,17,22

**Contreraz Exhibit 9** 3:19 199:24 200:3,9 202:7

**Contreraz Exhibit 10** 3:21 202:10, 13,15 203:6

**Contreraz Exhibit 11** 3:22 207:22, 25 208:1

**Contreraz Exhibit 12** 3:24 215:6, 9,10,18 219:14 222:9

**Contreraz Exhibit 13** 4:3 223:19, 22

**Contreraz Exhibit 14** 4:4 250:13, 17,23 251:6,10,11

**$**

**$350** 207:7

**$5,000** 245:22

**$500** 31:4

**0**

**00055** 254:25 255:5

**00057** 253:8

**1**

**1** 5:14 8:12,16,22 81:11 191:15 216:13 251:10

**10** 155:15 202:10,13,15 203:6 237:17

**104** 253:13

**10:00** 8:6,7

**10:02** 5:13

**10:03** 5:3

**10:30** 145:8,23

**10:33** 145:18

**10:57** 47:4,5

**11** 112:16 207:22 208:1

**11:03'ish** 47:1

**11:12** 47:9

**11:13** 47:6

**11:45** 57:1

**12** 124:1,3,6 152:16 215:3,6,10,18 219:14 222:9 254:2,3

**12:16** 100:1

**12:17** 100:21,22

**12:56** 100:23 101:1

**12th** 13:23 31:14,15 32:15 33:17 34:9 56:19 57:12 59:19,23 104:6 114:6 140:6 144:3 151:10 153:7 167:7 186:10 189:5 194:3 204:17 220:2,14 230:6,9 231:22 232:12,21 233:6 234:2,7,21 239:19 240:23 241:24 256:2

**13** 111:13 223:19,22 237:17

**13th** 59:12 96:2 101:8 102:2,10,17 103:1,21 104:3 131:5 132:1 139:11 193:3 251:19 252:21

**14** 250:13,17,23 251:6,11

**15** 23:22 133:1 233:1 237:17

**15th** 31:4 253:9

**18** 24:1 39:20 40:14 41:9,17 46:16 124:2

**18th** 174:12

**19** 23:25 209:19

**19th** 196:11,20 251:11

**1:04** 108:15,16

**1:34** 108:17,20

**1st** 52:21 255:10,13 256:19 257:10, 22 258:2 259:22 261:7

**2**

**2** 18:18 107:9,13 109:2,21 111:22 114:3 197:3 203:14,19 211:6 216:22

**2.8** 18:23

**20** 24:16 55:20,23 67:19 97:18 163:7 176:2 194:13,15

**20-1-02604-4** 215:12

**2000** 23:22 36:12

**2004** 23:24

**2010** 126:4,15 127:16,25 128:10 237:3

**2011** 53:13 243:18

**2012** 126:22 127:1,17,23,24 128:2 204:9 224:22 237:7

**2014** 42:6

**2015** 35:16 36:12 37:22

**2016** 249:8

**2018** 35:16

**2019** 35:4 36:19 48:5,8,11,15 50:1

**202** 5:20

**2020** 13:24 14:13,15 15:3 27:22 29:5,8 30:1,9 31:14,15 32:15,22 33:3,6,9,14,17,19 34:5,9 35:4 36:13 37:22 48:5,6,11,12 49:15 50:2,10, 11,16 54:2,3 55:17,19 56:7,10,12, 16,19 101:8 102:17 103:1 104:3 114:6 143:16 144:3,5,7,20 145:4,8, 18 149:8 151:17 152:16,17 153:7,12 167:17,19 168:3,4,5 170:3 171:7 172:7,12,18 173:20,25 174:12 175:4 186:10 189:5,16 190:7 194:3,11 196:11,20 199:17 201:10 204:17 206:17,18 209:12 216:8 222:2,14 230:6,9 232:8,13,16,21 233:6,15 234:2,7,17,21 235:1,19 236:11 238:15 239:19 240:23 241:8,11,20, 23,24 242:16,23 243:1 246:9,18 247:13 251:11,19 253:9 254:19 255:10,13 256:2,13,20 257:10,22

258:22 259:11,23,25 261:7,11,25 262:1

**2021** 27:15,25 125:5,25 170:8 175:8 200:5,12,23 201:16 202:17 203:17 205:1 206:1,15 208:20 210:13,21 216:19 218:13,14,19 219:3,6 223:25 224:11 228:10 232:9 248:11

**2022** 27:5,25 55:6,7 109:10,15 110:13 244:21

**2023** 5:2,13 8:7 13:13 26:3 27:5,22 29:5,9,14 38:7,19 49:7 111:14

**20th** 252:24

**21** 41:5 45:5 198:2 199:16

**216** 253:13

**22** 41:14,20 42:15,16,19 43:1 44:18 45:15 198:2

**22-ounce** 126:6

**2208** 5:2,19

**22nd** 175:8

**24** 59:18,22

**24/7** 230:4 249:2

**245** 55:15

**25th** 31:4 256:13 258:22 259:10,25 261:10,25

**26th** 202:17 203:17 205:1 206:1

**27** 143:16 144:5,7,20 145:8,18 149:8 151:17 152:17 153:12 254:19 262:1

**273** 119:7

**27th** 145:4,23 189:16 190:7

**29** 42:2

**29th** 200:5,12,23 201:16

**2:15** 141:17

**2:16** 143:3,4

**2:23** 143:5,8

**2:30** 148:25 149:1

**2:31** 149:2,5

---

### 3

**3** 107:16 110:4,7,22,23 111:22 117:18 124:1,4,5 128:17,21 143:11

**3.1** 18:19

**3.19** 18:18

**3.2** 18:14,15,19

**30** 37:12 64:11 98:24 222:17 242:17

**30(b)(6)** 250:21

**30-foot** 34:23,24 241:17

**30s** 98:21 105:10,11

**30th** 5:2,19 110:13

**311** 152:22,25 153:3,4

**320-pound** 243:24

**35-year-old** 204:6,8

**356** 169:7

**365** 231:16

**37th** 13:3

**38** 15:10

**3:11** 181:18,19

**3:17** 181:20,23

**3:22-cv-05106** 5:18

---

### 4

**4** 5:2,13 107:9,19 110:25 111:19,22 124:1

**4.1** 114:2,5,11 116:9

**4.10** 135:15,25 140:21

**4.11** 143:11,16,23

**4.4** 117:17,23

**4.5** 119:4,11,18 121:1

**4.6** 122:14,17 128:7

**4.7** 128:15,20 129:5

**4.9** 132:8

**40** 98:23

**40s** 98:21

**45** 60:16 222:17

**4:08** 223:10,11

**4:14** 223:12,15

**4:54** 251:3

**4:55** 251:4

---

**4th** 8:7 208:20 216:18 223:25 224:11 228:9

---

### 5

**5** 112:10,14,18 114:2 124:3,6 128:18 143:9 155:14,15 165:10 179:11 181:25 188:21 250:20

**5.10** 165:10,17 166:17

**5.15** 179:11,14

**5.18** 181:25 182:3

**5.4** 155:14,18 156:4,14 157:8 158:7 159:18

**5.7** 160:11,16 161:8

**5.8** 161:23 162:1

**50** 63:3 183:13

**501** 256:3

**5601** 13:3

**5th** 31:6

---

### 6

**6** 111:7 144:15,19 145:6 148:6,17 149:7 154:19 189:20,23 261:25

**65** 247:11

**6th** 109:10,15

---

### 7

**7** 111:8 179:12 181:25 189:10,13,21 190:1,4

**70** 247:11 248:2

**7:00** 104:2

**7:30** 104:1 256:2

**7:33** 204:17

**7th** 173:20

---

### 8

**8** 196:5,8,10,17,22

---

**9**

**9** 199:24 200:3,9 202:7

**9.94A.535** 218:6

**9/19/85** 15:12

**906** 13:17 170:16

**911** 8:19 151:13 171:2 172:8 175:9, 22

**98405** 256:3

**A**

**A-S-H-L-E-Y** 190:11

**a.m.** 5:3,13 8:6,7 47:4,5,6,9 131:6,7 145:8,18,23

**ability** 17:6,12 165:23 239:2 262:11

**absolutely** 94:11 140:12 155:4 163:4 168:21 169:24 172:5 174:19 180:19 187:19 222:20 248:22

**accept** 26:14,15

**access** 79:1

**accident** 126:22 127:10,13,19 168:9 204:9 209:18 224:22 232:16 233:14 234:6

**accidentally** 93:7

**accomplish** 74:11

**accurate** 109:21 110:23 111:20,23 149:10 156:21 159:2 176:10,14 190:2 192:1

**accurately** 114:11 129:5 135:25 165:17 191:2 228:5

**accusations** 164:8

**acknowledge** 129:1

**acknowledging** 162:19,23,24

**acknowledgment** 143:21

**Act** 218:7,24 220:8,10

**acted** 183:18

**action** 210:11

**actions** 132:10 162:3,4

**activities** 238:5,6 239:1,5

**activity** 199:2 255:1,7,13 261:7

**acts** 161:23

**actual** 9:17 243:19 247:7

**address** 13:2,14 132:9 135:23 253:5,11,16,17

**addressed** 253:20

**ADHD** 17:1,4,12

**Administration** 208:6

**admitting** 258:23

**adopted** 7:25 21:14,20,21 23:9

**adoptive** 23:18,20,23 24:7 25:3

**adult** 23:12

**advanced** 17:15

**Advil** 125:18

**advise** 129:7,10

**advised** 118:15

**Affairs** 143:18 144:1 145:4 146:7 147:1 256:13 258:21 259:10,24 260:8 261:10,13,24

**affected** 166:13

**affirmed** 111:23

**afraid** 211:20

**age** 21:18 39:20 41:9,17 43:1

**agencies** 50:18

**agency** 28:5 198:14 208:7

**ages** 98:20

**aggravated** 123:14,20 124:17 126:25 128:8 231:1

**aggravation** 127:25 128:8 166:11 231:19

**aggressive** 73:21,22 74:6,8,16 76:12 88:11,19 89:6 106:11 172:2

**aggressively** 88:8,16 183:24

**agree** 11:1 30:20 56:20 94:4 185:18 186:5,9,13,22 218:5

**agreed** 211:25 247:24 252:6

**agreement** 102:12 103:2,6 220:7 247:24

**ahead** 9:17,18 10:4 12:18 17:9 19:8 21:10 23:3 30:22 32:17 33:22 40:4,9

42:21 43:7 44:8,20 45:10 46:4 49:20 50:6 51:1,14,23 56:2 58:18 60:23 61:4 67:25 68:12 75:18 78:13 86:4, 9,16,21 87:2 88:4,14 89:5,17 90:6 95:19 96:25 97:7,16 100:2 101:14, 22 103:4,11 105:9 106:1,13 110:1 114:17 115:9,17,21 116:17 117:6 118:6 120:3,24 121:10 128:18 134:5,21 136:14 138:17 139:13 141:11,17 144:9 147:22 148:15 151:7 156:24 157:24 163:20 166:8 168:16 176:16 177:9,22 179:25 180:22 182:13 184:25 187:11 191:23 194:22 199:8,22 201:20 206:11 213:7 216:11 219:21 221:14, 24 228:12 231:5 232:10,23 233:17 235:21 245:14,19 246:11 247:3,20 254:14 257:5,18 259:5 260:4

**ahold** 151:13 153:18 177:10 206:22

**aid** 130:13

**air** 68:7 70:11 234:14

**alcohol** 22:25 23:5 43:22 59:23 209:19 242:7,11,13,18

**alcoholic** 43:17

**alerted** 211:21

**alive** 23:18 24:24

**allege** 179:21

**alleged** 129:3

**allegedly** 16:21 114:7 116:10 117:19 134:17 188:18

**alleges** 255:19

**allowed** 146:4 167:17 171:21

**alter** 239:5

**altercation** 249:11,13

**amended** 9:3 216:17 217:6,10

**Amendment's** 155:23

**American** 18:2 113:6,24 183:11,19

**amount** 162:13 245:17

**and/or** 166:20 246:7

**Android** 153:21

**anger** 241:18,21 242:22 243:2

**angry** 241:14

**anguish** 165:15 166:18,20 168:12



**announced** 195:24

**answering** 258:12

**answers** 93:25 109:6 110:6 124:2,5

**antagonistic** 106:11

**anti-anxiety** 212:21

**anxiety** 176:10,14 212:7

**anymore** 240:17,18

**anyone's** 159:23 207:16

**apartment** 14:4,18 26:19 52:7,8
57:17 170:6,7,11,15 206:24

**Apologies** 187:17

**apologize** 99:10 111:6 240:21

**apparent** 211:17

**apparently** 256:18 258:20 261:8

**appeal** 222:16

**appearance** 186:1,6,10

**appeared** 5:4

**appearing** 82:8

**appears** 11:11 110:11 150:9 200:13
208:19 211:6 217:20 219:14

**application** 252:7,12,13

**applied** 38:25 70:23 71:11,15
251:11

**apply** 249:4

**applying** 251:23

**apprehension** 161:25

**approach** 63:14 141:8

**approached** 61:23 62:18 63:16
64:12,20 70:13 76:20 119:7,13
141:4,14 142:1 201:10

**approaching** 60:20,24

**April** 33:3,10 48:6 111:13 167:19
168:10 171:7 175:8 209:12 216:8
232:16 233:14 234:17 241:8,11,20,
23 242:15

**area** 14:8 79:20 81:24 123:2

**argue** 76:6,10,13 87:10

**arguing** 159:13,17 170:12

**argument** 249:14

**Argumentative** 121:10

**arising** 216:7

**arm** 71:13 79:11 80:6,12 81:1,20
82:1 83:16 94:24 120:10 160:5,6
232:17 234:5,9,18

**arms** 71:13 72:22 86:11 89:2 96:20
131:5 132:3 233:21

**arrest** 41:6 42:25 44:9,16 45:2,12
47:11 49:23 172:17,24,25 209:10

**arrested** 40:24 41:11,15 42:18
43:22 45:19 47:18,22 48:3,18 49:11,
12,21 50:3,8,11,15,18 171:3,11
172:1,13 173:4,18 174:3 184:18
215:2 221:19 222:5 249:7,16,23
250:10

**arrests** 39:20,24 40:5,11,24 41:8,
17,21 46:16 47:16,20 49:9 50:20

**arrive** 175:20

**arrived** 137:7 175:23

**articulate** 212:15

**artist** 229:21

**arts** 195:1

**Ashley** 190:10,15

**assault** 48:11 135:19 167:20 171:8
197:10 198:18 209:12,13 211:4,11
213:4,24 214:9 216:8 217:2,16
220:1,14,16 232:16 237:10 241:8
242:15 250:6 255:19

**assaulted** 44:12 46:6 115:25
197:16 199:14,20 213:9,16,19 237:4

**assaulting** 73:12 82:19 165:5
185:15

**assaults** 197:14 237:13,15

**assessment** 191:5,9 201:4

**assign** 234:23

**assigned** 6:22 209:3

**assist** 209:25 210:9,14 220:16

**assume** 11:8 28:24 34:4

**assuming** 55:16

**assure** 211:24

**assured** 135:22

**ATI** 200:4,17,22

**ATO** 200:11

**attaching** 111:22

**attack** 75:22,25 122:20 126:15
132:12 135:21 150:6

**attacked** 156:3 158:8,17,21 159:9

**attempt** 15:23 151:9

**attend** 210:25 212:14

**attended** 211:2

**attention** 43:9 56:18 74:13 87:24
110:10 114:1 117:17 119:4 122:14
128:15 135:15 143:11 149:14
155:13 159:6 163:1 165:10 176:12
181:24 191:4 197:3 201:2 203:14
224:13 253:6 254:23 257:13

**attorney** 6:20 9:21 12:25 107:23
109:9,13 110:11 112:13,17 144:18
145:16 146:8 189:17 196:9 200:6
202:14 210:7,10 214:4 222:14,20
256:14 258:22 259:11 260:1

**attorney/client** 9:16 148:8 150:12

**attorneys** 209:9 214:3 222:22 223:4
260:8 261:20

**ATV** 126:22 127:3,8,10,19 204:9

**Auburn** 174:23

**August** 143:16 144:5,7,20 145:4,8,
18,23 149:8 151:17 152:16 153:12
170:10 172:7 196:11,20 216:18
251:11 252:24 254:19 256:13
258:21 259:10,25 261:10,24 262:1

**Authority** 125:8 188:23 189:5,15
190:6,17 196:11,19 202:16 203:8,16
219:7 234:25 241:7 242:20

**auto** 150:20,22 151:2,4

**automatically** 154:2 166:25

**availability** 26:14

**Avenue** 14:3,18,22 207:6 253:13

**average** 32:14,18 56:6

**avoid** 169:22

**avoidance** 168:22 178:11

**aware** 9:11 60:13 151:25 169:2,7,18
184:19 212:13 221:16 254:16,22

**awkward** 24:9



## B

**B&a** 5:23

**baby** 22:2,10,23

**back** 15:19,21 18:11 33:11,13 47:8
57:17 61:17 62:3,6,11 63:9,22
64:11,19 65:20 72:23 76:9 78:2
79:11 81:7 82:5,14,23 83:14 84:2
85:21 86:2,13,17,18 87:7,24,25
88:2,6,9,10,17,18,24,25 89:1,2,15
91:7 94:13,17,19 95:9,10,24 96:10
97:2,3,9,19 98:3,7,9 99:4,6,9,23,24,
25 100:8,12,25 101:8,10 102:2,3,5,
11,13,17 103:13,14,16 108:19 111:7
113:20 120:22 121:21 126:6,10
132:24,25 133:23 142:23 143:7
149:4 151:2 153:25 154:4,11 157:3,
4 158:5 159:12 161:6,7 162:14
164:2 179:11 181:22 193:18 197:21,
23 223:14 236:7 237:1,9 246:12
247:14,16 256:23,24 260:14 261:22

**backtrack** 101:4

**backward** 99:21

**backwards** 77:20,21 78:7 79:13,24
80:1,10 81:7,17 92:24 93:8 160:25
161:1 186:21 201:12,17 244:3

**bad** 46:9 80:19 147:19 157:14
255:12

**badge** 70:18,20 87:5,12,15,21 119:7

**bags** 234:14

**Bain** 8:9 64:22 65:1,4,5,14 66:2,17,
23,25 67:2,21 70:6,10 76:5,6,10,18,
21 78:19 82:5,12 83:4,20 84:2
85:11,16 87:6,9,10,18 91:2,23 92:23
94:15 95:16 96:6 97:13,19 98:2,9,12
99:7,9,10,21 101:7,12,24 104:3
118:23 119:7,13,18,23 120:5,9
121:20 122:20 132:10,11 133:18
134:2,17 135:3,10,20,24 149:16,20
150:6 155:22 156:3 158:1,5,8,11,18,
21 159:9 160:12,18,19 161:8,19,23
162:4 163:13,16 164:14 167:1
179:15,22 180:14 183:18 255:20

