1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

| | |
|---|---|
| ZIMMERI CONTRERAZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA; SOUTH SOUND<br>911; CHRISTOPHER BAIN,<br><br>Defendants. | CASE NO. 3:22-cv-05106<br><br>ORDER |

13

14

15

16

17

18

19

20

21

22

23

Plaintiff Zimmeri Contreraz filed a Notice of Settlement on April 17, 2024, stating the parties had "reached a settlement" and that they intend to file a stipulated dismissal within 30 days. Dkt. No. 167. The Court strikes the trial date and all related deadlines. The Court DENIES as moot Contreraz's pending motion in limine, Dkt. No. 163. As for Contreraz's pending motions for attorneys' fees and costs on his PRA claim, Dkt. Nos. 142 and 150, the parties must advise the Court immediately if these pending motions are *not* part of any compromise agreement and the parties are thus still seeking a Court ruling. Otherwise, the parties must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41—without requesting action

**ORDER** - 1

by this Court—or provide the Court with a joint status report regarding their

progress in perfecting settlement within 30 days of entry of this order.

Dated this 19th day of April, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2