UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZIMMERI CONTRERAZ, individually,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF TACOMA; a municipal corporation; SOUTH SOUND 911; an Interlocal agreement agency; and CHRISTOPHER BAIN, in his individual capacity,<br><br>　　　　　Defendants. | No. 3:22-cv-05106-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**(CLERK'S ACTION REQUIRED)** |

## **STIPULATION**

IT IS HEREBY STIPULATED between Plaintiff ZIMMERI CONTRERAZ and Defendants CITY OF TACOMA and CHRISTOPHER BAIN, by and through the undersigned attorneys of record, that all of Plaintiff's claims against Defendants CITY OF TACOMA and CHRISTOPHER BAIN shall be dismissed with prejudice and without assessment by the Court of costs, penalties or attorneys' fees to either party.

STIPULATION AND ORDER FOR DISMISSAL  - Page 1 of 4

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
253-591-5885 / Fax 253-591-5755

Dated this 1st day of May, 2024.

CHRISTOPHER BACHA, City Attorney

By:   /s/ *Jennifer J. Taylor*
      JENNIFER J. TAYLOR, WSBA #26607
      KIMBERLY J. COX, WSBA #19955
      Deputy City Attorneys
      Attorneys for Defendants City of Tacoma and Christopher Bain

COCHRAN DOUGLAS

By:   /s/ *Loren Cochran*   (per email authorization 5/1/2024)
      LOREN COCHRAN, WSBA #32773
      NICHOLAS "COLE" DOUGLAS, WSBA #49786
      Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL - Page 2 of 4

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
253-591-5885 / Fax 253-591-5755

**ORDER**

Based on the foregoing stipulation by the parties, IT IS HEREBY ORDERED that Plaintiff's claims against defendants Christopher Bain and City of Tacoma are dismissed with prejudice and without assessment by the Court of costs, penalties, or attorneys' fees to either party.

Dated this 2nd day of May, 2024.

Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL - Page 3 of 4

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
253-591-5885 / Fax 253-591-5755