**Bain's** 135:21 162:16 165:13 179:17

**bald** 65:3 167:1 169:6 225:15

**bar** 43:2 126:8 199:12 237:9

**barley** 142:22

**bars** 43:20

**baseball** 186:19 188:8

**based** 37:11 42:25 182:4,9,22 183:1
184:1,2 256:17 259:22 261:7

**basically** 9:7 10:6,23 12:10,21
17:17 26:15 30:15 31:20 43:2,8
54:9,14 67:22 68:3 83:8,25 88:10
89:2,19 91:11,25 101:15,19 106:16,
17 110:3 140:20 150:24 151:3
152:2,15 159:23 160:4 169:3,17
170:21 180:25 221:4 236:7 238:11
239:10

**basis** 26:10 38:14 56:21 121:13
169:3 207:16 235:24 243:11

**basketball** 240:4 244:4

**Bassett** 5:21

**Bates** 253:8 254:24

**bathroom** 46:25 219:10

**beautiful** 225:3

**Becca** 20:3,4

**Becca's** 20:4

**beer** 126:6,10,18,19 237:1,6,8

**begin** 8:6

**beginning** 36:19 168:4

**behalf** 5:23 229:3

**behavior** 163:18

**Behavioral** 208:6

**belief** 89:10

**believed** 199:19 242:22

**Belknap** 113:8 183:4,5,10

**bell** 85:1 244:9

**Bellevue** 50:19 172:14 174:3,7,15,
20,25

**belong** 183:7

**belongings** 175:25 176:1

**bench** 61:5,22 62:7 63:3,10 64:16
201:12,17,25 202:1 204:18

**bend** 79:1

**benefit** 212:21

**benefits** 39:1 262:8

**beverage** 43:16

**biases** 212:14

**big** 104:18 153:19 185:11 241:17

**bilateral** 233:22,24

**Billings** 15:16,17,18 16:1,3 22:1
23:17 24:24 41:7,18 44:18 45:5,14
53:5 126:14 196:4

**biological** 20:15,17,25 22:16 23:6

**birth** 8:2

**birthday** 8:1 15:11

**bit** 10:22 94:1

**BJ's** 250:11

**black** 73:11 82:18 104:18 113:3,5,
23,25 114:8,21,25 115:2,6 116:14,
23 117:4,10,20 118:2,12,16,19
119:1 164:20 171:6 183:19 184:10
185:8,9,18,20 187:8,20 188:4
226:19

**blank** 208:12

**blanks** 208:11

**block** 14:2 201:3

**blood** 209:19

**blow** 64:7,9 66:9

**Bluetooth** 68:15

**body** 56:3 74:1 79:8,11,14 83:11
93:8,12 99:22 100:14 119:24 195:4

**bold** 224:14,17 227:21

**bones** 92:18 123:10,11 126:19
193:12,14,15 224:23

**born** 21:19 22:25

**bottle** 237:2,6,8

**bottom** 90:19 93:15 143:12 149:15
155:15 196:24 216:13 224:13 253:7
254:24 255:4,9

**bounced** 204:23 205:3

**box** 34:23,24 201:6

**boyfriend** 20:8

**Bozeman** 41:16 42:19 197:25
198:15 199:15 213:15

**brain** 238:8

**Braxton** 175:10 207:1,2

**break** 11:12,14 46:11,22 47:10,14
100:3,5,18 101:2 108:21 141:17
142:19 181:12 219:10 223:6 237:21
262:16

**breaking** 100:2 231:2

**breaks** 11:11 207:19 262:22,23

**breath** 197:1

**breathe** 239:23

**breathing** 225:20 243:13

**briefly** 58:22 60:16

**bright** 104:17 238:9

**bring** 160:6

**brings** 150:21

**broke** 126:18,19 131:4 224:23
237:22 239:21,24

**broken** 236:21,23 237:5,19

**brother** 24:11,12 249:14,15

**brothers** 20:15,25 21:4,8 249:19

**brought** 248:4 251:18 252:3

**Brown** 105:4

**buff** 104:18

**build** 55:25 56:3,4,9

**building** 14:4,6

**buildings** 37:1,5

**built** 185:11

**bullet** 133:7,9

**bump** 77:6

**bunch** 20:15 207:19 226:19

**Burned** 36:5

**burns** 99:3

**business** 19:14 25:24 30:5 33:11
34:16 38:1,21 39:17

**butt** 71:16 72:20 78:15 81:13 90:19
95:5

**button** 146:11

**buy** 29:18 170:20

---

**C**

**C-1** 123:12

**C-3** 123:12

**C-H-A-C-K-O** 124:13

**C-L-A-U-D-I-U-S** 7:5

**C-O-N-T-R-E-R-A-Z** 7:5

**C1-c3** 126:1 204:9

**cage** 193:24 194:7,14,17,19,23
195:10,15,19 196:3 197:10

**calf** 244:8,10,22

**California** 42:11,12

**call** 7:9 10:22 26:13 114:7,14,19,21,
24 115:12,13,19 116:5,10 129:3
130:11 143:20 151:12,14,15,16
152:17,23 153:9 157:6 170:25
171:19 175:11,22 177:11 227:3
254:21 258:9,25 259:8 260:13

**called** 31:23 32:5,10 44:11 57:16
73:10 74:18 77:14,18 105:13,21
130:13 163:9 164:10 170:22,23
171:2 172:8 173:6,7,11,25 175:8,13
195:20,22 206:25 208:25 225:17
228:3

**calling** 29:18 86:23 99:19 104:10
105:16 106:3 157:7

**calls** 255:18

**calm** 174:17

**calves** 92:18

**camera** 81:11

**cap** 188:8

**capacity** 19:12 31:11

**capital** 205:15

**Capitol** 20:24

**capture** 12:5

**captured** 11:24

**car** 28:25 30:6,11 51:3,4 57:2 61:11
115:24 166:24 167:10,12 168:6,7,9
173:12 174:23 175:6 197:21,23
198:20 207:11,13 212:8 225:4,17
228:1 233:14 234:6,13,17 246:23
248:1,9 252:10

**card** 131:24

**care** 21:15,24 22:2,10 25:10 98:12
122:21 129:4,14,18 130:5,15,17
200:5,11,16 241:10

**career** 19:9

**carpenter** 36:24,25

**carries** 10:19

**carry** 69:19

**cars** 28:24 29:1,2,3 31:11 61:6,8
62:8 63:7 65:7,24 97:2 102:25 169:5
175:5 225:14 245:5,16,20 248:7
252:1

**Cascade** 34:13,15,16 35:3,5,7,11,
12,13 36:9,14 69:11 205:14 241:12

**case** 5:18 6:22 8:8 112:5 179:7
214:6 216:7 218:14

**casino** 250:11

**Casper** 32:5,6

**catch** 8:20 16:2 195:21

**catching** 18:4

**caused** 18:6 161:3 162:20 163:1,12
169:17 199:5 209:18

**causing** 161:9

**CCR** 5:4

**cell** 64:2,4 68:8 133:22,25 134:13,15
146:13 155:7 171:1 177:13 230:18

**Center** 172:16 241:2,3,8,25 242:3,4,
5,19

**certification** 28:11

**certified** 5:4 6:10 28:20

**Chacko** 123:22 124:8,20

**chain** 80:3,4

**chains** 80:10

**challenge** 260:1

**challenges** 242:11

**chance** 8:23 203:6 215:24 219:9
251:2,6

**change** 51:11,21 106:21 109:23
116:8 149:12 212:17

**changed** 57:17 151:4 219:16
221:11

**charge** 87:8 217:9 219:15

**charged** 48:10,15 198:3 209:13
217:2 219:15

**charges** 44:14 198:10 213:24

220:19 221:8,11

**charging** 216:17 217:6

**chart** 189:15 190:5 196:11,19 197:3
200:11 202:17 203:8,14 223:24
224:10

**chat** 171:13,14,17

**check** 70:1

**checked** 69:12 173:16

**checking** 98:18 211:22

**checks** 70:3

**Cheney** 93:1 99:6,7,9 100:17
104:10 105:12,15,16,24 106:3,4,7

**chest** 77:2,9 81:2,21 82:1 83:17
120:11 160:5

**chests** 77:6

**child** 21:16

**childhood** 193:23

**children** 19:21 25:3,4

**chipping** 120:11

**Chrissy** 60:11 84:25 140:22

**Christina** 60:11

**Christopher** 8:9 119:7 160:12,18
161:8 167:1 179:15,22 255:20

**Christy** 5:3,22

**chronic** 243:3,7,12

**chronically** 243:5

**chuckled** 104:20

**cigarettes** 249:24 250:1,2,5

**circle** 135:9

**circled** 64:17,18

**citizen** 180:15

**citizens** 84:23 96:8 97:5,9 102:7

**city** 5:16 6:3,5,20 8:8,9 37:12 39:10
41:6,15 87:23 107:14,19 109:4
110:4 111:1 152:5,9 153:2,5,19
179:14,21 180:15 198:16

**City's** 107:17

**claim** 50:23 251:8 252:7 253:21
262:8

**claiming** 244:24

**claims** 253:21

**clarification** 121:17

**clarified** 51:19

**clarify** 97:13

**class** 182:4,9,15,22 183:1

**classes** 17:15,16,17 28:18 44:22,25
45:3,4,6,25 241:19 243:2

**classmates** 17:14

**Claudius** 7:4

**cleaning** 198:12

**clear** 34:9 82:15 105:17 138:25
164:24 212:11 233:5 259:7 262:5

**cleared** 158:2

**client** 178:2,10

**Clinic** 126:14 234:22 241:1

**clock** 58:9 131:11

**Clocked** 57:1

**close** 14:19 18:18 21:4,6,7 68:2
71:22,25 74:1 75:12 149:21 160:7,8
188:9

**closed** 32:25 33:5,8,9 207:18

**closely** 76:17

**closer** 133:24

**clothes** 57:18

**clothing** 132:3

**clue** 65:7 171:6

**co-workers** 58:6 131:9

**Cochran** 6:1,2 9:15 10:3 12:15
16:17 17:8 19:7 21:9 22:3,12 23:2
30:21 32:16 33:21 40:3,8 42:20
43:6,11 44:7,19 45:9 46:3,11,14,24
47:2 49:19 50:5,25 51:13,22 56:1
58:17 60:22 61:3 67:24 68:11 71:7
73:17 75:17 78:12 85:14 86:3,8,15,
20 87:1 88:3,13 89:4,12,16,23 90:5
95:18 96:24 97:6,15 98:13 100:1,6
101:13,21 103:3,10 105:2,8,25
106:12 109:25 110:12 114:16 115:8,
16,20 116:16 117:5 118:5 120:2,14,
23 121:3,9,13,18,24 122:3,8 129:20,
25 130:3 131:18,22 134:4,20
136:13,18 138:7,16,24 139:7,12
140:7,11,14,16 141:10,16 142:12,21
144:8,23 145:1,16,25 146:1 147:16,

21 148:1,7,14 150:11,18 151:6,20,
23 152:6 154:5,9,25 156:23 157:23
158:22 159:3,10,15 161:2,11,16,20
162:6,12 163:19 164:3,6,9,15,18
166:1,7 168:15 169:11,13 172:6
176:15 177:8,15,22 178:4,13,15
179:24 180:17,21 181:4 182:12,17,
23 184:5,24 185:19,24 186:2,8,11
187:10,15,17,24 188:5 189:19,22,25
190:25 191:22 192:6,16 193:5,11
194:21 196:13,16 199:7,21 200:7
201:19 202:18,22 203:1,4 205:25
206:10 209:21 213:6 214:18,22
215:14,18 216:10 217:22 219:9,12,
20 220:4,22 221:1,13,23 222:6,24
223:1,8 226:3 227:10,19 228:11
229:1 231:4 232:22 233:16 234:11
235:20 236:12 245:13,18 246:2,10
247:2,19 254:13 257:4,11,17 258:10
259:1,16 260:3,17,21 261:1,5 262:3,
9,13,21

**Cochran's** 109:13

**cocked** 133:11

**cold** 29:18 131:2

**collapse** 243:17,20

**collapsed** 197:9 243:14,15 244:2

**collar** 79:19,20 81:23

**colleague** 6:22

**collect** 177:19

**collected** 153:2 175:24 176:1

**collecting** 152:15

**college** 15:14,19,22,23 18:6,21,22,
24 19:4,6,13 26:22

**collision** 127:4,9

**color** 99:1 184:1,2,4

**comfortable** 71:6 171:25

**comment** 87:9,20 97:14 101:4
104:16,23 152:23

**comments** 70:11 84:11 104:12
106:5 168:12

**commercial** 37:3,4,5

**commission** 30:12,14,15,19,23
245:6,7,9

**Common** 20:21

**communicated** 229:3,10,24



**communicating** 171:23

**communication** 12:17 230:3

**communications** 9:17,21 148:2,8
150:12

**community** 44:10 214:24 215:3

**commute** 37:16

**commuting** 37:14

**companies** 39:13

**company** 27:9,11,24 28:17,20,22
29:11 37:7 39:15

**compelling** 218:7

**compensation** 250:19 251:7,12,21
252:8,25 254:18 256:19 258:7,24
259:8 261:9,23

**competency** 208:7 210:3,19 217:5
218:12,15,19 221:8 224:6

**competent** 210:9 218:13 220:16

**complain** 232:18 234:7,13

**complained** 234:2

**complaint** 111:25 112:9,15,19,23
117:18 128:7,18,21 137:5,11
139:11,19,20 143:22 144:2 145:3,17
152:23 155:14 157:7 232:20 254:15,
21 258:18

**complaints** 232:12,15

**completed** 192:24 218:18

**completely** 92:4,5 93:18

**complex** 52:7,8

**complexes** 26:19

**comply** 49:14

**comprehensive** 179:4,7 206:22

**Computation** 258:2

**computer** 58:9 131:2 252:2

**computers** 132:2

**concern** 199:5

**concerned** 167:14 211:18

**concerns** 224:18

**concluded** 210:13

**conclusion** 187:22,23 188:1

**Conclusions** 215:12,25 216:6

219:14

**concrete** 225:9 227:6,7,11 228:20

**concussion** 123:5,7 165:20 166:10
225:13 230:24 231:3 255:23 256:21

**concussions** 193:23 194:2,5,7,11
232:25

**conditions** 49:15 243:3,7,12

**condoned** 178:3

**conduct** 41:12 42:25 43:3,23 44:14,
17 45:19 165:13

**confined** 225:19

**confirm** 131:16,20 253:22

**confronted** 204:19

**confused** 106:24 107:1,2

**connected** 211:20

**consciousness** 194:10

**consist** 190:4

**consistent** 218:22

**consisting** 189:15

**consists** 200:12

**Constant** 126:16

**constantly** 225:14 249:2

**constitutionally** 179:18

**constraint** 262:19

**construction** 36:15 248:12,13,16

**consumed** 43:21 59:23 144:14

**contact** 22:8,15 24:18 32:11 42:19
45:21 55:2,4 72:25 106:19 138:12,
13,23 139:2,6 144:2 151:10,25
153:5 161:6,25 162:5,11,16 163:18,
21,22 172:16 173:1 178:9 179:2
180:3 209:8 254:20 255:16

**contacted** 45:14 57:25 60:1,8 82:21
116:21 142:9 186:14,22,25 187:3,6
230:14

**contacting** 59:18,22 156:11

**contacts** 175:3

**contained** 109:21 110:23

**context** 11:16 94:12 192:8

**continue** 236:7

**continued** 163:23

**continues** 235:24 236:5

**Contreraz** 5:5,15 6:9,18 7:4,6,24
8:23 9:5 10:7 12:12 13:2 19:19
21:22,23 23:9,14 24:5,8,21,23 25:20
34:7 38:25 47:10 55:12 60:19 87:24
101:2,7 108:21 110:8 112:9,19
119:5 121:20 122:15 128:25 129:2
132:11 135:17 143:10 145:17 149:6
155:12 156:1,19 160:13 179:11
181:24 182:4,21 190:2 195:24
196:18 200:10,16 203:12 208:13
211:7 215:17,21 216:1 223:16 224:2
229:2 243:3 250:24 253:8 255:5
260:25 261:6

**Contrerazes** 25:14

**conversation** 11:17,21 31:20 72:11
73:6,7 104:22 156:1,6,9,14,15,17,
20,22 157:4,6,7,8,10 158:3,16,20
159:5,8 228:14 256:18 257:7 259:2,
12,17,22 260:15

**conversations** 9:20 11:19 12:16
73:7 146:2 157:16 159:11 259:7

**convicted** 40:13 214:7,8

**conviction** 48:19 214:17

**convictions** 39:20 40:16,22 49:9
50:20

**convinced** 53:8,10 54:10 212:9

**cool** 249:23

**cop** 43:14 61:6,8,11 65:7,24 72:7,9
73:25 156:10 165:7 169:5 174:7
175:5 227:25 228:7

**cope** 218:21

**cops** 61:20 62:9 63:4 64:23,24
66:24 70:22 71:13 72:10 96:10
115:22 141:3 151:14,15 166:23,25
167:4 173:2,6,7,11,25 176:12
206:25 230:5,6 249:2,3,12,15,22
250:2,9,10

**copy** 112:15 144:19,24 145:24
146:8,12 155:8 189:17 196:14 200:8
202:18 215:14 253:24

**corner** 74:24 111:8 253:7,9 254:25
255:5

**correct** 8:3 9:5,6,8 11:9,10 13:15,
19,24,25 14:16,17,25 17:19,23,24
18:5,11,12,20 21:1,16,17,23 22:16,
24 23:10,11,13 24:22 25:6,19 26:4,



9,21 27:3,18,21 28:2,6,24,25 29:4
30:4,18 31:3,17 33:4,11,12,15,18
34:5,6,25 35:6 37:18,25 38:8 41:3
42:8,17 45:8,13,15,16 48:2,6,7,9,12,
13,22,25 49:8,12,13 50:12,17 52:16
54:6 55:18 57:5,13 59:11 61:24
62:1,4 63:10,17,21 64:14 65:16
66:6,18 67:4,6,12,13 68:5,6 69:1
70:7,15,19 72:19,20,23 74:17,22
75:8,11,15 76:19 78:8,17 80:11 81:5
82:9,22 83:9,10,12,15,18,19 84:12
90:12,20,21,23 91:20 100:11 105:22
109:7,18,19 110:16 111:3 115:15
117:14,16 120:7,22 121:14,23
122:1,16 123:6 126:2 127:5,6,7
128:21 129:6 131:6,19,24 132:7,15
133:6,10,16,19 135:1 136:6,9 137:1,
9,11,12,13,15,16,17 139:11 140:10,
25 141:12 142:11 144:4,6 145:11,
12,20,21 146:8,9,15 149:8,9,11
150:8,15,22 151:2,4,8,11,24 152:18,
19,20 153:25 154:4,20,24 156:5,7,
22,25 158:6,18,19 159:19,20 160:17
161:15 164:1 165:18 166:18 167:8,
9,12,15,16 168:8,10,11 171:8,9,10,
13 172:4,10 173:13,19,20,24 174:1,
2,11,21 175:14,21,25 176:1 180:8
187:9 188:23 190:17,18,19 191:21
193:4,9 195:5 198:7 199:18 200:25
205:5,6,23,24 206:19 207:2,3,14
208:20 209:13,16,20,23 210:1,11,
15,16,19,20,25 213:5 217:3,7,14,21
219:19 220:2,20,23 221:9,12 222:5,
23 224:2,3,5,19 225:22,24 226:2,13,
15 227:4 228:6,10 234:8 235:8
237:12,20 241:5 242:9,10,16,17
248:10 251:22 253:1,14,15,17
255:14 256:21,23 257:1,3,22 258:5,
6 260:2,16 261:11 262:8

**corrected** 154:8,17,19,21,22

**correctly** 117:23 118:4,8 122:13,22
128:6 132:14 143:23 149:23 150:7
156:4 160:16 162:1 182:6 191:18
197:12 201:13 204:11,15,20,24
212:2,24 216:20,25 218:25 220:11
224:25 225:10,21 226:21 254:5

**cost** 169:8,10

**counsel** 5:24 8:17,19 12:13 80:17
208:2 215:9 223:23 250:16 259:4,7
260:21

**counsel's** 8:21

**counseling** 240:22,24,25 241:20,24
242:2

**counselor** 224:8

**counselors** 226:14,20

**count** 105:18

**counter** 232:3

**country** 115:14

**county** 39:11 41:6,7,15 44:10
172:15 179:6 198:11 210:17 215:11

**couple** 35:19 91:25 100:4 109:1
222:8 231:8,21,25 232:1 233:20
235:25 238:22 239:17

**courses** 19:13

**court** 5:4,17,22 6:10 10:10,12,14,20
11:24 12:5,8 44:21 48:20,21 49:1,
11,24 54:11 112:1 113:22 177:21
178:3 209:1,8,9,24 210:17 212:6
214:11,13 215:11 220:15,19 221:3,
4,19 222:12 225:18

**courthouse** 14:24 198:12

**courts** 211:19,20

**cousin** 205:20 206:4

**covered** 92:10

**Covid** 32:19,25 33:9 207:17 214:4
242:1,2 247:1 252:9

**Cox** 6:3,4,15,19 8:18,21 9:19 10:7
12:22 16:20 17:11 19:10 21:12 22:6,
15 23:6 30:24 32:20 33:24 40:5,11
42:23 43:9,16 44:9,24 45:11 46:6,
12,15,21 47:1,10 49:23 50:8 51:4,
16,25 56:5 58:21 61:1,8 68:3,15
71:11 73:22 75:24 78:15 81:1 85:16
86:6,13,19,24 87:4 88:7,19 89:7,14,
20,25 90:10 95:23 97:4,11,20 98:17
100:4,7,18 101:2,18,24 103:7,18
105:7,12 106:5,18 108:12,21 110:3
114:20 115:11,18 116:2,20 117:9
118:8 120:5,16 121:1,7,11,16,20
122:2,6,10 129:23 130:2,5 131:20,
25 134:9,23 136:16,22 138:10,20
139:4,10,16 140:9,13,15,19 141:13,
18,20 142:14,19,22 143:1,9 144:12,
25 145:2 146:6 147:17,24 148:5,11,
17,23 149:6 150:14 151:4,9,22,24
152:8 154:7,12 155:2 157:1 158:4,
25 159:7,13,18 161:5,13,18,22
162:9,15 163:25 164:5,8,12,17,24
166:2,9 168:19 169:12,15 172:7
176:18 177:10,19,25 178:5,14,16
180:4,20 181:1,7,12,15,24 182:16,
19 183:1 184:8 185:4,22 186:1,5,9,

13 187:13,16,22 188:3,7 189:21,23
190:1 191:1,25 192:10,17 193:8,13,
19 194:25 196:15,17 199:10 200:2,9
201:22 202:20,25 203:6 206:1,14
209:24 213:9 214:25 215:16,19,20
216:13 218:1 219:11,13,24 220:5,
13,23 221:7,21 222:3,8,25 223:6,16
226:6 227:13,21 228:18 229:2 231:9
233:2 234:15 235:23 236:15 245:17,
22 246:5,16 247:9,23 251:1,6
254:17 257:9,14,21 258:13 259:6,21
260:11,23,25 261:3,6 262:7,15,24

**cracks** 193:17

**Craigslist** 38:12 146:21 174:5

**crash** 168:4 234:13,17

**create** 10:23 255:9

**created** 255:14

**credit** 16:9

**crime** 40:13 198:3 250:19 251:7,12,
21 252:3,7,23,25 253:22 254:1,3,4,
18 255:18 256:2,19 257:14 258:1,7,
24 259:8 261:8,23

**criminal** 39:19,20 113:22 199:1
209:25 210:10 215:11 216:7 221:8,
11

**Crosetti** 59:5,7

**Crosetti's** 248:4

**cross** 14:19

**crowded** 71:18,22 91:22

**crowding** 72:15

**cuffs** 86:1,7 90:3

**culture** 212:17

**current** 13:2 52:15 224:14,15,17
231:13

**cussing** 74:12 163:7

**custody** 54:12

**customers** 29:18

**cut** 239:2 241:17

**CV** 255:16,18,19 256:6,8,12

---

### D

**D-U-G-G-A-N** 55:1

---



**D.O.** 203:9

**daily** 126:16 169:2 235:24 238:5,6 239:1,5 243:11

**damage** 123:9,14,20 124:18 125:2,7 165:20 166:11 231:1

**Dan** 5:21

**Daniel** 259:19,21 261:8

**Danny** 58:8,12 248:3

**date** 5:13 15:3,7 48:12 56:20 109:15 110:12 136:23 145:17 208:19 224:10 253:9 255:9 256:2

**dated** 54:8 144:20 149:8 189:16 190:7 196:11,19 200:5 202:17 223:25 262:1

**dates** 36:20 172:19 173:21,22 209:9 226:7

**dating** 170:17,18 177:3,4

**daughter** 171:22

**day** 29:12 44:10 56:23,24 57:2,10,14 58:2,5 60:3,5 61:2 63:11 101:5,8,25 103:8,18 106:9 113:14 130:15 131:6,7,21 139:11,15 141:21 143:19 152:9 198:11 226:8,9 230:16 233:22 234:16 241:15 247:15

**days** 9:25 10:1 29:13 32:21 33:1,8 169:7 198:11 222:17 231:16 232:1, 25 238:22 239:17 240:9 242:17 247:11 248:2

**deadly** 181:3

**deal** 177:23 178:5

**dealership** 30:6 32:9,25 56:25

**dealerships** 32:24 246:23 252:10

**dealing** 144:13 243:5 262:4

**deceased** 23:19,21

**December** 5:2,13 8:7 13:11

**decide** 241:17

**decided** 19:15

**decision** 222:17

**declined** 137:23,24 211:15,16 212:8

**decreasing** 238:17

**defendant** 109:4 110:4 111:1 132:10 135:20 160:11 161:8,23 165:13 179:14,15,22 216:16 218:11,

13,14,20

**defending** 210:10 249:15

**defense** 210:1,14 220:17

**deficits** 68:21

**degree** 107:24 162:9

**delivering** 35:1

**demeanor** 106:18,21,23,25

**denied** 253:21

**denying** 228:18 258:23

**dep** 10:24

**department** 57:20 62:21 114:6,13, 20 116:9,12 136:21 144:1 145:3 147:1 152:5,18 153:6,9 163:17 172:14,15 174:24 175:9 198:15,16 250:22 257:1 259:24

**Department's** 143:18

**departments** 50:19 152:1

**departure** 31:18 57:8

**dependent** 30:17

**Depends** 235:22,23

**deposition** 5:14,19 8:6,22 9:4,7,11, 14,23 10:8,24 12:14 106:6 107:13 111:24 177:17,19,24 189:14 196:9 198:6 200:3 202:15 203:2 208:1 215:10 250:21 262:1

**deputy** 6:19

**describe** 55:25 73:22 74:7 82:12 84:8 96:14 105:1 106:18,23 160:24 183:25 245:4

**describes** 196:25

**describing** 9:20

**description** 73:11 82:18 104:18 184:10,14,19,23 185:2,4,7 188:3

**destroyed** 233:15

**detail** 94:8

**detained** 118:18 158:15

**Detention** 172:15

**device** 153:20 155:6

**diabetes** 243:6

**diagnosed** 16:24 22:25 23:4

**diagnosing** 234:19

**diagonally** 74:25 78:25

**Diaz** 175:16

**Diego** 42:13,14,16

**differently** 246:13

**difficult** 68:19

**digital** 109:13 110:12

**diploma** 16:4,8

**direct** 31:25 109:10 110:10 114:1 117:17 122:19 128:15 143:10 149:14 155:13 191:4 201:2,6 224:13 253:6 254:23

**directed** 134:10 149:17,20

**directing** 56:18 87:24 119:4 122:14 135:15 165:10 181:24 197:3 203:14

**direction** 91:3 133:11 243:24 256:13 258:22 259:11,25

**directly** 72:11 73:4 74:3 75:9,20 81:15 84:9 119:11 135:20 151:25 178:12

**disabilities** 16:24

**disability** 38:25 39:1

**disagreement** 37:7,8

**discouraged** 139:2

**discovery** 108:6,22 112:22 178:7

**discrepancy** 262:2

**discussed** 12:13

**dismissed** 215:5

**disorderlies** 198:5

**disorderly** 41:12,18 42:19,25 43:3, 23 44:14,16 45:19 198:4

**dispatched** 173:3

**distracted** 6:17

**District** 5:17 14:23

**Division** 143:18

**dizziness** 239:3

**doctor** 124:15,17,20,21 190:22 191:1 205:2 234:23 251:15,17 252:19

**doctors** 124:23 144:14 232:4 234:24



**document** 8:16 9:9 208:3

**documents** 12:18 250:18 251:7

**Dodge** 30:2,8 31:10,16,18 32:1,15, 22 33:20 34:4 56:25 58:13 59:5 131:15 205:15 207:4,9 246:5,17 247:17 248:7,22

**dog** 58:23 60:10,16 142:6

**dollars** 246:19

**domestic** 170:19

**Donovan** 208:16,22,23 211:7 212:4 213:3,22

**dont'** 134:23

**doo-rag** 185:13 188:9

**door** 14:20 166:25

**doors** 34:17 167:10 225:17

**doubt** 114:13 116:11,20 117:1 152:2 200:22,24 201:1,17,21 203:15

**dove** 243:22

**dovetail** 9:19

**draft** 147:13,24 148:9,11 153:20 154:11,20

**drafted** 208:15 261:7

**drafts** 148:5

**draw** 31:4,7

**drawn** 61:21 64:3,18,23,25 66:20,25

**drew** 43:9

**drink** 47:23

**drinking** 41:1 42:22,23,24 43:1,2,4 47:19 199:12 239:18 249:17

**drinks** 43:20

**drive** 63:13 115:25 167:2,17 168:25 225:5 250:1

**driven** 175:5

**driver** 28:10,12 34:19,20,21 205:14 209:19

**driver's** 113:9,10

**drivers** 28:18 241:13

**driving** 34:22 35:22 37:9 41:1,2 47:19,23,25 48:17,18,19,24 49:2 57:16 60:25 115:24 167:14 216:18, 23 217:7,13,19 219:16 241:12

**drop** 52:22 193:19 204:4 205:19

**dropping** 69:19

**drove** 61:16 249:23 250:3,5

**drug** 22:11,22

**drugs** 59:19

**DSHS** 208:8

**dude** 167:1

**dudes** 169:6

**due** 32:25 33:9 183:1 245:22

**Duggan** 55:1,2 170:14,17 172:8

**DUI** 45:5 47:25 48:3,12,15,23 49:15, 22 50:1,2,13 168:4,9 171:3 209:2

**DUIS** 44:22,25

**duly** 6:9

**dumb** 195:19

**Durant** 145:7,16 146:20 147:3,4 189:24

**duties** 35:20

**dyslexia** 16:25

---

**E**

**E-M-M-E-T-T** 180:12

**E-S-C-H-B-A-C-H** 200:15

**ear** 68:15,24,25 69:18,19,20,22 74:3, 21,23 75:7 76:18 83:9 119:23 120:12 162:25 163:14

**earlier** 91:7 119:23 120:9 131:8,14, 16 134:12 146:21 157:18 158:25 160:3 198:5,8 235:7 248:3

**early** 114:5 131:1

**ears** 68:18

**easily** 42:3

**east** 65:23 206:24

**eat** 239:17

**edge** 72:18 78:16 90:18,19

**education** 15:13 16:12,16,22 17:21, 23 18:2 19:5,11 205:7

**effects** 165:24 166:4

**efforts** 153:5

**eighth** 7:25

**electronically** 190:12

**elementary** 16:15

**eleven** 57:1,3 59:15 131:6,8,10,21 246:19

**eleventh** 17:21 18:4

**eliminated** 158:12

**Elma** 241:3

**else's** 50:24

**email** 143:17,20,25 144:5,7,20 145:2,6,20,23 146:6,7,12,13,14,18, 25 147:2,4,6,7,13,14,20,24 148:6,9 149:8,10 152:13 153:8,12,20 154:4, 7,19 155:3,6 189:23 254:19 256:12 258:21 259:9,24 260:8 261:9,22,25

**emailed** 261:24

**emails** 150:25 152:20 153:23

**embarrassing** 206:5,13

**emergency** 114:7,14 116:10 124:23 129:3 130:7,9 212:9 251:17,19 252:21

**Emmett** 180:7,12 181:7

**employed** 25:20,22 26:1 33:5

**employee** 26:7 39:10

**employer** 37:21 247:25

**employers** 26:8

**employment** 32:12 35:8,9 57:4 205:8,14 248:19,24

**empty** 142:17

**encounter** 46:1 60:17 90:16 164:25 171:24 192:8 205:5 249:22

**encounters** 172:11

**end** 71:16 72:1 77:24 78:3,9,10,11, 16 209:9 217:13

**ended** 206:23 221:2 222:1

**ending** 252:11

**enforcement** 151:16 168:13,19 169:23,25 172:11 175:3 178:10,11 183:23 184:12 222:22 249:4 253:23 254:2

**enforcement's** 43:9

**engaged** 156:1,6,9,16,20,21 158:7, 16 159:7

**engineer** 35:18,21

**English** 17:16 18:2

**enjoy** 29:20

**enjoying** 225:3

**enrolled** 182:14 183:7,12 243:2

**enrollment** 183:2

**entails** 43:4

**enter** 22:2

**enterprise** 25:24 39:17

**entire** 73:24 84:1 99:25 141:3 147:14,20 164:25 174:18

**ER** 131:25 193:3

**escalated** 163:24

**Eschbach** 200:14,19

**escorted** 209:8

**escorting** 212:5

**esophagus** 239:12,16,19

**established** 43:4 155:23

**estimate** 260:24 261:2

**estimating** 262:22

**estimation** 260:22

**evaluated** 192:18,22 210:9 234:18

**evaluating** 130:11

**evaluation** 200:5 210:3,13 218:12

**evening** 57:19 114:5 187:7

**event** 141:8

**events** 31:13 247:10

**eventually** 54:13 129:3 135:16 150:1,4 213:23,24

**evidence** 162:10

**ex-husband** 54:8

**exact** 36:20 64:10,22 84:16 95:22,25 123:24 131:3 133:2 167:4 172:18 173:21,22 226:2,5,7 228:14,16 245:9 247:15

**examination** 6:14 9:4 69:10

**examine** 69:6

**Excedrin** 231:25 232:3,11 235:9

**exceptional** 214:15 215:13,25 216:6 218:8,22 220:8

**excessive** 155:24 179:16,23 180:16

**exchange** 103:15

**exercises** 235:10

**exhibit** 8:12,15,16,22 81:11 107:9, 13,16,19 109:2,21 110:3,7,22,23,25 111:19 112:10,14,18 114:2 124:1,5 128:18 143:9 144:15,18,19 145:6 148:6,17 149:7 154:19 155:13 165:10 179:11 181:25 188:20 189:10,13,20,21,23 190:1,4 196:5,8, 10,17,22 199:24 200:3,9 202:7,10, 13,15 203:6 207:22,25 208:1 215:6, 9,18 219:14 222:9 223:17,19,22 250:13,17,20,23 251:6,10 261:25

**exhibits** 107:12,23 108:23 111:22

**exist** 236:8

**existing** 193:7

**exit** 65:1 225:19

**exited** 64:23

**expect** 235:17

**expected** 57:8

**expecting** 8:19 29:16

**expenses** 165:15

**experience** 183:23 187:20

**experienced** 166:21 187:25

**experiencing** 212:20 238:23,25

**expire** 113:17

**explain** 92:7 156:12 245:10,12 262:1

**explained** 117:19 118:11 175:23 252:14

**explaining** 81:12 158:10,14

**explains** 212:4

**explanation** 160:10

**extend** 93:16

**external** 208:3

**extremity** 234:5

**eyebrows** 84:10

**eyes** 74:24 238:9

**eyewitnesses** 135:21

**F**

**F-HARPS** 211:17,19 212:1

**fabricated** 115:19

**face** 29:23 64:5,21 65:17 66:3,5 67:3,22 68:2 71:24 72:9 73:4,5,14, 21,23,24 74:1,11,14,20,24 76:8 77:3,9 82:17 84:6 87:6 96:11,17 98:4,6 106:16 122:12 158:13 159:23 162:20 163:6 164:11,23 221:8 226:17 237:2,11

**Facebook** 229:16,18 230:8,11,17, 19

**faced** 65:23

**facilitator** 209:4

**facility** 43:5

**facing** 62:8,9

**fact** 9:17 21:13 43:1 88:15 105:23 113:17 136:8 157:18 174:20 175:13 204:8 212:13 215:12,25 216:5,14 218:4 219:13 222:3,8

**factors** 220:7

**facts** 209:17

**failed** 49:14,24

**failing** 49:22

**fair** 150:10 168:14 185:16

**fall** 172:18 173:21

**false** 159:16

**familiar** 123:17

**family** 20:11,14 21:21 23:9,14 24:5, 8,9,23 25:6 205:9,16

**fashion** 229:10

**father** 23:6,20

**fear** 167:2,15 168:13,19,22 176:9,13 178:11 211:24 212:7,11 228:1

**fearful** 168:24

**February** 30:9 208:19 210:21 218:14 223:25 224:10 228:9

**federal** 246:6 262:22



**feel** 212:6 227:25

**feeling** 131:3,5

**feels** 238:18

**feet** 61:12 63:3 67:19 71:17 72:21 81:13 82:6 85:6,7,10 89:2 90:22 93:17 94:3,7 95:6 97:18 132:20 133:1,3,4

**felony** 40:14 114:14 172:24,25 209:15 214:9,19 215:1 216:18,23 217:7,13,19 219:16 221:25 222:2

**felt** 82:25 116:4 163:10 171:25

**female** 60:7 140:23 205:23

**fetal** 22:25 23:5

**Fife** 249:24 250:9

**Fifty** 34:1

**fight** 77:6 126:8,9 194:24 249:8

**fighter** 193:24 194:7,14,17,20

**fighters** 195:15

**fighting** 194:25 195:10 196:3 197:10

**figure** 17:16 157:5 199:13 246:8

**figured** 106:3 153:17

**file** 6:24 52:9 87:16 139:1,11,17,18, 19 254:2,12,16 258:18

**filed** 5:16 8:8 50:23 112:15 137:5 217:5,6 254:15 258:12

**fill** 251:16,18,20

**filled** 124:24 252:16

**film** 134:16

**filming** 133:22

**final** 148:6,11 154:20

**finalized** 147:25

**finally** 18:1 49:6 67:13 163:9

**find** 65:4 100:2 111:9 152:3,4 180:9, 10 212:23

**finding** 81:10

**findings** 192:25 193:9 215:12,24 216:5,14 219:13

**fine** 46:24 178:4 198:13 256:24

**fingers** 84:3,9 85:12 87:6 95:7 98:4 132:19

**finish** 12:4 46:12 78:6 81:20 84:9 147:17 148:20 169:14 260:23 261:3

**firearm** 66:2 67:2,8,11,15,16,21

**firearms** 66:19

**fired** 31:22 36:6,9 247:23

**firm** 261:15,17,18,21

**fit** 56:15 73:11 82:17 104:17

**Fitness** 29:12,15

**fixed** 133:12

**flag** 243:21,22

**flashbacks** 212:19

**flat** 81:9,22

**Floyd** 115:1,14

**focus** 67:9 74:5 75:20,23 248:25 249:1

**focused** 168:13 234:19

**fold** 111:24

**folks** 257:14

**follow** 153:14 254:18

**fond** 37:15

**food** 239:17

**foot** 62:15,16,17 63:18,19 66:4,5 67:5 95:4 195:4

**footage** 134:1

**football** 194:6,14 233:11 240:12,15 243:21 244:5,9,11

**force** 122:19 155:24 162:7,9 179:16, 17,23 180:16 181:2,3

**forehead** 84:3,7,18 95:17 99:7,11 132:19

**forensic** 208:16 209:5

**forgetting** 13:11

**forgot** 8:18 183:2

**forklift** 28:10,12,18 35:22

**form** 9:15 10:3 12:15 16:17 17:8 19:7 21:9 22:3,12 23:3 30:21 32:16 33:21 40:3,8 42:20 43:6,11 44:7,19 45:9 46:3 49:19 50:5,25 51:13,22 56:1 58:17 60:22 61:3 67:24 68:11 71:7 73:17 75:17 78:12 85:14 86:3, 8,15,20 87:1 88:3,13 89:4,12,16,23

90:5 95:18 96:24 97:6,15 98:13 101:13,21 103:4,10 105:2,8,25 106:12 109:25 114:16 115:8,16,20 116:16 117:5 118:5 120:2,23 121:3, 9,24 122:3,8 129:20,25 130:3 131:18,22 134:4,20 136:13,18 138:7,16,24 139:7,12 140:7,11,14, 16 141:10 142:12 144:8 147:16,21 148:14 150:18 151:6,20,23 152:6 154:5,9,25 156:23 157:23 158:22 159:3,10,15 161:2,11,16,20 162:6, 12 163:19 164:3,6,9,15,18 166:1,7 168:15 172:6 176:15 177:8,15 179:24 180:17,21 181:4 182:12,17, 23 184:5,24 185:19,24 186:2,8,11 187:10,18,24 188:5 190:25 191:22 192:6,16 193:5,11 194:21 199:7,21 201:19 205:25 206:10 209:21 213:6 214:18,22 216:10 217:22 219:20 220:4,22 221:1,13,23 222:6,24 226:3 227:10,19 228:11 229:1 231:4 232:22 233:16 234:11 235:20 236:12 245:13,18 246:2,10 247:2,19 254:13 257:4,11,17 258:10 259:1,16 260:3,17 262:3,9

**formally** 143:18

**formation** 64:17

**forms** 56:20 251:20

**Fort** 113:8 183:4,5,10

**forward** 19:6 99:6 145:7,16 241:15

**foster** 21:15,24 22:2,10 25:9,18

**found** 152:9 173:4,16 180:2,4 218:13 255:6

**four-door** 61:11

**four-wheel** 224:22

**Fourth** 155:22

**fracture** 126:1,5,11,24 127:25 128:4,9 204:9

**fractured** 123:9,11 126:17,20,25 193:16 244:2

**fractures** 123:3 193:4,6,7

**frame** 152:16 156:13

**freak** 227:25 228:7

**free** 94:16

**frequency** 238:16

**Friday** 19:15

**friend** 176:18 177:1,3 243:21

**friends** 7:9 58:2 176:11 177:3 198:23 205:23 229:16 230:8,9,11,17

**from/to** 145:15

**front** 14:20 61:7,12,23 64:15 65:22 67:10 72:7 74:6 75:10 91:13 92:21 93:7 94:25 109:2 110:7 122:5,11 144:21 156:10 190:1,5,8 196:17 200:9 201:3 208:9,17 215:16 224:1 237:10 250:23 254:24

**frustration** 212:15

**fuck** 74:14,19

**fucker** 84:4 95:20

**fucking** 64:7,8 66:8

**full** 7:2 26:11 54:12 185:4

**function** 239:2

**Fund** 261:9,23

**funny** 87:21 104:21

**furniture** 38:23

**furtherance** 218:23

**fusion** 236:1

**future** 218:22 235:18 236:4,5,6,10

---

**G**

**gabbed** 96:19

**gained** 218:20

**game** 244:6,17

**games** 244:7,15

**gas** 37:12

**gave** 124:20 136:12 138:4 215:3 231:6 251:20 252:16

**GED** 16:6

**general** 14:8 18:25 31:20 56:24 59:5 76:23 123:15,18 124:23 130:24,25 131:1 212:13

**generally** 63:1 189:2 246:8

**generically** 183:17

**Gentle** 90:14

**gently** 89:1

**George** 115:1,14

**GERD** 243:6

**get along** 54:9

**get-go** 163:25

**girl** 54:8,20

**girlfriend** 20:8

**girlfriend/boyfriend** 20:10

**give** 35:19 58:7 97:25 100:4 121:13 138:6,13 140:10 148:19 161:16 176:2 191:16 200:6 215:14 219:11 250:16,24 260:24

**giving** 146:22

**glanced** 194:19

**GM** 248:2

**gold** 224:23

**Gonzalez** 259:19,21 260:2 261:8

**good** 6:18 18:1 23:14 56:25 57:2,14

**Goodfella's** 27:9,11,24 28:1,22 29:10

**Google** 151:21 152:1,2,8 180:11

**Googled** 152:7 180:1

**GPA** 18:13,21

**grab** 77:15 79:3 82:5 88:9,24 89:1 96:18,19 97:19

**grabbed** 71:13 77:19 78:6 80:8 81:16 82:4 86:10 94:24 95:14 120:10 121:21

**grade** 17:21,23 18:4

**grades** 16:11 18:1

**graduated** 18:13 24:3

**Grant** 20:20 22:16

**grass** 61:6 225:4,6

**Greater** 206:21 208:4,5 209:2 210:25 211:3 213:22 219:2,6,18,24 220:18 223:24 224:4

**grew** 24:23

**grocery** 169:4

**ground** 10:22 69:20 71:17 72:21 81:13 90:22 92:11 93:17 94:3,7 95:11 191:16,21 192:4,11,13,14 204:23 205:3,4 225:8 227:14 228:19 243:23,25

**guaranteed** 31:1

**guess** 16:22 36:8 82:25 92:22 103:24 105:11 130:12 150:16 213:17

**guessing** 18:17 22:14 93:6 98:21

**guidance** 16:22

**guidelines** 52:12

**guilty** 216:17 217:13,16,17

**gun** 64:5,20,23 65:9,12,15 66:21 67:10 73:12 76:19 82:18 117:15 132:21 133:4,5

**guns** 61:21 64:2,18,24,25 66:25 67:1

**guy** 32:2 65:3 66:25 67:10 73:19 74:5,9 76:5,8,10,14,17 98:11 99:8 104:18 106:8,15,16 171:6,11 184:16 187:7 209:3 214:5 230:21 241:16 243:25

**guy's** 99:2 259:18

**guys** 20:6 64:18 73:6,25 77:5 82:14 87:8 96:15,16 98:10 171:13 188:2

**guys'** 137:20

**gym** 57:17 228:1,2,3 239:4 240:2 249:3

**gyms** 207:17

---

**H**

**hair** 73:3 99:1,2,4 105:4,20,23 106:6

**haired** 73:8 75:9

**half** 15:25 16:9 92:6 238:3,21 239:7,8 262:23

**hammocks** 142:3

**hand** 8:17 65:10,12,15 67:11,15 68:9 79:5,6,12,18,19,21,22,23 80:1,8,12,14 81:1,8,23,25 83:13,16 84:6 88:17 95:8 107:23,25 132:21,22 133:4,5,7 134:13 189:16 195:2,4 200:6 202:14 223:23

**handcuff** 80:9 129:19

**handcuffed** 72:17,22 84:17,19 95:3 100:9,12 118:21 160:14 191:16,21 192:12 197:20 225:7 227:13 250:4

**handcuffs** 44:3,5 62:20 64:19 68:6 70:13,21,23 71:1,12,14,15 77:20



78:2 79:1 80:2,15 81:17 82:16
83:14,24 85:20,22,23 86:12 89:20,
25 90:25 94:24 104:14 106:15 107:3
120:10 141:4 157:5 158:14 198:19
199:11,13 201:11 204:19

**handed** 8:21 252:14

**handing** 112:17 196:9

**handle** 112:21

**handling** 220:15

**hands** 61:17 62:3,6,11 63:9,22 64:6,
8,11,19 65:19 66:8 68:3,7 70:11
79:4 82:23 95:9,11 119:8,19,25
120:6,17 121:2 131:2,5 132:2
225:20 233:21

**handwriting** 35:14

**handyman** 26:20

**hanging** 177:5

**happen** 17:25 45:21 46:1 49:4 58:20
90:3 197:24

**happened** 31:13 42:23 43:25 44:2,9
57:12 60:19,21 61:2,14,16 63:23
68:10 70:10,12,24 71:15 73:9,10
84:15,21 93:1,6 100:9 101:3 103:7
115:1 137:22 147:12 158:4 173:3
174:6 188:18 198:10 209:11 230:2
238:15 249:11 262:10

**happy** 104:19

**harassment** 114:14

**hard** 155:8 225:20 239:3,12,16,18
245:9

**harm** 162:22

**harmful** 161:24 162:5,10,16

**hat** 73:3 99:3 186:15,19

**head** 10:16 11:19 31:19 64:7,9 66:9
76:4,7 81:3,7 82:3,17 85:11 91:9
99:16,20,23 100:7,8,16 109:24
123:6,7 126:6,10 132:22 133:11
156:10 158:10 160:3 161:7 163:10
165:2 186:14,16 188:7 202:4
204:22,23 205:2,3,4 225:8 227:5
228:20 233:19 237:5,9 239:14
255:23 256:20 262:5

**headache** 232:12,15 233:18 238:12
240:10

**headaches** 232:18,20 233:3,4,5,7,
13

**headed** 73:25 82:7 87:7 91:15 99:5,
8,14,15 119:3 135:1 157:1,11,21
158:13 165:7

**heads** 169:6

**heal** 231:11

**health** 18:25 19:2,16 51:3 125:8
130:15,17 188:23 189:5,15 190:6,17
192:23 196:11,19 202:16 203:7,16
208:6 210:25 218:11,21 224:17
234:25 240:22 241:6,7,10,20,25
243:3,7,12

**healthcare** 69:4,6 70:1 123:13,19
125:6 188:22 189:4,7 191:20 203:17
206:7 208:4,5 211:3 213:23 219:3,5,
6,19,25 220:18 223:25 224:4,8
233:5,6 234:3,20 235:1,4 236:3,6,9,
10 238:13 242:21 251:20 252:20

**healthy** 240:10

**hear** 11:5 52:4 61:16 62:3 63:13
68:19 69:13,16 72:5,14 74:21 75:16
97:13 101:9 119:16 157:21 158:25
166:22,24 169:12,15 202:25 214:4
225:15,17

**heard** 11:9 62:5 63:24 96:21 97:4,11
105:14 106:8 135:20 136:20 211:5
252:23

**hearing** 68:21,24 69:7,9,12,15,16,
18,21 70:2,3 224:6

**heart** 225:19

**heartburn** 243:6,9

**heating** 125:18

**heavy** 165:23

**height** 55:16 98:1,5,16

**heights** 98:19

**held** 5:19

**helmet** 195:8,9

**helped** 82:7 86:23 87:8,25 88:6,11

**helpful** 81:10

**helping** 88:2 89:11

**hereto** 182:3,21

**hey** 103:15

**high** 15:14,15,16 16:2,3,10,11,15
17:7,13 18:13 24:2,3 194:12,14
233:11 240:20 243:25 244:11

**higher** 35:10 221:17

**Hill** 20:24

**hired** 28:17

**hires** 26:7

**Hispanic** 82:8

**history** 140:9 180:23,24 193:22
196:25 197:9 203:19 204:1 231:23

**hit** 78:22 79:10,24 80:13,14 93:4,5,7,
12,13 100:14,16 126:6,10,18 146:10
152:1 181:14 204:23 205:3,4 225:8
227:5 228:20 237:1,6

**hitting** 234:14

**hmm** 35:16

**hold** 81:10 98:9 255:1 261:1

**holding** 43:16

**holster** 133:5

**home** 171:18 232:1

**homeless** 206:3,6,13,14,20,21
207:3,4,13

**homes** 25:11,13,18

**honest** 97:25 190:21

**honked** 175:5

**hooked** 133:7

**hope** 186:7

**hospital** 123:15 126:13

**hospitals** 123:17

**Hot** 125:18

**hotel** 206:23 207:7

**hotline** 255:18

**hour** 11:11 103:23,24 262:23

**hourly** 35:10

**hours** 19:14 33:24 37:13,14 44:22
57:9,10 59:18,22 225:16 226:25
227:1 262:21

**house** 25:4,6 38:21,22 51:4 170:21
178:20 206:24 207:16 211:25

**housemate** 179:4

**houses** 34:17 179:7

**housing** 211:15,16

**B&A LITIGATION SERVICES**

**Hub** 14:8

**huh-uh** 11:20 46:7

**human** 18:25 19:2,16

**hundred** 32:21 33:1,8 154:21
178:24 228:25

**hurt** 88:7 211:23

**hurts** 239:18

**husband** 53:7,9,10

**HX** 193:22

**hypervigilance** 212:20

**hypervigilant** 212:6

---

**I**

**IA** 143:18,22 144:2 145:23 146:10

**ice** 88:23

**ICU** 126:14 204:13 239:22

**Icy** 125:18

**ID** 43:24 44:23,25 45:15,23 140:18

**idea** 22:5,6 53:10 58:1 61:13 64:3
70:24 71:9 73:19 99:2 110:19
163:16 227:20 229:6

**identification** 8:13 107:10 112:11
140:10 144:16 189:11 196:6 199:25
202:11 207:23 215:7 223:20 250:14

**identified** 113:4 135:16 136:3 171:9

**identify** 5:24 113:1,23 115:25

**identity** 147:4

**idiot** 76:6,7,11 86:23 87:10 104:10
105:13,21

**illegal** 59:20 132:10 199:3

**illness** 196:25 203:20 204:1

**immediately** 168:20

**impact** 17:6 126:19 127:16

**impacted** 17:12 262:11

**impacting** 227:22

**imperfection** 121:15

**implicate** 148:2

**improper** 178:1

**improperly** 178:1

**incarceration** 216:24 217:21

**inches** 73:4,24 74:23 92:1

**incident** 13:22 14:14 15:3,7 29:25
31:15 33:25 34:8 36:12 49:11 54:5
56:20 58:16,20 59:4,10 60:2,8,15
83:6,7,21 85:17,19 122:25 123:21
124:19 125:13 128:4 136:23 141:2
143:21 151:10 152:12 153:6 158:1
165:22 166:12,15,21 167:7 168:5,6,
18,20 171:15 180:14 188:18,22
189:8 200:17 230:15 232:8 234:13
235:5 237:4 241:8,23 244:25 246:4
248:21,23 256:8 258:4

**include** 51:10 262:22

**includes** 51:19

**including** 7:2 55:9 129:11 181:3

**incorrect** 161:12 220:21,24,25

**incorrectly** 117:25

**increasing** 238:17

**incurred** 165:15

**independent** 106:5 129:1 212:22
248:19

**Indian** 183:6 241:1,3,7,25 242:3,4,5,
19

**individual** 135:16 136:3,11

**individuals** 135:18 140:22

**industry** 29:24

**influence** 41:2 48:1,18 217:14,19

**influence-priors** 216:18,24 217:7
219:17

**info** 138:23 139:6 255:18

**information** 24:18 70:2 106:6 115:5
116:12 117:2,10 137:20,21,25
138:12,13 139:3 145:14,19 146:23
152:15 153:2 177:20 179:3,8
183:17,20,21 196:21 211:7 216:17
217:6 253:1

**informed** 45:23 118:1,2,14,19
175:11

**initial** 106:19 127:16 141:8 163:22
200:4 210:13

**initially** 48:10 76:24 141:4 209:13

**initiating** 112:15

**injure** 127:10,19,24 244:3

**injured** 71:11 90:1 122:21 129:11,
16,24 209:18 240:16 244:8,22

**injuries** 128:12 130:18 144:13
165:16,21,25 166:2,4,12,14 200:16
202:6 230:24 234:20 235:1,4,18
236:4,10 238:23,24 244:7,13 245:22
248:20

**injury** 122:24 123:8 125:12 126:15
127:13,17 128:9 132:9 165:14
192:19 201:7 202:3 231:20 232:17
240:19,20 244:14 255:23 256:20

**Inn** 173:9

**inpatient** 126:13 242:5,13,18

**insight** 218:20

**instance** 67:23

**instances** 179:17

**instruct** 148:1 177:20 259:3

**instructed** 159:24 175:21 178:2
221:18

**instructing** 146:1

**instructions** 108:4

**insurance** 50:23,24 51:2,3,5

**intake** 208:19

**intent** 161:24 162:5,10,16,22

**intentionally** 160:12 161:9

**interaction** 118:17 134:14 135:3
172:1

**interactions** 134:25

**interest** 218:23

**interior** 34:17

**intermittent** 38:14

**intermittently** 27:23 29:9

**Internal** 143:18 144:1 145:4 146:7
147:1 256:12 258:21 259:10,24
260:7 261:10,12,24

**interrogatories** 107:15,18,20
109:5,17 110:5 111:2,19 112:22
146:17

**interrogatory** 93:25 108:5 124:2

**interrupt** 80:18

interval 15:6

intervened 84:22

intervention 242:22

intoxicated 127:4,8 204:10

investigator 230:21

involved 51:7,17 52:24 55:8 117:13 129:2 180:2

involves 148:7 150:12

involving 51:10,20

issue 144:11 220:1 231:9

issued 45:12 49:14

issues 53:16 171:23 176:5 193:4 218:12,21

**J**

J-E-B-I-N 124:11

J-E-P-S-O-N 136:6

J-U-L-I-A-N-E 224:9

jail 173:5 198:11 209:10 214:25 215:1 218:1 219:17 222:4 249:25 250:6

January 35:4 200:5,12,23 201:16 202:17 203:17 205:1 206:1 210:13 218:12 220:2 240:23

jaw 236:21,23 237:5,7,19,20,21

Jebin 124:8

Jeep 245:8

Jennifer 6:6,23

Jepson 116:25 118:13 129:11 136:6,8,17,20 137:7 138:20,22 139:5,10 140:5,24 257:3 258:3,13

Jepson's 137:1

job 26:14 30:23 37:6 38:19 132:6 171:18 174:5 248:25

jobs 28:10 29:8 37:13 38:11 146:21, 24

Johnson 20:5

Jr 175:10

judge 178:8 215:3,5

Juliane 224:8

July 13:23 14:14 15:3 27:15 29:13, 25 31:13,15 32:15,22 33:17 34:9 36:12,13 37:22 55:16,19 56:7,9,12, 16,19 57:12 59:12,19,23 96:2 101:8 102:2,10,17 103:1,21 104:3 114:6 131:5,17 139:11 140:6 144:3 151:10 152:16 153:7 167:7,17 168:4 170:3 172:12 175:4 186:10 189:5,16 190:7 193:3 194:3,11 199:17 204:17 220:2,14 224:24 230:6,9 231:22 232:8,12,21 233:6 234:2,7,21 235:1, 18 236:11 239:19 241:23 246:9 248:11 251:19 252:21 256:2

jump 224:21 225:17 243:23

June 33:6,11,13,19 54:4 244:19,20, 21 246:17 247:1

justice 218:23

justifiable 181:2

justification 155:25 160:15

justifying 218:8

**K**

K-A-T-E-L-Y-N 200:14

K-E-L-L-E-Y 54:24

Katelyn 200:14,19,21

Kelley 54:22,23 170:14

Kevin 136:6 145:7,15 146:20 147:2, 4 189:24

keys 173:12

kid 54:8,10

kill 225:16

killing 227:3

Kim 176:20

Kim's 176:21

Kimberly 6:4,19

kind 14:21 19:5 26:18 28:9 29:1 30:5 34:16 35:25 38:3,5,9,19 39:15 51:4 52:25 69:9 101:3 104:20 125:1,17 179:3 194:25 204:4 212:21 214:17, 21 230:22 240:22 242:22 243:6 249:13

knee 240:16,19,20 244:1,3,10,11,14

kneed 243:21

knees 92:12,15 93:15

knew 45:3 58:25 59:3,9 60:5 79:20 122:2,7 131:3 142:5 162:22 179:15, 21 251:16 257:3

knife 73:12 82:19 117:15

knowledge 164:4 183:9,15 262:12

**L**

LA 29:12,15

labor 26:6,16,18 28:4

lack 195:15

ladies 226:19

lady 210:8

Lakes 206:22 208:4,5 209:3 210:25 211:3 213:22 219:2,6,18,24 220:18 223:24 224:5

Lakewood 50:19 172:15,17,23 173:1,9,14 215:2

landed 25:14

landlord 175:11,21 176:12 178:16, 18

landlords 179:5,8

language 221:4

larger 208:7

lasts 239:13

laughing 87:17,19

law 43:9 151:16 168:13,19 169:22, 25 172:11 175:3 178:3,9,11 183:23 184:12 215:13,25 216:6 219:14 222:22 249:4 253:23 254:1,2 261:15,17,18,21

lawsuit 51:8,24 52:9 56:21 87:16 112:16

lawsuits 51:7,10,17

laying 81:7,9,22 87:25 94:15

lead 96:20

leads 183:17 187:23

league 244:6

leaned 86:2,13

leaning 72:18 74:2 91:17,23 92:9

**learn** 22:20

**learned** 252:20

**learner** 16:19,21 17:14

**learning** 16:24

**leave** 27:19 31:10,16 35:7 36:4 37:6 57:6,11 130:25

**leaving** 141:6

**led** 31:15 42:18 43:15 44:16 45:5 82:12 94:25

**left** 6:22 17:22 18:21 32:11 58:4 61:12,25 63:7 68:25 69:13,16,18,21 79:19,22,23 80:12,14 81:1,8,20,23 83:16 111:8 120:10 128:19 130:23 132:21 133:8 160:6 176:1 199:12 212:6 228:2 232:17 234:9,10,18 262:17

**left-sided** 234:3,4,16

**leg** 91:9,10 93:15

**legal** 59:20 155:25

**legally** 113:1 181:2

**lege** 160:4

**legs** 91:9,10,11,14,15,16,19 92:2,3, 9,10,20 93:4,9,14,20 100:16 160:4

**lend** 88:17

**letter** 7:11 252:25 253:20 254:7,17 255:18

**letters** 205:15

**letting** 119:9,19 120:6 121:2

**license** 28:11 113:9,10 160:14 167:22,23

**Lieutenant** 250:21

**life** 23:7 127:20 169:8,10,17 179:5 206:22 227:22 239:1 249:5

**lifelong** 242:11

**lifetime** 7:13 199:15 236:16

**lift** 104:19 165:23

**lifted** 89:15

**light** 167:3 174:7

**lighter** 55:20,23

**lights** 174:9

**Limited** 165:23

**limits** 37:12

**lines** 74:14 149:14,16 192:18 205:19 230:5

**lingo** 221:4

**link** 153:3

**links** 152:10

**listen** 57:21

**listening** 68:10,16

**literally** 84:6 91:8

**literature** 18:2

**litigation** 5:23 51:20

**live** 13:16,20,22 14:1,12 15:1,4 20:11,14,23 23:16 42:14 52:13 207:5,10

**lived** 13:8 15:6 42:9,11,16 53:7 206:4

**lives** 205:20 211:21 229:5,12 249:19

**living** 21:2 24:24 52:7 206:2,7 207:13,15 239:1,6

**Load** 38:10

**Loading** 38:20

**loan** 18:10

**loans** 18:7

**locate** 172:20

**located** 27:12 36:16 172:23 187:3 188:25

**locating** 179:2

**location** 14:12 174:1,20 178:19 179:9

**locations** 192:18

**lodger** 247:18

**log** 255:1,7,13 261:7

**long** 9:14,22 11:13 13:8,20 14:12 15:23 20:6 23:20 24:15 26:1 28:16 32:25 36:21 38:13 46:18 69:2 78:10, 18 103:21 125:9 142:20 150:23,25 153:23,24 154:15 155:5 168:3 179:9 195:10,12 196:12 198:13 206:16,20 222:17 223:7 224:18 232:6 235:11 238:2 247:9

**looked** 78:22 79:12 87:7 98:23,25 104:16 137:3

**Loren** 6:1 145:16 189:18

**lose** 111:25 194:10 245:22 248:19

**losing** 68:24 69:15,18

**loss** 245:10 248:20

**lost** 24:18 244:24 245:4,5,24 246:1 248:24

**lot** 25:15,16,17 29:18 56:15 65:7 70:22 74:12 90:7 125:18 146:21,22 153:19 169:4 184:16 208:11 226:7, 14 234:23 238:10,11,19

**loud** 75:2,7 170:12,21 199:12

**louder** 64:1

**lower** 17:15 111:8 221:16

**lumber** 36:1

**lunch** 101:2

**lung** 197:9 243:13 244:2

**Lyft** 57:16 167:24 170:20 171:20,21

**M**

**M-C-N-E-A-L** 7:20

**machines** 35:24,25 36:1

**mad** 162:19 163:3,5 241:16

**made** 17:14 23:25 52:24 68:18 70:10 84:10 103:6 104:23 135:10 138:25 151:9 163:3 244:6 246:25 258:23

**mail** 253:18

**mailbox** 253:11

**mailed** 254:8

**mailing** 253:5,8,17

**main** 31:6 56:19 220:1

**mainstreamed** 17:22

**Maintenance** 26:19

**major** 233:3,4

**make** 11:2,23,24 12:6 22:21 69:20 71:5 87:20 97:14 139:19,20 153:5 154:24 164:8 169:5,22 171:18 195:13,25 209:9,11 212:12 216:9 233:4 239:11 241:14 246:9,14,15, 16,17,22 252:6,9,12,13 262:16

**makes** 163:5 238:10 239:16

**making** 11:20 66:13 161:6 211:18 241:16 246:3 262:7

**male** 60:7 113:5,23,24,25 115:6 116:14,23 117:4,10,20 118:1,2,12, 14,16,19 119:2 140:23 184:10,14, 19,23 185:3,5,8,18,21 187:8 188:4 204:6,9

**malicious** 162:21 199:1

**Mall** 174:22

**man** 59:8 73:11 74:15,18,19 77:14, 18 82:18 114:8,21,25 115:2 163:9 164:11,21,22 181:10

**management** 52:20 241:18,21 242:23 243:2

**manager** 31:21 58:8,14 59:5 248:3 253:21

**managers** 57:10 58:6

**mandatory** 44:22 45:3 69:11

**manifest** 168:22

**manner** 79:14 88:21,22

**March** 27:15 32:23 33:3,9,10 35:16 249:8

**margin** 204:5

**Marital** 205:9,16

**marked** 8:12,22 107:10,12 112:10, 14,17 144:15,18 189:10,13 196:5,8 199:24 200:2 202:10,13 207:22,25 215:6,9 223:19 250:13,17

**markedly** 56:9

**marking** 8:16 223:22

**marks** 225:23

**married** 19:19 53:6

**martial** 195:1

**Mary** 253:20

**match** 188:3

**matching** 184:22

**materials** 262:25

**math** 17:16 18:2 36:12

**matter** 5:15 49:6 54:13 61:1 135:23 139:23 143:19 166:24 180:7

**matters** 52:25 53:18,22 55:8 113:23

**Mcfarland** 34:13,15 35:11,15 36:2, 4,14 69:11 70:3

**Mcforeman** 34:14

**Mcneal** 7:18,23 8:2 21:13

**MD** 124:8

**meaning** 17:22

**means** 18:10 78:25 94:5 108:5 119:16 132:19 133:3 168:23 180:15 182:24 209:6 217:10 233:24

**meant** 103:14 154:16 156:14

**mechanism** 202:3

**media** 229:24

**Medicaid** 200:4

**medical** 55:21 122:21 127:3 129:4, 14,18 130:5,11 165:16 190:5 240:14

**medication** 125:3 212:21 231:6 232:5,7 243:10

**meet** 101:7,10,19 103:1,15

**meeting** 226:13

**meetings** 48:20

**member** 182:4,8,15,21

**members** 20:11,14 24:23

**membership** 29:13

**memberships** 29:19

**men** 225:15

**menacingly** 132:12,16,17 133:3,15 135:5 149:22

**mental** 31:11 165:15 166:18,20 167:6 168:12 208:4,5 210:25 211:3 213:23 218:11,21 219:3,5,6,18,25 220:18 223:24 224:4,8,17 240:22 241:6,10,20

**mention** 198:8

**mentioned** 60:7 97:12 116:22 187:16 231:10 256:23

**message** 143:17,20 145:7

**messages** 153:24

**messed** 167:5 184:18

**messing** 184:11

**met** 48:20,23 102:10 106:8 226:14

**metal** 94:2,7 100:8 129:22 204:22 205:2

**Mexican** 82:4 91:24 96:15 97:22 98:11

**Michael** 208:16,22,23

**middle** 7:2,3 16:10 17:18 64:25 66:24 77:20 78:24 80:2,9 81:16 124:9 149:15 253:24 255:4 261:4

**migraine** 231:25 232:11 235:10 238:16

**migraines** 231:21,22,24 232:7,21 233:7,14 237:25 238:14 239:9

**miles** 37:12

**military** 39:3

**million** 82:25

**Millwork** 34:13,16,17 35:3,5,7 36:9, 14 241:12

**Millworks** 205:14

**mind** 128:19 223:16

**mine** 91:10 113:17

**minimum** 83:2 118:17

**minute** 111:9 161:17 179:13 181:11 250:3

**minutes** 46:23 61:15 62:2 73:13 82:22,24 83:1,2 118:17 130:21 142:21 145:24 146:7 149:22 176:2 181:15 223:8

**misdemeanor** 40:14

**miserable** 239:10

**mispronouncing** 203:10

**misread** 213:2

**missed** 212:25 255:23

**missing** 252:4

**mission** 207:18,20

**misstated** 105:19

**misstates** 139:13

**mistake** 189:25

**mistaken** 105:17

**mistakes** 22:21,22

**mistreatment** 184:12

**Mixed** 195:1

**mock** 195:25

**mom** 20:23 22:16

**moment** 21:11 26:11 57:17 61:15 112:18 148:19 226:11 250:24

**Monday** 5:1 8:7 19:15

**money** 195:13 207:5,10 241:16

**Montana** 15:17 22:1 23:17 24:24 40:12,23,24 41:8,16,17,21,23 42:7,9 44:18 46:16 47:11,13 53:5 183:23 196:4 197:20,24,25 199:15 213:15

**month** 13:21 30:16 31:2,5,6,8 170:9 230:2 238:21 246:7,16,17,22

**months** 9:25 13:9 14:14 15:25 29:10 33:2,9,10 36:22 53:7 179:10 214:5,23 215:3 216:24 217:20 218:1 231:21 238:1 247:1 254:3

**morning** 6:18 33:16 59:6,12,17 130:19 131:5 252:2

**mote** 203:8

**motel** 173:2

**mother** 20:15,17 23:23 84:4 95:20

**motion** 79:22 132:3

**Motor** 27:9,11,24 28:22 29:10

**Mountain** 36:15 248:12,16

**move** 42:5 64:15 71:24 91:8 98:9 155:13 159:24 160:5

**moved** 13:13 14:14 19:6 41:23 42:3,7 52:21

**mover** 38:18

**moving** 38:1,3,5,9,13,23 146:24

**MRI** 192:24 193:3,8

**mug** 126:7,10,18,19 237:1

**Multicare** 124:8 192:23,24

**multiple** 71:13 118:1 131:13 152:12 158:20 193:23 201:11 211:11 213:4,9,16,19

**muscle** 77:5 231:7

**muscles** 123:2 244:10

**muscular** 185:11 186:1,5,9

**music** 57:21 68:10,14

---

## N

**named** 32:2 255:19

**names** 7:14,17,21 70:17,18,20 82:10 84:25 87:5,12,15 124:22,25 175:17 195:16,19,25 196:1 224:12

**Native** 113:6,23 183:11,19

**natural** 11:17

**Nature** 201:7

**navigator** 208:16 209:5

**nearby** 132:11

**neck** 122:21,24 123:6,7,8,10,14,21 124:18 125:2,7,9,12,18,21,24 126:5, 16,17,19,20,24 127:1,10,13,17,19, 24 128:2,4,8,9,12 131:4 165:19,20 166:10,11 193:9 202:6 204:2 224:23 230:25 231:2,7,14,16,18 234:3,10, 16,18 235:10,24 236:1,2 239:11,14, 25 240:9

**needed** 87:20 115:24 242:22 253:1

**negative** 197:8

**nephews** 20:16

**nerve** 123:9,14,20 124:18 125:1,7 128:9 165:20 166:11 231:1,9,20

**neurology** 124:8

**neurosurgeon** 123:22

**news** 180:4

**nice** 250:6

**nicer** 90:7

**nickname** 7:14 32:9

**nicknames** 7:7

**nieces** 20:16

**night** 63:11 95:24 96:5 97:9 101:11 102:1,13 104:1 166:24 188:18 207:15 226:25 227:2 230:14 233:19 234:12 236:25

**nighttime** 166:23 175:6

**nodding** 11:19

**nods** 10:16

**nonemergency** 153:10

**normal** 11:18 131:16 192:25 193:8, 17 230:4 238:5

---

**Norman** 175:10

**north** 5:2,19 13:3,17 77:25 170:16

**Northwest** 241:1,3,7,25 242:3,5,19

**Nos** 107:9

**nose** 84:10

**note** 87:14 137:13 138:10 177:25 189:16 190:6 196:11,19 197:4 200:11 201:13 202:17 203:15 223:24 224:10 226:21 244:8 255:9 259:9

**noted** 121:19

**notes** 259:21,23

**notice** 9:4,7 132:5

**noticeably** 56:9

**noticed** 69:12 225:4 233:21

**November** 35:16 110:13 173:20,25 174:12

**number** 5:18 13:6 21:15 70:20 87:21 111:8 119:7 152:5 153:10 177:12 178:7,25 191:9,12,13,14 215:11 245:9 253:8 255:5 256:9 258:4,16 260:12

**numbered** 111:6 203:23

**numbers** 70:18 87:5,12,15 103:15 151:19,22 230:18

**numbness** 234:4

**numeral** 218:4 220:5

---

## O

**O'FHLANNERY** 176:22,25 177:10

**O-F-H-L-A-N-N-E-R-Y** 176:24

**O-L-S-O-N** 190:11

**oath** 10:15,20 105:18

**object** 9:15 23:2 134:4 140:11,16 144:8

**objecting** 85:25 152:6 202:24 203:1

**objection** 10:3 12:15 16:17 17:8 19:7 21:9 22:3,12 30:21 32:16 33:21 40:3,8 42:20 43:6,11 44:7,19 45:9 46:3 49:19 50:5,25 51:13,22 56:1 58:17 60:22 61:3 67:24 68:11 71:7 73:17 75:17 78:12 85:14 86:3,8,15, 20 87:1 88:3,13 89:4,12,16,23 90:5



95:18 96:24 97:6,15 98:13 101:13,
21 103:3,10 105:2,8,25 106:12
109:25 114:16 115:8,16,20 116:16
117:5 118:5 120:2,23 121:3,9,19,24
122:3,8 129:20,25 130:3 131:18,22
134:20 136:13,18 138:7,16,24
139:7,12 140:7,14 141:10 142:12
147:16,21 148:14 150:18 151:6,20,
23 154:5,9,25 156:23 157:23 158:22
159:3,10,15 161:2,11,16,20 162:6,
12 163:19 164:3,6,9,15,18 166:1,7
168:15 169:11 172:6 176:15 177:8,
15 178:1 179:24 180:17,21 181:4
182:12,17,23 184:5,24 185:19,24
186:2,8,11 187:10,15,17,24 188:5
190:25 191:22 192:6,16 193:5,11
194:21 199:7,21 201:19 205:25
206:10 209:21 213:6 214:18,22
216:10 217:22 219:20 220:4,22
221:1,13,23 222:6,24 226:3 227:10,
19 228:11 229:1 231:4 232:22
233:16 234:11 235:20 236:12
245:13,18 246:2,10 247:2,19 254:13
257:4,11,17 258:10 259:1,16 260:3,
17 262:3,9

**objections** 121:11,17

**objects** 165:23

**obligation** 10:19

**obligations** 48:21

**obstructing** 249:7

**obstruction** 249:7

**occasion** 77:11 83:5,20 85:17
126:20 190:10,16

**occasions** 199:19 237:18

**Occupation** 205:8

**occur** 40:11 41:6

**occurred** 60:17 132:9 209:12

**occurrences** 134:17

**occurring** 9:12 47:17 224:19

**October** 13:11,13 14:13 206:15,18
253:9

**offender** 255:20

**offensive** 161:24 162:5,10,16

**offer** 160:6

**offered** 19:13 129:4,13,18 130:6
137:10 212:8

**offering** 156:2 159:19

**office** 9:22 12:13,17 31:24 58:9
139:18 148:3 248:4

**officer** 8:9 44:23 62:13,14 64:20
65:1,4,5,14 66:2,15,17 67:2,11,21
70:6,10 72:12,24,25 73:8 75:6,9
76:18,21 82:4,8,12,17 83:4,20
85:11,16 86:22 90:15 91:2,3,9,24
92:23 93:1 95:16 96:6 97:19 99:5,
10,14,15,21 100:16 101:6,7,12,24
104:3,10 105:12,15,16,20,23,24
106:3,4,7 107:4 116:6 118:13,23
119:3,7,13,18,23 120:5,9 121:20
122:20 133:18 134:2,17 135:1,3,23
136:20 145:17 150:6 155:22 156:3,
21 157:1,11,22 158:5,8,10,13,17,18,
21 159:8,9 160:5,19 161:19 162:4,
15 163:13,16 164:14 171:3,19,25
172:13 175:16 176:5 180:14 181:2
183:18 249:4 255:20

**officer's** 67:8 91:15 92:2

**officers** 45:14,22 46:2 57:20,25
58:16 59:18,22,25 60:20 62:5,7,16
63:7,8,14 64:5,13 65:17,21 66:19
68:19 70:13,14,16,23 75:12 76:2
82:2,7,12,16 85:19,22 86:2,7,13,24
87:6,18,25 89:20 91:25 94:1,6,23
95:14 96:12,13,17,21 97:12,13,21
98:7 99:1,5,8,13 104:5,13,15,24
106:10,19 115:4 116:12,21 117:2,9,
19 118:11,18 119:1,6 129:1,7,10,13
130:5 132:11,24 133:17 134:2,11,19
135:5,13 138:21 140:10 141:5,9,14
142:1,8 149:21 151:25 156:2,7,17,
20 157:16 158:2,8,9,11,12,17,20
159:14 160:8 165:1 169:23 170:1,22
171:23 172:4,8,16,17 174:14,25
175:14 176:3 184:13 186:14,22,25
187:3,6,14 197:17 198:14 199:6,14,
20 201:11,12,16 211:12,21,25
212:11 213:4,10,17,20 222:23 223:4

**offices** 152:10

**older** 98:23

**olds** 42:16

**Olson** 190:11,15,16 192:2,5,11

**on-call** 26:10

**on-duty** 179:17

**one-on-one** 158:2

**one-page** 144:19

**ongoing** 231:11

**online** 139:1,17 152:22

**Op** 63:19

**operating** 35:18,20,24 127:3,8

**opinion** 86:25 88:1

**opportunities** 248:19,24

**opportunity** 121:14 149:7 246:15

**opposed** 184:3

**Oral** 9:4

**order** 53:8,9,14,20,21 54:11,17,19

**ordered** 210:18 218:15

**orders** 51:11,20,21 52:23,24 55:9,
10

**original** 231:1 246:12

**originally** 217:2 219:15

**OT** 225:13

**outpatient** 208:6 242:18,20

**over-the-counter** 232:6

**overextends** 212:23

**overview** 101:3

**ownership** 39:13,15

**owns** 178:20

---

## P

**P-E-N-A** 58:12

**p.m.** 57:7,11,15 100:21,22,23 101:1
108:15,16,17,20 143:3,4,5,8 148:25
149:1,2,5 181:18,19,20,23 204:17
223:10,11,12,15 251:3,4 256:2

**packet** 250:18 255:4

**pad** 87:14 137:13 138:10

**padding** 195:6,7

**pads** 125:18

**pages** 8:24,25 9:2 111:7 112:16
123:24 189:14 190:4 196:12 200:12
202:17 208:10,11,12 215:21 223:25
250:18 254:23 255:3

**paid** 30:15 31:2 222:21

**pain** 126:16 129:8 130:2 165:14
204:2 231:14,17,18 234:3,16 235:24



236:2 239:11 240:9

**Pandora** 68:13

**panic** 75:22,24

**paper** 252:16

**papers** 214:7 248:1,5

**paperwork** 28:19 31:24 124:24 251:18

**paragraph** 114:2,5,11 116:9 117:17,23 118:4,8,10 119:4,11,18 120:5 121:1 122:14 128:7,15 129:5 132:8,14 135:15,25 136:2 140:21 143:11,16,23 155:14,18 156:4,14 157:8 158:7,16 159:18 160:11,16 161:8,22 162:1 165:10,17 166:17 179:11,14 181:25 182:6 192:17 204:4 211:16 212:2,4,24 216:13 220:5 253:24 254:1

**parallel** 93:18,20

**paralyzed** 127:12,16,17 131:4 204:13

**paranoid** 230:4,6

**parent** 22:11

**parentheses** 205:22

**parents** 22:11 23:18

**parents'** 25:3

**park** 14:3 56:23 57:18,22 59:19 60:3,5,10,17 61:5 62:7 63:1,3,10 64:16 73:11 82:18 101:8 102:1,2,3, 10,11,17 103:1,15 114:10,15,22 115:7,24 116:7,14 117:3,11,22 118:16,20 135:18 141:21,22,24 142:11,15 156:12 165:3,9 167:5 169:20 184:9,17,23 187:4 188:16 204:18 213:15 220:14 225:2 236:11 244:25 245:23 247:10 256:2 257:8

**parked** 62:7,8 63:4 65:6

**parking** 52:11 169:4

**part** 36:19 67:18 76:12,22 79:17,25 95:7 99:21,24 100:7,14 160:24 169:8 176:10 178:14 197:22 205:11 210:24 236:23 260:15

**partaken** 211:2

**partial** 197:9

**participate** 210:18

**parties** 218:5

**parties'** 220:7

**party** 51:8,17 55:9 115:5 116:2,4,13, 22 117:3,11 173:2

**passed** 62:2 145:22

**past** 193:23 194:2 197:9 261:2

**path** 212:10

**patient** 201:10 204:18 205:19

**patrol** 61:22 63:7 97:2 167:12 197:21,23 198:20

**Paused** 61:25

**pay** 18:10 35:10 198:13 207:7 246:5 247:5,7

**paycheck** 31:6

**paying** 74:13 163:1 176:12 257:13

**PD** 173:14 174:4 255:19 256:6,12 258:21 259:10 261:10,24

**PE** 19:11,17

**Pearl** 13:17 170:16

**peers** 18:4

**pen** 87:14 137:15 138:11

**Pena** 58:8,12 248:3

**Pena's** 58:11

**pending** 11:14

**penny** 252:9

**people** 22:21 25:23 26:7,25 28:7 43:14 46:22 58:19,24 59:2 60:1 69:21 73:12 76:16 82:19 84:22 97:4 102:5 114:9,15,22 118:1 125:19 131:10,13,14 142:2,8,11,14 154:1 165:5 169:20,21 173:11 180:24 184:9,11,17 185:15 194:23 198:23 206:5 229:21 249:14 262:7

**percent** 154:21 178:24 183:13 228:25

**percentage** 183:11

**perfect** 98:5

**perform** 17:6,13

**performance** 18:25 19:2,16

**period** 27:6,16 72:15

**periods** 37:24

**permanent** 126:15

**person** 12:4,6 29:23 53:19 57:24 58:15,25 59:1,2,9 115:6,23,25 150:17 258:2,20

**personal** 146:23

**personally** 87:22 230:23 242:24 243:1 247:4

**personnel** 252:24 256:18 258:24

**Peters** 253:20

**petitions** 52:23

**phone** 57:21 64:2,4 68:8,16,17 95:8, 12 133:22,25 134:13,15 146:13 150:20 151:19,22 152:4,23 153:21 154:17 155:7 171:1 175:21 176:11 177:13 178:7,25 230:18 256:17 259:18,22

**phrase** 94:9,10 116:8 182:20

**physical** 19:11 125:3,19,20,21,23 165:14,21 166:14 200:4,11,13,17,19 201:15,18,22 202:2 225:12

**physically** 94:2,6,9,18 96:18 132:25 133:17 226:9 239:2 262:11

**pick** 18:1 28:9 72:11 75:20 94:18 159:5

**picked** 94:13 105:16 106:2 171:22 174:21

**picnic** 72:1,19,20 77:15,17,19,22 78:3,9,16,17,18,22 79:24 81:4,7 83:18 85:21 86:14 88:1 90:18,20 92:8 93:13,21,24 94:2,7,15,18,21,25 95:5,10 100:8,15 118:24 119:6,10 120:22 121:22 129:22 134:15 141:22,25 155:25 160:13,19,22,25 161:6,10,14,19 162:8 163:12 192:9 202:4,5

**pictures** 193:16

**Pierce** 39:11 172:15 210:17 215:11

**pile** 18:9

**place** 52:13,14,15 57:3 111:25 207:5 221:17

**Plaintiff** 6:1 109:6 110:5 111:2 117:19 119:5,8,9,10,19 120:6 128:25 129:2,3 132:11,13 135:17, 19,22 143:17,19 155:24 156:1,19 160:12,13 161:25 165:14,15 182:3, 21

**Plaintiff's** 122:21 132:9

**plan** 191:5,10,15 193:20 200:5 208:7

**planning** 211:23

**plans** 57:19

**plates** 174:8

**Platonic** 177:6,7

**play** 23:6 57:21 68:13 240:17,18 244:5

**player03@gmail.com** 145:7

**playing** 240:4,12,15 243:21 244:4,5, 8

**plays** 68:14

**plead** 217:16

**pled** 216:16 217:13,17

**plugs** 69:19

**plural** 197:14

**PMH** 204:9

**pocket** 45:24 64:4,6,8 66:8 68:4 95:13

**point** 64:15 65:21 68:6 73:14 74:8 81:11 90:24 95:23 98:12 107:4 121:8 127:12 134:14 141:16 155:1 186:12 227:24 233:1 257:16

**pointed** 67:2,17,20,22 68:1,2 76:19

**poked** 85:11 95:17 99:6,7,10

**police** 50:19 57:20,25 62:21 104:4 114:6,13,20 115:4 116:9,11,12 118:17 136:21 143:17 144:1,2 145:3 147:1 152:5,17 153:6,9 163:17 166:22 172:4,14,15 174:7,24 175:9, 12,13,14 191:16,21 192:8,12 197:10,14,16 198:14,15,16 199:14, 20 201:11 204:19 211:12,20,25 212:10,13,17 213:4,9,16,19 215:2 225:4,14 228:1,2 250:22 257:1,3 259:24 260:10,12

**pop** 231:14

**portion** 197:12

**position** 26:5 28:3,22 30:10 34:18 35:17 36:23 58:13 67:7,15 72:17 79:2 90:18 92:19,23 94:17 99:17 248:9

**possession** 257:21

**post** 229:21

**posted** 229:23

**pounding** 238:11

**pounds** 55:20,23

**power** 164:21

**practice** 6:16

**predicted** 207:12

**pregnant** 214:4

**prepare** 10:2 12:14,20

**prescribed** 59:20

**prescribing** 232:4

**presence** 119:9,19 120:7,21 121:2, 7,22 220:6

**present** 51:8,18 196:25 203:19 204:1 221:4

**presented** 163:23 252:22

**press** 68:13

**pressed** 77:3,8,18 91:14 146:11 162:25

**pretty** 16:15 18:19 24:4 74:22 81:15 91:9 142:17 180:10 192:7 227:4 259:7

**prevented** 92:20

**previous** 123:2,20 126:1 128:9

**priced** 246:13

**prices** 245:6,7,9

**primarily** 241:21

**primary** 72:24 125:6 189:7 234:20, 25

**print** 155:9 201:7

**prior** 31:13 32:15,23 58:22 59:18,22 64:11 73:9 83:6 123:9 135:12 140:9 156:11 180:3,4 193:15 202:6 207:4 246:4 247:5

**priors** 217:14

**prison** 214:25 217:18 218:2 219:17 222:4

**private** 230:20

**privileged** 9:16

**PRN** 212:22

**probation** 215:4,5

**problem** 174:14 175:2,23

**problems** 69:21 132:1 236:7 243:13 244:11

**procedure** 154:23

**proceed** 10:25 178:15 218:13

**proceeding** 15:14

**proceedings** 5:6

**process** 90:3 217:5 218:18,19

**processing** 209:1

**production** 107:15,18,21 109:5 110:5 111:2 146:18

**professional** 87:22 104:21 172:3,4 176:6

**profiled** 212:15

**program** 16:16 17:21 179:6 208:7 210:18,24 219:19 250:19 251:7,16, 21 252:8,25 254:18 256:19 258:2,24 259:8

**programs** 16:12 17:21 19:14

**prohibitions** 155:23

**prompt** 11:21

**prone** 83:17 179:16,22 180:16,20,24

**proof** 133:7,9

**proofread** 150:19,24 151:1

**proper** 222:16

**properly** 262:6,12

**property** 28:21 52:11,20 250:11

**prosecutors** 217:5

**protected** 182:4,8,15,22 183:1

**protection** 51:11,20 52:24 53:20,21 54:16 55:10

**provide** 177:14 253:23

**provided** 146:16,18 256:8 258:4,16

**provider** 70:1 123:13,19 125:6 189:8 191:10,15,20 193:20 206:7 234:20 235:1,4 236:3,9 238:13

**providers** 69:4,6 219:25 234:3 251:20 252:21

**provocation** 156:3 160:14

**provoke** 183:25 184:3



**proximate** 122:19

**PT** 204:17

**PTSD** 211:11 212:19 213:3,4 220:1, 13,17,19

**public** 16:23 87:23

**puke** 238:10

**puking** 239:3

**pull** 78:2 79:9 88:25 89:1 159:22 162:14 163:12 177:17

**pulled** 61:6,11 77:15 78:6,11 80:10 81:5,6,17 82:2,14 83:13 85:21 86:17,18 87:18 88:9,16 92:23 94:15 99:21 118:23 120:21 121:6,21 122:6 132:20 133:23 158:5 161:1,9 167:3 174:7,9 202:4

**pulling** 79:15,22 80:1 87:13 88:6,18 161:3 162:17

**pulsating** 238:8

**purely** 42:25

**purposes** 218:6,24 220:8

**pursuant** 50:15 146:16

**pursue** 139:23 140:2

**pursued** 140:4

**pursuing** 139:2

**push** 87:9 132:25 133:18

**pushed** 133:23 134:7,10,18 201:12, 16,24,25 202:1 225:7 227:14 228:19

**pushes** 204:5

**pushing** 134:2

**put** 7:14 13:23 44:3,4 45:2 61:16 62:3,5,11 63:8,22 64:4,5,6,7,10,19, 20 65:19 66:2,8 68:3 70:13,20 71:14 82:16,23 84:3,8 86:7 87:6 90:8,13 94:19,22,23,24 95:8,9,11,13,15 98:3 111:25 112:3 113:20 116:18 120:10, 16 128:19 132:3,19,21 134:13 141:4 147:8,12,13 148:10 150:20 154:17 155:12 188:20 197:21,23 201:11 223:16 239:22

**puts** 81:25 154:2

**Puyallup** 48:8,15 49:6,22 50:1,14 125:8 172:14 174:10,15,21,24,25 188:23 189:4,15 190:6,17 196:10,19 202:16 203:7,16 219:7 234:22,25

241:1,6,24 242:20 249:24 250:9 253:13

**Q**

**quantity** 59:23

**question** 11:2,5,8,14 21:7 51:16 76:23 79:25 85:15 101:16 112:5 116:8 118:10 120:14 121:15 129:7 139:4 145:13 147:18 203:5 205:8 207:12 209:7 213:17 222:9 256:17 259:4 262:16

**questioning** 6:24 260:24

**questions** 6:21 11:18 46:13 100:5 108:3,4,8,10 109:1 110:3 112:23 141:19 158:24 166:5 177:23 215:22 258:11

**quick** 18:9 70:24 93:6 181:14 205:8 219:10

**quit** 15:18,20 18:6 31:22 36:6,7,9,10 37:16

**quitting** 31:13

**quotation** 225:23

**quotations** 227:23

**quotes** 226:2

**R**

**race** 105:1 113:2,10,11 182:5,9,22 183:1,19 184:7 187:14 188:4

**racially** 212:15

**racing** 225:19

**radios** 87:13

**raised** 23:12

**ran** 64:5 76:20 174:8 207:9

**range** 18:19 214:14 215:13 216:7,23 217:18 219:17 220:9

**RCW** 218:5

**reach** 78:25 79:1 112:4

**reached** 78:1

**reaction** 74:9 175:1 176:7 212:12

**read** 17:19,20 21:14 35:14 108:23 114:11 117:23,25 118:3,8 119:11,21 122:22 129:5 132:14 135:25 143:23

145:14,19 148:19 149:23 150:7 156:4 160:16 161:8 162:1 165:17 179:19 182:6 191:18 193:25 197:12 201:13 204:11,15,20,24 211:13 212:2,24 216:20,25 218:9,16,25 220:11 224:21,25 225:10,21 226:21 228:5 254:5 255:21,25 256:3,10,15

**reading** 155:22 211:15 219:13

**reads** 128:25 149:20 150:4 179:14 182:3 218:11

**ready** 12:23 25:23 26:7,25 28:7 108:3

**reaggravated** 123:9 124:18 126:1

**reaggravation** 165:19

**real** 181:14

**realize** 141:20,24

**realized** 60:20 84:1 211:23

**rear** 69:13

**reason** 11:13 56:18,19 82:16 89:9 115:11,18 116:11,20 117:1 124:25 140:17 183:24 187:13,21 188:1 190:21 199:11 200:22,24 201:1,17 203:15 208:11 224:7 252:6

**reasons** 37:19 140:19 181:2 218:7

**recall** 25:9,13 33:23 41:8,22 46:20 47:12,13,15,16,21 103:22 104:15 127:11 142:10 153:4 195:11 198:9 244:13 245:3 247:22 259:5

**receive** 134:15 189:4

**received** 114:7,14,19,21 115:4 116:10 125:1 143:20,22 187:7 188:22

**receiver** 258:9 259:9

**recently** 9:24

**recess** 47:5 100:22 108:16 143:4 149:1 181:19 223:11 251:3

**recipient** 115:2

**reckless** 48:17,19,23 49:2

**recognized** 171:10

**recollection** 46:15 164:24

**recommend** 112:3

**record** 5:12,24 7:3,15 8:19 13:23 47:3,8 84:8 100:20,25 107:25 108:13,14,19,22 111:1 135:10



143:2,7 145:14 148:20,23,24 149:4,
6 153:18 177:25 181:17,22 214:20
223:9,14 247:6 251:1 259:6 262:25

**recorded** 5:14 230:21

**recording** 134:8,9 135:12

**records** 21:14 55:21 127:3 131:23
208:4 240:14 246:6,21,25

**recovered** 204:14

**red** 73:3,8,23,24 75:9 76:4,7 82:3,7,
16 87:7 91:9,15 99:4,5,8,14,15,16,
20 100:16 105:20,23 106:6 119:3
135:1 156:10 157:1,11,21 158:10,13
160:3 163:6 165:2,7 167:3

**redhead** 105:14

**redheaded** 72:7 92:2 99:2

**reduced** 48:19,23 49:2 213:25
219:16,18 220:19 221:12,21 222:1,3

**refer** 7:11 150:16

**referral** 124:20 211:18

**referred** 124:15

**referring** 105:15

**refers** 112:5 140:21 222:3

**reflect** 55:21 127:3 202:15

**Reform** 218:7,24 220:8,10

**refracture** 127:1 128:2

**refused** 44:1,23 45:17

**refusing** 44:4,24 140:9

**regard** 259:4

**register** 152:22

**regular** 38:14 207:16

**regularly** 39:5,7

**reimburse** 37:11

**reinforce** 12:16

**related** 22:22 44:25 50:13 144:2
231:19 237:18 241:12 251:7

**relates** 9:16 216:7 259:2

**relationship** 24:13

**relative** 206:2

**relaxed** 90:14

**relaxers** 231:7

**relay** 191:1

**release** 49:15

**released** 57:15 83:24

**relevant** 178:12 182:3,21

**relief** 212:18

**remain** 174:17 206:20

**remained** 206:21

**remember** 12:4 14:2,7 22:9 25:17
32:4 36:20 42:3 53:13 58:10 67:9
76:13,15 89:22 93:3 97:23 104:16
105:5 113:10 116:6 155:4 175:17
178:17,22 200:19,21 210:6,7 219:22
224:12 226:12,16,18,19,22 228:13
235:6,13 236:13 237:16 248:2 253:2
257:7 259:12,13,15 260:1,6,7,9,15,
19 261:12,19

**remembered** 5:1 171:7

**remind** 247:14

**reminder** 12:2

**remodel** 174:5

**rent** 179:7

**rental** 52:12

**repair** 26:19,20

**repeat** 165:6

**repeatedly** 104:10 105:20 106:14
164:19 165:2 227:23

**repeating** 165:6

**repercussions** 198:13

**rephrase** 11:3 24:6 61:1

**replay** 146:23

**report** 143:19 144:2 192:25 208:15
211:6 253:24 254:2,12,16 256:8
258:3,4,8,12,14,16 260:10,12

**reported** 115:23 187:7 253:22,23
254:4

**reportedly** 117:21 146:6

**reporter** 5:4,22 6:10 10:14 11:24
12:5,8 112:1

**reporting** 114:7 115:5 116:2,4,13,
22 117:3,11

**reports** 197:8 201:10

**represent** 60:1 80:9 84:25 107:13
112:14,16 189:14 190:4 193:22
196:10,18 200:3,10 208:3,10
215:10,20 223:23 250:17 255:17

**represented** 261:20

**representing** 260:9 261:15,18,21

**request** 107:15,18,20 110:5 111:2
146:17 152:23

**requests** 109:5

**required** 122:21 180:14 210:24

**requirements** 45:6

**requires** 254:1

**Rescue** 207:18

**resend** 153:14

**reservation** 183:6

**residence** 172:9 175:19 178:18

**resident** 234:23

**residential** 38:22

**residents** 37:2

**resist** 71:14

**resistance** 156:2 159:19

**resisted** 197:20

**resisting** 198:4,8

**resolve** 52:19 231:3 232:2 236:2

**resolved** 49:6 52:17,22 139:23
144:11 230:25 231:2

**Resources** 179:5 206:22

**respect** 163:11

**respectful** 174:16

**respirator** 239:23

**respond** 175:9 177:21

**responded** 172:9 173:14 175:14

**responders** 130:11

**response** 11:22 101:18 153:12
255:18 258:19

**responses** 11:18 107:14,16,17,19
108:22 109:6,20 110:6,16,23 111:3,
13,18,20

**responsibilities** 35:20

restatement 168:14

restoration 210:24 218:15,19

restore 210:18 221:7

restraining 51:10,21 52:23 53:8,9,
14,20,21 54:11,16

restroom 142:23 181:14

result 122:19 126:15 132:10 165:13,
16 166:21 220:19 244:24 247:10

retraining 55:9

retrieve 98:9

return 247:12

returned 99:13

returns 247:8

reveal 146:2

review 12:22 107:12 149:7 154:23

reviewed 12:18 109:20 110:22
111:18 192:25

reviewing 108:22 262:25

ribs 243:21 244:1,2

Rich 24:21

Richard 24:20 25:2,5

ride 57:16 170:20 171:20

right-hand 253:7 254:25 255:4

ring 69:20 85:1 244:9

Roberts 250:21

role 23:7

rolling 243:22

Roman 218:4 220:5

room 124:23 251:17,19 252:21

roommate 175:10

rooms 179:7

rough 250:7

roughly 195:12 198:2 231:8

round 37:14

routine 130:7,9

RPR 5:4

rub 125:18

rude 11:23 99:16,19

rule 262:22

rules 10:23 178:3

run 159:22

run-in 163:16

running 167:3

Ruston 227:25

**S**

S-T-E-P-H-E-N-S 224:10

safely 171:18

safety 199:6

salaried 30:12

salary 30:13,15,19

sales 29:13,24 30:17 32:15,19 33:19
57:10 58:6,8,14 205:14 248:9

salesman 28:23,24,25 30:11

San 42:13,14,16

sat 61:12 80:6 94:13,20 95:1 102:24
159:23

scan 169:4

scanned 208:5

scanning 169:22

scared 227:23

scene 129:7,10,14 130:13 137:7
181:7 256:7 257:1

schedule 131:10

scheduled 8:6 57:9

school 15:14,15,16,17 16:2,3,10,11,
15 17:7,13,18 18:13 19:14 24:2,3
194:12,14 233:11 240:20 244:11

schools 16:23

science 17:17 18:2

search 151:21 152:1 180:11

seated 94:2,6,9 97:25 98:2,5

Seattle 20:24 21:3 249:20

seconds 60:16 64:11 163:8

section 46:12 145:15 205:10,11
227:21 228:5

sedan 61:11

seek 130:15 203:16 219:5 233:6

Seeking 35:8

self-care 125:14,17 232:2 235:8,9,
11

sell 31:2 102:25 245:6,8,15,20
246:14 252:1

selling 31:11,19

semester 15:25

send 144:7,12 146:10,11 152:20
153:25 155:6 258:18 261:17

sending 146:25 211:24

sensation 238:12

sense 11:2,25 12:6 19:13 216:9

sentence 149:15,20,23,25 150:4,7
182:20 204:8,11,17,24 212:25 213:1
214:14,15,17 215:13,25 216:6,20
218:8,9,11,22 220:9 221:12,16,17,
22 222:1,3

sentenced 214:10 215:3

sentences 35:19 150:9,14 151:5
154:16

sentencing 217:18 218:6,24 220:8,
10

separate 136:22

separated 31:24

separation 31:23

September 13:11,13 26:2,3 30:9
35:4 52:21 109:10,15 247:13
255:10,13 256:19 257:10,22 258:2
259:22 261:6

sergeant 87:11,13 116:24 118:13
129:11 135:17,20,22 136:4,6,8,12,
20 137:1,7 138:20,22 139:5,10
140:5,24 141:5 150:5 256:7 257:1,
15 258:3,13,14 260:10

sergeant's 257:3

service 25:25 39:3 44:10

services 5:23 210:25 211:2,3

set 74:15,18 220:9

Seth 85:1 140:22 229:3 230:18

sets 70:25 174:25

severe 211:11 212:19 213:3



**shakes** 109:24

**shaking** 11:19

**share** 147:24

**Sheppard** 5:3,22

**shift** 58:6 131:16

**shifts** 131:13

**shin** 92:18

**shined** 175:6

**shirt** 79:19

**shirts** 56:15

**shoot** 180:14

**shooting** 180:2,5 181:8

**short** 7:7 16:9 29:15 78:9,11 99:3 167:1 169:5 225:14 239:2

**shorter** 78:16 98:2,3 105:4

**shortness** 197:1

**shorts** 185:9 187:1 188:12

**shoulder** 71:24 74:1 77:2,3 78:20 83:9,11 91:8 119:25 120:11 163:15

**shoulders** 71:25

**show** 8:15,20 103:7 104:3 112:13 189:13 196:8 200:2 202:13 207:25 208:2 223:22 241:15 246:1,20

**showed** 10:5 12:21 56:25 57:3 79:14 96:3 102:22 103:18 104:4 118:13,14 125:19 171:4 193:3,8,15 215:4

**shower** 207:16

**showers** 207:18,19

**showing** 144:18 215:9 250:16

**shows** 162:15 229:22

**shut** 32:19,22 237:20 239:20,21,24 246:23 252:10

**shutdown** 32:24

**siblings** 24:5,7

**sic** 88:24 134:15

**sick** 212:12

**side** 81:4 82:3,4 99:3 104:17 133:8, 12 142:3,14 188:21 201:6 206:24 223:17

**sided** 233:23

**sides** 64:24 233:25 234:1

**sideways** 79:10 132:22

**sign** 109:17 176:13 214:7 215:4 222:14,18 248:1

**signature** 109:13 110:12,20 111:16

**signed** 109:9 110:12,16,18 111:5,13 190:12 200:13 222:9,13,18 244:6 248:5

**significant** 19:23,25

**signifies** 226:1

**silently** 119:8,14

**silly** 196:1,2

**similar** 28:7 115:14

**single** 107:6 252:9

**singled** 187:14

**sirens** 166:22 167:7 225:15

**sister** 24:11

**sit** 61:6 95:6 117:1 159:24 226:18 228:18 232:1 238:9

**sitting** 61:5,22 62:8 63:12 78:9,15, 19 81:16 91:16 92:4,5,8 94:17 95:5, 7 165:8 174:6 225:2 226:9

**situation** 75:22 104:17,22 206:8

**situations** 181:5

**Six-one** 55:13

**six-two** 243:24

**sixplayer03@gmail.com** 146:14 147:5

**skin** 184:1,3

**skinnier** 56:11

**Skip** 149:25

**skull** 126:11

**slam** 160:22 166:25

**slammed** 119:10 129:22 155:24 160:12,19,25 161:9,13,18 162:8 192:8 197:20 198:21 199:10 204:22 205:2

**slamming** 141:5 160:24 161:4,5 167:10 198:19 233:19

**slash** 224:18

**sleep** 225:16 226:25 227:2

**sleeping** 207:10 231:16

**slips** 88:23

**slow** 16:19,21 17:14 57:10

**Smart** 27:1,2,4,8,17,19,23 28:3,5,9 29:6,9

**Smith** 59:25 85:1 102:8 103:2 140:22 141:7,20 142:9 229:3,16 230:9,18,20,22

**smoke** 250:1,4

**smoked** 249:24 250:2

**social** 205:9,16 229:24

**socialize** 169:25

**sold** 31:7 57:1 248:1,7

**solution** 52:21

**someone's** 38:21,22 243:22

**son** 139:10

**sort** 12:17 132:3 231:14

**sorted** 36:1

**sought** 53:9,20 130:17 233:5 235:3 242:21

**sound** 8:19 87:22 175:8

**sounds** 11:20 30:19 99:15,19 173:23 174:13

**South** 8:19 14:18,20 175:8 256:3

**space** 31:19

**span** 159:6

**speak** 135:7 150:5

**speaker** 68:16,17

**speaking** 119:5 121:11,17,19 128:25

**special** 16:11,16 17:20,22

**specific** 112:23 213:18

**specifically** 146:3 236:10 261:19

**speeding** 10:13 167:3

**spell** 7:2,19 34:14 54:23 58:11 59:7 123:23 176:23

**spelled** 6:19 124:11 180:12 224:9

**spelling** 20:21 123:25

**spend** 103:21 198:11

**spending** 207:15

**spine** 166:13

**spoke** 58:22 59:3,10 135:17

**spoken** 24:14 170:3 230:14

**spontaneously** 243:19

**sports** 193:23

**spot** 83:25 84:16 94:19 100:2

**spotlight** 175:6

**spots** 237:22

**spread** 61:20

**spying** 211:22

**squad** 174:23

**stack** 112:3

**Stadium** 14:23

**staffing** 28:5

**stage** 195:15

**stamped** 254:24

**stand** 61:19 63:24 71:16 90:24 91:2,
10 95:9,11 160:1,3

**standard** 154:23 214:14 215:13
216:7,23 217:18 219:17 220:9

**standby** 175:24

**standing** 43:14 70:5,9 72:18 74:5
77:23 78:22,23 79:10 81:3,6,13,15,
18,22,23 83:25 84:1,16 85:6 87:18
91:13,16,17 92:5,19,21 93:7 94:17
122:4 133:3 160:4,7,8 163:15
198:23 212:10

**stare** 135:5

**stared** 132:12,16,17,22 149:22

**staring** 62:10 134:17 135:7

**start** 15:15 19:9 64:22 133:22 134:9
148:20 158:10 163:22 166:22
225:13,20

**started** 7:1 11:16 18:1 71:18 73:10
87:17 131:6,16,21 132:6 134:7
135:10 157:25 158:13 163:14,18
206:21 210:21 232:9,11

**starting** 15:13 60:19 207:4

**starts** 149:15,16 150:1 155:15 204:5

**state** 7:1 15:17 20:12,14 21:24,25
32:24 40:11 42:7,9 46:16 47:17,18,
22 48:3 49:9 50:4,21 167:6 250:20
262:5

**stated** 146:21

**statement** 49:18 94:4 139:19
150:10 246:13 258:23

**statements** 230:20,22 262:7

**states** 5:16 40:22 114:5 117:18
139:1 143:16 211:7

**static** 69:17

**stating** 145:2

**status** 20:9 205:9,16

**stay** 15:24 29:15 204:13

**stayed** 171:21 228:2

**stays** 242:13

**steering** 233:19

**step** 91:3 160:2

**Stephens** 224:8,9 226:1,13,16
227:5,18 228:9,15,19

**Steve** 59:5 248:4

**stipulate** 218:5

**Stipulated** 215:12,24 216:5 219:13

**stipulation** 217:20 222:10,13

**stolen** 173:12

**stood** 64:1 65:20 82:5,15 84:16 91:6
105:5 132:11 140:23 149:21

**stop** 133:8 169:4 181:10

**stoplight** 174:7

**stopped** 54:14 78:21 93:12 167:15
207:9 242:1

**store** 169:4 174:5

**story** 180:4 192:8

**straight** 42:7 131:25

**street** 5:2,20 13:3,17 14:19,22 43:14
63:2,3,4,5,10 65:23 133:1,18,24
134:3,7,10 170:16 189:1 256:3

**strength** 162:14

**strike** 17:11 59:1 93:1 237:9

**struck** 237:5,10

**stubs** 247:5,7

**Student** 18:7

**studies** 18:25

**studying** 18:24

**stuff** 10:13 26:20 38:23 69:20
102:24 115:1 135:9,11,12,13 146:24
171:15 221:5 224:6 226:10 229:21,
23 240:11 243:6 252:2

**stupid** 225:17 227:3 241:13,16

**subject** 53:19 145:16

**subject/date** 145:15

**subsequent** 166:4 178:9

**substantial** 218:7

**suddenly** 225:6

**suffered** 166:17 204:22 244:13,14
255:23 256:20

**suffering** 165:14 166:18,20 168:13

**sufficient** 108:23

**Suite** 5:20

**suits** 51:19

**summer** 19:13 38:6,7,18 201:10

**Summertime** 54:4

**sun** 103:24

**sunset** 225:3

**Super** 174:22

**superior** 209:1 210:17 215:11

**supervision** 214:24

**supervisor** 31:25

**supplemental** 107:17 110:6 124:2,
5

**supplies** 35:1

**Supply** 34:13,16

**support** 89:10 177:21 205:10,16

**supported** 178:3

**supporting** 209:17

**supposed** 45:4 254:16,20,21

**surgeries** 236:15,24 237:7,18,23

**surgery** 236:1,21,22 237:2

**surname** 8:2 21:13,21

**surprised** 106:20,23 107:1

**surrounded** 91:22 225:6

**surroundings** 169:2,8,18

**suspect** 84:2 118:16,20 119:2 188:4

**suspects** 116:23,24

**suspended** 167:19,21

**sustain** 122:24 165:21

**sustained** 165:14 166:3,12,15 236:11 237:5

**SUV** 61:11

**swallow** 239:12,16,17

**swear** 164:5

**swearing** 163:14,25

**sweating** 73:23 131:3 163:6

**sweaty** 225:20

**swell** 239:12,19

**swelled** 239:20,21,24

**swelling** 123:2,4 125:9 128:7 165:19 166:10 230:24 231:2 239:15

**sworn** 5:25 6:9

**Sybil** 20:18 22:16

**symptoms** 132:5 212:19 214:21 224:18 231:13,19 235:4 238:24

**syndrome** 22:25 23:5 74:15,19 164:11,22

**system** 21:15,24 22:2 152:22 153:17 192:23 212:18

---

**T**

**T-A-B-E-R** 175:16

**T-S-A-I** 203:11

**T-SHIRT** 81:24

**Taber** 175:16

**table** 71:16,17 72:1,19,20 77:15,17, 19,22 78:4,10,16,17,22 79:24 81:4, 8,14 83:18 85:21 86:14 88:1 90:19, 20,24 92:8 93:13,18,19,21,24 94:2, 7,15,18,21,25 95:2,4,5,10,15 99:22,

25 100:8,15 106:16 118:24 119:6,10 120:22 121:22 129:22 134:14,15 141:23,25 155:25 160:13,19,22,25 161:6,10,14,19 162:8 163:12 165:8 192:9 202:4,5 204:22 205:2

**tables** 78:18

**Tacoma** 5:2,16,18,20 6:3,6,20 8:9 13:4,18 14:3,18,20,22 25:25 27:13 30:2,3,7 31:10,16,18,25 32:15,22 33:19 34:4 35:5 36:2,17 37:11,12 39:10 48:6,12 49:11,16 50:2,13,14 53:25 57:20 59:5 62:21 114:6,10,13, 20 115:4 116:9,11,12 123:15,18 124:23 130:24,25 131:1,15 136:21 143:17 144:1 145:3 147:1 152:5,17 153:2,6,9 155:6 172:8 175:9,13 179:14,21 187:4 189:3 199:16 205:15 207:4,6,9 209:1 211:11,16 213:16,19 246:5,17 247:17 248:7,22 250:22 253:13 255:19 256:3,6,12,25 258:21 259:10,24 261:10,24

**Tacoma's** 107:14,20 109:4 110:4 111:1

**tag** 136:16 137:1,2

**taking** 90:3 137:25 167:24 178:7 198:20 207:18,19 232:6,11

**Talent** 27:1,2,4,8,17,19,23 28:3,5,9 29:6,9

**talk** 10:22 12:25 21:5 48:14 58:24 60:2 72:10,12 73:8,15,16,20,25 74:4 75:23 76:7,14 84:5 91:18 94:1 95:22 101:17 102:23 120:16 131:15 137:7 153:23 154:15,24 155:2,4 166:4 177:16 188:20 191:1 223:3 226:25 227:1 255:17

**talked** 37:21 46:17 49:10 50:21 55:10 58:16 89:9 102:24 128:13 137:10 140:23 166:3,9 175:4 190:19 198:5 224:5 249:24

**talking** 9:20 12:5,6,10,12 21:6 34:9 47:11 54:14 61:19 63:25 71:18,19 72:3,9 73:20 74:22 75:5,14,19 76:3, 16,17 91:21 98:7 108:1 119:24 120:12 128:6 152:25 154:1 157:18, 25 158:9,23 159:1,4 198:23 228:9, 14 248:3 260:18

**talks** 69:25

**tall** 55:12 97:24 98:4,8,11

**taller** 98:1

**tank** 185:9 186:23 188:10

**targeted** 187:20

**tattoo** 229:21

**tattoos** 229:22

**tax** 246:6 247:7

**Taylor** 6:5,6,23

**teacher** 19:11,17

**teachers** 16:23

**teammate** 243:22

**telephone** 143:20

**telling** 12:12 73:10 76:5 136:8 152:4 173:23 260:7 261:12

**temp** 25:25

**temporarily** 204:13

**temporary** 26:7,24

**ten** 40:7,20 46:22 55:24 59:17 61:12 62:20,22 73:13 82:6,22,24 83:1,2 118:17 122:16 131:7,10,21 132:20 133:4 142:20 143:1 181:15 237:16 244:6

**term** 219:17 222:16

**terminated** 247:24

**terms** 23:14 31:18 221:3

**tested** 197:8

**testified** 6:11 10:10,12 115:11 119:23 120:9 157:18 176:13 235:7 237:23

**testify** 176:9 227:18

**testimony** 63:6 67:21 70:5 75:6 80:5,8 85:10 119:13 143:25 160:1 161:18 192:10 232:20

**text** 150:21 153:23,24 154:15,24 155:2,4

**texts** 150:25 151:1

**therapist** 200:13,19 201:15,18,23 202:2

**therapy** 125:3,19,20,21,23 200:4, 11,17 225:12

**thereto** 109:6 110:6 111:3

**thighs** 92:14,15

**thing** 62:2 77:5 88:18 110:25 133:2



141:3 164:12,14 167:4 207:7 209:2
224:22 234:22 252:3,23

**things**  6:16 16:25 191:2 227:24
243:5

**thinking**  249:2,3 262:12

**Thirty**  141:15

**thought**  87:21 161:1 173:11 195:19,
25 196:2 217:17 228:4 230:16 243:1
244:10 254:20

**thoughts**  19:3,4

**thousand**  246:19

**threatened**  115:6 116:13 117:3
187:8 199:5

**threatening**  114:9,22 117:11,21

**threw**  225:18

**throat**  239:22

**thrown**  191:16,20 192:3,11,14

**Thursday**  145:8,18

**tickets**  10:13

**tight**  86:11

**time**  5:13 10:2 12:6 13:22 14:1 18:22
19:25 25:9 26:11 27:16 29:25 37:17
38:5,18 46:18,22 47:4,9 52:7 55:4
57:8 59:14 60:14,20 64:1 65:2,14,19
69:9,25 71:19 72:6,13,15 73:24 76:7
77:9,16 81:24 82:20 84:1,18 90:11
91:21,22 95:25 97:10 100:21 101:1,
25 104:1 108:15,20,23 110:10
113:17 115:1 118:11,19 122:6
124:22 125:23 127:12 130:17
131:24 133:23 134:1,11 135:19
140:4 143:3,8 144:14 145:22 148:25
149:5 152:16 156:13 157:16,19
159:2,5,8 164:17 166:24 170:17
175:11 178:16 180:10 181:18,23
183:8 186:13,22,25 187:3,6 189:8
197:18,19 210:14 222:4 223:10,15
226:8 228:1 229:2,9,25 234:24
235:3 238:13 239:24 249:5 250:4
253:12 262:14,19

**timeline**  229:22

**times**  47:22,24 50:3 76:5 152:12
164:21 182:3,20 197:16 213:11,13,
14 228:3

**tingling**  233:21 234:4

**tingly**  131:3

**tiny**  201:7

**title**  216:14

**titled**  9:3 109:4 110:4 216:14

**today**  6:21 8:7 9:7,12,14 10:2,15
12:14,23 15:7,9 56:10 63:6 75:6
85:10 109:20,23 119:13 143:25
160:1 192:10 197:8 202:6 228:18
241:18

**Today's**  5:13

**told**  49:1 82:23 87:10 101:6,24
102:1 103:16 115:22 116:24 119:1
123:13,19 124:17 139:10 171:10
191:20,25 192:2,3 201:15,18,22
205:1 206:7 212:16 213:3 219:23,25
222:14,19 228:19 236:3,6 248:5
256:25 257:14 258:1,20 259:23
260:5,6 261:9,17,23

**tomorrow**  95:24 97:9 101:19

**top**  71:17 72:20 81:8 93:18,21 94:2,6
95:6 100:15 136:2 185:9 186:23
188:10 197:4 205:12 216:22 217:25
255:7

**tore**  244:10

**total**  194:11 208:12 224:1 262:23

**totaled**  168:9 171:16

**touch**  76:21 77:1,11 80:1,12 83:4,20
85:16,19 90:15 135:8

**touched**  77:10,16 84:13,18 85:23
90:16 99:22 100:8 183:16 243:4,8

**touches**  83:7 86:1

**touching**  83:11 91:11,19 92:1,2,12,
14,16,17,18 122:12

**TPD**  114:6 115:13 117:18 119:6
122:20 129:1 135:17 136:3,12 144:1
145:23 146:7,10 150:4 151:10,12
156:2,6,20

**TPD-IA**  254:19

**tpd-ia@ci.tacoma.wa.us**  145:11

**traffic**  241:13

**training**  28:17,19

**Transition**  208:7

**transport**  174:18

**transported**  174:20,22

**transporting**  174:14

**trauma**  262:5

**traveling**  114:8

**treat**  69:4 125:4 222:22 223:4,5
249:22

**treated**  234:15,16

**treating**  125:12 231:24

**treatment**  125:1 165:16 219:2,25
220:18 235:3,17 236:4 240:22
241:1,3,6,7,25 242:3,4,5,19 246:23

**tribal**  125:8 182:15 188:23 189:5,15
190:6,17 196:10,19 202:16 203:7,16
219:7 234:22,25 241:1,7,25 242:20
250:2,10

**tribe**  113:7 183:3,5,8,10,12 250:8

**tricky**  36:12

**trim**  34:17

**trip**  37:14 164:21

**Troy**  32:2,3

**truck**  34:23,24 38:20 241:18 245:8

**trucks**  38:10

**true**  22:10 91:4,5 120:1 159:13
173:6,9,22 184:23 226:23,24 228:7
232:15 234:2

**trust**  138:19,20

**truth**  10:20

**Tsai**  203:9,10

**tube**  239:22

**Tuesday**  256:13 258:21 259:10,25
261:10,24

**turn**  54:13 79:8 91:12 132:25 163:8
203:19 205:7 239:14

**turned**  40:14 64:1 65:10,16,17,20,
22,23 67:13 79:9,21 132:21 145:24
163:10 174:9

**turning**  79:21 174:8 216:22

**twelfth**  17:23

**Twelve**  214:23

**twisted**  79:14 80:20

**two-minute**  219:10

**type**  25:24 29:23 51:2,4 74:2 77:5

88:18 131:2 207:7,13 252:2

**typical** 239:5

**typically** 38:9

**typing** 132:2

---

**U**

**U-HAUL** 38:10,20

**UFC** 77:7 194:18

**uh-huh** 9:13 11:20 17:5 157:12 160:21 188:13,19 191:6

**ultimately** 53:14

**unable** 247:9

**unaffected** 167:22

**unaffiliated** 135:18 140:21

**unaware** 172:24

**uncuffed** 129:4 150:1,4

**undergo** 218:15

**underneath** 205:22

**understand** 8:10 10:14,19 11:3,20 21:12 44:24 48:10 71:3,5 182:11 209:11

**understanding** 10:23 16:20 43:3 45:11 60:11 70:25 141:1,7 163:13 180:13 185:7 218:20 251:23

**understood** 11:9 17:18 82:20 128:6

**underwent** 218:12

**unemployment** 37:24 252:10

**unfold** 141:3

**unidentified** 136:11

**uniform** 136:17 137:1

**uniformed** 135:16 136:3,11

**unit** 13:6

**United** 5:16

**University** 15:18

**unlawful** 122:20

**unlike** 11:18

**unload** 38:10

**unnamed** 256:6,25 257:15 258:14

**unprofessional** 104:7,11,12

**unprovoked** 122:20 135:21

**unquote** 205:23

**updated** 217:11

**upper** 81:2 132:22 234:4 253:9

**urgent** 90:10

**utmost** 172:3

---

**V**

**vaguely** 116:6 154:11,12,13,14

**valid** 167:23

**vehicle** 52:11 62:15 63:12 64:23 65:1,5,6,11 166:23 167:25 168:1,3 171:15 172:21 233:15

**vehicles** 31:19 60:25 61:22 62:18, 21,22 63:4,11 246:13

**vehicular** 48:11 167:19 171:7 209:12,13 211:4 213:24 214:9 216:8 217:2,16 220:16 232:16 241:8 242:15

**verbal** 11:17,22 157:3 159:12 170:19

**version** 120:1

**versions** 7:7

**versus** 5:15 7:23

**vertebrae** 193:17

**vertebras** 123:11

**vest** 96:18,19 132:22 133:7,8,9

**victim** 116:3,13 254:2 255:19 257:14 258:7

**victims** 250:19 251:7,12,21 252:3,7, 23,25 254:18 256:19 258:1,24 259:8 261:8,23

**video** 5:14 9:4 49:22 133:25 134:23, 25 135:3,11,13,23 136:8 139:1,22 257:6,9,20,21,24

**videos** 28:19 136:22 137:3,4

**viewed** 179:18

**violated** 155:22

**violative** 179:18

**violence** 180:24

**violent** 172:2

**violently** 119:10 155:24

**vision** 121:25 122:13

**visit** 94:8 124:25 203:8

**Volume** 5:14

**volunteer** 39:5

**volunteered** 39:7

**vomit** 238:10

**vomiting** 231:7 239:3

---

**W**

**W-A-D-E** 60:12

**W-I-N-N-I-E** 203:10

**W2** 34:4

**W2s** 247:5,7

**Wade** 59:25 60:12 102:8 103:2 140:22 141:7,20 142:5,9 229:9 230:11,22

**wage** 245:10 248:20

**wages** 244:24 245:23,24

**wait** 12:4

**waiting** 174:24 175:19

**wake** 225:15 231:16

**walk** 112:23 169:3 212:7

**walked** 77:19 78:3,10,20 84:2 97:2 104:20 121:5 126:9 132:20 141:22, 25 212:11

**walking** 43:13 60:10,25 66:23 67:13,19

**walks** 227:24

**wall** 197:21 198:20,22 199:10

**wanted** 11:22 19:15 53:19 91:12 95:14 101:4 113:1 144:10 160:7 163:11

**wanting** 184:3

**warrant** 45:2,11,24 49:12,14,23 50:3,9,11 172:17,24,25 173:16,18 174:10 209:10 215:1

**warrants** 50:13,15,16,18 172:13 221:18 222:5

**Washington**  5:3,17,20 20:11,14
40:12,23 41:24 42:7,10 47:17,18,22
48:4 49:10 50:4 241:4,12 249:8
250:20 256:3

**watch**  28:19 137:5

**watched**  137:4 141:3

**watching**  58:20 250:4

**water**  142:25 181:16 239:16,18

**waved**  116:5,7,19,21

**weapon**  114:9,22 117:21

**weapons**  114:15 115:7 116:15
117:13,15

**wearing**  81:24 186:20,21,23,25
188:8,10,12

**web**  153:3

**website**  152:9

**week**  12:22 33:24,25 58:22 60:9
139:20,25 140:1,2 207:7 215:1,4
225:13 237:2 238:3 239:7,8,9,13
247:21

**weeks**  9:25 125:11 191:17 192:12
197:10,15 230:25 231:8 233:20
239:13 255:24

**weight**  55:14,19

**weights**  104:19

**weird**  225:4

**weirdos**  146:22

**west**  15:16 16:3 62:8,9 77:25

**Western**  5:17 173:9

**whatsoever**  23:7

**wheel**  233:20

**whiplash**  202:5 204:23 205:3 225:8

**white**  65:3 82:14 91:25 96:15 97:21
98:10 104:24,25 114:8,21 115:6
116:14,23 117:4,10,20 118:1,12,14
119:6 167:1 169:6 184:9,10,11,14,
16,19,23 185:3,5 187:8 225:15
226:19

**wife**  53:10

**Winnie**  203:9

**wired**  237:20

**wishes**  107:24

**wit**  5:7

**witnessed**  135:19

**witnesses**  129:1 132:12 135:22
149:21 177:20

**woman**  53:5 58:22 177:1

**wondering**  94:9

**Wood**  85:1

**word**  154:16,17 195:15 260:19

**words**  62:5 64:10,22 66:9 95:22
96:22 139:24 140:15 150:21,22
154:2,18 226:5,7,23 228:16

**work**  11:12,21 19:17 26:12,24 27:4,
6,8,14,19 28:7,9 29:5,25 30:7 34:4,
7,12 35:3,11,15 36:11,13,18,21,25
38:3,5 44:10 57:8,14 58:4,5 59:6
69:18 95:13 102:14 104:2 130:20,
21,23,25 131:6,13 132:6 167:24
198:12 211:19,25 214:6 225:2
233:22 238:5,6,7,22 239:4 241:15
245:21,25 247:9,12,14,16 251:25
252:4 255:24

**worked**  19:12 27:23 28:1 29:12
31:25 38:18 213:22 248:7 254:22

**worker**  87:23

**working**  6:23 27:17,22 29:6 33:13,
16,24 207:9 241:16 248:11,13 249:2

**workouts**  125:19

**works**  229:7,14

**worried**  225:14

**worries**  80:25

**worse**  167:5

**Wright**  14:3 56:23 57:22 59:19
60:17 103:1 114:10 115:7 116:7
117:22 118:20 187:4 188:16 204:18
213:15 220:14 225:2 236:11 244:25
245:23 247:10 256:2

**write**  147:9,11 150:23 154:15 256:7
258:3,8,14 260:10

**writing**  147:12 153:23 226:1,5,10

**written**  108:6 146:3 150:9 178:6
227:8 230:21

**wrong**  14:17 17:20 48:12 49:18
86:7,14,19,25 88:2 89:3,7,11,15,21
90:4 177:20 239:15

**wrote**  147:7,14,20 150:14

**Y**

**yank**  89:2

**yanked**  77:20,21 106:15

**yards**  141:15

**year**  15:19 20:7 23:22 27:25 29:13
42:3,5 44:17 49:4,5,6 51:25 52:1,2,
3,5 53:12 55:5,6 69:13 126:3
127:15,22 169:7 180:2 207:3 231:16
235:13,15,16 238:15 240:14 244:4,
16 246:6

**yearly**  69:14

**years**  13:21 15:18 20:1 21:16 24:16
26:22 34:7,12 36:11 38:16 39:8
42:16,19 48:3 50:8 69:3 82:25
195:11,12 228:15,16 229:4,11
231:11 233:1 235:25 236:14 237:16,
17 247:5,22 259:12 260:19

**yelled**  120:18 172:2

**yelling**  74:4 119:24 120:12 135:9,
11,12,13 163:6,14,25

**Yellowstone**  41:7

**young**  19:3 22:9 24:4 25:17

**younger**  98:24,25 232:25

**youngest**  25:7

**Ys**  14:21

**Z**

**Z-I-M-M-E-R-I**  7:4

**Zim**  5:14 7:8,9 195:19,20,22,24
211:8

**Zimmeri**  5:4 6:9 7:4,18 9:5 145:17
156:1,19 160:12 182:4,21 204:6,8

**Zoom**  210:8

B&A LITIGATION SERVICES

schedule@balitigation.com